# EXHIBIT B

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LETICIA LEE,<br><br>　　Plaintiff,<br><br>v.<br><br>WARNER MEDIA, LLC; HBO HOME ENTERTAINMENT, INC.; WARNER BROS. WORLDWIDE TELEVISION DISTRIBUTION INC.; NBC UNIVERSAL TELEVISION STUDIO DIGITAL DEVELOPMENT LLC; CBS BROADCASTING INC.; GRAMMNET NH PRODUCTIONS<br><br>　　Defendants. | Case No. _____<br><br>Removed From:<br>Supreme Court of the State of New York, County of Ontario<br>Index No.: 134539-2022 |

**LOCAL RULE OF CIVIL PROCEDURE 81(a) INDEX OF DOCUMENTS**

Pursuant to Local Rule of Civil Procedure 81(a), the following is an index of all documents filed in the Supreme Court of the State of New York, County of Ontario, in the above-captioned action:

1. Plaintiff's Index Number Application (Control No. 202211090187, filed Nov. 9, 2022)

2. Plaintiff's Summons and Complaint (Control No. 202211090188, filed Nov. 9, 2022)

3. Plaintiff's Affidavit In Support of Application To Proceed As a Poor Person (Control No. 202211090189, filed Nov. 9, 2022)

4. Plaintiff's Request for Judicial Intervention (RJI) (Control No. 202211090190, filed Nov. 9, 2022)

5. Plaintiff's Addendum to Poor Person Application (Control No. 202211160181, filed Nov. 16, 2022)

6. Plaintiff's Amended Summons and Complaint (Control No. 202211160182, filed Nov. 16, 2022)

7. Court's Decision and Order on Application To Proceed As A Poor Person (Control No. 202212020152, filed Dec. 2, 2022)

8. Court Receipt (Control No. 202212050124, filed Dec. 5, 2022)

9. Notice of Appearance of Elizabeth A. McNamara (Control No. 202212290079, filed Dec. 29, 2022)

10. Notice of Defendants' Motion for Extension of Time to Respond to Complaint (Control No. 202212290080, filed Dec. 29, 2022)

11. Affirmation of Elizabeth A. McNamara in Support (Control No. 202212290081, filed Dec. 29, 2022)

12. Affirmation of Service (Control No. 202212290082, filed Dec. 29, 2022)

Dated:  January 11, 2023   Respectfully submitted,

/s/ Elizabeth A. McNamara
Elizabeth A. McNamara (N.Y. Bar No. 1930643)
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 603-6437
Email: lizmcnamara@dwt.com

*Attorney for Defendants Warner Media, LLC; HBO Home Entertainment, Inc.; Warner Bros. Worldwide Television Distribution Inc.; NBC Universal Television Studio Digital Development LLC; CBS Broadcasting Inc.; and Grammnet NH Productions*