# EXHIBIT E

 

# Ontario County Clerk Recording Page

**Return To**

**Matthew J. Hoose, County Clerk**
Ontario County Clerk
20 Ontario Street
Canandaigua, New York  14424
(585) 396-4200

Document Type: **AFFIDAVIT IN SUPPORT OF APPLICATION TO PROCEED AS A POOR PERSON**

Receipt Number: 642207

| Plaintiff |
|---|
| LEE, LETICIA |

| Defendant |
|---|
| WARNER MEDIA LLC |

| Fees | |
|---|---|
| Total Fees Paid: | $0.00 |

| Control #: | 202211090189 |
|---|---|
| Index #: | 134539-2022 |

State of New York
County of Ontario

Filed on November 9th, 2022 at 4:17:55 PM with a total page count of **3**.

_Matthew J. Hoose_

**Ontario County Clerk**

*This sheet constitutes the Clerk's endorsement required by section 319 of the Real Property Law of the State of New York*

SL

**Do Not Detach**

202211090189  Case 6:23-cv-06025-FPG-MWP  Document 1-5  Filed 01/11/23  Page 3 of 34  Index # 134539-2022

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ~~THE BRONX~~ ONTARIO

-----------------------------------------------------------X

LETICIA LEE

        Plaintiff,
        Petitioner,

- against -

WARNER MEDIA LLC (HBO HOME ENTERTAINMENT, INC.; WARNER BROS. WORLDWIDE TELEVISION DISTRIBUTION, INC); NBC UNIVERSAL TELEVISION STUDIO DIGITAL DEVELOPMENT LLC; CBS BROADCASTING INC.; GRAMMNET NH PRODUCTIONS

        Defendant,
        Respondent,

-----------------X

Index No. 134539-2022

**Affidavit in Support of Application to Proceed as a Poor Person**

STATE OF NEW YORK)
COUNTY OF ~~BRONX~~ ONTARIO ss: 22

The undersigned, being duly sworn, says:

1. I am the plaintiff / defendant in this case. I submit this affidavit in support of my request,

    (a) for waiver of the index number fee and / or any filing and service fee and costs, and

    (b) to proceed in this case as a poor person.

2. I support myself and __0__ others in my household.

3. My only source of income is (check one) :

    [ ] Public Assistance
    [ ] Social Security / SSI
    [X] Other  living w/ family member

4. The amount of income I receive each month is $ __0__.

5. Check one of the items below:

    [ ] I do not have a bank account
    [X] I have a bank account with approximately $ __20__ in the account.

6. I own the following property which has an estimated value as indicated:(If none, write "None")

| List Property | Value |
|---|---|
| None | |
| None | |
| None | |

7. I have no other savings, property or assets.

8. I am unable to pay the costs, fees and expenses necessary to assert my rights in this case.

9. No one else who is able to pay any required costs and fees has a beneficial interest in the results of this case.

10. Briefly stated, the facts of my case are as follows:
    (For example, if seeking a divorce on grounds of abandonment, briefly state the circumstances of the abandonment, including date and place.)

I am seeking to remedy and claim financial relief for career and emotional damages caused by ongoing copyright infringements whereby defendants have grossed over $9 billion using my intellectual property

11. A copy of my proposed summons and verified complaint or other court pleadings are attached.

12. I have made no prior request for this relief in this case.

Wherefore, I request (a) that all fees relating to the filing and service of this action / proceeding be waived, and (b) that I be permitted to proceed in this case in all respects as a poor person.

Dated: Nov 9, 2022

_____
(Signature)

Sworn to before me this 9'th day of November, 2022

_____
Notary Public / Court Clerk

STACI LEONARD
Notary Public, State of New York
Qualified in Ontario County
Commission Expires January 23, 2026