# EXHIBIT F

 

# Ontario County Clerk Recording Page

**Return To**

Matthew J. Hoose, County Clerk
Ontario County Clerk
20 Ontario Street
Canandaigua, New York  14424
(585) 396-4200

Document Type: **RJI**

Receipt Number: 642207

| Plaintiff |
|---|
| LEE, LETICIA |

| Defendant |
|---|
| WARNER MEDIA LLC |

| Fees |
|---|
| Total Fees Paid: $0.00 |

| Control #: | 202211090190 |
|---|---|
| Index #: | 134539-2022 |

State of New York
County of Ontario

Filed on November 9th, 2022 at 4:17:56 PM with a total page count of 3.

*Matthew J. Hoose*

Ontario County Clerk

*This sheet constitutes the Clerk's endorsement required by section 319 of the Real Property Law of the State of New York*

SL

**Do Not Detach**

# REQUEST FOR JUDICIAL INTERVENTION

UCS-840 (rev. 07/29/2019)

**SUPREME** COURT, COUNTY OF **ONTARIO**

Index No: **134539-2022** Date Index Issued: _____

**For Court Use Only:**
IAS Entry Date
Judge Assigned
RJI Filed Date

**CAPTION** Enter the complete case caption. Do not use et al or et ano. If more space is needed, attach a caption rider sheet.

LETICIA LEE

Plaintiff(s)/Petitioner(s)

-against-

WARNER MEDIA LLC; HBO HOME ENTERTAINMENT, INC.; WARNER BROS. WORLDWIDE TELEVISION DISTRIBUTION, INC.; NBC UNIVERSAL TELEVISION STUDIO DIGITAL DEVELOPMENT LLC; CBS BROADCASTING INC.; GRAMMNET NH PRODUCTIONS

Defendant(s)/Respondent(s)

**NATURE OF ACTION OR PROCEEDING** Check only one box and specify where indicated.

**COMMERCIAL**
- ○ Business Entity (includes corporations, partnerships, LLCs, LLPs, etc.)
- ○ Contract
- ○ Insurance (where insurance company is a party, except arbitration)
- ○ UCC (includes sales and negotiable instruments)
- ○ Other Commercial (specify): _____

NOTE: For Commercial Division assignment requests pursuant to 22 NYCRR 202.70(d), complete and attach the **COMMERCIAL DIVISION RJI ADDENDUM (UCS-840C)**.

**REAL PROPERTY** Specify how many properties the application includes: ____
- ○ Condemnation
- ○ Mortgage Foreclosure (specify): ○ Residential ○ Commercial
  Property Address: _____
  NOTE: For Mortgage Foreclosure actions involving a one to four-family, owner-occupied residential property or owner-occupied condominium, complete and attach the **FORECLOSURE RJI ADDENDUM (UCS-840F)**.
- ○ Tax Certiorari
- ○ Tax Foreclosure
- ○ Other Real Property (specify): _____

**OTHER MATTERS**
- ○ Certificate of Incorporation/Dissolution [see NOTE in COMMERCIAL section]
- ○ Emergency Medical Treatment
- ○ Habeas Corpus
- ○ Local Court Appeal
- ○ Mechanic's Lien
- ○ Name Change
- ○ Pistol Permit Revocation Hearing
- ○ Sale or Finance of Religious/Not-for-Profit Property
- ○ Other (specify): _____

**MATRIMONIAL**
- ○ Contested
  NOTE: If there are children under the age of 18, complete and attach the **MATRIMONIAL RJI ADDENDUM (UCS-840M)**. For Uncontested Matrimonial actions, use the Uncontested Divorce RJI (UD-13).

**TORTS**
- ○ Asbestos
- ○ Child Victims Act
- ○ Environmental (specify): _____
- ○ Medical, Dental or Podiatric Malpractice
- ○ Motor Vehicle
- ○ Products Liability (specify): _____
- ○ Other Negligence (specify): _____
- ○ Other Professional Malpractice (specify): _____
- ◉ Other Tort (specify): _____

**SPECIAL PROCEEDINGS**
- ○ CPLR Article 75 (Arbitration) [see NOTE in COMMERCIAL section]
- ○ CPLR Article 78 (Body or Officer)
- ○ Election Law
- ○ Extreme Risk Protection Order
- ○ MHL Article 9.60 (Kendra's Law)
- ○ MHL Article 10 (Sex Offender Confinement-Initial)
- ○ MHL Article 10 (Sex Offender Confinement-Review)
- ○ MHL Article 81 (Guardianship)
- ○ Other Mental Hygiene (specify): _____
- ○ Other Special Proceeding (specify): _____

**STATUS OF ACTION OR PROCEEDING** Answer YES or NO for every question and enter additional information where indicated.

|  | YES | NO |  |
|---|---|---|---|
| Has a summons and complaint or summons with notice been filed? | ◉ | ◉ | If yes, date filed: _____ |
| Has a summons and complaint or summons with notice been served? | ◉ | ◉ | If yes, date served: _____ |
| Is this action/proceeding being filed post-judgment? | ○ | ◉ | If yes, judgment date: _____ |

**NATURE OF JUDICIAL INTERVENTION** Check one box only and enter additional information where indicated.

- ○ Infant's Compromise
- ○ Extreme Risk Protection Order Application
- ○ Note of Issue/Certificate of Readiness
- ○ Notice of Medical, Dental or Podiatric Malpractice  Date Issue Joined: _____
- ○ Notice of Motion  Relief Requested: _____  Return Date: _____
- ○ Notice of Petition  Relief Requested: _____  Return Date: _____
- ○ Order to Show Cause  Relief Requested: _____  Return Date: _____
- ○ Other Ex Parte Application  Relief Requested: _____
- ◉ Poor Person Application
- ○ Request for Preliminary Conference
- ○ Residential Mortgage Foreclosure Settlement Conference
- ○ Writ of Habeas Corpus
- ◉ Other (specify): Request tv studios compensate for itemized claims and damages thereof

| RELATED CASES | List any related actions. For Matrimonial cases, list any related criminal or Family Court cases. If none, leave blank. If additional space is required, complete and attach the RJI ADDENDUM (UCS-840A). | | | | |
|---|---|---|---|---|---|
| Case Title | | Index/Case Number | Court | Judge (if assigned) | Relationship to instant case |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| PARTIES | For parties without an attorney, check the "Un-Rep" box and enter the party's address, phone number and email in the space provided. If additional space is required, complete and attach the RJI ADDENDUM (UCS-840A). | | | |
|---|---|---|---|---|
| Un-Rep | Parties — List parties in same order as listed in the caption and indicate roles (e.g., plaintiff, defendant, 3rd party plaintiff, etc.) | Attorneys and Unrepresented Litigants — For represented parties, provide attorney's name, firm name, address, phone and email. For unrepresented parties, provide party's address, phone and email. | Issue Joined — For each defendant, indicate if issue has been joined. | Insurance Carriers — For each defendant, indicate insurance carrier, if applicable. |
| ☑ | Name: LeTicia Lee  Role(s): PLAINTIFF | LeTicia Lee 1335 Jefferson Road #20711 Rochester, New York 14602 USA  585-405-5555 | ○ YES  ○ NO | |
| ☐ | Name: Warner Media LLC  Role(s): Defendant | Warner Media LLC 30 Hudson Yards New York, New York 10001 | ○ YES  ● NO | |
| ☐ | Name: Warner Bros Television  Role(s): Defendant | Warner Bros Worldwide Television Distribution Inc. 4000 Warner Blvd. Burbank CA 91522-0001 | ○ YES  ● NO | |
| ☐ | Name: NBC Universal Television  Role(s): Defendant | NBC Universal Television Studio Digital Development Inc. 30 Rockefeller Plaza New York, New York 10112 | ○ YES  ● NO | |
| ☐ | Name: CBS BROADCASTING INC.  Role(s): Defendant | CBS BROADCASTING INC. 1515 Broadway New York, New York 10036 | ○ YES  ● NO | |
| ☐ | Name: Grammnet NH Prods.  Role(s): Defendant | GRAMMNET NH PRODUCTIONS 2461 Santa Monica Blvd. Santa Monica, CA 90404 | ● YES  ● NO | |
| ☐ | Name: HBO HOME ENTERTAINMENT, INC.  Role(s): Defendant | HBO HOME ENTERTAINMENT, INC. 30 Hudson Yards New York, New York 10001 | ○ YES  ● NO | |
| ☐ | Name:  Role(s): | | ○ YES  ○ NO | |
| ☐ | Name:  Role(s): | | ○ YES  ○ NO | |
| ☐ | Name:  Role(s): | | ○ YES  ○ NO | |
| ☐ | Name:  Role(s): | | ○ YES  ○ NO | |
| ☐ | Name:  Role(s): | | ○ YES  ○ NO | |
| ☐ | Name:  Role(s): | | ○ YES  ○ NO | |
| ☐ | Name:  Role(s): | | ○ YES  ○ NO | |

**I AFFIRM UNDER THE PENALTY OF PERJURY THAT, UPON INFORMATION AND BELIEF, THERE ARE NO OTHER RELATED ACTIONS OR PROCEEDINGS, EXCEPT AS NOTED ABOVE, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION BEEN PREVIOUSLY FILED IN THIS ACTION OR PROCEEDING.**

Dated: Nov. 9, 2022

Signature: LeTicia Lee

Print Name: LETICIA LEE

Attorney Registration Number