# EXHIBIT G





## Ontario County Clerk Recording Page

**Return To**

**Matthew J. Hoose, County Clerk**
Ontario County Clerk
20 Ontario Street
Canandaigua, New York  14424
(585) 396-4200

Document Type: **ADDENDUM TO POOR PERSON APPLICATION**

Receipt Number: 643232

| Plaintiff |
|---|
| LEE, LETICIA |

| Defendant |
|---|
| WARNER MEDIA LLC |

| Fees |
|---|

| | |
|---|---|
| Total Fees Paid: | $0.00 |

| Control #: | 202211160181 |
|---|---|
| Index #: | 134539-2022 |

State of New York
County of Ontario

Filed on November 16th, 2022 at 2:09:40 PM with a total page count of **4**.

*Matthew J Hoose*

**Ontario County Clerk**

*This sheet constitutes the Clerk's endorsement required by section 319 of the Real Property Law of the State of New York*

SL

**Do Not Detach**

SUPREME COURT OF THE STATE OF NEW YORK          **Index No.: 134539-2022**
COUNTY OF ONTARIO
--------------------------------------------------------------------------X

LETICIA LEE,

      Plaintiff,

                        **Addendum to**
                        **Poor Person Application CPLR 1101**

     vs.

WARNER MEDIA LLC (HBO HOME ENTERTAINMENT, INC.; WARNER BROS.
WORLDWIDE TELEVISION DISTRIBUTION, INC.); NBC UNIVERSAL TELEVISION
STUDIO DIGITAL DEVELOPMENT LLC; CBS BROADCASTING INC.; GRAMMNET NH
PRODUCTIONS

      Defendants,

--------------------------------------------------------------------------X

I, Pro Se Plaintiff (*not an attorney*), also submit **proof of ownership (Exhibit A & B)** of Intellectual
Property entitled: GIRLFRIENDS © 1991 (copyright registration documents went beyond a concept and
included a detailed show Treatment, Outline of 1st Season, Character List, and a Pilot Script).

Rest assured, my summons and complaint are not frivolous but authentic, genuine, and true as I seek to
collect for career and emotional damages caused by continuous copyright infringements by the
Defendants who have grossed over nine billion U.S. dollars over thirty plus years using my Works and
Contributions for which I was never credited or compensated.

This has deeply impacted my career, financial, emotional and quality of life. Thank you in advance for the
opportunity to have due process and recover all with God's help.

Kind Regards,

*LeTicia Lee* 11/16/22

LeTicia Lee

1335 Jefferson Ave #20711

Rochester, New York 14602 USA

State of New York
County of Ontario

Sworn to (or affirmed) before me this

Nov. 16, 2022

*Sheila M Czadzeck*
Signature of Notary Public
Notary Public

**SHEILA M. CZADZECK**
Notary Public, State of New York
Ontario County Reg. #04CZ6096950
Commision Expires 07/21/2023

# CERTIFICATE OF COPYRIGHT REGISTRATION

*FORM PA*   2022-2-146

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*[signature]*

**REGISTER OF COPYRIGHTS**
*United States of America*

**OFFICIAL SEAL**

**REGISTRATION NUMBER**

Exhibit A

PAu 1 544 414

PA      PAU

**EFFECTIVE DATE OF REGISTRATION**

AUG 19 1991

Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

GIRLFRIENDS

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Sitcom for television — Synopsis & First Character Breakdown

**2**

**a** **NAME OF AUTHOR ▼**

Leticia Lee

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1967    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Co-Created * Concept for a situation+ comedy to TV - write Episo...

**NOTE**

**b** **NAME OF AUTHOR ▼**

Tracey Moore

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1962    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Co-Created + Write situational comedy for T.V.

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases. ◀ Year

1991

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ _____ Day ▶ _____ Year ▶ _____ ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Leticia Lee P.O. Box 460225 Brooklyn NY 1125...

Tracey Moore 149 Dekalb Ave. Brooklyn, NY 11217

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

**APPLICATION RECEIVED**
AUG 19 1991

**ONE DEPOSIT RECEIVED**
AUG 19 1991

**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DAT...**

*DO NOT WRITE HERE / OFFICE USE ONLY*

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions
• Sign the form at line 8

**DO NOT WRITE HERE**

Pag... _____ pages

# CERTIFICATE OF COPYRIGHT REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

## FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

Exhibit B

PAu 1 594 108

| PA | PAU |

EFFECTIVE DATE OF REGISTRATION

DEC 19 1991

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**   **TITLE OF THIS WORK ▼**

SASHA SAYS

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Teleplay (pilot for television)/an episode of sitcom entitled "Girlfriends"

**2**   **NAME OF AUTHOR ▼**

Leticia Lee

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

2/2/67

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Creator & writer

**NAME OF AUTHOR ▼**

Tracey Moore

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

3/20/62

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶ USA
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Co-writer

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀ Year in all cases.

91

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶ _____ Day ▶ _____ Year ▶ _____ ◀ Nation
ONLY if this work has been published.

**4**   **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Leticia Lee
P.O. Box 400225
Brooklyn, NY 11240

Tracey Moore
149 Dekalb Ave
Brooklyn NY 11217

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
DEC 19 1991
ONE DEPOSIT RECEIVED
DEC 19 1991
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page

**DO NOT WRITE HERE**