# EXHIBIT K

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ONTARIO

--------------------------------- X

LETICIA LEE                                           :

               Plaintiff,               :  Index No. 134539-2022

                              :  Hon. Craig J. Doran

                                 Motion Seq. No. 002

       -against-                                   :  **NOTICE OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

WARNER MEDIA LLC; HBO HOME
ENTERTAINMENT, INC.; WARNER BROS.
WORLDWIDE TELEVISION DISTRIBUTION,
INC.; NBCUNIVERSAL TELEVISION STUDIO
DIGITAL DEVELOPMENT LLC; CBS
BROADCASTING INC.; GRAMMNET NH
PRODUCTIONS

               Defendants.            :

--------------------------------- X

ONTARIO COUNTY CLERK'S OFFICE
FILED
DEC 2 9 2022
MATTHEW J. HOOSE, County Clerk
By_____
ACTING DEPUTY CLERK

**PLEASE TAKE NOTICE** that, pursuant to Rule 2004 of the New York Civil Practice Law and Rules ("CPLR"), and upon the accompanying Affirmation of Elizabeth A. McNamara dated December 22, 2022, Defendants Warner Media LLC; HBO Home Entertainment, Inc..; Warner Bros. Worldwide Television Distribution, Inc.; NBCUniversal Television Studio Digital Development LLC; CBS Broadcasting Inc.; and Grammnet NH Productions ("Defendants") will move this Court, on January 12, 2023, at 9:30 a.m., or as soon thereafter as counsel may be heard, at the Ontario County Supreme Court located at 27 North Main Street, Canandaigua, NY 14424, for an Order granting Defendants' motion for an extension of time to respond to the Complaint filed by Plaintiff Leticia Lee in the above-captioned action for a period of thirty (30) days, until February 2, 2023.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to CPLR § 2214(b), answering papers, if any, shall be served at least seven (7) days before the return date identified above.

Dated: New York, New York
December 22, 2022

Respectfully submitted,
Davis Wright Tremaine LLP

By: *[signature]*
Elizabeth A. McNamara (N.Y. Bar No. 1930643)
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 603-6437
lizmcnamara@dwt.com

*Attorney for Defendants*

Copies To:
LeTicia Lee
1335 Jefferson Rd #20711
Rochester, NY 14602
*Pro Se Plaintiff* (via first-class mail)