# EXHIBIT M

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ONTARIO
---------------------------------- X
LETICIA LEE                              :
                    Plaintiff,     :  Index No. 134539-2022
                                   :  Hon. Craig J. Doran
                                     Motion Seq. No. 002

       -against-                       :  **AFFIRMATION OF SERVICE**

WARNER MEDIA LLC; HBO HOME         :
ENTERTAINMENT, INC.; WARNER BROS.
WORLDWIDE TELEVISION DISTRIBUTION,    ONTARIO COUNTY CLERK'S OFFICE
INC.; NBCUNIVERSAL TELEVISION STUDIO              FILED
DIGITAL DEVELOPMENT LLC; CBS
BROADCASTING INC.; GRAMMNET NH              DEC 29 2022
PRODUCTIONS
                                       MATTHEW J. HOOSE, County Clerk
                    Defendants.   :   By_____
                                            ACTING DEPUTY CLERK
---------------------------------- X

    Elizabeth A. McNamara, an attorney duly admitted to practice before the Courts of New York State, hereby affirms the following to be true under penalty of perjury.

    1.    I am a partner at the firm Davis Wright Tremaine LLP ("DWT"), and I am counsel for Defendants Warner Media LLC; HBO Home Entertainment, Inc..; Warner Bros. Worldwide Television Distribution, Inc.; NBCUniversal Television Studio Digital Development LLC; CBS Broadcasting Inc.; and Grammnet NH Productions ("Defendants") in the above-captioned matter. I am duly admitted to practice law in the Courts of New York State.

    2.    On December 22, 2022, I caused true copies of the foregoing Cover Letter, Notice of Appearance, Notice of Motion for Extension of Time to Respond to Complaint, Affirmation In Support of Notice of Motion for Extension of Time to Respond to Complaint, and Proposed Order to be served on Plaintiff LeTicia Lee at the following address:

        LeTicia Lee
        1335 Jefferson Rd #20711
        Rochester, NY 14602

3.     Service was made by enclosing the aforementioned documents in a sealed, properly addressed, first class mail postpaid wrapper, which was deposited in an official depository under the exclusive care and custody of the US Postal Service within the State of New York.

Dated: New York, New York
       December 22, 2022

Respectfully submitted,
Davis Wright Tremaine LLP

By: _/s/ Elizabeth A. McNamara_
Elizabeth A. McNamara (N.Y. Bar No. 1930643)
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 603-6437
lizmcnamara@dwt.com

*Attorney for Defendants*