# EXHIBIT O

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ONTARIO
------------------------------- X

LETICIA LEE                                        :

                Plaintiff,          :          Index No. 134539-2022

                                    :          Hon. Craig J. Doran

      -against-                              :

WARNER MEDIA, LLC; HBO HOME          :
ENTERTAINMENT, INC.; WARNER BROS.
WORLDWIDE TELEVISION DISTRIBUTION
INC.; NBCUNIVERSAL TELEVISION
STUDIO DIGITAL DEVELOPMENT LLC; CBS
BROADCASTING INC.; GRAMMNET NH
PRODUCTIONS

                Defendants.       :
------------------------------- X

## NOTICE OF FILING A NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §1446(d), a Notice of Removal in reference to the above-captioned case was filed in the United States District Court for the Western District of New York on January 11, 2023, and this Court shall proceed no further unless and until the case is remanded. A copy of the Notice of Removal, with exhibits, is attached as **Exhibit 1**.

Dated: January 11, 2023

                                    Respectfully submitted,

                                    _/s/ Elizabeth A. McNamara_
                                    Elizabeth A. McNamara (N.Y. Bar No. 1930643)
                                    1251 Avenue of the Americas, 21st Floor
                                    New York, New York 10020
                                    Telephone: (212) 603-6437
                                    Email: lizmcnamara@dwt.com

                                    *Attorney for Defendants Warner Media, LLC; HBO*
                                    *Home Entertainment, Inc.; Warner Bros.*
                                    *Worldwide Television Distribution Inc.; NBC*
                                    *Universal Television Studio Digital Development*

*LLC; CBS Broadcasting Inc.; and Grammnet NH Productions*

2