**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

LETICIA LEE,

     Plaintiff,

v.

WARNER MEDIA, LLC; HBO HOME
ENTERTAINMENT, INC.; WARNER BROS.
WORLDWIDE TELEVISION DISTRIBUTION
INC.; NBC UNIVERSAL TELEVISION
STUDIO DIGITAL DEVELOPMENT LLC; CBS
BROADCASTING INC.; GRAMMNET NH
PRODUCTIONS

Defendants.

Case No. 6:23-cv-06025

Removed From:
Supreme Court of the State of New
York, County of Ontario
Index No.:  134539-2022

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Grammnet NH Productions,

by its undersigned attorney, hereby discloses and states as follows:

Grammnet NH Productions is a privately held company with no parent corporations.  No

publicly held corporation owns 10% or more of its stock.

Dated:  January 11, 2023          Respectfully submitted,

                                    /s/ *Elizabeth A. McNamara*
                                    Elizabeth A. McNamara (N.Y. Bar No. 1930643)
                                    1251 Avenue of the Americas, 21st Floor
                                    New York, New York 10020
                                    Telephone: (212) 603-6437
                                    Email: lizmcnamara@dwt.com

*Attorney for Defendants Warner Media, LLC; HBO*
*Home Entertainment, Inc.; Warner Bros.*
*Worldwide Television Distribution Inc.; NBC*
*Universal Television Studio Digital Development*
*LLC; CBS Broadcasting Inc.; and Grammnet NH*
*Productions*