UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LETICIA LEE,<br><br>    Plaintiff,<br><br>v.<br><br>WARNER MEDIA, LLC; HBO HOME ENTERTAINMENT, INC.; WARNER BROS. WORLDWIDE TELEVISION DISTRIBUTION INC.; NBC UNIVERSAL TELEVISION STUDIO DIGITAL DEVELOPMENT LLC; CBS BROADCASTING INC.; GRAMMNET NH PRODUCTIONS<br><br>    Defendants. | Case No. 6:23-cv-06025<br><br>Removed From:<br>Supreme Court of the State of New York, County of Ontario<br>Index No.: 134539-2022 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January, 2023, true and correct copies of the foregoing Notice of Removal and exhibits, Civil Cover Sheet, and Corporate Disclosure Statements, filed electronically through the Court's CM/ECF system, were mailed via overnight Federal Express to Plaintiff LeTicia Lee at the following address:

    LeTicia Lee
    1335 Jefferson Rd #20711
    Rochester, NY 14602

Dated: January 11, 2023

Respectfully submitted,

/s/ *Elizabeth A. McNamara*
Elizabeth A. McNamara (N.Y. Bar No. 1930643)
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 603-6437
Email: lizmcnamara@dwt.com

*Attorney for Defendants Warner Media, LLC; HBO Home Entertainment, Inc.; Warner Bros.*

*Worldwide Television Distribution Inc.; NBC Universal Television Studio Digital Development LLC; CBS Broadcasting Inc.; and Grammnet NH Productions*

2