# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LETICIA LEE,<br><br>    Plaintiff,<br><br>v.<br><br>WARNER MEDIA, LLC; HBO HOME ENTERTAINMENT, INC.; WARNER BROS. WORLDWIDE TELEVISION DISTRIBUTION INC.; NBC UNIVERSAL TELEVISION STUDIO DIGITAL DEVELOPMENT LLC; CBS BROADCASTING INC.; GRAMMNET NH PRODUCTIONS<br><br>    Defendants. | Case No. 6:23-cv-06025-FPG<br><br>Removed From:<br>Supreme Court of the State of New York, County of Ontario<br>Index No.: 134539-2022<br><br>[PROPOSED] ORDER |

This matter is before the Court on the motion of Defendants Warner Media, LLC; HBO Home Entertainment, Inc.; Warner Bros. Worldwide Television Distribution Inc.; NBC Universal Television Studio Digital Development LLC; CBS Broadcasting Inc.; and Grammnet NH Productions ("Defendants") for an extension of time to respond to Plaintiff's Amended Complaint, and the Court hereby **GRANTS** this Motion.

Defendants shall have up to and including **March 6, 2023**, to respond to Plaintiff's Amended Complaint.

    **IT IS SO ORDERED.**

Dated: January 17, 2023

    *s/Marian W. Payson*
    Hon. Marian W. Payson
    United States Magistrate Judge