# EXHIBIT B

# Krishnan, Meenakshi

| | |
|---|---|
| **From:** | CopyCerts <copycerts@copyright.gov> |
| **Sent:** | Friday, January 27, 2023 10:38 AM |
| **To:** | Shapiro, Marni |
| **Cc:** | CopyCerts |
| **Subject:** | RE: EXPEDITED REQUEST --"SASHA SAYS" -- PAu2594108 |

[EXTERNAL]

Good morning, Marni.

Thank you for your email. Unfortunately I'm not certain of the retention process with regards to assignment of location. However resources used in determining location confirm that a location can't be determined and therefore I'm unable to fulfill the request for deposit copies.

I apologize for the inconvenience this may cause.

DeNina Scott
Customer Service Representative
Records Research and Certification
Office of Copyright Records
U. S. Copyright Office
P.O. Box 70400
Washington, DC  20024
(202) 707-6787
(202) 252-3519 (facsimile)
Email: copycerts@copyright.gov
www.copyright.gov