# EXHIBIT C



LIBRARY OF CONGRESS

Copyright Office of the United States

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached photocopies are a true representation of the work entitled **GIRLFRIENDS** deposited in the Copyright Office with claim of copyright registered under number **PAu 1 544 414**.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on January 31, 2023.

Shira Perlmutter
United States Register of Copyrights and Director

By:   Veronica Patten
Supervisory Copyright Specialist
Records Research and Certification Section
Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

PAu  1 544 414



GIRLFRIENDS

(30 minute sitcom for television)

Created By: LeTicia Lee
            Tracey Moore

Copyright 1991

Registered at Writer's Guild East

"GIRLFRIENDS" - :30 sitcom

The main characters are spunky, fresh, young Afro - American women of the nineties. The three met in college (N.Y.U.) where they studied film and theatre. They have reunited a few years later under one roof in a brownstone in Brooklyn.

## CHARACTER BREAKDOWN

**TERRI** - Terri is twenty eight year old ever aspiring actress/singer. She works full time as a receptionist at THE TALENT AGENCY. Terri fears being poor and unknown. She has an offbeat sense of humor. She is constantly borrowing money, for she lives from paycheck to paycheck. She is very sentimental and is always falling in love with a different man. Her character is extremely animated. Her clothes are very colorful, almost playful. She exaggerates about everything, if for no other reason besides keeping life interesting. Terri can amazingly talk herself out of the most complicated situations. And she often comments by using lines from various songs.

**MONIQUE** - Monique is a thirty year old independent film producer. She is very practical, loves her work, and feels very maternal towards her problematic housemates. She often lectures the girls, but often finds herself seeking advice from them as well. Monique loves peace and quiet and believes in structure nd calmness. She is health conscious, and is a former dancer and model.

**ERIKA** - Erika is a twenty nine year old writer. She is spiritual, and therefore follows her intuition and not logic, no matter how logical it is. She lives in the shadow of her childhood conscious; and feels that she must please her family. She welcomes all kinds of strangers in need into the household. She habitually falls asleep in public.

## ADDITIONAL PLAYERS

**BOBBI** - Bobbi is the gay next door neighbor. He is an excellent listener and is extremely supportive. When he's not helping them with a relationship, he maintains a freezer full of ice cream. Each flavor symbolizes a different problem. Heavenly Hash for celebrating, Butter Pecan for anger or frustration to Rum Raisen for a broken relationship, all are just a sample of Bobbi's in house ice cream shop. This addiction to ice cream keeps Bobbi battling an imaginary bulge by taking his Afrobics class three times a week with the girls.

**ROBERT** - Robert is the neighorhood mailman. He is very flirtatious with the girls and is homophobic. (Clearly not a friend of Bobbi's)

**SASHA** - Erika's tarot card reader and confidant.

"GIRLFRIENDS"

Episode: "Sold On Spec"

       The girls have just returned home from a writing contest ceremony of which Erika is one of the honorees. Monique and Terri criticize Erika for falling asleep during the ceremony. Erika seems unconcerned. The girls think Erika's sleeping condition is getting serious; it happens at the most inopportune moments. Erika is convinced that she is meditating, and it will help her to be a better writer.
       The next day, Erika receives a call from a producer of THE COSBY SHOW who was in attendance at the ceremony the night before. Erika goes to Astoria Studios to meet with the producer in person. Erika just happens to have written a script on spec for THE COSBY SHOW that she had never submitted. Monique talks Erika into bringing the script with her to the meeting.
       The producer loves the script. Erika is hired to polish the script. The girls invite Bobbi over to celebrate Erika's good fortune. He brings heavenly hash ice cream.
       Later that week, Erika returns home in a less than blissful mood. She enters and goes directly to her bedroom. Terri knocks on Erika's door to find out what's wrong. Erika runs down the events of the production meeting. She describes a lavish conference room and drops names of the mega producers in attendance. She goes on and on but Terri can not see what the problem could be. Terri is patient.

                        TERRI
             But what happened Erika?

Finally, Erika reveals that the room was too warm and the meeting was much longer than she expected.

                        ERIKA
When I opened my eyes, I realized that all eyes were on me. Bill Cosby himself had asked me some stupid question about his character while I was in deep meditation.

                        TERRI
Erika, what are you telling me? (beat) Did you sleep through the production meeting for THE COSBY SHOW, your major break into television?

                        ERIKA
                        Ah...yes.

"GIRLFRIENDS"

Episode: "In The Red"

    Terri is notorious for not being able to keep money. Although she maintains her position at The Talent Ageny as a receptionist full time, it is not enough to cover her escalating bills. In particular is a new acting class which is three hundred dollars per session. Terri's weekly salary is not much more than that.

    Terri is the epitomy of a starving artist. She begins to bum a couple dollars off of Erika and a token there from Monique. And she maintains a hearty appetite from running to auditions in record time between coffee breaks. The girls can not keep food in the refrigerator with Terri around.

    Monique is through with Terri. She devises a budget to help Terri swim in the mainstream of life so that she can afford the bare minimum of its costly necessities. Monique also suggests that Terri either find one higher paying full time job or take on another part time job for two or three days a week. Terri is not excited about her options.

    Terri refuses to give up her position at The Talent Agency. Not only is management flexible with her hours, but she also has access to the character breakdowns for upcoming features and commercials. And of course she "acts" as Fifi, her own agent. So leaving the agency was not even an option.

    Terri therefore decides to take a job as a waitress at JAZZ FRONT a popular nightclub in the village, which is well frequented by celebrities. Everything is running smooth and the girls are once again a harmonious household.

    Two weeks have passed with no difficulties until one morning, when Terri whispers in Erika's ear for ten dollars. Erika is surprised and disappointed.

                      ERIKA

                  What happened?

                      TERRI

Well, since I've been at JAZZ FRONT, I have truly realized my desire to sing. And it only adds to my marketability as an actress. So, I started taking singing lessons from Madam Yurri last Wednesday....So umm you got ten? I'll settle for five.

"GIRLFRIENDS"

Episode: "Personal Ads"

Erika is having a dry season in the dating circuit. She is very bored and frustrated to say the least. Out of desperation, she answers a personal ad in CHOCOLATE SINGLES.

The two meet on neutral grounds. They meet at the information booth at Grand Central Station. It is the halfway mark between Harlem (his home) and Brooklyn (Erika's home).

Erika finds her date to be humorous, considerate, and oh yes even slightly attractive. But the bait that really got him reeled in? He is also a writer. It's almost too good to be true.

Erika and Chuck are dating frequently. She becomes so preoccupied with him that she is beginning to miss her deadlines. Meanwhile, her new love is selling his work before the ink can dry.

Terri becomes concerned about Erika's new priorities. She is also suspicious of Chuck's sudden burst of fortune. Before dating Erika, he hadn't sold anything in 9 months. Could Erika be pitching concepts in her sleep again?

Terri has nothing solid on which to base her suspicions until one day she finds Chuck going through Erika's "material in the works" file while she is making dinner. It seems that "Mr. Wonderful" is stealing Erika's concepts.

When Terri confronts Erika, she immediately defends Chuck and accuses Terri of being jealous. "You're going through a very low period right now Terri", nods Erika as she rubs the crystal hanging from her neck knowingly, "and misery loves company". Terri storms out of the house and finds herself at Bobbi's front door. Bobbi offers Terri butter pecan ice cream.

Terri returns home to find Monique alone in the living room. She tells Monique about Chuck. Monique does not want to get involved.

Erika enters with an attitude.

ERIKA
Monique, could you ask Terri when she intends to return that $10.00 I loaned her three weeks ago?

TERRI
Monique, will you tell Erika that I would rather slide down a razor blade into a pool of alcohol before I pay her back.

Monique can't take it anymore.

MONIQUE
Stop!!!

Monique asks Erika if she has read the works that Chuck has sold. She has not. Terri pulls three magazines out of her knapsack. She has stopped at the newstand with Bobbi before returning home. Erika is faced with the truth. Poor Erika.

"GIRLFRIENDS"

Episode: The Seminar

"After weeks of constant work, the girls decide to treat themselves to a night on the town. While they are dolling themselves up, Monique voices her concern over the lack of good men. Erika and Terri disagree and Terri explains a surefire way of attracting the right men. "Look deeply into his eyes, says Terri,"and watch him fall apart!" The girls laugh but agree to test their new found knowledge.

When at the party, the girls distant themselves in three separate areas and work their magic. Once the party has ended we find the girls have tossed out the bait and are reeling them in. They're enviromentalists though, instead of taking the fish home, they toss them back in. They only play for the sport.

"GIRLFRIENDS"

Episode: "Interception"

      Monique is at her boyfriend's, Tony who is a director, office working on his computer. He is on location shooting an AMERICAN EXPRESS CARD commercial, but he is expecting an important telephone call. Monique agrees to answer the telephone while he is away.

      She repeatedly receives calls from a young man who is eager for Tony to read his script. Monique tells the caller patiently that Tony will return his call. The caller is persistent. He explains that he has tried unsuccessfully to reach Tony on several occassions. Apparently, Tony was a guest speaker at his university and made quite an impression. The young man felt sure that Tony could relate to his characters.

      Monique recalls her days as a production assistant and sympathizes with the caller. She asks him to pitch the storyline to her in a sentence. He does. Monique is impressed.

      Monique invites the writer to the office. They have a great conversation. He leaves the script on his way out. Monique leaps right into script and completes it before Tony returns to the office. Monique is in awe. She believes that this is the screenplay tht could set her career back on the right path.

      She is contemplating whether or not to discuss her day with Tony when he returns. She doesn't. Afterall, if Tony was interested, he would have called by now.

      For days, Monique is turned with guilt for intercepting the script from Tony. Supposing the writer calls to find out if Tony liked the script before Monique is able to get back to him. Thus, Monique is very touchy with her housemates. This continues for awhile until finally Terri and Erika have had it.

      Monique explodes her confession to the girls. She reveals the secret that won't let her conscious rest. Monique confesses to Terri and Erika how she intercepted the script that she believes can be a masterpiece.

      Erika plays devil's advocate. As a writer herself, she says that Tony had his chance and should have returned the call. Because he did not, he automatically forfeit the opportunity. In Erika's opinion Monique has done nothing wrong.

      Terri slips on her wings aand stands on Monique's other shoulder. Terri asks Monique what is more important to her, her career or her relationship. Monique who is "married" to her work is really confused now.

      In the end, Monique opts to tell her boyfriend about the script. Tony is still not interested; Monique goes on to produce it herself.

"GIRLFRIENDS"

Episode: "SASHA SAYS"

Erika is experiencing writer's block. She is extremely frustrated and has not been able to write anything fit for even the ENQUIRER. She tries everything. Erika stands on her head, massages her temples, and consumes plenty of "brain food"......fish. When she is full to the gills, she visits Sasha, a spiritual guide.

Erika tells Sasha about all her problems and tells her what she must do to overcome this block. Erika is relieved. She follows Sasha's advice, but nearly drives Terri and Monique insane with her crazy antics. She rationalizes everything with "Sasha says I should.....".

The other two girls are so at a loss as to what to do with Erika that they decide to go to the culprit, Sasha. Sasha tells Monique about a feature that will come along to break up the tiresome string of music videos. And she shares a vision of Terri receiving a part on her favorite soap opera "The Dark and the Lovely". Both girls chill out immediately with Erika. Suddenly, all three are wearing crystals around their necks.

Monique is offered an independent feature, but it's a low budget soft porn movie. She passes. And as forecasted, Terri is offered a role on her favorite soap opera as the nervous nurse in the hospital cafeteria. But in the final cut, it is an off screen voice.

Erika on the other hand begins to write her butt off and gets two of her stories printed in COSMO and ESSENCE magazines in the same month.

Erika comes to breakfast the next morning speaking of her good fortune. She reaches into the freezer only to find her crystal in the ice cube tray. Terri responds casually to Erika's puzzled face by saying that Erika was getting too hot and needed to chill out.