# EXHIBIT D

# Season One of "Living Single" DVD

# (Manually Filed)