# EXHIBIT E
# Season One of "Friends" DVD

## (Manually Filed)