# EXHIBIT F

# Season One of "Sex and the City" DVD

# (Manually Filed)