# EXHIBIT G
# Season One of "Girlfriends" DVD

# (Manually Filed)