UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LETICIA LEE,<br><br>    Plaintiff,<br><br>v.<br><br>WARNER MEDIA, LLC; HBO HOME ENTERTAINMENT, INC.; WARNER BROS. WORLDWIDE TELEVISION DISTRIBUTION INC.; NBC UNIVERSAL TELEVISION STUDIO DIGITAL DEVELOPMENT LLC; CBS BROADCASTING INC.; GRAMMNET NH PRODUCTIONS,<br><br>    Defendants. | Case No. 6:23-cv-06025-FPG<br><br>Removed From:<br>Supreme Court of the State of New York, County of Ontario<br>Index No.: 134539-2022 |

## [PROPOSED] ORDER

This matter is before the Court on the Motion to Dismiss Plaintiff LeTicia Lee's Amended Complaint filed by Defendants Warner Media, LLC, HBO Home Entertainment, Inc., Warner Bros. Worldwide Television Distribution Inc., NBC Universal Television Studio Digital Development LLC, CBS Broadcasting Inc., and Grammnet NH Productions ("Defendants"). Having reviewed and considered the Motion and all other papers, the Court hereby **GRANTS** this Motion. The Court finds that Plaintiff's claim for copyright infringement as to Defendants' television series "Living Single," "Friends," "Sex and the City," and "Girlfriends" fails because there is no substantial similarity of protected expression between those series and Plaintiff's work "Girlfriends." Plaintiff's amended complaint is **DISMISSED WITH PREJUDICE**.

   **IT IS SO ORDERED.**

Dated: _____          _____
                                          Hon. Frank P. Geraci, Jr.
                                          United States District Judge