UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LETICIA LEE,<br><br>             Plaintiff,<br><br>   v.<br><br>WARNER MEDIA, LLC; HBO HOME ENTERTAINMENT, INC.; WARNER BROS. WORLDWIDE TELEVISION DISTRIBUTION INC.; NBC UNIVERSAL TELEVISION STUDIO DIGITAL DEVELOPMENT LLC; CBS BROADCASTING INC.; GRAMMNET NH PRODUCTIONS,<br><br>             Defendants. | Case No. 6:23-cv-06025-FPG<br><br>Removed From:<br>Supreme Court of the State of New York,<br>County of Ontario<br>Index No.: 134539-2022 |

## NOTICE OF MANUAL FILING

Pursuant to the Western District of New York Administrative Procedures Guide for Electronic Filing 2(D)(vii), Defendants Warner Media, LLC, HBO Home Entertainment, Inc., Warner Bros. Worldwide Television Distribution Inc., NBC Universal Television Studio Digital Development LLC, CBS Broadcasting Inc., and Grammnet NH Productions hereby file this Notice of Manual Filing of four DVDs of the shows "Living Single," "Friends," "Sex and the City," and "Girlfriends," in support of their Motion to Dismiss Plaintiff's Amended Complaint, as referenced in the Declaration of Elizabeth A. McNamara in support of same as **Exhibits D-G**, respectively.

DATED: March 6, 2023                                        DAVIS WRIGHT TREMAINE LLP
                                                                               ELIZABETH A. MCNAMARA

                                                                               By: */s/ Elizabeth A. McNamara*
                                                                               Elizabeth A. McNamara (N.Y. Bar No. 1930643)

1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 603-6437
Email: lizmcnamara@dwt.com

Meenakshi Krishnan (*pro hac vice* application forthcoming)
1301 K Street NW, Suite 500
Washington, D.C. 20005
Telephone: (202) 510-5204
Email: meenakshikrishnan@dwt.com

*Attorneys for Defendants Warner Media, LLC; HBO Home Entertainment, Inc.; Warner Bros. Worldwide Television Distribution Inc.; NBC Universal Television Studio Digital Development LLC; CBS Broadcasting Inc.; and Grammnet NH Productions*