## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LETICIA LEE,<br><br>     Plaintiff,<br><br>v.<br><br>WARNER MEDIA, LLC; HBO HOME ENTERTAINMENT, INC.; WARNER BROS. WORLDWIDE TELEVISION DISTRIBUTION INC.; NBC UNIVERSAL TELEVISION STUDIO DIGITAL DEVELOPMENT LLC; CBS BROADCASTING INC.; GRAMMNET NH PRODUCTIONS,<br><br>    Defendants. | Case No. 6:23-cv-06025<br><br>Removed From:<br>Supreme Court of the State of New York, County of Ontario<br>Index No.: 134539-2022 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March, 2023, true and correct copies of the foregoing Notice of Motion to Dismiss, Memorandum of Law in Support of Defendants' Motion to Dismiss, Declaration of Elizabeth A. McNamara and all exhibits annexed thereto, Notice of Manual Filing, and true and correct copies of unpublished decisions cited therein pursuant to L.R. 7(a)(8), filed electronically through the Court's CM/ECF system, were mailed via overnight Federal Express to Plaintiff LeTicia Lee at the following address:

> LeTicia Lee
> 1335 Jefferson Rd #20711
> Rochester, NY 14602

Dated: March 6, 2023

DAVIS WRIGHT TREMAINE LLP
ELIZABETH A. MCNAMARA

By: */s/ Elizabeth A. McNamara*
Elizabeth A. McNamara (N.Y. Bar No. 1930643)

1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 603-6437
Email: lizmcnamara@dwt.com

Meenakshi Krishnan (*pro hac vice* application forthcoming)
1301 K Street NW, Suite 500
Washington, D.C. 20005
Telephone: (202) 510-5204
Email: meenakshikrishnan@dwt.com

*Attorneys for Defendants Warner Media, LLC; HBO Home Entertainment, Inc.; Warner Bros. Worldwide Television Distribution Inc.; NBC Universal Television Studio Digital Development LLC; CBS Broadcasting Inc.; and Grammnet NH Productions*