# CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

EX. A   2 pgs.

Case #6:23-cv-06025-FPG-MWP

PAU 1 544 414

PA     PAU

**EFFECTIVE DATE OF REGISTRATION**

AUG 19 1991
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Girlfriends

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Character description
Sitcom for television — Synopsis of pilot

## 2

**NAME OF AUTHOR ▼**

a   Lelicia Lee

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1967   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Created - Concept for a situation comedy to TV. — Wrote Episodes

**NAME OF AUTHOR ▼**

b   Tracey Moore

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1962   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Co-Created + Wrote Situational Comedy for T.V.

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NOTE**

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1991 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month   Day   Year   Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Lelicia Lee  P.O. Box 400225  Brooklyn NY 11240
Tracey Moore 149 Dekalb Ave  Brooklyn, NY 11217

**APPLICATION RECEIVED**
AUG 19 1991

**ONE DEPOSIT RECEIVED**
AUG 19 1991

**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

*Concepts not copyrightable. 17 USC 102(b)

Ex. A 2nd P8

**Case #6:23-cv-06025-FPG-MWP**

PAu  1 544 414

CHECKED BY

☐ CORRESPONDENCE
Yes

☐ DEPOSIT ACCOUNT
FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☒ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space.

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                                          **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Leticia Lee
P.O. Box 400225
Brooklyn, N.Y. 11240

(718) 230-4610        (N)
(212) 962-2711 ext. 4637 (D)

Area Code & Telephone Number ▶

Be sure to
give your
daytime phone
number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of _____
     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

*Leticia Lee*

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date ▼** If this is a published work, this date must be the same as or later than the date of publication given in space 3.

_____                    date ▶

✍ **Handwritten signature (X) ▼**

*Leticia Lee*        8/13/91

**MAIL
CERTIFI-
CATE TO**

**Name** ▼
Leticia Lee

**Number/Street/Apartment Number** ▼
P.O. Box 400225

**City/State/ZIP** ▼
Brooklyn, N.Y. 11240

Certificate
will be
mailed in
window
envelope

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to *Register of Copyrights?*
• Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION

*Ex.B 2 pgs.*

**Case #6:23-cv-06025-FPG-MWP**

PAu 1 594 108

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

| PA | PAU |
|----|-----|

EFFECTIVE DATE OF REGISTRATION

DEC 19 1991

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

SASHA SAYS

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Teleplay (pilot for television) / an episode of sitcom entitled "Girlfriends"

**2**

**NOTE**

NAME OF AUTHOR ▼

Leticia Lee

DATES OF BIRTH AND DEATH
Year Born ▼ 2/2/67  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Creator & writer

NAME OF AUTHOR ▼

Tracey Moore

DATES OF BIRTH AND DEATH
Year Born ▼ 3/30/62  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Co-writer

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1991 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶  Day ▶  Year ▶  Nation

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

Leticia Lee
P.O. Box 400225
Brooklyn, NY 11240

Tracey Moore
149 Dekalb Ave
Brooklyn NY 11217

APPLICATION RECEIVED
DEC. 19. 1991
ONE DEPOSIT RECEIVED
DEC. 19. 1991
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8.

DO NOT WRITE HERE

FORM PA

**Case #6:23-cv-06025-FPG-MWP**

PAu 1 594 108

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

☐ DEPOSIT ACCOUNT
FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☒ This is the first application submitted by this author as copyright claimant.
☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼  PAU 1544 414   **Year of Registration** ▼  1991

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼
"Girlfriends" — Treatment for television

b. **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
"Sasha Says" was a synopsis as part of a treatment to Girlfriends. This version is a script.

See instructions
before completing
this space

**6**

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                          **Account Number** ▼

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
Lelicia Lee
P.O. Box 400225
Brooklyn NY 11240
Area Code & Telephone Number ▶ 718/230-4610
212/967-7711 ext. 4637

Be sure to
give your
daytime phone
◀ number.

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the
Check only one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Lelicia Lee                          date ▶ 8/3/91

✋ Handwritten signature (X) ▼
Lelicia Lee

**8**

**MAIL
CERTIFI-
CATE TO**

**Name** ▼
Lelicia Lee
Number/Street/Apartment Number ▼
P.O. Box 400225
City/State/ZIP ▼
Brooklyn NY 11240

**Certificate
will be
mailed in
window
envelope**

**Have you:**
• Completed all necessary
  spaces?
• Signed your application in space
  8?
• Enclosed check or money order
  for $10 payable to *Register of
  Copyrights*?
• Enclosed your deposit material
  with the application and fee?
**MAIL TO:** Register of Copyrights,
Library of Congress, Washington,
D.C. 20559

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



RADIO TELEVISION SCREEN

*Writers Guild of America, East, Inc.*

*Affiliated with Writers Guild of America, West, Inc.*

*555 West 57th Street, New York, N.Y. 10019 / (212) 245-6180*

*FAX: (212) 582-1909*

BY:  LEE, LETICIA
(AND OTHERS)
ADDRESS: PO BOX 400225
BROOKLYN, NY 11240

Soc. Sec. No.: ~~XXXXXXXXX~~

**Charges for services in registering above titled manuscript in accordance with the provisions printed hereon.**

TITLE:  GIRLFRIENDS

REG. NO.  063341-00

DATE  05 - 20  19 91

REC'D. $  20.00

REG. BY : _D. Blum_

Please note: Registration is intended <u>only</u> for evidentiary purposes, to prove that a manuscript existed in a certain form on a particular date, which may be relevant in the event of legal action.

Registration is <u>not</u> the same as copyright and is not intended to be, nor is it intended to establish copyright. The Guild does not advise registrants on copyright matters.

Duration: You hereby authorize the Guild to destroy the manuscript without notice to you on the expiration of ten years from the date hereof. You may, however, renew the registration for an additional ten years, if, before the expiration date of the first ten year period, you pay the then applicable renewal fee and get a written receipt therefor. The fee should accompany request for renewal.

Withdrawal: At least 48 hours notice of intended withdrawal must be given to the Guild. A fee will be charged for withdrawal of the manuscript.

Authority to Request Withdrawal: The manuscript will be given up only on your signature, supported by identification. Be sure the name under which you register is your legal name. The Guild is not bound to surrender a manuscript registered under a pseudonym without proof of identity.

If the registration is in the names of more than one person, the written consent of all is required to authorize withdrawal. In case a registrant is deceased, proof of death and the consent of his/her representative or heirs must be presented.

Safekeeping: Registration is a service. Its purpose is to assist writers in establishing the completion date and the identity of literary property. The Guild will exercise reasonable care to protect the manuscript and the record of registration, but it undertakes no responsibility for loss or destruction of the manuscript or of the registration records arising from causes beyond its control. IN THE EVENT OF LIABILITY BY THE GUILD FOR FAILURE TO EXERCISE REASONABLE CARE, IT IS AGREED THAT THE LIQUIDATED DAMAGES FOR LOSS OF THE MANUSCRIPT SHALL BE $25.00.

Registration is not a place to store your <u>only</u> copy of a document. If we lose it, depite our best efforts, our responsibility is limited to $25 as detailed elsewhere herein. Keep another copy in a safe place within your control.



RADIO TELEVISION SCREEN

*Exh. D 1/28*

Case #6:23-cv-06025-FPG-MWP

## *Writers Guild of America, East, Inc.*

*Affiliated with Writers Guild of America, West, Inc.*

*555 West 57th Street, New York, N.Y. 10019 / (212) 245-6180*

*FAX: (212) 582-1909*

BY:  LEE, LETICIA
(AND OTHERS)

ADDRESS: PO BOX 400225
BROOKLYN, NY 11240

Soc. Sec. No.: ~~█████████~~

Charges for services in registering above titled
manuscript in accordance with the provisions
printed hereon.

TITLE: GIRLFRIENDS

REG. NO.    064849-00

DATE    08 – 05  19 91

REC'D. $  20.00

REG. BY :

Please note:  Registration is intended only for evidentiary purposes, to prove that a manuscript existed in a certain form on a particular date, which may be relevant in the event of legal action.

Registration is not the same as copyright and is not intended to be, nor is it intended to establish copyright.  The Guild does not advise registrants on copyright matters.

Duration:  You hereby authorize the Guild to destroy the manuscript without notice to you on the expiration of ten years from the date hereof.  You may, however, renew the registration for an additional ten years, if, before the expiration date of the first ten year period, you pay the then applicable renewal fee and get a written receipt therefor.  The fee should accompany request for renewal.

Withdrawal:  At least 48 hours notice of intended withdrawal must be given to the Guild.  A fee will be charged for withdrawal of the manuscript.

Authority to Request Withdrawal:  The manuscript will be given up only on your signature, supported by identification.  Be sure the name under which you register is your legal name.  The Guild is not bound to surrender a manuscript registered under a pseudonym without proof of identity.

If the registration is in the names of more than one person, the written consent of all is required to authorize withdrawal.  In case a registrant is deceased, proof of death and the consent of his/her representative or heirs must be presented.

Safekeeping:  Registration is a service.  Its purpose is to assist writers in establishing the completion date and the identity of literary property.  The Guild will exercise reasonable care to protect the manuscript and the record of registration, but it undertakes no responsibility for loss or destruction of the manuscript or of the registration records arising from causes beyond its control.  IN THE EVENT OF LIABILITY BY THE GUILD FOR FAILURE TO EXERCISE REASONABLE CARE, IT IS AGREED THAT THE LIQUIDATED DAMAGES FOR LOSS OF THE MANUSCRIPT SHALL BE $25.00.

Registration is not a place to store your only copy of a document.  If we lose it, depite our best efforts, our responsibility is limited to $25 as detailed elsewhere herein.  Keep another copy in a safe place within your control.

Treatment:
Characters
1st Season outline

E

Exh. E, E/Pto.
/conic

Case #6:23-cv-06025-FPG-MWP

# GIRLFRIENDS

### (30 minute sitcom for television)

Created By: LeTicia Lee
            Tracey  Moore

Copyright 1991

Registered at Writer's Guild East

"GIRLFRIENDS" - :30 sitcom

The main characters are spunky, fresh, young Afro - American
women of the nineties. The three met in college (N.Y.U.) where
they studied film and theatre. They have reunited a few years
later under one roof in a brownstone in Brooklyn.

## CHARACTER BREAKDOWN

**TERRI** - Terri is twenty eight year old ever aspiring
actress/singer. She works full time as a receptionist at THE
TALENT AGENCY. Terri fears being poor and unknown. She has an
offbeat sense of humor. She is constantly borrowing money, for
she lives from paycheck to paycheck. She is very sentimental and
is always falling in love with a different man. Her character is
extremely animated. Her clothes are very colorful, almost
playful. She exaggerates about everything, if for no other reason
besides keeping life interesting. Terri can amazingly talk
herself out of the most complicated situations. And she often
comments by using lines from various songs.

**MONIQUE** - Monique is a thirty year old independent film
producer. She is very practical, loves her work, and feels very
maternal towards her problematic housemates. She often lectures
the girls, but often finds herself seeking advice from them as
well. Monique loves peace and quiet and believes in structure nd
calmness. She is health conscious, and is a former dancer and
model.

**ERIKA** - Erika is a twenty nine year old writer. She is
spiritual, and therefore follows her intuition and not logic, no
matter how logical it is. She lives in the shadow of her
childhood conscious; and feels that she must please her family.
She welcomes all kinds of strangers in need into the household.
She habitually falls asleep in public.

## ADDITIONAL PLAYERS

**BOBBI** - Bobbi is the gay next door neighbor. He is an excellent
listener and is extremely supportive. When he's not helping them
with a relationship, he maintains a freezer full of ice cream.
Each flavor symbolizes a different problem. Heavenly Hash for
celebrating, Butter Pecan for anger or frustration to Rum Raisen
for a broken relationship, all are just a sample of Bobbi's in
house ice cream shop. This addiction to ice cream keeps Bobbi
battling an imaginary bulge by taking his Afrobics class three
times a week with the girls.

**ROBERT** - Robert is the neighorhood mailman. He is very
flirtatious with the girls and is homophobic. (Clearly not a
friend of Bobbi's)

**SASHA** - Erika's tarot card reader and confidant.

2.

"GIRLFRIENDS"

Episode: "Sold On Spec"


     The girls have just returned home from a writing contest
ceremony of which Erika is one of the honorees. Monique and
Terri criticize Erika for falling asleep during the ceremony.
Erika seems unconcerned. The girls think Erika's sleeping
condition is getting serious; it happens at the most inopportune
moments.  Erika is convinced that she is meditating, and it will
help her to be a better writer.
     The next day, Erika receives a call from a producer of
THE COSBY SHOW who was in attendance at the ceremony  the night
before. Erika goes to Astoria Studios to meet with  the producer
in person.  Erika just happens to have written a script on spec
for THE COSBY SHOW that she had never submitted. Monique talks
Erika into bringing the script with her to the meeting.
     The producer loves the script. Erika is hired to polish
the script.  The girls invite  Bobbi over to celebrate Erika's
good fortune. He brings heavenly hash ice cream.
     Later  that week, Erika returns home in a less than
blissful mood. She enters  and goes directly to her bedroom.
Terri knocks on Erika's door to find  out what's wrong. Erika
runs down the events of the production meeting.  She describes a
lavish conference room and drops names of the mega producers in
attendance.  She goes on and on but Terri can not see what the
problem could be. Terri is patient.

                         TERRI
              But what happened Erika?

Finally, Erika reveals  that the room was too warm and the
meeting was much longer than she expected.

                         ERIKA
When I opened my eyes, I realized that all eyes were on me. Bill
Cosby himself had  asked me some stupid question about his
character while I was in deep meditation.

                         TERRI
Erika, what are you telling me?  (beat) Did you sleep through the
production meeting for THE  COSBY  SHOW, your major break into
television?

                         ERIKA
                       Ah...yes.

3

"GIRLFRIENDS"

Episode: "Interception"

Monique is at her boyfriend's, Tony who is a director, office working on his computer. He is on location shooting an AMERICAN EXPRESS CARD commercial, but he is expecting an important telephone call. Monique agrees to answer the telephone while he is away.

She repeatedly receives calls from a young man who is eager for Tony to read his script. Monique tells the caller patiently that Tony will return his call. The caller is persistent. He explains that he has tried unsuccessfully to reach Tony on several occassions. Apparently, Tony was a guest speaker at his university and made quite an impression. The young man felt sure that Tony could relate to his characters.

Monique recalls her days as a production assistant and sympathizes with the caller. She asks him to pitch the storyline to her in a sentence. He does. Monique is impressed.

Monique invites the writer to the office. They have a great conversation. He leaves the script on his way out. Monique leaps right into script and completes it before Tony returns to the office. Monique is in awe. She believes that this is the screenplay tht could set her career back on the right path.

She is contemplating whether or not to discuss her day with Tony when he returns. She doesn't. Afterall, if Tony was interested, he would have called by now.

For days, Monique is turned with guilt for intercepting the script from Tony. Supposing the writer calls to find out if Tony liked the script before Monique is able to get back to him. Thus, Monique is very touchy with her housemates. This continues for awhile until finally Terri and Erika have had it.

Monique explodes her confession to the girls. She reveals the secret that won't let her conscious rest. Monique confesses to Terri and Erika how she intercepted the script that she believes can be a masterpiece.

Erika plays devil's advocate. As a writer herself, she says that Tony had his chance and should have returned the call. Because he did not, he automatically forfeit the opportunity. In Erika's opinion Monique has done nothing wrong.

Terri slips on her wings aand stands on Monique's other shoulder. Terri asks Monique what is more important to her, her career or her relationship. Monique who is "married" to her work is really confused now.

In the end, Monique opts to tell her boyfriend about the script. Tony is still not interested; Monique goes on to produce it herself.

"GIRLFRIENDS"

Episode: "In The Red"

Terri is notorious  for not being able to keep  money. Although she maintains her position at The Talent Ageny as a receptionist full time, it is not enough to cover her escalating bills. In particular is a new acting class  which is three hundred dollars per session. Terri's  weekly salary is not much more than that.

Terri is the epitomy of a starving artist. She begins to bum a couple  dollars off of Erika and a token there from Monique. And she maintains a hearty appetite from running to auditions in record time between coffee breaks. The girls can not keep food in the refrigerator with Terri around.

Monique is through with Terri. She devises a budget to help  Terri swim in the mainstream of life so that she  can afford the bare minimum of its costly necessities. Monique  also suggests that Terri  either find one higher paying  full time job or take on another part time job for two or three days  a  week. Terri is not excited about  her options.

Terri  refuses to give up her position at The  Talent Agency. Not only is management flexible with her hours, but she also has access to the character breakdowns for upcoming features and commercials. And of course she "acts" as  Fifi, her own agent. So leaving the agency was not even an option.

Terri therefore  decides to take a job as a waitress at JAZZ FRONT a popular  nightclub in the village,  which  is well frequented by celebrities.  Everything is running smooth and the girls are once again  a harmonious household.

Two  weeks have passed with no difficulties until one morning, when Terri  whispers in Erika's ear for ten dollars. Erika is surprised and  disappointed.

                    ERIKA

          What   happened?


                    TERRI

Well, since  I've been at JAZZ  FRONT, I have truly realized my desire to sing. And  it only  adds to  my marketability as an actress.  So, I started taking singing lessons from Madam Yurri last Wednesday....So umm you got ten? I'll  settle for five.

5

"GIRLFRIENDS"

Episode:  "Personal Ads"

     Erika is  having a dry season in the dating circuit.
She is very bored and frustrated to  say the least.  Out  of
desperation, she  answers a  personal  ad in CHOCOLATE SINGLES.
     The  two meet on neutral grounds.  They  meet at the
information booth at Grand Central Station.  It is the halfway
mark between Harlem  (his home) and Brooklyn (Erika's home).
     Erika finds her date to be humorous, considerate, and oh
yes even slightly attractive. But the bait that really got him
reeled in?  He is also a writer.  It's almost too good to be
true.
     Erika  and Chuck are dating frequently. She becomes so
preoccupied with  him that she is beginning  to miss her
deadlines. Meanwhile, her new love is selling his work before the
ink can dry.
     Terri becomes concerned about Erika's new priorities.
She is also suspicious of Chuck's  sudden burst of fortune.
Before dating Erika, he hadn't sold anything in 9 months. Could
Erika be pitching concepts in her sleep again?
     Terri has nothing solid on  which to base her
suspicions  until one day she finds Chuck going through  Erika's
"material in the works" file while she is making dinner. It
seems that "Mr. Wonderful"  is stealing Erika's concepts.
     When Terri confronts Erika,  she immediately defends
Chuck and accuses  Terri of being jealous. "You're going through
a very low period right now Terri", nods Erika  as she rubs the
crystal hanging from her neck knowingly, "and misery loves
company".  Terri storms out of the house and finds  herself at
Bobbi's  front door.  Bobbi offers Terri butter pecan ice cream.
     Terri returns  home to find Monique alone in the living
room.  She tells Monique about Chuck. Monique does not want to
get involved.

     Erika  enters with an attitude.

                 ERIKA
Monique, could you ask Terri when she intends to return that
$10.00  I loaned her three weeks ago?

                 TERRI
Monique, will you tell Erika that I would rather slide down a
razor blade into a pool of alcohol before I pay her back.


     Monique can't take it anymore.

              MONIQUE
             Stop!!!

  Monique  asks Erika if she has read the works that  Chuck has
sold. She has not. Terri pulls three magazines out of her
knapsack. She has stopped at the newstand with Bobbi before
returning  home. Erika is faced with the truth.  Poor Erika.

"GIRLFRIENDS"

Episode: "SASHA SAYS"

     Erika is experiencing writer's block. She is extremely frustrated and has not been able to write anything fit for even the ENQUIRER. She tries everything. Erika stands on her head, massages her temples, and consumes plenty of "brain food".....fish. When she is full to the gills, she visits Sasha, a spiritual guide.

     Erika tells Sasha about all her problems and tells her what she must do to overcome this block. Erika is relieved. She follows Sasha's advice, but nearly drives Terri and Monique insane with her crazy antics. She rationalizes everything with "Sasha says I should.....".

     The other two girls are so at a loss as to what to do with Erika that they decide to go to the culprit, Sasha. Sasha tells Monique about a feature that will come along to break up the tiresome string of music videos. And she shares a vision of Terri receiving a part on her favorite soap opera "The Dark and the Lovely". Both girls chill out immediately with Erika. Suddenly, all three are wearing crystals around their necks.

     Monique is offered an independent feature, but it's a low budget soft porn movie. She passes. And as forecasted, Terri is offered a role on her favorite soap opera as the nervous nurse in the hospital cafeteria. But in the final cut, it is an off screen voice.

     Erika on the other hand begins to write her butt off and gets two of her stories printed in COSMO and ESSENCE magazines in the same month.

     Erika comes to breakfast the next morning speaking of her good fortune. She reaches into the freezer only to find her crystal in the ice cube tray. Terri responds casually to Erika's puzzled face by saying that Erika was getting too hot and needed to chill out.

7

"GIRLFRIENDS"

Episode: The Seminar


"After weeks of constant work, the girls decide to treat
themselves to a night on the town.  While they are dolling
themselves up, Monique voices her concern over the lack of good
men. Erika and Terri disagree and Terri explains a surefire way
of attracting the right men. "Look deeply into his eyes, says
Terri,"and watch him fall apart!" The girls laugh but agree to
test their new found knowledge.


When at the party, the girls distant themselves in three
separate areas and work their magic. Once the party has ended we
find the girls  have tossed out the bait and are reeling them in.
They're enviromentalists though, instead of taking the fish
home, they toss them back  in.  They only play for  the sport.

EX, F Pilot Script
26 Pgs. 6¼/60,¢

Case #6:23-cv-06025-FPG-MWP

GIRLFRIENDS

EPISODE: SASHA SAYS

AN ORIGINAL TELEPLAY

BY

LETICIA LEE & TRACEY MOORE

FIRST DRAFT

COPYRIGHT  LETICIA LEE & TRACEY MOORE 1991

REGISTERED AT WRITERS GUILD EAST

1

FADE IN

INT. GIRLFRIENDS' KITCHEN - DAY

TERRI jogs into the kitchen wearing a warm up suit. She is
apparently just in from the outdoors. She's short of breath.
She sits down for a  moment and puts her head between her
legs and mumbles to herself.

                    TERRI
          Whoa! (Breathe. Breathe.) Whoa!
          This can't possibly be good for
          you.  I feel like I'm  gonna die.

TERRI looks up and sees several bottles of pills on the
kitchen table.  GOLDEN  SEAL  ROOT, VITAMIN B-12, COD
LIVER  OIL, BRAIN PEP etc.

                    TERRI
          Brain Pep? New York would be
          a better place if drug pushers
          gave these away instead.
          (She laughs to herself)

TERRI stands and goes into the  refrigerator. She is
apparently looking for something that she can't find.

                    TERRI
          I told them not to  touch  my
          Gatorade. Those greedy.......

                    ERIKA (O.S.)
          There's a case in  the cabinet
          under the sink.

TERRI slowly looks over her shoulder, but doesn't see
anyone.  She closes the  refrigerator and looks around   the
room which is  connected to the livingroom.

                    TERRI
          Erika?

                    ERIKA
          Yeah? (strained voice)

                    TERRI
          Where are you?

                    ERIKA
          I'm right here. Next to the Kool-Aid
          stain on the carpet.

TERRI tries to follow the voice.  She's standing next to
the tall corn plant in the livingroom when  ERIKA continues.

2

>                    ERIKA
>         Bring a cup of water with you. This
>         poor plant is suffering.

TERRI looks on the other side of the corn plant and sees
ERIKA standing on her head.

>                    TERRI
>         Lord!  I have seen it all now. Erika,
>         what are you doing?

>                    ERIKA
>         Fighting.

>                    TERRI
>         So........If I push you over and pin
>         you to the bottom of this corn plant, does
>         that mean I win?

>                    ERIKA
>         No. I'm fighting writer's block.

>                    TERRI
>         Well alright Gandhi and your passive
>         resistance.

TERRI walks back into the kitchen. MONIQUE enters. TERRI'S
head is under the sink. She is getting a bottle of
Gatorade.

>                    MONIQUE
>         Hey Girl!

TERRI bumps her head. She looks up and sees MONIQUE.

>                    TERRI
>         Girl! You scared me. I thought you
>         were walking on your hands.

>                    MONIQUE
>         What?

>                    TERRI
>         Never mind. How was your shoot?

>                    MONIQUE
>         Alright. You've seen one car commercial,
>         you've seen 'em all. (She looks at the
>         bottles on the table.)  Did I hear you
>         talking to someone just before I came in?

>                    TERRI
>         Yeah.  (slurp)  I was talking to Erika.
>         (slurp)

7

                        TERRI
              Yeah  Girl, me too.  Don't wait  up
              for me either.

TERRI and MONIQUE get  up to exit.

                        TERRI
              Come on Nikki. Treat me to dinner at
              Carolina Kitchen. I'll pay you
              back at the end of the week when
              I get  paid.

                        MONIQUE
               Okay. Okay.  But what happened to your check
               from ........Never mind.


                        TERRI (O.S.)
              You know I was behind on payments for my
              acting classes, and then I had to buy those
              BAAAD aerobics sneakers. Girl, they let
              me bounce so high there ain't nothin'
              but a cool breeze ripplin' between my......


EXT. BROOKLN BROWNSTONE - DUSK

We follow  MONIQUE and TERRI out to the street, through the
window.  We hear the sound of car doors slamming shut on a
tree lined  Brooklyn street. A red Lamborghini speeds off.
We come back in to find ERIKA in a sleep like state.

DISSOLVE TO

INT. KITCHEN - DAY

ERIKA is seated at the kitchen table with SASHA, an
eccentric looking Greek woman.

                        SASHA
              So my darling, Erika. That's it.
              You had a good reading. I've
              read  you  thoroughly. I am
              calm and well rested. Do you
              have any questions for me?

                        ERIKA
              Uuuuh. No.  I feel much better.
              I thought I was experiencing
              blockage. But  you seemed
              to have answered all of my
              questions in the reading. I just
              want everyone to be happy.  How
              can I thank you?

8

                    SASHA
          Thank me? Oh no Erika my friend
          this is what I do. It  pleases
          me to see someone as talented
          as yourself share her stories
          with the world.

                    ERIKA
          Oh Sasha.

The two hug from across the table. ERIKA kisses SASHA
gratefully  on the cheek.

                    SASHA
          Now I  must go darling. Next time
          you  must  come visit me. It is
          rare when I can get a moment away
          from my clients.  But when you have
          a gift...aaahhh... how it blossoms
          when you share it with the world.
          You're mother  - MAY SHE REST IN
          PEACE -- told me that when we were
          just little girls in Queens. Now
          that was a gifted woman.

The doorbell rings. ERIKA walks across the room to answer
the door. SASHA  collects  her cards and her garb.
ERIKA re-enters with ROBERT, the mailman.

                    ROBERT
          Well I'll be. It's a real live gypsy.

ERIKA hits ROBERT on the back of the head as she passes.

                    ERIKA
          Robert, this is Sasha. She's a very
          good friend of mine and  was even
          an better friend to my  mother.

                    ROBERT
          Well. Well. Pardon me. It's all
          starting to make sense now.

SASHA extends her hand as if she is royalty.

                    SASHA
          Lovely  to make your acquaintance
          Mr. Robert.

                    ROBERT
          It's  Robert. Just Robert.

She stares into his eyes.

9

                    SASHA
          Well. I'm sorry that I can
          not stay and chat. I have
          several appointments before
          my day is over. Lovely  to
          have  made your  acquaintance
          Mr...Excuse me. Robert.

ROBERT seems uncomfortable.

                    ROBERT
          Yes. Same here.

ERIKA walks SASHA to the door.

                    ERIKA
          Goodbye, Sasha.

SASHA places an amythest crystal around ERIKA'S neck;
she then holds Terri's face carefully with one hand.

                    SASHA
               (whispers)
          And remember Darling, focus.
          Don't let everyone else's problems
          become yours.

                    ERIKA
          Yes Sasha. I'll try.

SASHA exits.

                    ROBERT
          Did someone leave a freezer open?
          (Erika ignores him and starts cleaning
          off the table from lunch) And what's
          with you hitting me on the back of
          the noggin?

ROBERT rubs his head  as if he  suddenly realizes that it
hurt.

                    ERIKA
          You were being rude, Robert.

                    ROBERT
          But that's not like you. Terri
          or  Monique maybe....No definitely.
          Especially Terri. That girl hits
          hard! Monique cuts me with
          the sharp edge of her tongue and
          gives me that eeeeevil eye.  Man
          that girl got an evil eye. But not
          you Erika.

10

                    ERIKA
          Well this is the new Erika. And
          if you  have a problem with it,
          you can leave my house.

She continues loading the dishwasher. ROBERT is
apparently  surprised.

                    ROBERT
          Well here's your mail Ms. Thang.

He throws the mail down and leaves. TERRI enters
limping.

                    TERRI
          What's wrong with Robert?

                    ERIKA
          Beats me.


                    TERRI
          Girl, what  a day I had today.
          First Amy. Remember Amy the
          new secretary? Anyway that
          girl quit today. That obnoxious
          agent, Debbie, kept riding her.
          Get me coffee. Pick up  my
          clothes from the dry cleaners.
          Do this. Do that. You would
          think Amy was her private secre-
          tary. And today of all days,
          contracts had to be typed. Girl
          they looked at me, and I said
          don't even feel it. I am the
          receptionist only. Besides, I
          just got a manicure. And  ooh,
          Juan was teaching aerobics at the
          gym during my lunch hour. (She looks dreamy)
          So I politely called an agency
          and had them send over a temp A.S.A.P.
          And then, I proceeded  to go to my aerobics
          class. Juan said, "Kick  higher ladies!
          No man wants a woman with chunky thighs!"
          Girl, you know I  was kickin' with all
          my might. And  before I knew it both legs
          were kickin' in the air at the same time.
          My butt had confirmed gravity. I'm in
          paaaaaain!

By  this time ERIKA has just completed cleaning the kitchen.

11

                    ERIKA
          I'm sorry Terri; I don't have time for your
          worries today. Sasha says that  I
          need to stop taking on the pro-
          lems of the world.

ERIKA exits and leaves TERRI shocked.

CUT TO

INT. TERRI'S BEDROOM THE NEXT DAY -  NIGHT

TERRI sits in her bedroom with a bandaged ankle. She is
painting large bold lines onto the canvas with fierce
energy.  We see other renditions of her colorful childlike
masterpieces. We hear faint conversation from below. The
tone peaks. We hear footsteps  getting louder. The  door is
whirled open. MONIQUE enters still wearing her overcoat.

                    MONIQUE
          What the hell is her problem?!?

                    TERRI
          I don't know my African sister, but you
          almost killed Mr. Elephant.

MONIQUE closes the door, and sees a painting of a purple
elephant behind the door with  a once three dimensional
trunk now twisted to the side.

                    MONIQUE
          .I'm sorry Girl.

                    TERRI
          That's alright. I'm just glad you're
          home. I've been dealing with this
          Sasha says hokus pokus for the last
          twenty four hours.

MONIQUE  sits in  one of  Terri's funky home made
upholstered chairs.

                    MONIQUE
          You too?  That girl is about
          to drive me mad!  Every other
          word out of her mouth is
          Sasha says. You know what?

                    TERRI
          What?

12

                        MONIQUE
            I'd like to know what Sasha said
            to that chile.

                        TERRI
            Me too. I think  we should make a
            visit to Ms. Sasha  and  find out
            how to reverse the spell.

                        MONIQUE
            I don't  know  about all  of that
            Terri.  That woman  makes me......
            (Monique shivers)

ERIKA  strolls in swiftly with  a sheet of paper in hand.
She hands it to TERRI.

                        ERIKA
            Terri, this is a total of the monies
            you've owed me since the beginning
            of time. And mind you, rent is due in
            next week and you still owe me for
            this month's rent.

TERRI'S  eyes  boggle in shock as the scroll like
document unrolls, and drops to the floor, just  barely
missing  the tip of MONIQUE'S feet.

                        ERIKA
            And Monique, I've been  more than
            fair about you using that additional
            room down the hall as an office. Here's
            a notice for next month. It reflects a
            thirty percent markup in your rent.
            Sasha says that I can not be  held
            responsible for the financial plight
            of others.  (Inhales deeply - to herself)
            Aaah that wasn't so bad. (Aloud) Thank you
            ladies, and have a good evening.(She exits)

There is momentary silence in the room.  TERRI tears up the
financial  data sheet, and looks  to  MONIQUE.

                        TERRI
            'You  driving?

                        MONIQUE
            Is Michael Jackson bad?

                        TERRI
            Let's beat it.
            (TERRI & MONIQUE exit)

13

CUT TO

INT.  BOBBI'S  APT. -  5 DAYS LATER

TERRI is seated in BOBBI'S workspace. Bobbi is matching
swatches (materials), prepping for a shoot. TERRI is adorned
in a huge crystal which lyes heavily around her neck.

                    TERRI
          So, my agent, Fifi, gets a call as
          soon as  she steps into......

                    BOBBI
          Wait a minute. Aren't you  Fifi?

                    TERRI
          (Disgusted) Uh. Yeah.

                    BOBBI
          Save that "my agent version" for
          your interview with VANITY FAIR.

                    TERRI
           Anyway....pay attention! (she takes
           a deep  breath) So  then, I get a call
           from Juan.

                    BOBBI
          Juan. You mean the ONLY afrobics intruc-
          tor at THE SWEAT FACTORY!?!

Now BOBBI is intrigued.

                    TERRI
          Yes, the one. Anyway, he  called to tell
          me that one of his students asked about
          me. 'Cause you know I haven't been to
          class in a week because of my sprained
          ankle, and there ain't no way I'm .........

                    BOBBI
          Excuse me.

                    TERRI
          (irritated) What?

                    BOBBI
          Is this going to be one of your long
          stories?  Because if it is, I'll wait
          'til it comes out on video.

14

                    TERRI
Bobbi, I'm setting it up for you.
Be patient. (Clears her voice) So
then, he tells me that the woman's
name is NEQUITA TAYLOR!


                    BOBBI
Umm.  Hmmm. (obviously no impression)
Do I know this woman?

                    TERRI
Nequita Taylor is THE casting director
of THE DARK AND THE LOVELY.

                    BOBBI
No!

                    TERRI
Yes!

                    BOBBI
You  know that's my  soap!

                    TERRI
 Yours and mine both!  Listen, it
 gets better.  She wanted me to
 read for the part of Nurse Sassy.

                    BOBBI
No!

                    TERRI
Yes!  She told Juan that I was
the character, and Juan told
her that I was in fact an actress!
So I read for her today and got the
part! Can you believe it?

                    BOBBI
Whaaaaat?

                    TERRI
    (twirling her crystal)
Yes.  And why did Sasha tell me that
I would get cast on a show that I
frequently watch and admire, which
I did and I do.


                    BOBBI
Umm. Hmm.. (doubtful tone)



                    TERRI
And  she told Monique......

16

                    TERRI
          Then how  do you explain  all  of
          these positive  things  happening
          all at once for Monique and I?

                    BOBBI
          Well. In  my opinion, once you start
          to focus on your goals, good things
          inevitably happen. The key is peristance.
          Perseverance.

TERRI'S eyes fill with  tears. She looks as if she is
really about to cry.

                    BOBBI
          What's wrong with you?

                    TERRI
          Sasha says that my life is filled
          with positive, self motivated people.
          (She jumps up and gives Bobbi a huge hug.)
          Oh Bobbi, did I ever tell you what
          a good friend you are to me?

                    BOBBI
          (stunned) Oh Sweetie, of course. I
          am the best. As a little boy, when I used to
          return from summer camp, my mother would
          scream about the loads of mail I would get
          addressed "Dear Abbi" throughout the first
          half of the school year.  Now let me go;
          you're crystal ball is piercing my Armani
          silk.

TERRI lets go of him.

                    BOBBI
          Some of those silly children still
          write me too.

                    TERRI
          Really?

                    BOBBI
          Yes. Married with children too.

                    TERRI
          What do  you tell  them?

17

                BOBBI
The same thing I told them when I was
twelve.....Let nothing stand  between
friendship. Not miles, years or even
Sasha.

                TERRI
That's beautiful.

                BOBBI
So next time, feel free to
come to me. I'll put the fifty dollars
towards the ice cream fund.
Which reminds me. Sounds like we've
got some celebrating to do.

                TERRI
Heavenly hash?

                BOBBI
Your face is grinning on the cover.

                TERRI
You know I'm prepared.
(she pulls her favorite spoon
from out of her back  pocket)

They head towards the kitchen.


CUT TO

INT. GIRLFRIEND'S LIVINGROOM  - TWO  WEEKS LATER

ERIKA is propped in front of her laptop computer counting
sheep. She is surrounded by piles of balled up paper. The
telephone rings. ERIKA is startled.

                ERIKA
Hello?......Hi Terri....What?
Speak up. I can't hear you...
I don't know Terri, I'm really
busy here....Okay. Okay....
Terri, I said okay.

ERIKA hangs up the phone. The doorbell rings. ERIKA
goes to the door. It's BOBBI.

                ERIKA
Hi, Bobbi. (they walk inside)
Did you bring the blank tape?

18

> BOBBI
> Yes.  Yes. That crazy woman
> called me from the train
> station. She should be here any
> minute.

> ERIKA
> Well help yourself..

ERIKA goes back to her laptop and begins pecking quickly at the keys. We see what she's writing from over her shoulder.  It reads: MARY HAD A LITTLE LAMB THE FLEECE.......etc. BOBBI is busy setting the tape to record..

> BOBBI
> So how have you been doing Erika?
> I heard through the grapevine that
> the spirits have really been looking
> out for you all.

> ERIKA
> I'm fine. I am finally learning to
> disconnect myself from everyone's
> problems and focus on the energy
> within.

> BOBBI
> Disconnect yourself?

> ERIKA
> Yes. I don't have time to rescue
> Terri or act as a sounding board
> for Monique. Sasha says that in
> order for me to stay grounded, I
> must look out for number one.

BOBBI sits on the couch and points the remote towards the television.

> BOBBI
> My mother used to always say, when
> you point your finger at someone
> else, three fingers are pointing
> back at you.

ERIKA looks perplexed; she continues writing. Just then TERRI comes darting through the door.

> TERRI
> Aaaah. Is it on? Is it on?

20

                TERRI
      Shhh. Come on. Come on. Sit down. Glad
      you could make it.

The three sit in front of the television as ERIKA continues
to peck her ABC's on the computer. Forty-five minutes have
passed. ERIKA is asleep at the computer. Monique is reading
the HOLLYWOOD REPORTER. BOBBI is dabbing tears from his
eyes. TERRI is leaning into the television.

                TERRI
      Aaaaaaah! Here I come!!  Here I come!!!

            MONIQUE & BOBBI
    Where?  Where?

                TERRI
      Right there!! Shhhh..

We see only the back of Nurse Sassy.  A group of
interns stand huddled blocking her and learing at
the handsome Dr. Jacobs.

             NURSE SASSY
      Doctor Jacobs, here's the report
      from the lab on Baby Annie Mae.

             DR. JACOBS
      Thank you nurse. (he winks at the
      interns and exits)

The interns disperse. The credits roll over Nurse Sassy's
back as she takes notes at the station.  MONIQUE and BOBBI
look at each other in premature anticipation of TERRI'S
reaction.

               BOBBI
        (breaking the ice)
      Nurse? Like he doesn't know
      your name.  How funky.

TERRI is  silent.

             MONIQUE
      Is that the back of your head?
      Well, at  least they bumped
      your hair.

              BOBBI
      Starched is the word I believe
      you're looking for.

                TERRI
      Did you see those little girls?

21

                    BOBBI
          Cheap.

                  MONIQUE
          You were great Terri.

                    TERRI
          And Ms. Thang with the ponytail
          and thick hips was really quite
          blocking me. I didn't even
          realize he had  winked at them
          too.

                    BOBBI
          You know he's a womanizer.

TERRI falls silent and then starts to pout.

                  MONIQUE
          Terri...(no answer)...Terri.

                    TERRI
          What?

                  MONIQUE
          I don't get it. Are you upset
          because you  were upstaged or
          because Dr. Jacobs didn't ask
          for your phone number.

                    TERRI
          Please. Ask for my number?
          You think I would take that
          chance. I tried to give him my
          phone number! If he had taken
          it, I wouldn't care about being
          upstaged. Hmph. Married.

                  MONIQUE
          What?

                    TERRI
          Look. I'm grateful to have had
          the opportunity to be on my
          favorite soap opera of all time.
          I had a ball!

                    BOBBI
          I know you did.

23

Everyone falls silent in deep thought. ERIKA'S brow
is really wrinkled. TERRI and BOBBI start cracking
up.

                    TERRI
          No!

                    MONIQUE
          Yes! Tony asked me if he could
          direct!

                    BOBBI
          I bet he did. Barefoot at that.

They all laugh. Just when the laughter dies down, ERIKA
starts cracking up. They all look at her like she has really
lost her mind and start laughing at her. ERIKA thinks
they're laughing with her. She then starts pecking away
swiftly at the keys on the laptop.

CUT TO

INT.  GIRLFRIENDS KITCHEN - WEEKS LATER- DAY


TERRI and MONIQUE are seated at the kitchen table eating
breakfast and  reading various drafts written by ERIKA.

                    TERRI
          Erika is jammin'. Did you read
          the article that COSMO accepted
          entitled "Sasha Says"?

                    MONIQUE
          Yeah Girl.  She is too funny.
          I love this article about "Being in
          Tune with One's Self" that she
          wrote for ESSENCE. The girl is
          bad! You would never know how
          talented she is by the way she
          stands on her head.

                    TERRI
          Right!

25

                  TERRI
          (to Monique) She expresses herself
          better on paper doesn't she?

MONIQUE nods in agreement.

                  ERIKA
          What's going on here?

MONIQUE looks up with genuine concern and sees ERIKA holding
the ice tray by a single string much like the one from her
amythyst crystal necklace. TERRI never looks up.

                  TERRI
          Well....You were getting a bit
          too hot. So I thought I'd help
          you to chill out.

They all laugh. ERIKA brings the ice tray behind TERRI and
pours the ice down her back.

               FADE OUT
               CREDITS ROLL

Case #6:23-CV-06025-
FPG-mwp

Q₁

LeTicia Lee

dba SoRichlam Media

1335 Jefferson Rd #20711

Rochester, New York 14602 USA


Plaintiff


-vs-


Warner Media

30 Hudson Yards

New York, NY 10001


Defendant

Q₁ 5p55
cert. mail
Case #6:23-cv-06025-FPG-MWP

(Case ID Number)


## **AFFIDAVIT**


I, LeTicia Lee, dba SoRichlam Media of Rochester, New York of Monroe County, New York, MAKE
OATH AND SAY THAT:

1. Warner Bros. Producers used my sitcom treatment, "Girlfriends (c) 1991" to create the sitcom,
   "Living Single" 1993-1998

2. Summer 1991, while visiting Los Angeles, CA to pitch the GIRLFRIENDS sitcom to various
   producers and studios - my then writing partner, Tracey Moore, and I had lunch with our former
   Brooklyn neighbor and "friend" Warren Hutcherson a then fledgling New York comedic writer
   who was working on another sitcom in development.

Page 1 of 4

3. In 1991, Tracey and I practiced our GIRLFRIENDS sitcom pitch with our "friend" Warren Hutcherson and showed him our treatment for "feedback".

4. In 1991, Warren Hutcherson was very encouraging but had nothing to add to what we had developed except to say "good luck".

5. In 1991, Tracey Moore and I left a treatment for GIRLFRIENDS (C) 1991 - a six person ensemble composed of three women and three men of color in their twenties in various situations trying to balance life and career who sharing life stories living in the same Brooklyn Brownstone with Warren Hutcherson in case he came across someone in Hollywood who could help us develop our project.

6. Tracey and I had met with Warren Hutcherson in 1991 who later became an Executive Producer at Warner Bros

7. In 1991, Tracey Moore and I also met with Karen Handel at HBO in regards to developing GIRLFRIENDS.

8. In 1993, a show called LIVING SINGLE aired on FOX about an ensemble of young urban women and two male friends in their twenties living under one roof in Brooklyn, New York.

9. Ironically, one of the lead actors in LIVING SINGLE, Erika Alexander, was a personal friend of Tracey Moore's at that time who had visited us often while we developed GIRLFRIENDS and knew we had pitched the project to producers in Los Angeles.

10. It wasn't until early 2021, while seeing GIRLFRIENDS and LIVING SINGLE in syndication during the COVID 19 lockdown, that I decided it was finally time to do some research.

11. It was then, early 2021, that I discovered that Warren Hutcherson was a Consultant and Producer for the 1993 LIVING SINGLE pilot.

12. LIVING SINGLE character Khadija comes from GIRLFRIENDS character, Monique.

13. LIVING SINGLE character Sinclar comes from GIRLFRIENDS character Erika

14. LIVING SINGLE character Maxine combines GILRFRIENDS characters Terri and Monique

LIVING SINGLE in syndication, reboots, in any and all formats (television, videos, streaming, film, merchandising etc) and in any current and/or future formats yet to be created here forth.

26. You have thirty (30) days from the postal date received to respond to each of the above mentioned claims. Thank you.

STATE OF NEW YORK

COUNTY OF MONROE

SUBSCRIBED AND SWORN TO BEFORE
ME, on the ___11ᵗʰ___ day of
___June___, ___2021___

Signature _Meredith M. Constantino_
(Seal)
NOTARY PUBLIC
My Commission expires:
___2/10/2022___

_4/11/21_
(Signature)

LeTicia Lee

Meredith Marie Constantino
Notary Public, State of New York
No. 01CO6296641
Qualified in Monroe County
Commission Expires Feb. 10, 20__22_

*affidavit*

# USPS Tracking®



**Track Another Pack...**

**Tracking Number:** 70191640000004272386

Your item was delivered to the front desk, reception area, or mail room at 12:54 pm on June 17, 2021 in NEW YORK, NY 10001.

## ✅ Delivered, Front Desk/Reception/Mail Room

June 17, 2021 at 12:54 pm
NEW YORK, NY 10001

Feedback

Get Updates ⌄

---

Text & Email Updates                                              ⌄

---

Tracking History                                                  ⌄

---

Product Information                                               ⌄

---

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.



CASE # 6:23 - cv - 06025-FPG-MWP

LeTicia Lee

dba SoRichIam Media

1335 Jefferson Rd #20711

Rochester, New York 14602 USA

Ex. G₂   6p8s.

Case #6:23-cv-06025-FPG-MWP ___

(Case ID Number)

Plaintiff

-vs-

Grammnet Productions

Attn: Allen Kelsey Grammer

2461 Santa Monica Blvd. #521

Santa Monica, CA 90404

Defendant

## **AFFIDAVIT**

I, LeTicia Lee, dba SoRichIam Media 1335 Jefferson Rd #20711 Rochester, New York 14602 USA in Monroe County, New York, MAKE OATH AND SAY THAT:

1. Grammnet Productions (formerly also known as Happy Camper Prods) used my original sitcom treatment, "GIRLFRIENDS" (c) 1991 to develop, produce, and distribute GIRLFRIENDS sitcom for profit (See Exhibit A).

2. Grammnet Productions (formerly also known as Happy Camper Prods) used my original sitcom treatment, "GIRLFRIENDS" (c) 1991 to develop, produce, and

distribute GIRLFRIENDS sitcom through UPN and The CW networks and/or possibly additional networks in its first run 2000-2008 for profit.

3. Grammnet Productions (formerly also known as Happy Camper Prods) used my original sitcom treatment, "GIRLFRIENDS" (c) 1991 to develop, package and distribute GIRLFRIENDS sitcom  in syndication via Netflix for profit.

4. Grammnet Productions (formerly also known as Happy Camper Prods) used my original sitcom treatment, "GIRLFRIENDS" (c) 1991 to develop, package and distribute GIRLFRIENDS sitcom to networks in syndication to various markets nationwide for profit.

5. Grammnet Productions (formerly also known as Happy Camper Prods) knowingly used my original sitcom treatment, "GIRLFRIENDS" (c) 1991 to develop, package and distribute GIRLFRIENDS sitcom to various networks in syndication in markets worldwide for profit

6. In 1991, I  (and then writing partner Tracey Moore) pitched GIRLFRIENDS (C) 1991 sitcom to producers and networks while visiting Los Angeles, CA.

7. In 1991, while in Los Angeles, CA, Tracey Moore and I had lunch with Warren Hutcherson - our former "friend" and Brooklyn neighbor and then rising comedic writer who later became an Executive Producer at Warner Bros, where and when we "practiced" our pitch for GIRLFRIENDS (C) 1991 and showed him our treatment.

8. In 1991, my then writing partner, Tracey Moore, and I had a pitch meeting in good faith with Karen Handel who was then VP of Casting and Films & Original Programming Exec at HBO Premiere then located at 2049 Century Park East Suite #4100 while in Los Angeles, CA where and when we pitched an ensemble sitcom called GIRLFRIENDS (c) 1991.

9. GIRLFRIENDS (c) 1991 was loosely based on our own lives as young middle class women of color and the roller coaster events that occurred being twenty something and living in the fast paced environment of New York City while balancing rising careers and personal lives.

10. In 1991, HBO Exec, Karen Handel, asked if Tracey and I would be open to considering an all white cast for GIRLFRIENDS (c) 1991.

11. In 1991, Tracey and I told Karen Handel at HBO that we preferred to originate an urban show for middle class women of color and the challenges they faced balancing life and career as there hadn't been a middle class urban twenty something ensemble seen on television like GIRLFRIENDS (c) 1991 but would consider the alternative only if/after all the initial attempts for an urban cast were exhausted.

12. Karen Handel of HBO then asked Tracey and I to send her what an "ideal first season" would look like for GIRLFRIENDS (c) 1991.

13. In 1991, Tracey Moore and I left a treatment for GIRLFRIENDS with Karen Handel at HBO in Los Angeles, CA - a six person ensemble composed of three female leads and three supporting men in their twenties in various comedic situations trying to balance life and career most of whom lived in Brooklyn, New York.

14. Tracey and I returned to New York from Los Angeles in 1991 and wrote a proposed "outline for an ideal first season on spec" for GIRLFRIENDS (c) 1991 and sent it back to Karen Handel at HBO in Los Angeles, CA.

15. During that L¹ᵀ'E meeting with Karen Handel at HBO in Los Angeles, CA, Tracey and I also shared several real-life somewhat comedic incidents that occurred amongst we and our community of friends (Forte Greene Brooklyn, NY) - many of whom became celebrities themselves - including our ritual of meeting at a place called Mike's Cafe where all the urban "upstarts" and professionals met every Saturday and Sunday to commune, complain, and network for and about industry work/jobs (arts, editorial, film and television) which inevitably spilled into personal relationships.

16. In 1994, our show GIRLFRIENDS was abbreviated to a show called FRIENDS supposedly "written by" two HBO writers, David Crane and Marta Kauffman which they initially called, Six in One (which was our six person ensemble under one roof) and directed by James Burrows by request of Warren Littlefield at NBC.

17. Ironically,  Warren Littlefield, then head NBC, was seeking a show like "Living Single" which was also derived from GIRLFRIENDS and produced by our former "friend" and Brooklyn neighbor, Warren Hutcherson, whom we had pitched GIRLFRIENDS and left a written treatment during our visit to Los Angeles, CA  in 1991 while he was an up and coming comedic writer then struggling to make a name for himself in Hollywood/Los Angeles, CA.

18. Circa 1993-1994, Warren Littlefield, then head of NBC, hired two HBO writers (David Crane and Marta Kauffman) who brought a television sitcom concept they called (Six in One) which was GIRLFRIENDS (six person ensemble under one roof) from the HBO's shelved archives.

19. Les Moonves (then head of Warner Bros) approved the FRIENDS ensemble series with James Burrows (Cheers and Frasier director) at the helm to direct the FRIENDS' pilot episode in 1994.

20. FRIENDS' sitcom Pilot Director, James Burrows (Cheers and Frasier director), used the original GIRLFRIENDS (c) 1991 treatment as a template to launch FRIENDS 1994 sitcom which successfully aired 1994-2004

21. FRIENDS' sitcom Pilot Director, James Burrows (Cheers and Frasier director) appears to have shared the original GIRLFRIENDS treatment/specs etc with his "friend" Allen Kelsey Grammer (aka Kelsey Grammer), lead character in James Burrow's sitcom FRASIER 1993-2004

22. Kelsey Grammer used his FRASIER fame and platform to Produce works himself in that 1993-2004 timeframe.

23. Kelsey Grammar went on to develop and produce the "original FRIENDS template" GIRLFRIENDS (c) 1991 which aired in nearly close to GIRLFRIENDS original treatment, concept, specs and pitch format using the SAME show title which aired on UPN and then The CW from 2000-2008.

24. Kelsey Grammer, Mara Brock, Akil, and Salim Akil mis-represent themselves as the originators behind the sitcom GIRLFRIENDS which had been floating around Hollywood for nearly a decade as a success template for an intelligent twenty something middle class urban comedic ensemble which was loosely based on my original GIRLFRIENDS (c) 1991 concept and loosely based on my personal life and incidents.

25. Grammnet Productions (formerly also known as Happy Camper Productions) mis-represents itself as the originator behind the sitcom entitled GIRLFRIENDS.

26. Grammnet Productions (formerly also known as Happy Camper Prods) and its CEO, Kelsey Grammer, knowingly attached his name to the GIRLFRIENDS sitcom (c) 1991 project owned by two black female writers and producers, LeTicia Lee and Tracey Moore, and called it his own thus profiting himself, UPN, The CW, and now Netflix and others and sister networks and markets worldwide in syndication without getting our (original said owners) permission, giving us onscreen credit, and without financial compensation even though we had clearly registered and copyrighted. the material as it circulated around the Hollywood community with its original

GIRLFRIENDS name and concept with our concept creator names. LeTicia Lee and Tracey Moore, on the cover sheet.

27. The character JOAN in Grammnet Productions/Happy Camper/Kelsey Grammer's version of GIRLFRIENDS is loosely based on our character MONIQUE a strong independent Producer who was loosely based on my personal life as a NYC Indie Producer who had a general understanding of Business and Law (which you can see herein).

28. TONI and MAYA were actually one character, TERRI in our GIRLFRIENDS treatment and pitch

29. LYNN was the airhead character Erika in our GIRLFRIENDS treatment and pitch

30. WILLIAM is a composition of all three men in our version (Robert, Tony and Bobbi) in our GIRLFRIENDS sitcom

31. Our original GIRLFRIENDS female ensemble met in college, NYU.

32. Grammnet Productions/Happy Camper GIRLFRIENDS' female ensemble leads also met in college.

33. The GIRLFRIENDS names and location changed but character descriptions, show concept, and program title remained the same.

34. Grammnet Productions and its Executive Producer, Kelsey Grammer, appears to have attempted to deceive , cover up and bypass the original creators of GIRLFRIENDS by bringing Mara Brock Akil and Salim Akil on board

35. I do not know nor have I ever met Mara Brock Akil and/or Salim Akil who claim to have "created" the sitcom GIRLFRIENDS

36. Grammnet Productions, Happy Camper Prods, and its Executive Producer, Allen "Kelsey Grammer" displayed a blatant disrespect for young and aspiring black female writers and producers in their intentional decision not to acknowledge the original creators of the registered intellectual property, GIRLFRIENDS, from which they and their cast and crew profited for over twenty years.

37. Grammnet Productions and its Executive Producer, Allen "Kelsey Grammer" appear to have used deceptive practices to "develop" and distribute GIRLFRIENDS sitcom as their own "original work" to various networks and markets.

38. Grammnet Productions and its Executive Producer, Kelsey Grammer perpetuate systemic racism by not acknowledging the creative work, GIRLFRIENDS sitcom was originated by LeTicia Lee and Tracey Moore (c) 1991 - two professional women of color - whom Grammnet Productions and Kelsey Grammer excluded while exploiting the gifts and talents / works created by Ms. Lee and Ms. Moore from which they, Grammnet Productions, Kelsey Grammer, Mara Brock Akil and Salim Akil et al profited.

39. I am seeking $175,000,000 (*$100,000,000 payable to me, LeTicia Lee dba SoRichIam Media, and $75,000,000 payable to Tracey Moore*) in lost wages/income/revenues and emotional damages for the extreme distress this has caused me for over twenty years trying to trace how my intellectual property GIRLFRIENDS (c) 1991) got to Grammnet Productions (formerly Happy Camper Productions) via Allen "Kelsey Grammer", Mara Brock Akil and Salim Akil, UPN, The CW and now Netflix and other networks worldwide in syndication in nearly its original form with out my personal approval or consent or that of my then writing partner, Tracey Moore's consent or approval with whom I have discussed these above written claims.

40. I am also seeking 5% (*2.5% payable to LeTicia Lee dba SoRichIam Media and 2.5% payable to Tracey Moore)* of all future gross revenues derived from GIRLFRIENDS sitcom television, streaming, film, syndication, merchandising and/or any future ancillary markets and gross revenues derived from the overall GIRLFRIENDS sitcom production franchise in any current form or any form/format yet to be created.

41. No amount of money can fully compensate the emotional pain and suffering Tracey Moore and I have each experienced watching our work being exploited for nearly thirty years without compensation.

42. You have thirty (30) days from the postal date received to respond to the above claims. Thank you.

STATE OF NEW YORK

COUNTY OF MONROE

SUBSCRIBED AND SWORN TO
BEFORE ME, on the __11th__ day of
__June__, __2021__

Signature
_____ (Seal)
NOTARY PUBLIC
My Commission expires:
__2/10/2022__

_(Signature)_

LeTicia Lee

Meredith Marie Constantino
Notary Public, State of New York
No. 01CO6296641
Qualified in Monroe County
Commission Expires Feb. 10, 20__22__

(G3)

CASE# 6:23-CV-06025-FPG-MWP

LeTicia Lee dba SoRichIam Media

1335 Jefferson Road #20711

Rochester, New York 14602 USA

Ex. G3  Spss

**Case #6:23-cv-06025-FPG-MWP**

(Case ID Number)

Plaintiff

-vs-

Warner Media

30 Hudson Yards

New York, NY 10001

Defendant

**AFFIDAVIT**

I, LeTicia Lee dba SoRichIam Media , 1335 Jefferson Rd #20711 Rochester, NY 14602  in Monroe County, New York, MAKE OATH AND SAY THAT:

1. Warner Bros. used my treatment, "Girlfriends" (C) 1991 to develop, produce and distribute, "Friends" sitcom (See Exhibit A) for profit.

2. Warner Bros. used my treatment, "Girlfriends" (C) 1991 to develop, produce and distribute "Friends" sitcom which aired on NBC for profit.

3. Warner Bros. used my treatment, "Girlfriends" (C) 1991to  package, and distribute "Friends" sitcom in syndication to HBOMax for profit.

14. During that live 1991 meeting, Tracey and I shared several REAL-life comedic SITUATIONS that occurred in our own lives and amongst our community of friends (Forte Greene Brooklyn, NY) including our meet ups at a place called Mike's Cafe where all the urban "upstarts" and professionals gathered every weekend for brunch to commune, complain about our personal lives and network for and about industry work/jobs (arts, editorial, film and television etc).

15. In 1994, our GIRLFRIENDS sitcom was abbreviated to a show called FRIENDS supposedly "written by" two HBO writers, David Crane and Marta Kauffman which they initially called Six in One (which was our six person ensemble under one roof) and developed upon request for Warren Littlefield then Head of NBC.

16. Ironically, Warren Littlefield, then head NBC, was "publicly" seeking a show like "Living Single" which was also derived from GIRLFRIENDS as it was produced by our former "friend" and Brooklyn neighbor, Warren Hutcherson, who we had also pitched GIRLFRIENDS in 1991 during our visit to Los Angeles, CA while he was still an up and coming comedic writer struggling in Los Angeles.

17. Les Moonves approved the "FRIENDS" sitcom ensemble with James Burrows (Cheers and Frasier director) at the helm to direct the pilot episode in 1994.

18. FRIENDS was a hit and remained on the air at NBC from 1994-2004 garnering over one billions in advertising dollars, DVD sales and merchandising.

19. FRIENDS continues to air worldwide in syndication.

20. FRIENDS is now being renewed and streams online on HBOMax in syndication.

21. James Burrows (friend to Kelsey Grammer, lead character of his hit tv show FRASIER) appears to have shared GIRLFRIENDS treatment and show concept from which FRIENDS is derived with his "friend" Allen "Kelsey Grammer".

22. Kelsey Grammar went on to Produce the "original FRIENDS template", GIRLFRIENDS (C) 1991 which aired on UPN and then the CW from 2000-2008.

23. Warner Bros appears to have participated in and PROFITED from Hollywood's long standing practice of deception and cover ups by allowing its FRIENDS Producers to knowingly use GIRLFRIENDS (C) 1991 sitcom treatment created by LeTicia Lee and Tracey Moore and intentionally changing the show title name from GIRLFRIENDS to FRIENDS so as not to credit or compensate the original show creators, LeTicia Lee and Tracey Moore.

24. Warner Bros. and its producers participated in, and PROFITED from Hollywood's long standing practice of **systemic racism** by believing they could intentionally bypass LeTicia Lee and Tracey Moore, two women of color, who are the original writers and producers of GIRLFRIENDS (C) 1991 which was used to create FRIENDS 1994 sitcom for national and worldwide distribution.

25. Warner Bros. and its producers appear to have knowingly participated in, and PROFITED from Hollywood's long standing practice of **gender bias** by believing they could intentionally bypass LeTicia Lee and Tracey Moore, two women of color, who are the original writers and producers of GIRLFRIENDS (C) 1991 which was used to create FRIENDS 1994 sitcom for national and worldwide distribution.

# USPS Tracking®

Track Another Packa

**Tracking Number:** 70191640000004272379

Your item was delivered to the front desk, reception area, or mail room at 12:54 pm on June 17, 2021 in NEW YORK, NY 10001.

## ✓ Delivered, Front Desk/Reception/Mail Room

June 17, 2021 at 12:54 pm
NEW YORK, NY 10001

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∨

---

Product Information ∨

---

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.



Case# 6:23-cv-06025-FPG-mwp

LeTicia Lee dba SoRichIam Media

1335 Jefferson Rd. #20711

Rochester, New York 14602

Ex. G4  5pgs.

Case #6:23-cv-06025-FPG-MWP

(Case ID Number)

Plaintiff

-vs-

Warner Media for HBO Inc.

30 Hudson Yards

New York, NY 10001

Defendant

**AFFIDAVIT**

I, LeTicia Lee dba SoRichIam Media, of Rochester, New York in Monroe County, New York, MAKE OATH AND SAY THAT:

1. Warner Media's company HBO used my original treatment, "Girlfriends" (C) 1991 to create the series, "Sex and the City"

2. In 1991, my then writing partner, Tracey Moore, and I had a private pitch meeting **in good faith** with Karen Handel who was then VP of Casting and Films & Original Programming at HBO then located at 2049 Century Park East Suite 4100  while in in Los Angeles, CA.

3. In 1991, Tracey Moore and I pitched our show entitled GRIRLFRIENDS (C) 1991 to Karen Handel at HBO which was a six person situational comedic ensemble  about three upwardly mobile women in their twenties who met at NYU and how they balanced life, career, and

relationships while living in New York City. The ensemble also included three supporting male characters. Most of the ensemble lived under one roof in a New York Brownstone. (See Exhibit A)

4. In 1991, Karen Handel asked if Tracey and I would consider an all white cast, but we preferred to originate an urban show for middle class women and urbanites trying to balance life and career at that time before considering the latter typical option of an all white cast.

5. In 1991, Karen Handel asked Tracey and I to write what an "ideal first season" would look like for GIRLFRIENDS.

6. In 1991, Tracey Moore and I left a treatment for the sitcom, GIRLFRIENDS, with Karen Handel at HBO - a six person ensemble composed of three women and three men who met while studying at NYU surviving and sometimes thriving in their twenties in various comedic situations trying to balance life and career during our meeting with Karen in Los Angeles, CA many of which were comical incidents based on our own personal lives many of which we shared/discussed with Karen during our live pitch meeting.

7. In 1991, Tracey and I returned to New York and wrote an outline "on spec" for the first season of GIRLFRIENDS.

8. Carrie and Miranda of SEX and the CITY are based on one character, Monique in GIRLFRIENDS (me). Most people (in Hollywood) don't/didn't believe a young heterosexual woman could be attractive and intelligent enough to have a general understanding of the business and law so I suppose HBO decided to make her (Monique) two different people, Carrie and Miranda, instead.

9. The character, Charlotte in Sex and the City, is Erika (GIRLFRIENDS) which was based on my writing partner, Tracey Moore.

10. Samantha is based on a story line we pitched in an episode from our "ideal first season" about how the characters met men at a nightclub, flirted with them, and tossed them back into the "ocean" like fish at the end of the night and went home. Clearly, it was Karen Handel's and HBO's "misperception" and an exaggeration of GIRLFRIENDS' characters and the spec story line we sent.

HBO in 1998 to develop a series about twenty something single girlfriends who met at NYU and how they balanced career and life in a little show called SEX and the CITY

20. Ironically, when James Burrows (director of Cheers and Frasier) directed the pilot episode for FRIENDS "written by" HBO writers David Crane and Marta Kauffman, he shared the actual GIRLFRIENDS treatment with Kelsey Grammer who appears to have then developed and Produced the treatment under its original name, GIRLFRIENDS.

21. Between late 2020 to early 2021, I was finally able to trace Kelsey Grammer's version of GIRLFRIENDS back to David Crane and Marta Kauffman, then writers at HBO.

22. SEX and the CITY television series, DVDs, films and ancillary markets have grossed over one billion dollars in revenues and continues to succeed worldwide in syndication because of the original treatment, GIRLFRIENDS (c) 1991  pitched to Karen Handel at HBO in 1991 and used by HBO, Warner Bros, NBC, UPN, The CW, Netflix, HBOMax and others in syndication worldwide.

23. HBO knowingly used my original treatment and spec outlines from GIRLFRIENDS (C) 1991 to create "Sex and the City".

24. HBOMax has agreed to stream FRIENDS derived from GIRLFRIENDS discovered on the HBO shelved archives on its  network.

25. Warner Media/ HBO appears to have knowingly participated in Hollywood's long standing practice of **deception and cover-ups** by creating a "back story" for Sex and the City" as being derived from an original book idea rather than stolen from a show they shelved, GIRLFRIENDS (C) 1991 created by LeTicia Lee and Tracey Moore.

26. Warner Media/HBO appears to have participated in Hollywood's long standing practice of **gender bias** by not acknowledging Tracey Moore and LeTicia Lee two talented women of color and the original writers and producers of GIRLFRIENDS from which the series "Sex and the City" was developed, produced, packaged and distributed worldwide for profit.   ·

27. Warner Media/HBO appears to have participated in Hollywood's long standing practice of **systemic racism** by not acknowledging Tracey Moore and LeTicia Lee two talented women of color and the original writers and producers of GIRLFRIENDS from which the series "Sex and the City" appears to have been developed, produced, packaged and distributed worldwide for profit.

28. I am seeking $750,000,000 restitution for lost wages/income/revenues (*$500,000,00 payable to LeTicia Lee dba SoRichIam Media and $250,000,000 payable to Tracey Moore*), for emotional damages and the extreme amount of distress I have experienced for nearly thirty years wondering how my original treatment and scripts for GIRLFRIENDS went from a private pitch meeting at HBO **in good faith** with Karen Handel to UPN and The CW by way of two HBO writers (David Crane and Marta Kaufmann) who used GIRLFRIENDS (c) 1991 to create a massive success series called FRIENDS and how HBO intentionally tried to deceive the industry and general public into believing the series "Sex and the City" was an Original HBO Program by contriving

a book and thus "backstory" by a white female writer, Candace Bushnell and her "column" just to avoid acknowledgement and compensation to two talented black female writers and producers due to HBO's support, agreement, and alliance with traditional long standing Hollywood Industry systemic discriminatory practices.

29. In addition, I also seek 5% of all future gross revenues (*2.5% payable to LeTicia Lee dba SoRichIam Media and 2.5% payable to Tracey Moore*) from any current and/or future "Sex and the City" television/film franchise, online streaming, merchandising and any future market opportunities and ancillary markets yet to be created from which the "Sex and the City" series franchise may profit.

30. Tracey and I both experienced immense emotional hardship from this experience which no amount of money can fully compensate.

31. You have thirty (30) days from the postal date received to respond to the above mentioned claims. Thank you.

STATE OF NEW YORK

COUNTY OF MONROE

SUBSCRIBED AND SWORN TO BEFORE
ME, on the ___11th___ day of
___June___ , _2021_

Signature _Meredithm Constatino_
(Seal)
NOTARY PUBLIC
My Commission expires:
___2/10/2022___

_____ (Signature)   6/11/21

LeTicia Lee

Meredith Marie Constantino
Notary Public, State of New York
No. 01CO6296641
Qualified In Monroe County
Commission Expires Feb. 10, 20 _22_

Ex. H   5 pgs

**Case #6:23-cv-06025-FPG-MWP**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF MONROE

Index No.: 2021-3189

--------------------------------------------------------------------------X  Plaintiff(s) designates

LETICIA LEE DBA SORICHIAM MEDIA,

                                         MONROE
                                         County as the place of trial

      Claimant,

                                        **SUMMONS**

                                        Claimant designates
                                        MONROE COUNTY as
                                        the place of Trial

      -against-

                                        The basis of this venue is:
                                        Claimant's place of business
                                        SoRichIam Media
                                        1335 Jefferson Rd #20711
                                        Rochester, NY 14602

WARNER BROS. TELEVISION GROUP,
WARNER MEDIA LLC/HBO, COMCAST/NBC UNIVERSAL TELEVISION GROUP
VIACOM/CBS, GRAMMNET PRODUCTIONS

      Respondents,
--------------------------------------------------------------------------X
To the above named Respondent(s)

      **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a
copy of your answer, or, if the complaint is not served with this summons, to serve a notice of
appearance, on the Plaintiff within 20 days after the service of this summons, exclusive of the day of
service (or within 30 days after the service is complete if this summons is not personally delivered to you
within the State of New York); and in case of your failure to appear or answer, judgment will be taken
against you by default for the relief demanded herein.
I, LeTicia Lee dba SoRichIam Media, of Rochester, New York in Monroe County, New York, MAKE
OATH AND SAY THAT:

1.   Warner Media/HBO, Comcast/NBC, Grammnet Prods, and Viacom/CBS intentionally used and
    profited from my original treatment, and pilot script about an original sitcom ensemble in their
    twenties balancing life and career in a metropolitan city most of whom lived in one building
    entitled **GIRLFRIENDS**(C) 1991, as well as conversations spoken in good faith about my
    character and personal life during pitch meetings to create, develop, and distribute the
    series: **Living Single** (1993-1998), **Friends** (1994-2004), **Sex and the City** (1998-2004),
    and **Girlfriends** (2000-2008) all currently still airing in syndication in multiple markets
    worldwide.

AUG 1 1 2021

2. In March-April 1991, while doing preliminary research for Spike Lee's biopic MALCOLM X, I had multiple telephone conversations with **Lucy Fisher** at Warner Bros. who referred me to **Shelly Raskov** at Warner Bros Television with whom I spoke and pitched a sitcom pilot I had been working on with my then writing partner, Tracey Moore, entitled GIRLFRIENDS and told her we would be in Los Angeles, CA from the last week in April through the first week in May 1991 and could meet to further discuss.

3. Tracey Moore and I did visit Los Angeles, CA in the Spring of 1991 and first had a social lunch with our former friend and neighbor, an up and coming Brooklyn comic/comedy writer, **Warren Hutchins** who was working on a sitcom pilot. We shared updates on our personal and business lives, and practiced our pitch for our original series ensemble, GIRLFRIENDS before meeting with Producers.

4. On May 1, 1991, my then writing partner, Tracey Moore, and I also had a pitch meeting **in good faith** with **Karen Handel** who was then VP of Casting and Films & Original Programming at **HBO** then located at 2049 Century Park East Suite 4100 while in in Los Angeles, CA.

5. In 1991, Tracey Moore and I pitched our show entitled **GIRLFRIENDS (C) 1991** to Karen Handel at HBO which was mainly *a six person ensemble composed of three women and three men who met while studying at NYU surviving and sometimes thriving in their twenties despite various comedic situations while trying to balance life and career* during our meeting with Karen in Los Angeles, CA many of which were comical incidents based on our own personal lives many of which we shared/discussed with Karen during our live pitch meeting.

6. In 1991, Karen Handel asked if Tracey and I would consider an all white cast, but we preferred to originate an urban show for middle class women and urbanites trying to balance life and career at that time before considering the latter typical option of an all white cast.

7. In 1991, Karen Handel asked Tracey and I to write what an "ideal first season" would look like for GIRLFRIENDS.

8. In May of 1991, Tracey Moore and I returned to New York and wrote and sent an outline "on spec" for the first season of GIRLFRIENDS to Karen Handel at HBO never to hear from her again.

9.  In **1993,** Warren Hutchins produced a pilot for a sitcom entitled, **LIVING SINGLE,** about a four urban women and two men balancing life and career with **strikingly similar** character descriptions and stories we pitched to him from GIRLFRIENDS.

10. While LIVING SINGLE aired at Warner Bros. it became publicly known that Warren Littlefield was looking for a "white version" of the "Living Single" sitcom for NBC.

11. Ironically, in **1994 Warren Littlefield** hired two HBO writers, David Crane and Marta Kauffman who had access to "shelved archives/pitches/works" at HBO.

12. **David Crane** and **Marta Kauffman** pitched a show they called **"Six in One"** to Warren Littlefield and then Les Moonves at NBC about an ensemble of three women and three men in their twenties who lived under one roof in New York City who met regularly at a cafe to discuss life, career and relationships which was *strikingly similar* to the show, GIRLFRIENDS. Tracey Moore and I pitched to Karen Handel at HBO in 1991 including the facts of or personal lives that we and our friends met at a film/tv/arts crew industry favorite Brooklyn cafe called, Mike's.

13. Warren Littlefield hired David Crane and Marta Kauffman to write the pilot episode and series they eventually just called, **FRIENDS** and selected **James Burrows** (who also directed "Cheers" and "Frasier") to direct the **FRIENDS** pilot episode.

14. It appears **James Burrows** was so pleased with FRIENDS' sitcom fame and success and how "lucky" the now famous GILRFRIENDS template was for he and others (LIVING SINGLE and now FRIENDS) that it appears James Burrows shared the story with his friend, Allen **"Kelsey Grammer"** (Frasier sitcom lead star)

15. In 2000, Kelsey Grammer developed and produced GIRLFRIENDS using a "*strikingly similar*" treatment/notes Tracey Moore and I shared with Karen Handel at HBO (*including title*) only changing character names and location from New York City to Los Angeles.

16. Warner Media/HBO, Warner Bros Television, Comcast/NBC, Viacom/CBS and Grammnet Productions appear to have knowingly participated in Hollywood's long standing practice of deception and cover-ups by calling original works created by under-represented content creators their own .

17. Warner Media/HBO, Warner Bros Television, Comcast/NBC, Viacom/CBS and Grammnet Productions appear to have participated in Hollywood's long standing practice of **gender bias** by not acknowledging Tracey Moore and LeTicia Lee - two talented women of color and the original writers, creators and producers of GIRLFRIENDS from which the series: "Living Single", "Friends", "Sex and the City", and "Girlfriends" were all developed, produced, packaged and distributed worldwide for fame, profit and fortune.

18. Warner Media/HBO, Warner Bros Television, Comcast/NBC, Viacom/CBS and Grammnet Productions appear to have participated in Hollywood's long standing practice of **systemic racism** by not acknowledging Tracey Moore and LeTicia Lee two talented women of color and the original writers, creators and producers of GIRLFRIENDS from which the series: LIVING SINGLE, FRIENDS, SEX AND THE CITY and GIRLFRIENDS appear to have been developed, produced, packaged and distributed worldwide for profit.

19. I am seeking $750,000,000 restitution for recoverable lost wages/income/revenues for the **last three years** (*$400,000.00 payable to LeTicia Lee dba SoRichIam Media and $350,000,000 payable to Tracey Moore*) for **copyright infringement** from all LIVING SINGLE, FRIENDS, SEX AND THE CITY and GIRLFRIENDS syndication revenues, and for emotional damages and the extreme amount of distress of years wondering how my original treatment, pilot script for GIRLFRIENDS and notes about my personal character and private life went from pitch meetings **in good faith** with Shelly Raskov, Warren Hutchinson, and Karen Handel to two to create "strikingly similar" massive success sitcom ensemble series including: LIVING SINGLE, FRIENDS, SEX AND THE CITY and GIRLFRIENDS from which Warner Bros Television, Warner Media, HBO, NBC, Viacom/CBS and Grammnet Productions have all profited abundantly .

21. Warner Media/HBO, Warner Bros Television, Comcast/NBC, Viacom/CBS and Grammnet Productions appear to have knowingly avoided acknowledgement and compensation of two talented black female writers and producers, LeTicia Lee dba SoRichIam Media and Tracey Moore to support and create an alliance with traditional long standing Hollywood Industry systemic discriminatory practices which deeply effected their career and personal lives.

22. In addition, I also seek 10% of all future gross revenues (*5% payable to LeTicia Lee dba SoRichIam Media and 5% payable to Tracey Moore*) from any current and/or future LIVING SINGLE, FRIENDS, SEX AND THE CITY and GIRLFRIENDS television/film franchise, online streaming, merchandising and any future market opportunities or offshoots and ancillary markets yet to be created from which the LIVING SINGLE, FRIENDS, SEX AND THE CITY and GIRLFRIENDS series franchises may profit

23. Tracey and I both experienced immense emotional hardship from this experience which no amount of money can fully compensate.

24. You have thirty (30) days from the postal date received to respond to this notice of claims served. Thank you.


Dated: July 23rd, 2021


Signed,

LeTicia Lee


Respondent(s) Address(es):

Warner Media LLC
30 Hudson Yards
New York, New York 10001

Warner Bros. Television Group
4000 Warner Blvd.
Burbank, CA 91522-0001

Comcast/NBC Universal Television
30 Rockefeller Plaza
New York, New York 10112

Viacom/CBS
1515 Broadway
New York, New York 10036

Grammnet Productions
Attn: Allen Kelsey Grammer
2461 Santa Monica Blvd. #521
Santa Monica, CA 90404

LeTicia lee dba SoRichIam Media
Claimant
1335 Jefferson Rd. #20711
Rochester, NY 14602 USA
585-405-5555

AUG 3 1 2021

Monroe County
Clerk's Office

WARNER MEDIA / HBO

**Case #6:23-cv-06025-FPG-MWP**

# USPS Tracking®



Track Another Package

**Tracking Number:** 70191640000004270252

Your item was delivered to the front desk, reception area, or mail room at 2:00 pm on August 16, 2021 in NEW YORK, NY 10001.

## ✅ Delivered, Front Desk/Reception/Mail Room

August 16, 2021 at 2:00 pm
NEW YORK, NY 10001

Get Updates ⌄

---

Text & Email Updates                                                ⌄

---

Tracking History                                                    ⌄

---

Product Information                                                 ⌄

---

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

# USPS Tracking®

Track Another Package

**Tracking Number:** 70191640000004270351

Your item was delivered to the front desk, reception area, or mail room at 9:31 am on August 16, 2021 in BURBANK, CA 91522.

## ✓ Delivered, Front Desk/Reception/Mail Room

August 16, 2021 at 9:31 am
BURBANK, CA 91522

Get Updates ⌄

---

Text & Email Updates                                    ⌄

---

Tracking History                                        ⌄

---

Product Information                                     ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

Case #6:23-cv-06025-FPG-MWP

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

New York, NY 10013

| | |
|---|---|
| Certified Mail Fee $3.60 | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ 0.00 |
| ☐ Certified Mail Restricted Delivery | $ 0.00 |
| ☐ Adult Signature Required | $ 0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage $1.50 | |
| Total Postage and Fees $ | |

7019 1640 0000 0427 0344

---

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent / ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

9590 9402 6239 0265 0352 74

2. Article Number (Transfer from service label)

7019 1640 0000 0427 0344

PS Form 3811, July 2020 PSN 7530-02-000-9053

3

Ex H.

H1

Case #6:23-cv-06025-FPG-MWP

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

New York, NY 10036

Certified Mail Fee   $3.60

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $_____
☐ Return Receipt (electronic)       $_____
☐ Certified Mail Restricted Delivery $_____
☐ Adult Signature Required          $_____
☐ Adult Signature Restricted Delivery $_____

Postage   $1.00

Total Postage and Fees

Sent To   Viacom / CBS / Legal Dept.
Street and Apt. No., or PO Box No.   1515 Broadway
City, State, ZIP+4®   NYU - NY NY 10036

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark Here   08/13/2021

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  8/16/21 |
| 1. Article Addressed to:<br><br>Viacom / CBS<br>Legal Dept.<br>1515 Broadway<br>NY NY 10036 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 9590 9402 6239 0265 0352 98 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7019 1640 0000 0427 0368 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

4

#1

Case #6:23-cv-06025-FPG-MWP

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Santa Monica CA 90404

Certified Mail Fee   $3.60

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $0.00
☐ Return Receipt (electronic)       $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required          $0.00
☐ Adult Signature Restricted Delivery $0.00

Postage   $1.20

Total Postage and Fees   $

Sent To   Grammnet Prods, Kelsey
Street and Apt. No., or PO Box No.   2461 Santa Monica Blvd.
City, State, ZIP+4®   Santa Monica, CA 90404

Postmark Here   03/12/2021

7019 1640 0000 0427 0375

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Grammnet Prods.
Attn: Kelsey Grammer
2461 Santa Monica Blvd,
Santa Monica, CA 90404

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 6239 0265 0353 04

2. Article Number (Transfer from service label)
7019 1640 0000 0427 0375

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Covid 19   8-16-21

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

5

Case #6:23-cv-06025-FPG-MWP

UCS-840
(rev. 07/29/2019)

# REQUEST FOR JUDICIAL INTERVENTION

SUPREME COURT, COUNTY OF MONROE

Index No: 2021-3189          Date Index Issued: AUGUST 11, 2021

| For Court Use Only: |
| --- |
| IAS Entry Date |
| |
| Judge Assigned |
| |
| RJI Filed Date |

**CAPTION**    Enter the complete case caption. Do not use et al or et ano. If more space is needed, attach a caption rider sheet.

LETICIA LEE DBA SORICHIAM MEDIA

                                                          Plaintiff(s)/Petitioner(s)

-against-

WARNER MEDIA LLC/HBO, WARNER BROS TELEVISION GROUP,  VIACOM/CBS, COMCAST/NBC UNIVERSAL
TELEVISION GROUP, GRAMMNET PRODUCTIONS

                                                          Defendant(s)/Respondent(s)

**NATURE OF ACTION OR PROCEEDING**    Check only one box and specify where indicated.

**COMMERCIAL**
- ○ Business Entity (includes corporations, partnerships, LLCs, LLPs, etc.)
- ○ Contract
- ○ Insurance (where insurance company is a party, except arbitration)
- ○ UCC (includes sales and negotiable instruments)
- ○ Other Commercial (specify): _____
*NOTE: For Commercial Division assignment requests pursuant to 22 NYCRR 202.70(d), complete and attach the COMMERCIAL DIVISION RJI ADDENDUM (UCS-840C).*

**REAL PROPERTY**    Specify how many properties the application includes:
- ○ Condemnation
- ○ Mortgage Foreclosure (specify):   ○ Residential   ○ Commercial
  Property Address: _____
  *NOTE: For Mortgage Foreclosure actions involving a one to four-family, owner-occupied residential property or owner-occupied condominium, complete and attach the FORECLOSURE RJI ADDENDUM (UCS-840F).*
- ○ Tax Certiorari
- ○ Tax Foreclosure
- ○ Other Real Property (specify): _____

**OTHER MATTERS**
- ○ Certificate of Incorporation/Dissolution   [see NOTE in COMMERCIAL section]
- ○ Emergency Medical Treatment
- ○ Habeas Corpus
- ○ Local Court Appeal
- ○ Mechanic's Lien
- ○ Name Change
- ○ Pistol Permit Revocation Hearing
- ○ Sale or Finance of Religious/Not-for-Profit Property
- ○ Other (specify): _____

**MATRIMONIAL**
- ○ Contested
  *NOTE: If there are children under the age of 18, complete and attach the MATRIMONIAL RJI ADDENDUM (UCS-840M).*
  *For Uncontested Matrimonial actions, use the Uncontested Divorce RJI (UD-13).*

**TORTS**
- ○ Asbestos
- ○ Child Victims Act
- ○ Environmental: _____
- ○ Medical, Dental or Podiatric Malpractice
- ○ Motor Vehicle
- ○ Products Liability (specify): _____
- ○ Other Negligence (specify): _____
- ○ Other Professional Malpractice (specify): _____
- ◉ Other Tort (specify):  Copyright Infringement,Effects & Damages

**SPECIAL PROCEEDINGS**
- ○ CPLR Article 75 (Arbitration) [see NOTE in COMMERCIAL section]
- ○ CPLR Article 78 (Body or Officer)
- ○ Election Law
- ○ Extreme Risk Protection Order
- ○ MHL Article 9.60 (Kendra's Law)
- ○ MHL Article 10 (Sex Offender Confinement-Initial)
- ○ MHL Article 10 (Sex Offender Confinement-Review)
- ○ MHL Article 81 (Guardianship)
- ○ Other Mental Hygiene (specify): _____
- ○ Other Special Proceeding (specify): _____

. FILED

DEC 3 0 2021

Monroe County
Clerk's Office

**STATUS OF ACTION OR PROCEEDING**    Answer YES or NO for every question and enter additional information where indicated.

|  | YES | NO |  |
| --- | --- | --- | --- |
| Has a summons and complaint or summons with notice been filed? | ◉ | ○ | If yes, date filed: August 11, 2021 |
| Has a summons and complaint or summons with notice been served? | ◉ | ○ | If yes, date served: August 12, 2021 |
| Is this action/proceeding being filed post-judgment? | ○ | ◉ | If yes, judgment date: _____ |

**NATURE OF JUDICIAL INTERVENTION**    Check one box only and enter additional information where indicated.

- ○ Infant's Compromise
- ○ Extreme Risk Protection Order Application
- ○ Note of Issue/Certificate of Readiness
- ○ Notice of Medical, Dental or Podiatric Malpractice    Date Issue Joined: _____
- ○ Notice of Motion    Relief Requested: _____    Return Date: _____
- ○ Notice of Petition    Relief Requested: _____    Return Date: _____
- ◉ Order to Show Cause    Relief Requested: _____    Return Date: _____
- ○ Other Ex Parte Application    Relief Requested: _____
- ○ Poor Person Application
- ○ Request for Preliminary Conference
- ○ Residential Mortgage Foreclosure Settlement Conference
- ○ Writ of Habeas Corpus
- ◉ Other (specify):  Request tv studios compensate for itemized claims and damages thereof

Case #6:23-cv-06025-FPG-MWP

**...ED CASES**    List any related actions. For Matrimonial cases, list any related criminal or Family Court cases. If none, leave blank.
If additional space is required, complete and attach the **RJI ADDENDUM (UCS-840A)**.

| Case Title | Index/Case Number | Court | Judge (if assigned) | Relationship to instant case |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**PARTIES**    For parties without an attorney, check the "Un-Rep" box and enter the party's address, phone number and email in the space provided.
If additional space is required, complete and attach the **RJI ADDENDUM (UCS-840A)**.

| Un-Rep | Parties<br>List parties in same order as listed in the caption and indicate roles (e.g., plaintiff, defendant, 3rd party plaintiff, etc.) | Attorneys and Unrepresented Litigants<br>For represented parties, provide attorney's name, firm name, address, phone and email. For unrepresented parties, provide party's address, phone and email. | Issue Joined<br>For each defendant, indicate if issue has been joined. | Insurance Carriers<br>For each defendant, indicate insurance carrier, if applicable. |
|---|---|---|---|---|
| ☑ | Name: LeTicia Lee DBA SoRichl... Role(s): Plaintiff | LeTicia Lee DBA SoRichlam Media 1335 Jefferson Road #20711 Rochester, New York 14602 USA (~~585-405-5555~~) | ○ YES  ○ NO | |
| ☐ | Name: Warner Media/HBO Role(s): Defendant | Warner Media LLC/HBO 30 Hudson Yards New York, New York 10001 Attn: Legal Dept./Intellectual Property | ○ YES  ○ NO | |
| ☐ | Name: Warner Bros Television G... Role(s): Defendant | Warner Bros Television Group 4000 Warner Blvd. Burbank CA 91522-0001 Attn: Legal Dept./Intellectual Property | ○ YES  ○ NO | |
| ☐ | Name: Comcast/ NBC Universal Role(s): Defendant | Comcast/NBC Universal Television Group 30 Rockefeller Plaza New York, New York 10112 Attn: Legal Dept./Intellectual Property | ○ YES  ○ NO | |
| ☐ | Name: Viacom/CBS Role(s): Defendant | Viacom/CBS 1515 Broadway New York, New York 10036 Attn: Markus Hopkins (626) 325-8389 Markus.Hopkins@cbs.com | ○ YES  ○ NO | |
| ☐ | Name: Grammnet Prods. Role(s): Defendant | c/o Viacom/CBS 1515 Broadway New York, New York 10036 Attn: Markus Hopkins (626) 325-8389 Markus.Hopkins@cbs.com | ◉ YES  ○ NO | |
| ☐ | Name: Role(s): | | ○ YES  ○ NO | |
| ☐ | Name: Role(s): | | ○ YES  ○ NO | |
| ☐ | Name: Role(s): | | ○ YES  ○ NO | |
| ☐ | Name: Role(s): | | ○ YES  ○ NO | |
| ☐ | Name: Role(s): | | ○ YES  ○ NO | |
| ☐ | Name: Role(s): | | ○ YES  ○ NO | |
| ☐ | Name: Role(s): | | ○ YES  ○ NO | |
| ☐ | Name: Role(s): | | ○ YES  ○ NO | |
| ☐ | Name: Role(s): | | ○ YES  ○ NO | |

**I AFFIRM UNDER THE PENALTY OF PERJURY THAT, UPON INFORMATION AND BELIEF, THERE ARE NO OTHER RELATED ACTIONS OR PROCEEDINGS, EXCEPT AS NOTED ABOVE, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION BEEN PREVIOUSLY FILED IN THIS ACTION OR PROCEEDING.**

Dated: 12/30/2021

_____
Signature

_____
Attorney Registration Number

_____
LETICIA LEE
Print Name

3/28/23, 11:44 AM                                    Dream On (TV series) - Wikipedia

## WIKIPEDIA
### The Free Encyclopedia

*Ex. I* ¹ ⁸⁄₂₈₅.
**Case #6:23-cv-06025-FPG-MWP**

*Kaufman Crane Bright @ HBO* (T)

# *Dream On* (TV series)

***Dream On*** is an American sitcom television series created by Marta Kauffman and David Cráne. It follows the family life, romantic life, and career of Martin Tupper, a divorced New York City book editor played by Brian Benben. The show distinctively interjected clips from older black-and-white television series to punctuate Tupper's feelings or thoughts. It ran for six seasons on HBO between July 8, 1990, and March 27, 1996.

## Premise

The show centered on Martin Tupper's (Brian Benben) life in an apartment in New York City with his young son, and relating to his ex-wife, while trying to date other women and succeed as an editor for a small book publisher with Toby, his brassy secretary. Judith, his ex-wife, went on to marry Dr. Richard Stone – the never-seen (until the end of the series), most impossibly successful man on the planet (astronaut, brain surgeon, the fifth Beatle and consultant to the Pope); despite Martin's undying love for Judith, he could never compete with the legendary Dr. Stone.

The opening indicates Martin's mother parked him in front of the TV and he then grew up engrossed in it. It briefly shows a babysitter making out with a boyfriend behind young Martin, hence the association of sex with his memories. The show was notable for its frequent use of clips from old movies and TV shows to express Martin's inner life and feelings, which lent it much of its quirky appeal, reminding viewers about the impact of TV on their consciousness.[1] The show was also significant for being one of the first American sitcoms to use uncensored profanity and nudity.[2]

## Cast

- Brian Benben as Martin Tupper, a book editor for a smaller publishing house that usually specializes in romance novels and other less prestigious literary fare. Having practically been raised by television in the 1950s, his thoughts are shown to the viewer through clips of classic black and white programming. He struggles to find love (or something like it) while sorting out the feelings he still has for his ex-wife, Judith.[3]



| *Dream On* | | |
|---|---|---|
| **Genre** | Sitcom | |
| **Created by** | Marta Kauffman | |
| | David Crane | |
| **Starring** | Brian Benben | |
| | Chris Demetral | |
| | Denny Dillon | |
| | Wendie Malick | |
| | Dorien Wilson | |
| | Michael McKean | |
| **Theme music composer** | Michael Skloff | |
| **Composer** | Michael Skloff | |
| **Country of origin** | United States | |
| **Original language** | English | |
| **No. of seasons** | 6 | |
| **No. of episodes** | 120 (list of episodes) | |
| **Production** | | |
| **Executive producers** | Kevin Bright | |
| | John Landis | |
| **Producers** | David Crane | |
| | Jeff Greenstein | |
| | Robb Idels | |

- Wendie Malick as Judith Tupper Stone, Martin's ex-wife who has since remarried the *literal* perfect man, Dr. Richard Stone.[3]
- Chris Demetral as Jeremy Tupper, Martin's teenaged son.[3]
- Dorien Wilson (seasons 2–6) and Jeff Joseph (season 1) as Eddie Charles, a talk show host and Martin's best friend.[4]
- Denny Dillon as Toby Pedalbee, Martin's secretary/assistant
- Michael McKean as Gibby Fiske, Martin's boss (recurring during seasons 2–6)[3]
- Renée Taylor as Martin's mother, Doris Tupper (occasional during seasons 3–5)

| | |
|---|---|
| | Marta Kauffman |
| | Jeff Strauss |
| | Ron Wolotzky |
| **Camera setup** | Single camera |
| **Running time** | 30 min |
| **Production companies** | Kevin Bright Productions |
| | St. Clare Entertainment |
| | MCA Television Entertainment |
| **Release** | |
| **Original network** | HBO (1990–1996) |
| | Fox (1995) (edited) |
| **Audio format** | Stereophonic sound |
| **Original release** | July 8, 1990 – March 27, 1996 |

## Production

The show was created by Marta Kauffman and David Crane, who also served as producers. *Dream On* was executive produced by Kevin Bright and John Landis. Landis also directed several episodes of the series. *Dream On* first aired on July 8, 1990, on HBO, and was cancelled by HBO in March 1996. One season of the show, with language and nudity edited for broadcast, aired in prime time on the Fox Broadcasting Company in 1995: Sunday at 9:30-10:00 p.m. from January to April and Monday at 9:00-10:00 p.m. from June to July.[5] This bowdlerized version was later made available in syndication.





*New York:* MTV Networks (Headquarters), 1775 Broadway, New York, NY 10019; (212) 713-6400. Showtime Networks Inc. (Headquarters), 1633 Broadway, New York, NY 10019; (212) 703-1600.

### INTERNATIONAL OFFICES

*London:* Viacom International Limited, 40 Conduit Street, London, England WIR 9FB; 011-441-434-4483.

*Sydney:* Viacom International Pty. Limited, 16th Floor, St. Martin's Tower, 31 Market Street, Sydney, N.S.W. 2000, Australia; 011-612-261-5391.

*São Paulo:* Viacom Video Audio Communicacoes Ltda., Alameda Jau', 1742-11 Andar, Caixa Postal 51521, 01420, São Paulo, Brazil; 011-55-11-853-4633.

*Tokyo:* Viacom Japan, Inc., 4F, Mitsuwa Building, 7-2 Ginza 6-Chome, Chuo-Ku, Tokyo 104, Japan; 011-813-573-0551.

*Canada:* 45 Charles Street, East, Toronto 5, Ontario, Canada M4Y 1S2; (416) 925-3161.

*Switzerland:* Viacom SA, Chamerstrasse 18, 6300 Zug, Switzerland; 011-41-42-21-8122

## Warner Bros. Television

4000 Warner Blvd., Burbank CA 91522; (818) 954-6000; Telex: 4720389. 75 Rockefeller Plaza, New York, NY 10019; (212) 484-8000.

### TELEVISION PROGRAMMING

PRESIDENT
  Harvey Shephard
EXECUTIVE VICE PRESIDENT
  Barry M. Meyer
VICE PRESIDENT, SPECIAL PROJECTS
  Karen Cooper Minnides
SENIOR VICE PRESIDENT, BUSINESS AFFAIRS
  Art Stolnitz
VICE PRESIDENT, SENIOR ADVERTISING, PUBLICITY & PROMOTION EXECUTIVE
  Doug Duitsman
SENIOR VICE PRESIDENT, PRODUCTION
  Gary Credle
VICE PRESIDENT, MOVIES FOR TELEVISION AND MINI-SERIES
  Norman Stephens
VICE PRESIDENT, CURRENT PROGRAMMING
  David Sacks
VICE PRESIDENT, MOVIES & MINISERIES
  Gregg Maday
VICE PRESIDENT, COMEDY DEVELOPMENT
  Scott Kaufer
VICE PRESIDENT, CREATIVE AFFAIRS/EAST COAST
  Susan Dalismer
VICE PRESIDENT, TALENT
  Marcia Ross
VICE PRESIDENTS, BUSINESS AFFAIRS
  Beverly Nix, Joe Reilly, Art Horan
VICE PRESIDENT, LEGAL AFFAIRS
  Milt Segal
VICE PRESIDENT, FILM & TAPE PRODUCTION
  Steve Papazian
VICE PRESIDENT, POST PRODUCTION
  Karen Pingitore
VICE PRESIDENT, PRODUCTION & OPERATIONS
  Tom Treloggen
VICE PRESIDENT, STORY & VOCATIONAL ADMINISTRATION
  Gus Blackmon
DIRECTOR, PUBLICITY, PROMOTION & ADVERTISING
  Claire Lee
DIRECTOR, FINANCIAL ADMINISTRATION
  Rosalee Jeffries
DIRECTOR, TV ESTIMATING
  Mike McKnight
DIRECTOR, TALENT
  John Levey
DIRECTOR, DRAMA DEVELOPMENT
  Susan Horowitz
DIRECTOR, COMEDY DEVELOPMENT
  Shelley Raskov
DIRECTOR, CURRENT PROGRAMMING
  Debbie Langford

### NETWORK FEATURES, PAY TV & ANIMATION (WARNER BROS. CARTOONS, INC.)

75 Rockefeller Plaza, New York, NY 10019; (212) 484-8000.

PRESIDENT & PRESIDENT, WARNER BROS. ANIMATION
  Edward Bleier
VICE PRESIDENT, PAY TV SALES & ADMINISTRATION
  Stanley Solson
VICE PRESIDENT, MARKETING
  Eric Frankel
DIRECTOR, FINANCIAL AFFAIRS
  J. T. Shadoan
DIRECTOR, CLIENT SERVICES, PAY TV & NETWORK
  Margaret Jelcich
MANAGER, ADVERTISING, PUBLICITY & PROMOTION
  Barry Marx
MANAGER, PAY-TV MARKETING
  Jeffrey Bernstein

### WARNER BROS. ANIMATION, INC.

4000 Warner Blvd., Burbank, CA 91522; (818) 954-3713.

VICE PRESIDENT, GENERAL MANAGER
  Jean MacCurdy
VICE PRESIDENT, PRODUCTION & ADMINISTRATION
  Kathleen Helppie

## WARNER BROS. DOMESTIC TELEVISION DISTRIBUTION

4000 Warner Blvd., Burbank, CA 91522; (818) 954-6000, Telex: 4720389.

PRESIDENT
  Dick Robertson

### FIRST RUN DIVISION

SENIOR VICE PRESIDENT
  Scott Carlin

*Eastern Sales*
VICE PRESIDENT/MANAGER
  Mark Robbins
VICE PRESIDENT
  Alicia Windroth
VICE PRESIDENT
  Damian Riordan
VICE PRESIDENT
  Richard Cartier
DIRECTOR
  Andrew Weir
DIRECTOR
  Eric Strong
ACCOUNT EXECUTIVE
  Jillian Lines
*Western Sales*
VICE PRESIDENT/MANAGER
  Jeff Hufford
VICE PRESIDENT
  Mark O'Brien
DIRECTOR
  Ed Wasserman
DIRECTOR
  Jacqueline Hartley
DIRECTOR
  William Hague
DIRECTOR
  Mary Markarian

### OFF-NETWORK DIVISION

SENIOR VICE PRESIDENT
  Keith Samples
*New York*
VICE PRESIDENT
  Rob Barnett
DIRECTOR
  Mary Voll
DIRECTOR
  Scott Weber
*Chicago*
VICE PRESIDENT
  Steve Knowles
VICE PRESIDENT
  John Louis
DIRECTOR
  Chris Smith
*Los Angeles*
VICE PRESIDENT
  Vince Messina

413

**VIACOMCBS**

Ex. J in 3pds

Case #6:23-cv-06025-FPG-MWP

U.S. Postal Service
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com

Santa Monica, CA 90404

Certified Mail Fee $3.60                    0692

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00        Postmark
☐ Adult Signature Required         $ $0.00          Here
☐ Adult Signature Restricted Delivery $

Postage $1.20
                                              06/14/2021
Total Postage and Fees $7.65

Sent To   Grimmnet Prods
Street and Apt. No., or PO Box No.  24G1 Santa Monica Blvd #21
City, State, ZIP+4   Santa Monica, CA 90404

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**Markus Hopkins**
Senior Counsel, Intellectual Property
ViacomCBS Inc.
1515 Broadway
New York, NY 10036
C: (626) 325-8389
Markus.Hopkins@cbs.com

July 13, 2021

Via Express Mail
LeTicia Lee
c/o SoRichlam Media
P.O. Box 20711
Rochester, N.Y. 14602

**RE: Girlfriends TV Show**

Dear Ms. Lee,

I write on behalf of CBS Studios ("CBS") and Grammnet Productions ("Grammnet") in response to your letter dated June 11, 2021, addressed to Grammnet, making certain claims with respect to the television show GIRLFRIENDS (the "Series") produced by Grammnet and CBS. Based on the information you provided, there is no basis for your assertion that the Series constitutes copyright infringement of the work "Girlfriends," registered with the US Copyright Office as Reg. No. PAu001544414 as of August 8, 1991 (the "Synopsis"), and which lists you and Tracy Moore as co-authors. As explained below, any arguable similarities between the Series and the Synopsis are superficial at best. Your claim is without merit whether under a copyright or any other legal theory. In addition, your claim is time-barred under any theory.

We have not reviewed the Synopsis, and instead must rely on the brief statements in your letter and affidavit about its contents. Based on your description, any conceivable similarities between the Series and the Synopsis relate to general themes and ideas only. Even within your affidavit, your strongest assertion of infringement is that the Series is "loosely based" on the Synopsis and your "personal life and incidents." June 11, 2021 Affidavit of LeTicia Lee ("Lee Affidavit"), ¶ 24. Similarly, you also suggest that, in addition to the Series, other series such as LIVING SINGLE and FRIENDS are each based on your Synopsis, despite the vast and obvious differences between each of them (Lee Affidavit, ¶¶ 16-17). The primary concept these series all have in common is that the events of the series are based on the interactions of an ensemble cast of friends. At no point in your letter or affidavit do you provide examples of any expression that is protectable under copyright.

As you may be aware, copyright law does not protect general themes or ideas, but protects the specific manner in which ideas are expressed. "It is an axiom of copyright law that the protection granted to a copyrighted work extends only to the particular expression of the idea and never to the idea itself." *Herzog v. Castle Rock Entertainment*, 193 F.3d 1241, 1248 (11th Cir. 1999); *Harper & Row Publishers, Inc. v. Nation Enters.*, 471 U.S. 539, 547 (1985) ("[N]o author may copyright facts or ideas."). Further, "[g]eneral plot ideas are not

           

VIACOMCBS

protected by copyright law; they remain forever the common property of artistic mankind."
*Berkic v. Crichton,* 761 F.2d 1289, 1293 (9th Cir. 1985).  Therefore, courts "must decide if
the similarities between the works involve similar expressions of ideas, as opposed to the
mere articulation of similar general themes." *Beal v. Paramount Pictures.* 806 F. Supp. 963
(N.D. Ga 1992), *aff'd,* 20 F.3d 454 (11th Cir. 1994).  Any common elements of the Synopsis
and the Series are generic ideas, and the expressions of these ideas in each work appear to
be remarkably and extensively different.

While we can appreciate your pride of authorship in the Synopsis and your desire to ensure
that it is protected, based on the contents of your letter and affidavit, there is no basis on
which to conclude that the Series infringes the Synopsis.

In addition to addressing the substance of your infringement claim, your demand for
compensation for "over twenty years" of alleged infringement is time-barred because the
statute of limitations for copyright infringement is three years.  17 U.S. Code § 507(b).
Production of the Series also ended over 12 years ago, so by this measure your allegations
still come too late.  The Copyright Act imposes its three-year limit on claims so that those
accused of infringement may be able to rely on a potential claimant's failure to file suit as
acquiescence to their conduct, and so that courts do not become overburdened with stale
claims.

This response is not intended as a point-by-point discussion of the contents of your letter
and affidavit, but only a general refutation of the spurious assertions contained therein, as
well as the overall validity and timeliness of your claims.  Nothing herein shall be deemed a
waiver of any rights, remedies or defenses of CBS and/or Grammnet, all of which are
expressly reserved.

Best,

, Markus Hopkins

         5  

*[handwritten: Scanned and forwarded to Viacom/CBS as per attorney letter. J]*

# USPS Tracking®

FAQs >

Track Another Package +

*[handwritten: EX. J. 3rd 13 pgs]*

**Case #6:23-cv-06025-FPG-MWP**

**Tracking Number:** 70191640000004272355

Remove ✕

The delivery status of your item has not been updated as of June 24, 2021, 1:41 am. We apologize that it may arrive later than expected.

## Awaiting Delivery Scan

June 24, 2021 at 1:41 am

*[faint handwriting]*

Feedback

Get Updates ⌄

---

Text & Email Updates                                                    ⌄

---

Tracking History                                                         ⌄

---

Product Information                                                       ⌄

---

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.



**Davis Wright Tremaine** LLP

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Elizabeth McNamara**
212.603.6437 tel
lizmcnamara@dwt.com

February 8, 2022

<u>**Via U.S. Mail**</u>

LeTicia Lee
c/o SoRichIam Media
P.O. Box #20711
1335 Jefferson Rd.
Rochester, New York 14602

Re:   *LeTicia Lee dba SoRichIAm Media v. Warner Media LLC et al.*, No. 2021-3189
      **(Supreme Court of the State of New York – County of Monroe)**

Dear Ms. Lee:

We represent WarnerMedia, LLC, Warner Bros. Television Studios, HBO, ViacomCBS
Inc., Grammnet Productions, Comcast Corporation, and NBCUniversal Media, LLC (the
"Parties"). It was brought to the Parties' attention that you have apparently filed a lawsuit
against them, alleging that the television series "Friends," "Sex and the City," "Living Single,"
"Girlfriends," and "And Just Like That," as well as the films "Sex and the City" and "Sex and
the City 2" (the "Works") infringe on your treatment and pilot script for a sitcom entitled
"Girlfriends." I am writing to inform you that, as detailed below, this action suffers from
multiple infirmities and is entirely without merit. Among other serious issues, you assert what
purport to be copyright claims, but you have filed the action in a New York state court, when
federal courts have exclusive jurisdiction over Copyright Act claims. And even if you could
overcome this jurisdictional issue and the substantive roadblocks to your claims, you have not
properly served any of the Parties and have therefore not commenced the action. For these
reasons, we hope and expect that you will withdraw this case.

First, as noted, you have not properly served the lawsuit on any of the Parties. Service of
a corporation via certified mail does not satisfy New York's rules of service under the Civil
Practice Law and Rules ("CPLR") § 311, absent a Court order permitting otherwise (which to
our knowledge you have not obtained). And to the extent you were attempting service by mail
under CPLR § 312-a, you did not transmit to the Parties two copies of a statement of service by
mail and acknowledgment of receipt as required by that statutory provision. Finally, to date, you
have not filed an affidavit regarding proof of service with the Court pursuant to CPLR § 306.
For all these reasons, you have not properly served any of the Parties as you are required to do
under New York law.

**DWT.COM**

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.
4861-6715-7004v.2 0012079-000353

Case #6:23-cv-06025-FPG-MWP

February 8, 2022
Page 2

Second, to the extent that your claims are based on alleged violations of the U.S. Copyright Act, a New York state court cannot properly hear those claims.  Instead, federal courts have exclusive jurisdiction over actions arising under the Copyright Act.  *See* 28 U.S.C. § 1338 (2000); *Jasper v. Bovina Music, Inc.*, 314 F.3d 42, 46 (2d Cir. 2002); *Pollicina v. Misericordia Hosp. Med. Ctr.*, 82 N.Y.2d 332, 339 n.3 (1993) ("[New York courts] cannot entertain cases in which exclusive jurisdiction has been conferred by Congress on the Federal courts," including copyright infringement suits).  For this reason, your lawsuit filed in New York state court is jurisdictionally improper.

Third, your claims substantively have no merit. You appear to allege copyright infringement based merely on superficial similarities between your treatment/pilot script and the Works.  All of these claims appear to arise out of actions that occurred over 30 years ago and would be largely time-barred given the extensive passage of time.  Further, the Works share nothing more with your treatment/pilot script than the broad concept of a comedic ensemble of friends and various highly general commonalities between a few characters.  It is well-established that such "general ideas" are "unprotectible" under copyright law.  *Abdin v. CBS Broad. Inc.*, 971 F.3d 57, 73 (2d Cir. 2020); *see also Gund, Inc. v. Smile Int'l, Inc.*, 691 F. Supp. 642, 645 (E.D.N.Y. 1988), *aff'd sub nom. Gund, Inc. v. Smile Intl Inc.*, 872 F.2d 1021 (2d Cir. 1989) ("[T]o the degree that the similarity between a copyrighted work and an alleged infringing work inheres only in the general ideas expressed, the similarities are not infringing.").  Each of the challenged Works is as independently distinct from the other Works as they are readily distinguishable from your treatment/pilot script. Accordingly, your claims have no support in copyright or related law, and there is no basis on which to conclude that the Works infringe your treatment/pilot script.

In sum, because you have not properly served any of the Parties, and none of the Parties have appeared in the action, the Parties do not plan to respond further at this time.  Moreover, given that your claims are not proper before a New York court and are entirely meritless, we hope and expect that you withdraw the action that you have apparently filed against the Parties.

This letter does not purport to constitute a complete list of the Parties' rights, contentions, defenses, or legal theories and nothing recited here is intended as, nor should it be deemed to constitute, a waiver or relinquishment of any of the Parties' rights or remedies, whether legal or equitable, all of which are expressly reserved.

Sincerely,

Elizabeth A. McNamara

Elizabeth McNamara
Davis Wright Tremaine LLP







Davis Wright
Tremaine LLP

1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104

7016 2070 0000 5455 0189

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$007.33
02/09/2022  ZIP 10020
043M31220787

NEW YORK NY 100

FEB 2022 PM 6

CERTIFIED MAIL

LeTicia Lee
c/o SoRichlam Media
P.O. Box #20711
1335 Jefferson Rd.
Rochester, New York 14602

14652-708555

Page 1 of 2



**Monroe County Clerks Office**
**Case Docket**

Report Date and Time:
07/05/2022  10:48 AM

Ex, K   142785
Case #6:23-cv-06025-FPG-MWP

Case Number: I2021003189

Party 1:
LEE LETICIA

Party 2:
CBS
COMCAST
GRAMMNET PRODUCTIONS
HBO
NBC UNIVERSAL TELEVISION
VIACOM
WARNER BROS TELEVISION
WARNER MEDIA LLC

Party 3:
Attorney:
PRO SE

Documents:

| Date | Instrument Number | Instrument Type |
|---|---|---|
|  | Unrecorded #8839019 | AMENDED NOTICE OF MOTION |
|  | Unrecorded #8839028 | AMENDED NOTICE OF MOTION |
|  | Unrecorded #8839238 | AMENDED NOTICE OF MOTION |
| 2021-08-11 16:06:09.0 | 202108111090 | INDEX NUMBER APPLICATION |
| 2021-12-30 16:42:16.0 | 202112300893 | RJI (REQUEST FOR JUDICIAL INTERVENTION) |
| 2021-12-30 16:42:17.0 | 202112300894 | NOTICE OF MOTION OR CROSS MOTION |
| 2022-02-15 13:07:43.0 | 202202150706 | NOTICE OF MOTION OR CROSS MOTION |
| 2022-02-25 14:34:37.0 | 202202250813 | AMENDED NOTICE OF MOTION |
| 2022-06-01 15:24:02.0 | 202206011211 | AMENDED NOTICE OF CROSS MOTION |

Docket:

| Date | Entry |
|---|---|
| 08/11/2021 | 08/11/2021|CIVIL, SUMMONS |
| 02/04/2022 | 02/04/2022|ORDER TO SHOW CAUSE(1/27/22) |
| 02/15/2022 | 02/15/2022|AFF OF SVC ON WARNER MEDIA/HBO, AFF OF SVC ON WARENER BROTHERS TELEVISION GROUP, AFF OF SVC ON GRAMMNET PRODS, AFF OF SVC ON VIACOM/CBS |
| 03/03/2022 | 03/03/2022|MOTION FOR DEFAULT JUDGMENT, AFFIDAVIT OF SERV, AFFIDAVIT OF CLAIMS AND SUMMONS, SUPPORTING STATEMENTS, |
| 03/08/2022 | 03/08/2022|ORDER(3/8/22) |
| 03/09/2022 | 03/09/2022|ORDER(3/8/22) |
| 03/18/2022 | 03/18/2022|AMENDED AFFIDAVIT |
| 03/22/2022 | 03/22/2022|AMENDED AFFIDAVIT OF SERV |
| 03/22/2022 | 03/22/2022|AMENDED AFFIDAVIT OF CLAIMS |
| 04/28/2022 | 04/28/2022|AMENDED SUMMONS |
| 05/24/2022 | 05/24/2022|AFFIDAVIT OF SERV |

Page 2 of 2

Ex, K   2 of 2 pgs
Case #6:23-cv-06025-FPG-MWP

**Monroe County Clerks Office**
**Case Docket**

Report Date and Time:
07/05/2022  10:48 AM

06/10/2022                  06/10/2022|PROOF OF DELIVERY, MOTION FOR DEFAULT JUDGEMENT

*K 1*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF MONROE

*Ex. K₁   Pg 1 of 2*
Case #6:23-cv-06025-FPG-MWP

---

LETICIA LEE dba SORICHIAM MEDIA,
                                        Plaintiff,

                                                            **ORDER**
vs.                                                         Index #I2022002428

WARNER MEDIA LLC; HBO HOME ENTERTAINMENT,
INC.; WARNER BROS. WORLDWIDE TELEVISION
DISTRIBUTION, INC.; NBC UNIVERSAL TELEVISION
STUDIO DIGITAL DEVELOPMENT LLC; CBS
BROADCASTING INC.; GRAMNET NH PRODUCTIONS,

                              Defendants.

---

Plaintiff having moved for an order granting permission to proceed as

a poor person pursuant to CPLR § 1101 by way of Notice of Motion sworn to

on August 24, 2022 and this Court having considered same, it is hereby

ORDERED that Plaintiff's motion for an order granting permission to

proceed as a poor person is stayed pending the Plaintiff's submission to the

Court a certificate of an attorney stating that the attorney has examined the

action and believes there is merit to the moving party's contentions pursuant

to CPLR § 1101(b); and it is further

1

Ex K, 2 of 2    K1

Case #6:23-cv-06025-FPG-MWP

ORDERED that such certificate shall be filed by the Plaintiff by November 21, 2022; and it is further

ORDERED that Plaintiff's motion for an order granting permission to proceed as a poor person shall be considered on November 22, 2022, on submissions only.

Dated:     September 22, 2022

_____
Honorable Daniel J. Doyle
Supreme Court Justice

STATE OF NEW YORK
SUPREME COURT COUNTY OF ONTARIO

*Ex. L 1 of 7 pgs*
**Case #6:23-cv-06025-FPG-MWP**

*7785.*

---

**Leticia Lee**

-against-

**Warner Media LLC; Warner Bros Worl[ ]
Distribution Inc.; NBC Universal Televis[ ]
Development Inc.; CBS Broadcasting Inc[ ]
Productions; HBO Home Entertai[ ]**

**MOTION FOR POOR PERSON
DECISION AND ORDER**
Index No. 134539-2022

---

The Court having reviewed the submitted documents, Notice of Motion and Affidavit in Support of Application to Proceed as a Poor Person of the Plaintiff, {PLAINTIFF_NAME}, residing at {PLAINTIFF_ADDRESS_1}, {PLAINTIFF_CITY}, {PLAINTIFF_STATE} {PLAINTIFF_ZIP}, which were filed at the Office of the County Clerk on 11/09/2022, and based on the merits presented, and the County Attorney having no objection to this motion, it is hereby **ORDERED**:

____X____That the plaintiff's motion to Proceed as a Poor Person, waiving all fees and costs relating to the filing and service, is hereby GRANTED. It is further ORDERED, pursuant to CPLR §1103, that any recovery by judgment or by settlement had in favor of the plaintiff, shall be paid to the clerk of the court in which the order permitting the person to proceed as a poor person was entered, to await distribution pursuant to the court.

_____That the plaintiff's motion to Proceed as a Poor Person, waiving all fees and costs relating to the filing and service, is hereby DENIED. It is further ORDERED, pursuant to CPLR §1101(d) that this case will be DISMISSED if the fee is NOT PAID WITHIN ONE HUNDRED TWENTY (120) DAYS of the date of this order.

____X____That pursuant to CPLR §306-b the Petitioner's time to serve process is extended by 120 days from the date of this order.

Dated this *28* day of *NOV .*, 2018.

_____
Honorable Craig J. Doran

ONTARIO COUNTY CLERK'S OFFICE
FILED

DEC 0 2 2022

MATTHEW J. HOOSE, County Clerk
By_____
ACTING DEPUTY CLERK

Case #6:23-cv-06025-FPG-MWP

**REQUEST FOR JUDICIAL INTERVENTION**

UCS-840
(rev. 07/29/2019)

SUPREME COURT, COUNTY OF __ONTARIO__

Index No: 134539-2022  Date Index Issued: _____

| For Court Use Only: |
| --- |
| IAS Entry Date |
| Judge Assigned |
| CJD |
| RJI Filed Date |

**CAPTION**   Enter the complete case caption. Do not use et al or et ano. If more space is needed, attach a caption rider sheet.

LETICIA LEE

Plaintiff(s)/Petitioner(s)

-against-

WARNER MEDIA LLC; HBO HOME ENTERTAINMENT, INC.; WARNER BROS. WORLDWIDE TELEVISION DISTRIBUTION, INC.; NBC UNIVERSAL TELEVISION STUDIO DIGITAL DEVELOPMENT LLC; CBS BROADCASTING INC.; GRAMMNET NH PRODUCTIONS

Defendant(s)/Respondent(s)

**NATURE OF ACTION OR PROCEEDING**   Check only one box and specify where indicated.

**COMMERCIAL**
- ○ Business Entity (includes corporations, partnerships, LLCs, LLPs, etc.)
- ○ Contract
- ○ Insurance (where insurance company is a party, except arbitration)
- ○ UCC (includes sales and negotiable instruments)
- ○ Other Commercial (specify): _____
- *NOTE: For Commercial Division assignment requests pursuant to 22 NYCRR 202.70(d), complete and attach the COMMERCIAL DIVISION RJI ADDENDUM (UCS-840C).*

**REAL PROPERTY**   Specify how many properties the application includes: ____
- ○ Condemnation
- ○ Mortgage Foreclosure (specify):   ○ Residential   ○ Commercial
  - Property Address: _____
  - *NOTE: For Mortgage Foreclosure actions involving a one to four-family, owner-occupied residential property or owner-occupied condominium, complete and attach the FORECLOSURE RJI ADDENDUM (UCS-840F).*
- ○ Tax Certiorari
- ○ Tax Foreclosure
- ○ Other Real Property (specify): _____

**OTHER MATTERS**
- ○ Certificate of Incorporation/Dissolution   [see *NOTE* in COMMERCIAL section]
- ○ Emergency Medical Treatment
- ○ Habeas Corpus
- ○ Local Court Appeal
- ○ Mechanic's Lien
- ○ Name Change
- ○ Pistol Permit Revocation Hearing
- ○ Sale or Finance of Religious/Not-for-Profit Property
- ○ Other (specify): _____

**MATRIMONIAL**
- ○ Contested
  - *NOTE: If there are children under the age of 18, complete and attach the MATRIMONIAL RJI ADDENDUM (UCS-840M).*
  - *For Uncontested Matrimonial actions, use the Uncontested Divorce RJI (UD-13).*

**TORTS**
- ○ Asbestos
- ○ Child Victims Act
- ○ Environmental (specify): _____
- ○ Medical, Dental or Podiatric Malpractice
- ○ Motor Vehicle
- ○ Products Liability (specify): _____
- ○ Other Negligence (specify): _____
- ○ Other Professional Malpractice (specify): _____
- ◉ Other Tort (specify): _____

**SPECIAL PROCEEDINGS**
- ○ CPLR Article 75 (Arbitration) [see *NOTE* in COMMERCIAL section]
- ○ CPLR Article 78 (Body or Officer)
- ○ Election Law
- ○ Extreme Risk Protection Order
- ○ MHL Article 9.60 (Kendra's Law)
- ○ MHL Article 10 (Sex Offender Confinement-Initial)
- ○ MHL Article 10 (Sex Offender Confinement-Review)
- ○ MHL Article 81 (Guardianship)
- ○ Other Mental Hygiene (specify): _____
- ○ Other Special Proceeding (specify): _____

ONTARIO COUNTY CLERK'S OFFICE
FILED

NOV 09 2022

MATTHEW J. HOOSE, County Clerk
ACTING DEPUTY CLERK

**STATUS OF ACTION OR PROCEEDING**   Answer YES or NO for every question and enter additional information where indicated.

|  | YES | NO |  |
| --- | --- | --- | --- |
| Has a summons and complaint or summons with notice been filed? | ◉ | ◉ | If yes, date filed: _____ |
| Has a summons and complaint or summons with notice been served? | ◉ | ◉ | If yes, date served: _____ |
| Is this action/proceeding being filed post-judgment? | ○ | ◉ | If yes, judgment date: _____ |

**NATURE OF JUDICIAL INTERVENTION**   Check one box only and enter additional information where indicated.

- ○ Infant's Compromise
- ○ Extreme Risk Protection Order Application
- ○ Note of Issue/Certificate of Readiness
- ○ Notice of Medical, Dental or Podiatric Malpractice   Date Issue Joined: _____
- ○ Notice of Motion   Relief Requested: _____   Return Date: _____
- ○ Notice of Petition   Relief Requested: _____   Return Date: _____
- ○ Order to Show Cause   Relief Requested: _____   Return Date: _____
- ○ Other Ex Parte Application   Relief Requested: _____
- ◉ Poor Person Application
- ○ Request for Preliminary Conference
- ○ Residential Mortgage Foreclosure Settlement Conference
- ○ Writ of Habeas Corpus
- ◉ Other (specify):  Request tv studios compensate for itemized claims and damages thereof

Ex. L 3 8 7 res

Case #6:23-cv-06025-FPG-MWP

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ~~THE BRONX~~ ONTARIO RR
--------------------------------------------------------------x

LETICIA LEE

Plaintiff,
Petitioner,

Index No. 1 34539 ; 2022

**Affidavit in Support of
Application to Proceed as a
Poor Person**

- against -

~~W~~ARNER MEDIA LLC (HBO HOME ENTERTAINMENT, ~~IN~~C.; WARNER BROS. WORLDWIDE TELEVISION ~~DI~~STRIBUTION, INC); NBC UNIVERSAL TELEVISION ~~ST~~UDIO DIGITAL DEVELOPMENT LLC; CBS ~~B~~ROADCASTING INC.; GRAMMNET NH PRODUCTIONS

Defendant,
Respondent,

--------------------x

STATE OF NEW YORK)
COUNTY OF ~~BRONX~~ )ss: RR
                     ONTARIO RR

The undersigned, being duly sworn, says:

1. I am the plaintiff / defendant in this case.  I submit this affidavit in support of my request,

    (a) for waiver of the index number fee and / or any filing and service fee and costs, and

    (b) to proceed in this case as a poor person.

2. I support myself and ____0____ others in my household.

3. My only source of income is (check one) :

    [ ] Public Assistance
    [ ] Social Security / SSI
    [X] Other  living w/ family member

4. The amount of income I receive each month is $ ____0.____ .

5. Check one of the items below:

    [ ] I do not have a bank account
    [X] I have a bank account with approximately $ __20__ in the account.

6. I own the following property which has an estimated value as indicated:(If none, write "None")

| List Property | Value |
|---|---|
| NONE | |
| NONE | |
| NONE | |

ONTARIO COUNTY CLERK'S OFFICE
FILED

NOV 0 9 2022

MATTHEW J. HOOSE, County Clerk
By
ACTING DEPUTY CLERK

Ex. R 4 of 7 pgs

Case #6:23-cv-06025-FPG-MWP

7. I have no other savings, property or assets.

8. I am unable to pay the costs, fees and expenses necessary to assert my rights in this case.

9. No one else who is able to pay any required costs and fees has a beneficial interest in the results of this case.

10. Briefly stated, the facts of my case are as follows:
    (For example, if seeking a divorce on grounds of abandonment, briefly state the circumstances of the abandonment, including date and place.)



I am seeking to remedy and claim financial relief for career and emotional damages caused by ongoing copyright infringements whereby defendants have grifed over $9 billion using my intellectual property

11. A copy of my proposed summons and verified complaint or other court pleadings are attached.

12. I have made no prior request for this relief in this case.

     Wherefore, I request (a) that all fees relating to the filing and service of this action / proceeding be waived, and (b) that I be permitted to proceed in this case in all respects as a poor person.

Dated; Nov 9, 2022                    (Signature)

Sworn to before me this ___9th___ day of
November , 2022

Notary Public / Court Clerk

STACI LEONARD
Notary Public, State of New York
Qualified in Ontario County
Commission Expires January 23, 2026

Case #6:23-cv-06025-FPG-MWP

SUPREME COURT OF THE STATE OF NEW YORK          **Index No.: 134539-2022**
COUNTY OF ONTARIO
-----------------------------------------------------------------------------X

LETICIA LEE,

       Plaintiff,

                                       **Addendum to**
                                       **Poor Person Application CPLR 1101**

       vs.

WARNER MEDIA LLC (HBO HOME ENTERTAINMENT, INC.; WARNER BROS.
WORLDWIDE TELEVISION DISTRIBUTION, INC.); NBC UNIVERSAL TELEVISION
STUDIO DIGITAL DEVELOPMENT LLC; CBS BROADCASTING INC.; GRAMMNET NH
PRODUCTIONS

       Defendants,
-----------------------------------------------------------------------------X

I, Pro Se Plaintiff (*not an attorney*), also submit **proof of ownership (Exhibit A & B)** of Intellectual
Property entitled: GIRLFRIENDS © 1991 (copyright registration documents went beyond a concept and
included a detailed show Treatment, Outline of 1st Season, Character List, and a Pilot Script).

Rest assured, my summons and complaint are not frivolous but authentic, genuine, and true as I seek to
collect for career and emotional damages caused by continuous copyright infringements by the
Defendants who have grossed over nine billion U.S. dollars over thirty plus years using my Works and
Contributions for which I was never credited or compensated.

This has deeply impacted my career, financial, emotional and quality of life. Thank you in advance for the
opportunity to have due process and recover all with God's help.

Kind Regards,

*[signature]* 11/16/22

LeTicia Lee

1335 Jefferson Ave #20711

Rochester, New York 14602 USA

State of New York
County of Ontario

Sworn to (or affirmed) before me on

NOV 1 6 2022

Signature of Notary Public

*[signature]*

Notary Public
**SHEILA M. CZADZECK**
**Notary Public, State of New York**
**Ontario County Reg. #04CZ6095959**
**Commision Expires 07/21/2022**

ONTARIO COUNTY CLERK'S OFFICE
• FILED

NOV 1 6 2022

MATTHEW J. HOOSE, County Clerk
By_____
    ACTING DEPUTY CLERK

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

*Ex 6   6 87 RJs*

*Exhibit A*

*PAu   1 544 454*

PA   (PAU)

This certificate, issued under Case #6:23-cv-06025-FPG-MWP
Office in accordance with the provisions of Section
of title 17, United States Code, attests that copyright reg-
istration has been made for the work identified below. The
information in this certificate has been made a part of the
Copyright Office records.

*(signature)*

REGISTER OF COPYRIGHTS
*United States of America*

EFFECTIVE DATE OF REGISTRATION

**AUG 19 1991**

Month    Day    Year

OFFICIAL SEAL

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

Girlfriends

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Sitcom for television — Synopsis of *(Character)*

---

**2**

**NAME OF AUTHOR ▼**

Leticia Lee

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1967   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NOTE**

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
Co-Created * Concept for a structured comedy to TV — wrote Episo

**NAME OF AUTHOR ▼**

Tracey Moore

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1962   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
Co-Created + wrote situational comedy for T.V.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1991 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶   Day ▶   Year ▶

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Leticia Lee P.O. Box 400225 Brooklyn NY 1124

Tracey Moore 149 Dekalb Ave. Brooklyn, NY 11217

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
AUG 19 1991
ONE DEPOSIT RECEIVED
AUG 19 1991
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions • Sign the form at line 8

DO NOT WRITE HERE

# CERTIFICATE OF COPYRIGHT REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

Case #6:23-cv-06025-FPG-MWP

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

Exhibit B

PAu 1 594 108

PA · PAU

EFFECTIVE DATE OF REGISTRATION

DEC 19 1991
Month · Day · Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

SASHA SAYS

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Teleplay (pilot for television) / An episode of sitcom entitled "Girlfriends"

**2** NAME OF AUTHOR ▼

Lelicia Lee

DATES OF BIRTH AND DEATH
Year Born ▼ 2/2/67   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed ▼
Creator & writer

**NOTE**

NAME OF AUTHOR ▼

Tracey Moore

DATES OF BIRTH AND DEATH
Year Born ▼ 3/30/62   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed ▼
Co-writer

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
1991 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶   Day ▶   Year ▶   ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Lelicia Lee
P.O. Box 400225
Brooklyn, NY 11240

Tracey Moore
149 Dekalb Ave
Brooklyn NY 11217

APPLICATION RECEIVED
DEC 19 1991
ONE DEPOSIT RECEIVED
DEC 19 1991
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶



Ex. L1    1 of 2 pgs

Case #6:23-cv-06025-FPG-MWP

# Ontario County clerk dies; had been recent subject of a 'no confidence' vote by Board of Supervisors

**WXXI News | By Randy Gorbman**

Published February 21, 2023 at 4:50 PM EST





*Ontario County /*

Ontario County Municipal Building in Canandaigua, NY.

Ontario County Clerk Matthew Hoose, who had been criticized by county officials



The Ontario County Administrator announced that Hoose died unexpectedly on

WXXI AM News
**Here and Now**

...he sheriff's department also put out a statement saying that they responded to an unattended death at a residence in the town of Canandaigua, and while they say the cause of death of the 54-year-old Hoose remains under investigation, it does not appear to be suspicious.

County officials also said they will have no further comment at this time and said that their thoughts and prayers are with the entire family of Hoose.

Last Friday, the Ontario County Board of Supervisors passed a resolution of "no confidence" in the county clerk, saying that in June of last year, county leaders were notified the clerk was significantly behind in remitting required reports and payments to various New York state entities.

The county statement had also said Hoose had consistently refused to report to the relevant oversight committees of the Board of Supervisors.

Hoose had been Ontario County clerk since 2012.

Officials announced that in the wake of Hoose's death, the Ontario County Department of Motor Vehicles will be closed to in-person transactions through Thursday, Feb. 23.

Residents are still able to drop off registration transactions in the dropbox located at the Department of Motor Vehicle entrance for processing, but all other transactions will need to wait until the office reopens on Friday.

Local News





### Randy Gorbman

Randy Gorbman is WXXI's director of news and public affairs. Randy manages the day-to-day operations of WXXI News on radio, television, and online.

See stories by Randy Gorbman

**Ontario County Clerk**
**Matthew J. Hoose**
20 Ontario Street
Canandaigua, NY 14424
(585) 396-4200

Ex M    1 of 10 pgs
Case #6:23-cv-06025-FPG-MWP



**Date:** 11/09/2022 04:17:53 PM

**Received From:** LETICIA LEE
**Receipt #:** 642207
**Index #:** 134539-2022
**Order Type:** File Civil Action Documents
**Receipted By:** SL

| | |
|---|---|
| **INDEX NUMBER APPLICATION** | $0.00 |
| **SUMMONS AND COMPLAINT** | $0.00 |
| **CIVIL ACTION DOC** | $0.00 |
| **RJI** | $0.00 |
| **Total Charges:** | $0.00 |
| **Payments Received:** | |
| Change | $0.00 |

**Printed:** 11/09/2022 04:19:12 PM

M  2 of 10/95
Case #6:23-cv-06025-FPG-MWP

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY ONTARIO**

Index No. : 134539-2022

-------------------------------------------------------------------------------x

LETICIA LEE,

              Plaintiff,

    vs.

**WARNER MEDIA LLC (HBO HOME ENTERTAINMENT,**
**INC.; WARNER BROS.WORLDWIDE TELEVISION**
**DISTRIBUTION, INC.); NBC UNIVERSAL TELEVISION**
**STUDIO DIGITAL DEVELOPMENT LLC; CBS**
**BROADCASTING INC.; GRAMMNET NH PRODUCTIONS.**

              Defendants.

**AFFIDAVIT OF SERVICE**

-------------------------------------------------------------------------------x

State of New York,
County of Kings, ss.:

Juan de los Santos, being duly sworn, deposes and says:

    I am over 18 years of age and I am not a party to this action. I am a duly licensed New York City process server authorized to serve process with license number 2067123.

    On December 13, 2022 at 11:51 a.m., at 28 Liberty Street, 42nd Floor, New York, New York 10005, I personally served the within AMENDED SUMMONS AND COMPLAINT, in this matter, on **WARNER MEDIA LLC,** Defendant, by delivering true copies of said AMENDED SUMMONS AND COMPLAINT to OSMARA MARTINEZ, Intake Specialist of CT Corporation System, who indicated that she was expressly authorized to accept process on behalf of said Defendant. CT Corporation System is said Defendant's registered agent for service of process.

**Description of the Individual Served on Behalf of the Defendant:**

Sex: Female    Color of skin: White    Color of hair: Black    Approx. age: 28-38 Years
Approx. weight: 120-135 LB.    Approximate height: 5' 05"-5' 07"    Other id. features: None

                          Juan de los Santos
                    New York Process Server No. 2067123

Sworn to before me, on this
14th day of December, 2022

**Juan de los Santos**
New York Process Server # 2067123
54 Bristol St. Ste. 7F
Brooklyn, NY 11212

Melissa Cruz,
Notary Public, State of New York

ONTARIO COUNTY CLERK'S OFFICE
FILED

MELISSA CRUZ
NOTARY PUBLIC-STATE OF NEW YORK
No 01CR6115265
Qualified in Kings County
My Commission Expires 09-07-2024

JAN 1 1 2023

MATTHEW J. HOOSE, County Clerk
By
    ACTING DEPUTY CLERK

M   3 of 10 pgs

Case #6:23-cv-06025-FPG-MWP

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY ONTARIO**

Index No. : 134539-2022

----------------------------------------------------------------------------x

LETICIA LEE,

                    Plaintiff,

      vs.

**AFFIDAVIT OF SERVICE**

WARNER MEDIA LLC (HBO HOME ENTERTAINMENT,
INC.; WARNER BROS.WORLDWIDE TELEVISION
DISTRIBUTION, INC.); NBC UNIVERSAL TELEVISION
STUDIO DIGITAL DEVELOPMENT LLC; CBS
BROADCASTING INC.; GRAMMNET NH PRODUCTIONS.

                  Defendants.

----------------------------------------------------------------------------x

State of New York,
County of Kings, ss.:

Juan de los Santos, being duly sworn, deposes and says:

      I am over 18 years of age and I am not a party to this action. I am a duly licensed New York City process server authorized to serve process with license number 2067123.

      On December 13, 2022 at 11:51 a.m., at 28 Liberty Street, 42nd Floor, New York, New York 10005, I personally served the within AMENDED SUMMONS AND COMPLAINT, in this matter, on **WARNER BROS. WORLDWIDE TELEVISION DISTRIBUTION INC.,** Defendant, by delivering true copies of said AMENDED SUMMONS AND COMPLAINT to OSMARA MARTINEZ, Intake Specialist of CT Corporation System, who indicated that she was expressly authorized to accept process on behalf of said Defendant. CT Corporation System is said Defendant's registered agent for service of process.

**Description of the Individual Served on Behalf of the Defendant:**

Sex: Female      Color of skin: White      Color of hair: Black      Approx. age: 28-38 Years
Approx. weight: 120-135 LB.      Approximate height: 5' 05"-5' 07"      Other id. features: None

                                    Juan de los Santos
                        New York Process Server No. 2067123

Sworn to before me, on this
14th day of December, 2022

Melissa Cruz,
Notary Public, State of New York

MELISSA CRUZ
NOTARY PUBLIC-STATE OF NEW YORK
No 01CR6115265
Qualified in Kings County
My Commission Expires 09-07-2024

**Juan de los Santos**
New York Process Server # 2067123
54 Bristol Street, Ste. 7F
Brooklyn, NY 11212

ONTARIO COUNTY CLERK'S OFFICE
FILED

JAN 1 1 2023

MATTHEW J. HOOSE, County Clerk
By_____
ACTING DEPUTY CLERK

M   4 of 95.

**Case #6:23-cv-06025-FPG-MWP**

**SUPREME COURT OF THE STATE OF NEW YORK
COUNTY ONTARIO**

Index No. : 134539-2022

------------------------------------------------------------------------------x

LETICIA LEE,

                         Plaintiff,

                                                               **AFFIDAVIT OF SERVICE**

          vs.

WARNER MEDIA LLC (HBO HOME ENTERTAINMENT,
INC.; WARNER BROS.WORLDWIDE TELEVISION
DISTRIBUTION, INC.); NBC UNIVERSAL TELEVISION
STUDIO DIGITAL DEVELOPMENT LLC; CBS
BROADCASTING INC.; GRAMMNET NH PRODUCTIONS.

                         Defendants.

------------------------------------------------------------------------------x

State of New York,
County of Kings, ss.:

Juan de los Santos, being duly sworn, deposes and says:

          I am over 18 years of age and I am not a party to this action. I am a duly licensed New York
City process server authorized to serve process with license number 2067123.

          On December 13, 2022 at 11:51 a.m., at 28 Liberty Street, 42nd Floor, New York, New York
10005, I personally served the within AMENDED SUMMONS AND COMPLAINT, in this matter,
on **HBO HOME ENTERTAINMENT, INC.,** Defendant, by delivering true copies of said
AMENDED SUMMONS AND COMPLAINT to OSMARA MARTINEZ, Intake Specialist of CT
Corporation System, who indicated that she was expressly authorized to accept process on behalf of
said Defendant. CT Corporation System is said Defendant's registered agent for service of process.

**Description of the Individual Served on Behalf of the Defendant:**
Sex: Female          Color of skin: White          Color of hair: Black          Approx. age: 28-38 Years
Approx. weight: 120-135 LB.          Approximate height: 5' 05"-5' 07"          Other id. features: None

                                                              _____
                                                              Juan de los Santos
                                                              New York Process Server No. 2067123

Sworn to before me, on this
14th day of December, 2022

                                                              **Juan de los Santos**
                                                              New York Process Server # 2067123
_____                                54 Bristol Street, Ste. 7F
Melissa Cruz,                          ONTARIO COUNTY CLERK'S OFFICE  Brooklyn, NY 11212
Notary Public, State of New York              FILED

          MELISSA CRUZ
NOTARY PUBLIC-STATE OF NEW YORK            JAN 1 1 2023
       No 01CR6115265
   Qualified in Kings County          MATTHEW J. HOOSE, County Clerk
My Commission Expires 09-07-2024      By_____
                                          ACTING DEPUTY CLERK

M   5 of 10 pgs

Case #6:23-cv-06025-FPG-MWP

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY ONTARIO**

Index No. : 134539-2022

--------------------------------------------------------------------------------x

LETICIA LEE,

Plaintiff,

vs.                                                                    **AFFIDAVIT OF SERVICE**

WARNER MEDIA LLC (HBO HOME ENTERTAINMENT,
INC.; WARNER BROS.WORLDWIDE TELEVISION
DISTRIBUTION, INC.); NBC UNIVERSAL TELEVISION
STUDIO DIGITAL DEVELOPMENT LLC; CBS
BROADCASTING INC.; GRAMMNET NH PRODUCTIONS.

Defendants.

--------------------------------------------------------------------------------x

State of New York,
County of Kings, ss.:

Juan de los Santos, being duly sworn, deposes and says:

I am over 18 years of age and I am not a party to this action. I am a duly licensed New York
City process server authorized to serve process with license number 2067123.

On December 13, 2022 at 11:51 a.m., at 28 Liberty Street, 42nd Floor, New York, New York
10005, I personally served the within AMENDED SUMMONS AND COMPLAINT, in this matter,
on **NBC UNIVERSAL TELEVISION STUDIO DIGITAL DEVELOPMENT LLC,** Defendant,
by delivering true copies of said AMENDED SUMMONS AND COMPLAINT to OSMARA
MARTINEZ, Intake Specialist of CT Corporation System, who indicated that she was expressly
authorized to accept process on behalf of said Defendant. CT Corporation System is said
Defendant's registered agent for service of process.

**Description of the Individual Served on Behalf of the Defendant:**

Sex: Female          Color of skin: White          Color of hair: Black          Approx. age: 28-38 Years
Approx. weight: 120-135 LB.          Approximate height: 5' 05"-5' 07"          Other id. features: None

Juan de los Santos
New York Process Server No. 2067123

Sworn to before me, on this
14th day of December, 2022

ONTARIO COUNTY CLERK'S OFFICE
FILED

JAN 1 1 2023

MATTHEW J. HOOSE, County Clerk
By_____
ACTING DEPUTY CLERK

**Juan de los Santos**
New York Process Server # 2067123
54 Bristol Street, Ste. 7F
Brooklyn, NY 11212

Melissa Cruz,
Notary Public, State of New York

MELISSA CRUZ
NOTARY PUBLIC-STATE OF NEW YORK
No 01CR6115265
Qualified in Kings County
My Commission Expires 09-07-2024

M    6 of 10 pgs
**Case #6:23-cv-06025-FPG-MWP**

IN THE SUPREME COURT OF THE 7TH JUDICIAL DISTRICT OF NEW YORK FOR ONTARIO COUNTY

Leticia Lee

   Plaintiff

  VS

Warner Media LLC (HBO Home Entertainment, Inc., et al.

   Defendant

**AFFIDAVIT OF SERVICE**

File/Index No.: 134539-2022
Issued On:
Alt File/Index No.:
Calendar No.:

**SERVICE UPON: Grammnet NH Productions via their Registered Agent of Record; 2958127 Jeff W. Lane**

STATE OF California, COUNTY OF Los Angeles: ss

### AFFIDAVIT OF SUBSTITUTED SERVICE

That I, Bonita Haller hereby solemnly affirm under penalties of perjury and upon personal knowledge that the contents of the foregoing documents are true and do affirm I am a competent person over 18 years of age and not a party to this action

That on 12/14/2022 at 3:01 PM at 11400 W. Olympic Blvd., Suite 200, Los Angeles, CA 90064 I served Grammnet NH Productions via their Registered Agent of Record; 2958127 Jeff W. Lane with the following list of documents: Summons and Complaint by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with Maria F. whose relationship is Person in charge.

That the description of the person actually served is as follows: Gender: Female Skin: Hispanic Age: 25-30 Height: 5'3" Weight: 150 Hair: Brown Eyes: Brown Marks:

ONTARIO COUNTY CLERK'S OFFICE
FILED

**JAN 1 1 2023**

MATTHEW J. HOOSE, County Clerk
By_____
ACTING DEPUTY CLERK

Subscribed and sworn before me on

Notary Public:
Notary #:  Qualified in County:
My Commision expires on **See Attached Certificate**

*Bonita Haller*
Bonita Haller 2018029861
Amstar Express, Inc
509 Marin Street, # 237,
Thousand Oaks, CA 91360
(888) 778-2711



Order #:A32729

Personal Service by Substitute Delivery with Mailing Personal and Confidential

M   7 of 10 pgs

**Case #6:23-cv-06025-FPG-MWP**

**CALIFORNIA JURAT**                                                                 GOVERNMENT CODE § 8202

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of *Los Angeles*



JEANIE CAROL JONES
Notary Public - California
Los Angeles County
Commission # 2405668
My Comm. Expires May 25, 2026

Subscribed and sworn to (or affirmed) before me on

this *15* day of *12*, 20 *22*, by
   Date       Month       Year

(1) _____

(and (2) *Baneta Mailer* ),
         Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature *Jeanie C. Jones*
        Signature of Notary Public

*Place Notary Seal and/or Stamp Above*

────────────────────── **OPTIONAL** ──────────────────────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: *Affadvit of Service*

Document Date: *12/15/22* _____  Number of Pages: *1*

Signer(s) Other Than Named Above: _____

©2019 National Notary Association

M    8 of 10 pss

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ONTARIO

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

LETICIA LEE                                          :

                                    Plaintiff,       :                Index No. 134539-2022

                                                     :                Hon. Craig J. Doran

                         -against-                   :        **ACKNOWLEDGEMENT OF
                                                              RECEIPT OF SUMMONS
                                                              AND COMPLAINT ON
                                                              BEHALF OF DEFENDANT
                                                              GRAMMNET NH
                                                              PRODUCTIONS**

WARNER MEDIA LLC; HBO HOME                           :
ENTERTAINMENT, INC.; WARNER BROS.
WORLDWIDE TELEVISION DISTRIBUTION,
INC.; NBCUNIVERSAL TELEVISION
STUDIO DIGITAL DEVELOPMENT LLC; CBS
BROADCASTING INC.; GRAMMNET NH
PRODUCTIONS

                                    Defendants.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

    1.    I received a summons and complaint (a copy of which is attached as **Exhibit A**) in

the above-captioned matter at the offices of Davis Wright Tremaine LLP, 1251 Avenue of the

Americas, 21st Floor, New York, NY 10020-1104.

    2.    PLEASE CHECK ONE OF THE FOLLOWING;

IF 2 IS CHECKED, COMPLETE AS INDICATED:

1.  /**X**/ I am not in military service.

2.  / / I am in military service, and my rank and branch of services are as follows:

    Rank: <u>N/A</u>

    Branch of Service: <u>N/A</u>

$M$  9 of 10/88

TO BE COMPLETED REGARDLESS OF MILITARY STATUS:

Date: January 6, 2023                    I affirm the above as true under penalty of perjury.

_____ Signature

Elizabeth A. McNamara_____ Print Name

*Counsel for Defendants Warner Media LLC; HBO*
*Home Entertainment, Inc..; Warner Bros.*
*Worldwide Television Distribution, Inc.;*
*NBCUniversal Television Studio Digital*
*Development LLC; CBS Broadcasting Inc.; and*
*Grammnet NH Productions*

Handwritten right margin: Case #6:23-cv-06025-FPG-MWP   Proof of mailed service + complaint mailed to Defendants   M 10-4-1996

**Receipt 1** (7021 2720 0001 3716 3879)

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
New York, NY 10001
Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $1.20
Total Postage and Fees $
Postmark Here    01/11/2023
Sent To: HBO Entertainment DAVID ZASLAV
Street and Apt. No., or PO Box No.: HUDSON YARDS
City, State, ZIP+4: NEW YORK, NY 10001
PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**Receipt 2** (7021 2720 0001 3716 3862)

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
New York, NY 10112
Certified Mail Fee $4.00
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $1.20
Total Postage and Fees $
Postmark Here    01/11/2023
Sent To: NBC Television c/o JEFF SHELL CEO
Street and Apt. No., or PO Box No.: 30 Rockefeller PLAZA
City, State, ZIP+4: NEW YORK, NY 10112
PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**Receipt 3** (7021 2720 0001 3716 3824)

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
Burbank, CA 91522
Certified Mail Fee $4.00
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $1.20
Total Postage and Fees $
Postmark Here    01/11/2023
Sent To: Warner Bros. TV / ATTN: REBECCA MARKS
Street and Apt. No., or PO Box No.: 4000 Warner Blvd
City, State, ZIP+4: BURBANK, CA 91522-0001
PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**Receipt 4** (7021 2720 0001 3716 3848)

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
Santa Monica, CA 90404
Certified Mail Fee $4.00
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $1.44
Total Postage and Fees $
Postmark Here    01/11/2023
Sent To: Grammnet NH Prods. / Kelsey Grammer
Street and Apt. No., or PO Box No.: 2400 Santa Monica Blvd #521
City, State, ZIP+4: SANTA MONICA, CA 90404
PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**Receipt 5** (7021 2720 0001 3716 3886)

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
New York, NY 10001
Certified Mail Fee $4.00
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $1.20
Total Postage and Fees $
Postmark Here    01/11/2023
Sent To: WARNER MEDIA c/o JASON KILAR CEO
Street and Apt. No., or PO Box No.: 30 HUDSON YARDS
City, State, ZIP+4: NEW YORK, NY 10001
PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**Receipt 6** (7021 2720 0001 3716 3855)

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
New York, NY 10036
Certified Mail Fee $4.00
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $1.20
Total Postage and Fees $
Postmark Here    01/11/2023
Sent To: CBS Broadcasting c/o Robert BAKISH
Street and Apt. No., or PO Box No.: 1515 Broadway
City, State, ZIP+4: NEW YORK, NY 10036
PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



**WIKIPEDIA**
The Free Encyclopedia

# *Living Single*



Case #6:23-cv-06025-FPG-MWP

***Living Single*** is an American television sitcom created by Yvette Lee Bowser that aired for five seasons on the Fox network from August 22, 1993, to January 1, 1998. The show centers on the lives of six New York City friends who share personal and professional experiences while living in a Brooklyn brownstone.

## Episodes

| Season | Episodes | Originally aired | | Rank |
| --- | --- | --- | --- | --- |
| | | **First aired** | **Last aired** | |
| 1 | 27 | August 22, 1993 | May 15, 1994 | #56 |
| 2 | 27 | September 1, 1994 | May 18, 1995 | #84 |
| 3 | 27 | August 31, 1995 | May 9, 1996 | #111 |
| 4 | 24 | August 29, 1996 | May 8, 1997 | #104 |
| 5 | 13 | September 11, 1997 | January 1, 1998 | #117[1] |

*Living Single* centered on six people consisting of four women and two men living the single life in Prospect Heights, Brooklyn.[2]

The series focused on two different households in one brownstone, one shared by a trio of independent women and another shared by two male friends who had known each other since childhood while living in Cleveland, Ohio. In the first apartment, Khadijah James (Queen Latifah), a hard-working editor and publisher of the fictional urban independent magazine *Flavor*, lived with her sweet but naive cousin Synclaire James (Kim Coles), an aspiring actress who worked as Khadijah's receptionist and had an affinity for Troll dolls, and her childhood friend from East Orange, New Jersey, Regina "Régine" Hunter (Kim Fields), an image-conscious boutique buyer who was on a constant search for a well-to-do man to spend her life (and his money) with. Later in the series, Régine became a costume assistant for the soap opera *Palo Alto*. When the soap was canceled, she became a wedding planner and left the apartment to move in with her fiancé Dexter Knight (Don Franklin). Maxine "Max" Shaw (Erika Alexander), a sharp-tongued Attorney and Khadijah's best friend from their college days at Howard University,

| | **Living Single** |
| --- | --- |



First season DVD cover

| Genre | Sitcom |
| --- | --- |
| **Created by** | Yvette Lee Bowser |
| **Starring** | Kim Coles |
| | Queen Latifah |
| | Erika Alexander |
| | Kim Fields |
| | John Henton |
| | T.C. Carson |
| | Mel Jackson |
| **Opening theme** | "We Are Living Single", written and performed by Queen Latifah |
| **Country of origin** | United States |
| **Original language** | English |
| **No. of seasons** | 5 |
| **No. of episodes** | 118 (list of episodes) |

| Case #6:23-cv-06025-FPG-MWP | |
| --- | --- |
| Production | |
| Executive producers | Yvette Lee Bowser<br>Roger S.H. Schulman |
| Production locations | Warner Bros. Studios, Burbank, California |
| Camera setup | Videotape; Multi-camera |
| Running time | 22 minutes |
| Production companies | SisterLee Productions (1994–1998) (seasons 2–5)<br>Warner Bros. Television |
| Release | |
| Original network | Fox |
| Picture format | NTSC |
| Original release | August 22, 1993 – January 1, 1998 |

frequently stopped by to share her unique insights and the events of her day, to make sure that the girls' refrigerator wasn't overstocked, and to start trouble with Kyle, looking for any chance to make his life worse.

Kyle Barker (T.C. Carson) lived in the second apartment with Overton Wakefield Jones (John Henton). Overton was the friendly but bucolic maintenance man for the owner of their (and neighboring) building, who held a deep affection for Synclaire and plenty of hilarious homespun wisdom for everyone else. Kyle was a stockbroker whose constant verbal sparring with Max did little to mask their obvious sexual attraction to each other. Kyle and Max pursued a sexual relationship, but when he decided to take a job in London and invited Max to join him, she turned him down. Maxine subsequently became distraught over her decision and, after defending a man who claimed to be the second coming of Jesus (Harold Perrineau), she began to take her life more seriously. Through a series of events, Max decided that her purpose must be to become a mother. During the insemination process, she unknowingly picked Kyle's sperm specimen based on a list of qualities she would like for her child to have. Kyle returned in the series finale, and the two reconciled. Overton and Synclaire also got together, and their relationship culminated in marriage by the end of the fourth season. In season five, they moved in together, leaving Overton and Kyle's apartment open for new character Roni DeSantos (Idalis DeLeon), a New York-area D.J., to move in. It was eventually revealed that DeSantos had a fling with Ira Lee "Tripp" Williams III, (Mel Jackson), a songwriter whom Khadijah and Régine allowed to move in when Synclaire's room became available. Synclaire joined a comedy improv troupe where she gained the attention of Tony Jonas, a Warner Bros. Television executive who cast her as a nun for a new comedy series he was developing.

Along with trying to make *Flavor* a success, Khadijah also looked for Mr. Right. She eventually found him in childhood friend Scooter (Cress Williams), with whom she left the brownstone for the final time in the series finale.

# Cast and characters

## Regular cast

- Queen Latifah – Khadijah James, Howard graduate and editor and publisher of *Flavor* Magazine, an independent magazine devoted to the interests of the African-American community.
- Kim Fields – Regina "Regine" Hunter (Episodes 1–115), Khadijah and Synclaire's gossip-loving roommate; Khadijah's childhood friend.
- Kim Coles – Synclaire James-Jones, Khadijah's good-natured cousin and roommate; receptionist at *Flavor* and aspiring actress. The role of Synclaire was originally intended for Queen Latifah's long-time friend and collaborator, Monie Love, but she was unable to take the part.
- Erika Alexander – Maxine "Max" Felice Shaw, strong-willed Attorney, Khadijah's best friend and former college roommate at Howard, who grew up in Mount Airy, Philadelphia; spends most of her

Case 6:23-cv-06025-FPG-MWP    Document 15-1    Filed 04/04/23    Page 96 of 96

Case #6:23-cv-06025-FPG-MWP

time at the women's apartment.

- **T.C. Carson** – Kyle Barker (Episodes 1–107; guest appearance in episode 118), stockbroker and Overton's roommate; Max's verbal sparring partner and on-again-off-again love interest.
- **John Henton** – Overton "Obie" Wakefield Jones, Kyle's roommate and the brownstone's handyman; Synclaire's sweetheart, also co-owner of the apartment complex the gang lived in.
- **Mel Jackson** – Ira Lee "Tripp" Williams (Season 5), Khadijah and Regine's new roommate; aspiring songwriter.

## Recurring cast

- **Chip Fields** — Laverne Hunter, Regine's mother
- **Rita Owens** — Rita James (Season 1–4), Khadijah's mother
- **Michael Warren** — Ed James (Season 4), Khadijah's father
- **Barbara Montgomery** – Nana James (Season 2), Khadijah's grandmother
- **Khalil Kain** — Keith (Season 3–4), Regine's boyfriend and artist
- **Don Franklin** — Dexter Knight (Season 5), Regine's boyfriend turned fiancé
- **Cress Williams** — Terrence "Scooter" Williams, Khadijah's childhood friend and boyfriend
- **Isaiah Washington** — Dr. Charles Roberts (Season 4), Khadijah's anesthesiologist and boyfriend
- **Heavy D** - Darryl, Regine's boyfriend (3 episodes)
- **Shaun Baker** — Russell Montego, Jamaican-born music editor at *Flavor*, in love with Regine.
- **Bumper Robinson** — Ivan Ennis (Season 3–4), *Flavor* copy aide and journalism major at New York University, in love with Khadijah.
- **Idalis DeLeon** — Roni DeSantos (Season 5), popular New York City deejay and Tripp's love interest

## Guest cast

- **Cylk Cozart** – Brad Hamilton, Regine's boyfriend who turned out to be married (Season 1, Episode 1)
- **Freda Payne** – Miss Harper (Season 1, Episode 2)
- **Thomas Mikal Ford** – Michael Edwards, Synclaire's date (Season 1, Episode 3)
- **Jeffrey D. Sams** – Greg, Maxine's ex-boyfriend (Season 1, Episode 4)
- **Kellita Smith** - Susan, Greg's fiancée (Season 1, Episode 4)
- **Miguel A. Nunez** – Goldie (Season 1, Episode 6 & 20)
- **Montrose Hagins** – Shirley Shortridge (Season 1, Episode 7)
- **Marcus Giamatti** – Jack Peabody (Season 1, Episode 7)
- **Dominic Hoffman** – Patrick (Season 1, Episode 8)
- **Isabel Sanford** – Mrs. Ryan (Season 1, Episode 10)
- **Ed McMahon** - as himself (Season 1, Episode 12)
- **Flip Wilson** - as himself (Season 1, Episode 12)
- **Dres (rapper)** – as himself (Season 1, Episode 12)
- **Nia Long** – Stacey Evans, photographer for *Flavor* and Kyle's date (Season 1, Episode 13)
- **Terrence Howard** – Brendan King, Maxine's college-aged boyfriend (Season 1, Episode 17)
- **Cree Summer** – Summer, Overton's date (Season 1, Episode 18)
- **Kelvin Mercer** - Morris King, (Season 1, Episode 18)
- **Morris Chestnut** – Hamilton Brown, the new upstairs neighbor (Season 1, Episode 18)
- **Michael Jai White** – Steve (Season 1, Episode 20)