

**WIKIPEDIA**
The Free Encyclopedia

# *Friends*

*1 of 46*
Case #6:23-cv-06025-FPG-MWP

*46 pgs*

---

**Friends** is an American television sitcom created by David Crane and Marta Kauffman, which aired on NBC from September 22, 1994, to May 6, 2004, lasting ten seasons.[1] With an ensemble cast starring Jennifer Aniston, Courteney Cox, Lisa Kudrow, Matt LeBlanc, Matthew Perry and David Schwimmer, the show revolves around six friends in their 20s and 30s who live in Manhattan, New York City. The series was produced by Bright/Kauffman/Crane Productions, in association with Warner Bros. Television. The original executive producers were Kevin S. Bright, Kauffman, and Crane.

Kauffman and Crane began developing *Friends* under the working title *Insomnia Cafe* between November and December 1993. They presented the idea to Bright, and together they pitched a seven-page treatment of the show to NBC. After several script rewrites and changes, including title changes to *Six of One*[2] and *Friends Like Us*, the series was finally named *Friends*.[3]

Filming took place at Warner Bros. Studios in Burbank, California. The show ranked within the top ten of the final television season ratings; it ultimately reached the number-one spot in its eighth season. The series finale aired on May 6, 2004, and was watched by around 52.5 million American viewers, making it the fifth-most-watched series finale in television history[4][5][6] and the most-watched television episode of the 2000s.[7][8]

*Friends* received acclaim throughout its run, becoming one of the most popular television shows of all time.[9] The series was nominated for 62 Primetime Emmy Awards, winning the Outstanding Comedy Series award in 2002[10] for its eighth season. The show ranked no. 21 on *TV Guide*'s 50 Greatest TV Shows of All Time,[11] and no. 5 on *Empire* magazine's The 50 Greatest TV Shows of All Time.[12] In 1997, the episode "The One with the Prom Video" was ranked no. 100 on *TV Guide*'s 100 Greatest Episodes of All-Time.[13] In 2013, *Friends* ranked no. 24 on the Writers Guild of America's 101 Best Written TV

| Friends | | |
|---|---|---|
| **F·R·I·E·N·D·S** | | |
| **Genre** | Sitcom | |
| **Created by** | David Crane | |
| | Marta Kauffman | |
| **Starring** | Jennifer Aniston | |
| | Courteney Cox | |
| | Lisa Kudrow | |
| | Matt LeBlanc | |
| | Matthew Perry | |
| | David Schwimmer | |
| **Theme music composer** | Michael Skloff | |
| | Allee Willis | |
| **Opening theme** | "I'll Be There for You" by The Rembrandts | |
| **Country of origin** | United States | |
| **Original language** | English | |
| **No. of seasons** | 10 | |
| **No. of episodes** | 236 (list of episodes) | |
| **Production** | | |
| **Executive producers** | David Crane | |
| | Marta Kauffman | |
| | Kevin S. Bright | |
| | Michael Borkow (season 4) | |
| | Michael Curtis (season 5) | |

Series of All Time,[14] and no. 28 on *TV Guide*'s 60 Best TV Series of All Time.[15] The sitcom's cast members returned for a reunion special aired on HBO Max on May 27, 2021.

# Premise

Rachel Green (Jennifer Aniston), a sheltered but friendly woman, flees her wedding day and wealthy yet unfulfilling life and finds childhood friend Monica Geller (Courteney Cox), a tightly wound but caring chef. Rachel becomes a waitress at West Village coffee house Central Perk after she moves into Monica's apartment above Central Perk and joins Monica's group of single friends in their mid-20s: previous roommate Phoebe Buffay (Lisa Kudrow), an odd masseuse and musician; neighbor Joey Tribbiani (Matt LeBlanc), a dim-witted yet loyal struggling actor and womanizer; Joey's roommate Chandler Bing (Matthew Perry), a sarcastic, self-deprecating data processor; and Monica's older brother and Chandler's college roommate Ross Geller (David Schwimmer), a sweet-natured but insecure paleontologist.

Episodes depict the friends' comedic and romantic adventures and career issues, such as Joey auditioning for roles or Rachel seeking jobs in the fashion industry. The six characters each have many dates and serious relationships, such as Monica with Richard Burke (Tom Selleck) and Ross with Emily Waltham (Helen Baxendale). Ross and Rachel's intermittent relationship is the most often-recurring storyline. During the ten seasons of the show, they repeatedly date and break up.

Over the course of the series, Ross briefly marries Emily, Ross and Rachel have a child together after a one-night stand, Chandler and Monica date and marry each other, and Phoebe marries Mike Hannigan (Paul Rudd). Other frequently recurring characters include Ross and Monica's parents Jack and Judy Geller (Elliott Gould and Christina Pickles) from Long Island; Ross's ex-wife Carol Willick (Jane Sibbett), their son Ben Geller (Cole Sprouse), and Carol's lesbian partner Susan Bunch (Jessica Hecht); Central Perk barista Gunther (James Michael Tyler); Chandler's extremely annoying and obnoxious but good-natured ex-girlfriend Janice Goralnik (Maggie Wheeler); and Phoebe's evil twin sister Ursula (also played by Kudrow).

# Cast and characters

**Main cast**

| | |
|---|---|
| | Adam Chase (seasons 5–6) |
| | Greg Malins (seasons 5–7) |
| | Wil Calhoun (season 7) |
| | Scott Silveri (seasons 8–10) |
| | Shana Goldberg-Meehan (seasons 8–10) |
| | Andrew Reich (seasons 8–10) |
| | Ted Cohen (seasons 8–10) |
| **Production locations** | Warner Bros. Studios, Burbank, California |
| **Camera setup** | Multi-camera |
| **Running time** | 20–22 minutes (per episode)<br>22–65 minutes (extended international TV & DVD episodes) |
| **Production companies** | Bright/Kauffman/Crane Productions<br>Warner Bros. Television |
| **Release** | |
| **Original network** | NBC |
| **Picture format** | NTSC |
| **Audio format** | Dolby Surround |
| **Original release** | September 22, 1994 – May 6, 2004 |

3/28/23, 11:35 AM                                    Friends - Wikipedia





Jennifer Aniston as      Courteney Cox as       Lisa Kudrow as         Matt LeBlanc as
Rachel Green             Monica Geller          Phoebe Buffay          Joey Tribbiani





Matthew Perry as         David    Schwimmer
Chandler Bing            as
                         Ross Geller

- Jennifer Aniston as Rachel Green:
  A fashion enthusiast and Monica Geller's best friend from childhood. Rachel first moves in with
  Monica in season one after nearly marrying Barry Farber. Rachel and Ross Geller are later
  involved in an on-again, off-again relationship throughout the series. Rachel dates other men
  during the series, such as Italian neighbor, Paolo, in season one; Joshua Bergin, a client from
  Bloomingdale's, in season four; Tag Jones, her assistant, in season seven; and Joey Tribbiani,
  one of her close friends, in season ten. Rachel's first job is as a waitress at the coffee house
  Central Perk, but she later becomes an assistant buyer at Bloomingdale's in season three, and a
  buyer at Ralph Lauren in season five. Rachel and Ross have a daughter named Emma in "The
  One Where Rachel Has a Baby, Part Two" at the end of season eight. In the final episode of the
  series, Ross and Rachel confess their love for each other, and Rachel gives up a dream fashion
  job at Louis Vuitton in Paris to be with him. It is heavily implied in the spin-off series, Joey, that
  Rachel married Ross after the series finale.

- Courteney Cox as Monica Geller:
  The "mother hen" of the group and a chef,[16] known for her perfectionist, bossy, competitive, and
  obsessive-compulsive nature.[17][18] Monica was overweight as a child. She works as a chef in
  various restaurants throughout the show. Monica's first serious relationship is with a long-time
  family friend Richard Burke, who is twenty-one years her senior. The two maintain a strong
  relationship for some time until Richard expresses that he does not want to have children. Monica
  and Chandler, one of her best friends, later start a relationship after spending a night with each
  other in London in the season four finale, leading to their marriage in season seven and the
  adoption of twins at the end of the series.

- Lisa Kudrow as Phoebe Buffay:
  A masseuse and self-taught musician. As a child, Phoebe lived in upstate New York with her
  mother, until her mother committed suicide and Phoebe took to the streets. She writes and sings

her own strange songs, accompanying herself on the guitar. She has an identical twin named Ursula, who shares few of Phoebe's traits. Phoebe has three serious relationships over the show's run: David, a scientist, in season one, with whom she breaks up when he moves to Minsk on a research grant; Gary, a police officer whose badge she finds, in season five; and an on-and-off relationship with Mike Hannigan in seasons nine and ten. In season nine, Phoebe and Mike break up due to his desire not to marry. David returns from Minsk, leading to the two getting back together, but she eventually rejects him for Mike when both of them propose to her. Phoebe and Mike marry in season ten.[19][20]

- Matt LeBlanc as Joey Tribbiani:
A struggling actor and food lover who becomes famous for his role on soap opera *Days of Our Lives* as Dr. Drake Ramoray. Joey has many short-term girlfriends. Despite his womanizing, Joey is innocent, caring, and well-intentioned.[21] Joey often uses the catchphrase pick-up line "How you doin'?" in his attempts to win over most of the women he meets. Joey rooms with his best friend Chandler for years, and later with Rachel. He falls in love with Rachel in season eight, but Rachel politely tells Joey that she does not share his feelings. They eventually date briefly in season ten, but after realizing it will not work due to his friendship and Rachel's complicated relationship with Ross, they return to being friends. At the end of the series, he is the only remaining single member of the group, and becomes the main protagonist of the sequel series *Joey*.

- Matthew Perry as Chandler Bing:
An executive in statistical analysis and data reconfiguration for a large, multinational corporation. Chandler hates this job, although it pays well. He attempts to quit during season one but is lured back with a new office and a pay raise. He eventually quits this job in season nine due to a transfer to Tulsa. He becomes a junior copywriter at an advertising agency later that season. Chandler has a peculiar family history being the son of an erotic novelist mother and a gay, cross-dressing Las Vegas star father. Chandler is known for his sarcastic sense of humor and bad luck in relationships.[22] Chandler marries Monica, one of his best friends, in season seven, and they adopt twins at the end of the series. Before his relationship with Monica, Chandler dated Janice Hosenstein in season one and subsequently broke up with her many times.

- David Schwimmer as Ross Geller:
Monica's "geeky" older brother, a palaeontologist working at the Museum of Natural History, and later a tenured professor of palaeontology at New York University. Ross is involved in an on-again, off-again relationship with Rachel throughout the series. He has three failed marriages during the series: Carol Willick, a lesbian who is also the mother of his son, Ben Geller; Emily Waltham, who divorces him after he accidentally says Rachel's name instead of hers during their wedding vows; and Rachel, as the two drunkenly marry in Las Vegas. His divorces become a running joke within the series. Following a one-night stand, he and Rachel have a daughter, Emma, by the end of season eight. They finally confess that they are still in love with each other in the series finale. It is heavily implied in the spin-off series, *Joey*, that Ross married Rachel after the series finale.

James Michael Tyler appears as Gunther, a barista at Central Perk, in every season of the show, but is only ever credited as a guest star. Gunther has a mostly secret profound love for Rachel throughout the entire series. At one point he becomes the manager of the coffee house. It is revealed that Gunther speaks Dutch in addition to English, as well as being a former soap opera actor.

In their original contracts for the first season, cast members were paid $22,500 per episode.[23] The cast members received different salaries in the second season, beginning from the $20,000 range to $40,000 per episode.[23][24] Before their salary negotiations for the third season, the cast decided to enter collective negotiations, despite Warner Bros.' preference for individual deals.[25] The actors were given the salary of the least paid cast member. The stars were paid $75,000 per episode in season three, $85,000 in season four, $100,000 in season five, $125,000 in season six, $750,000 in seasons seven and eight, and $1 million in seasons nine and ten, making Aniston, Cox, and Kudrow



the highest-paid TV actresses of all time.[26][27][28] The cast also received syndication royalties beginning in 2000 after renegotiations. At the time, that financial benefit of a piece of the show's lucrative back-end profits had only been given out to stars who had ownership rights in a show, like Jerry Seinfeld and Bill Cosby.[29]

Series creator David Crane wanted all six actors to be equally prominent,[30] and the series was lauded as being "the first true 'ensemble' show."[31] The cast members made efforts to keep the ensemble format and not allow one member to dominate;[31] they entered themselves in the same acting categories for awards,[32] opted for collective salary negotiations,[31] and asked to appear together on magazine cover photos in the first season.[33] The cast members also became best friends off-screen,[34] so much so that recurring guest star Tom Selleck reported that he sometimes felt left out.[35]

The cast remained good friends after the series run, most notably Cox and Aniston, with Aniston being godmother to Cox and David Arquette's daughter, Coco.[36] In the official farewell commemorative book *Friends 'Til the End*, each separately acknowledged in interviews that the cast had become their family.[37][38]

## Season synopsis

| Season | Episodes | Originally aired | | | Ra |
| | | First aired | Last aired | Network | |
|---|---|---|---|---|---|
| 1 | 24 | September 22, 1994 | May 18, 1995 | | 8[3 |
| 2 | 24 | September 21, 1995 | May 16, 1996 | | 3[4 |
| 3 | 25 | September 19, 1996 | May 15, 1997 | | 4[4 |
| 4 | 24 | September 25, 1997 | May 7, 1998 | | 4[4 |
| 5 | 24 | September 24, 1998 | May 20, 1999 | NBC | 2[4 |
| 6 | 25 | September 23, 1999 | May 18, 2000 | | 5[4 |
| 7 | 24 | October 12, 2000 | May 17, 2001 | | 5[4 |
| 8 | 24 | September 27, 2001 | May 16, 2002 | | 1[4 |
| 9 | 24 | September 26, 2002 | May 15, 2003 | | 2[4 |
| 10 | 18 | September 25, 2003 | May 6, 2004 | | 5[4 |
| *The Reunion* | | May 27, 2021 | | HBO Max | — |



*Friends* in first season. Front: Cox, Aniston. Back: LeBlanc, Kudrow, Schwimmer, Perry.

## Season 1

The first season introduces the six main characters who live in New York City: Rachel Green, a waitress; professional chef Monica Geller; her paleontologist brother, Ross Geller; free-spirited masseuse Phoebe Buffay; struggling actor Joey Tribbiani, and Ross's college friend, Chandler Bing,

whose precise occupation at a corporation is unknown. Rachel arrives at Central Perk, wearing her wedding dress, after leaving her fiancé, Barry, an orthodontist, at the altar. She moves into her high school friend Monica's apartment, and gets a waitress job at Central Perk.

Ross, who has had a crush on Rachel since high school, often attempts to declare his feelings for her. However many obstacles stand in his way, including his insecurities, Rachel dating an Italian neighbour named Paolo, and the fact that he is expecting a baby with his lesbian ex-wife, Carol, who gives birth to Ben later in the season. Joey never has a steady girlfriend and constantly sleeps with a variety of women. Phoebe is rather odd and complex, mostly due to her mother's suicide when she was a child and having lived on the streets for a time. However, the gang loves her regardless.

Chandler breaks up with his girlfriend, Janice (Maggie Wheeler), only to find himself reconnecting with her throughout the series. Near the end of the season, while Ross is at a paleontology dig in China, Chandler accidentally lets slip that Ross loves Rachel, who then realizes that she also cares for him. The season ends with Rachel waiting at the airport for Ross, who is returning from China.

## Season 2

Rachel greets Ross at the airport only to discover that he has returned with Julie (Lauren Tom), someone he knew from graduate school. Rachel's attempts to tell Ross that she loves him initially mirror his failed attempts in the first season. After he breaks up with Julie for Rachel, friction between them develops when Rachel discovers Ross's list of the cons of dating her. They eventually begin a relationship after Rachel sees an old home video from her and Monica's prom night and realizes Ross was going to stand in for her prom date who nearly stood her up.

Monica is promoted to head chef at the Iridium restaurant, then gets fired for accepting gifts from a supplier, which is against company policy. Needing money, she is forced to take an embarrassing job as a waitress at a 1950s-style diner. She begins dating Richard Burke (Tom Selleck), a recently divorced family friend who is 21 years her senior. They eventually break up when Monica realizes that Richard, already a father, does not want more children. Joey is cast in a fictional version of the soap opera, *Days of Our Lives* as neurosurgeon Dr. Drake Ramoray. He moves out of his and Chandler's apartment, forcing Chandler to get a new roommate, Eddie (Adam Goldberg).

However, Eddie is annoying and somewhat deranged. When Joey claims in a soap opera magazine interview that he writes many of his own lines, offending the show's writer, his character is killed off. No longer able to afford his expensive new apartment, Joey moves back in with Chandler, kicking Eddie out in the process. In the season finale, Chandler talks to an anonymous woman in an online chat room. When they agree to meet in person, the woman turns out to be Janice.

## Season 3

Season 3 takes on a significantly more serialized format. Chandler and Janice date for several episodes until Joey catches Janice kissing her soon-to-be ex-husband. Not wanting to destroy her family, Chandler urges Janice to go back to her husband, then becomes depressed over the breakup for several episodes. Rachel quits her job at Central Perk and begins working at Bloomingdale's, an upscale department store chain. Ross soon becomes jealous of her colleague Mark and frustrated by Rachel's long work hours. She is tired of his constant jealousy and insecurity, and decides they need a relationship break.

Ross, hurt and somewhat drunk, immediately sleeps with Chloe, "the hot girl from the Xerox place," causing Rachel to break up with him completely. Although Phoebe initially believes she has no family except her twin sister Ursula (Lisa Kudrow), she learns she has a half-brother, Frank Jr. (Giovanni Ribisi) and discovers her birth mother, Phoebe Abbott (Teri Garr) over the course of the season. Joey falls in love with his acting partner Kate (Dina Meyer), but is jealous of her dating the director of their play. They begin a brief relationship that ends when she takes an acting job in Los Angeles.

Monica dates millionaire Pete Becker (Jon Favreau), despite her initially not being attracted to him. However, she breaks up with Pete after he is seriously hurt trying to become the Ultimate Fighting Champion and refuses to quit. Phoebe sets Ross up on a date with her friend, Bonnie (Christine Taylor), inciting Rachel's jealousy. She tries sabotaging the relationship by coercing Bonnie to shave her head bald, and eventually admits to Ross that she still has feelings for him. The season closes with Ross having to choose between Rachel and Bonnie.

## Season 4

In the season 4 premiere, after Ross breaks up with Bonnie, he and Rachel briefly reconcile after Ross pretends to read a long letter that Rachel wrote for him. However, Ross continues to insist that the two were on a break when he slept with Chloe, so they break up again. Joey dates Kathy (Paget Brewster), a girl that Chandler had a crush on. Kathy and Chandler later kiss, which causes drama between Chandler and Joey. Joey only forgives Chandler and allows him to date Kathy after Chandler spends Thanksgiving in a box as punishment.

Chandler's relationship with Kathy ends after he discovers that she cheated on him due to an argument. Phoebe loses her job as a masseuse after making out with one of her clients and she accompanies Monica, who has become a caterer for hire. They soon start a catering business together but Monica, after negatively reviewing a restaurant, Allesandro's, is offered the position of head chef. Despite initially being pressured by the wrath of her co-workers, Monica eventually asserts her dominance in the kitchen. Phoebe becomes a surrogate for her brother and his wife, Alice (Debra Jo Rupp).

Monica and Rachel are forced to switch apartments with Joey and Chandler after losing a bet during a quiz game, but manage to switch back by bribing them with Knicks season tickets and a one-minute kiss (off-screen) between each other. After her boss dies, Rachel is demoted to personal shopping and meets and later dates a customer named Joshua (Tate Donovan). Ross begins dating an English woman named Emily (Helen Baxendale), and they quickly get engaged. Rachel struggles to cope and hastily suggests to Joshua that they marry, after which he rejects her. In the season finale, the group, apart from a heavily pregnant Phoebe and Rachel, travel to Ross and Emily's wedding in London. Chandler and Monica sleep together, and Rachel, realizing that she is still in love with Ross, rushes to London to stop Ross and Emily's wedding, but changes her mind when she sees them happy together. While saying his vows, Ross accidentally says Rachel's name at the altar, shocking his bride and the guests.

## Season 5

Ross and Emily marry, but an angry and humiliated Emily flees the reception. Rachel soon admits her love for Ross, but realizing how ridiculous this is, advises him to work on his marriage to Emily. She develops a crush on her neighbor Danny and they date briefly, until she realizes that he is too close with his sister. Monica and Chandler try to keep their new relationship a secret from their friends.

Phoebe gives birth to triplets in the show's 100th episode. She gives birth to a boy, Frank Jr. Jr., and two girls, Leslie and Chandler, the latter of whom was supposed to be a boy, but was later revealed to be a girl.

After weeks of trying to contact her, Emily agrees to reconcile with Ross and move to New York if he breaks off all communication with Rachel. Ross agrees, but later attends a dinner with all his friends, Rachel included. Emily phones Ross, discovers Rachel is there, realizes she does not trust him and ends their marriage. Ross takes out his anger at work, resulting in him being indefinitely suspended from the museum, and he moves in with Chandler and Joey until eventually getting a new apartment across the street from them.

Rachel gets a new job at Ralph Lauren. Phoebe has a brief relationship with a police officer, Gary (Michael Rapaport), after finding his badge and using it as her own. Monica and Chandler go public with their relationship, to the surprise and delight of their friends. They decide to get married on a trip to Las Vegas, but change their plans after witnessing Ross and Rachel drunkenly stumbling out of the wedding chapel.

## Season 6

In the season 6 premiere, Ross and Rachel's marriage turns out to be a drunken mistake that neither remembers until the other friends mention it. Ross promises Rachel he will get them an annulment, then secretly does nothing because he cannot face having three failed marriages. By the time Rachel discovers they are still married, an annulment is impossible due to their history; they are forced to get a divorce. After ignoring the numerous signs that they should get married, Monica and Chandler decide to live together, forcing Rachel to move in with Phoebe. Joey gets a new roommate, Janine (Elle Macpherson).

They develop feelings for each other and date briefly until Janine criticizes Monica and Chandler, ending the relationship. After Janine moves out, Joey struggles with paying his bills so he takes a job at Central Perk. He soon lands a role on a cable TV series called *Mac and C.H.E.E.S.E.*, starring alongside a crime-fighting robot. Ross gets a teaching job at New York University. He dates Elizabeth (Alexandra Holden), a student, despite it being against university policy. Elizabeth's father, Paul (Bruce Willis), disapproves of Ross but falls for Rachel, and they start dating.

Both relationships soon end: Elizabeth is too immature for Ross, and previously reserved Paul opens up emotionally and is more than Rachel can handle. Phoebe and Rachel's apartment catches fire, and Rachel moves in with Joey, while Phoebe stays with Chandler and Monica, though they later switch. While at a museum that has a two-year wait for weddings, Monica puts her name on the reservation list as a joke. When Chandler intercepts the museum's phone call about a cancellation, he panics; however, Chandler has been planning to propose while pretending he may never want to marry.

While dining at a fancy restaurant, Chandler's planned proposal is subverted by Monica's ex-boyfriend Richard Burke, who unexpectedly shows up. Richard later tells Monica he wants to marry her and have children. Monica becomes upset at Chandler, believing his ruse about not wanting to marry. Chandler believes Monica has left him until he comes home to find their apartment decorated with candles and her waiting to propose to him. When she becomes too emotional to continue, Chandler proposes and she accepts.

## Season 7

The seventh season mainly follows Monica and Chandler as they plan their wedding amid various problems. Joey's television series, *Mac and C.H.E.E.S.E* is canceled, but he is offered his old role on *Days of Our Lives*; the show is retconned with the revelation that Dr. Drake Ramoray has been in a four-year coma and is revived with a brain transplant from another character. Phoebe's repaired apartment now has one large bedroom instead of the original two, so Rachel permanently stays at Joey's. Rachel is promoted at Ralph Lauren and impulsively hires a young assistant, Tag Jones (Eddie Cahill), based on his looks, passing over a more qualified woman. Tag discovers her feelings about him at Thanksgiving dinner, and they begin dating, hiding it from co-workers. However, on her 30th birthday, Rachel ends their relationship, realizing Tag is too young and immature, particularly if she intends to follow her marriage schedule.

Hours before Monica and Chandler's wedding ceremony, Chandler panics and goes into hiding just as Phoebe and Rachel find a positive pregnancy test in Monica and Chandler's bathroom. They assume Monica is pregnant. Ross and Phoebe find Chandler and convince him to return for the ceremony, though he briefly bolts again after overhearing Phoebe and Rachel discussing the pregnancy test. He quickly returns, embracing the idea of fatherhood. After the ceremony, Monica denies she is pregnant; unbeknown to everyone, the positive pregnancy test is Rachel's.

## Season 8

Season 8 begins at Monica and Chandler's wedding reception. Phoebe and Monica discover Rachel's pregnancy and persuade her to take another test to confirm it. Phoebe initially claims the test is negative, badly disappointing Rachel, then reveals it is positive, saying Rachel now knows how she really feels about having a baby. Ross is eventually revealed to be the father, and the season revolves around Rachel's pregnancy. Rachel and Ross agree to be co-parents without resuming their romantic relationship; Ross begins dating Mona (Bonnie Somerville), who is Monica's co-worker from Allesandro's.

Joey takes Rachel out to quell her fears about motherhood, and realizes he has romantic feelings for her. While suppressing his feelings, he encourages Rachel to stay at Ross' apartment so he can be involved in the pregnancy. The arrangement is too much for Mona, and she breaks up with Ross. Joey tells Ross about his feelings for Rachel. Ross initially is angry, then gives his blessing. Joey tells Rachel that he loves her, but she realizes she does not feel the same way, and they remain friends. When Rachel goes into labor, Ross' mother gives him a family heirloom ring and encourages him to propose to Rachel. Ross hesitates, and puts the ring in his jacket, which he later leaves in Rachel's room.

After Monica jokes about having kids, she and Chandler decide to have a baby, starting while they are still at the hospital. After a prolonged labor, during which numerous other expectant mothers, including Janice, are taken to the delivery room, Rachel gives birth to baby Emma. She is left saddened and afraid after Janice later says that Ross may not always be there for her and the baby. When Joey comforts Rachel, the ring falls from Ross' jacket to the floor. Joey kneels to pick it up, and Rachel, believing he is proposing, impulsively says yes. Meanwhile, Ross intends to ask Rachel if she wants to resume their relationship.

## Season 9

Season nine begins with Ross and Rachel cohabitating with their daughter Emma, after Joey and Rachel clear up the proposal misunderstanding. Monica and Chandler run into obstacles as they try for a baby: Chandler unknowingly agrees to a work transfer to Tulsa just as Monica is offered a head

Friends - Wikipedia

chef job at a new restaurant, Javu, resulting in Chandler commuting back and forth. After being apart from Monica during Christmas, Chandler quits to pursue a new career in advertising, starting as an unpaid intern at an ad agency, and eventually being hired as a junior copywriter. Monica and Chandler discover they are physically incompatible to conceive and after considering multiple options, decide to adopt.

Phoebe begins dating Mike Hannigan (Paul Rudd) for most of the season until Mike says that he never wants to marry again. Phoebe dates her ex-boyfriend from season 1, David (Hank Azaria) who plans on proposing to her, but Mike proposes first. Phoebe rejects both proposals but gets back together with Mike, only needing the reassurance that they have a future together. Rachel, believing that her co-worker Gavin (Dermot Mulroney) is trying to steal her job while she is on maternity leave, returns to Ralph Lauren early. She discovers at her birthday party that Gavin has feelings for her. They kiss but do not pursue a relationship due to her history with Ross.

Meanwhile, Ross, having seen the kiss, retaliates by dating other women. After realizing that her and Ross' living situation is too weird, Rachel and Emma move in with Joey. Rachel develops a crush on him, only to be disheartened when he starts dating Charlie (Aisha Tyler), a new paleontology professor who Ross is attracted to. In the finale, the group travels to Barbados for Ross' keynote speech at a conference. Joey and Charlie break up upon realizing they have nothing in common. Joey then learns about Rachel's feelings for him, but says they cannot pursue this because of Ross. However, upon seeing Ross and Charlie kiss each other, he goes to Rachel's hotel room, and the finale ends with them kissing.

## Season 10

The tenth season brings several long-running story lines to a close. Joey and Rachel try to contend with Ross' feelings about their relationship, and after disastrous attempts to consummate, decide it is best they remain friends. Charlie breaks up with Ross to get back together with her ex-boyfriend. Mid-season, Joey officiates Phoebe and Mike's wedding outside the Central Perk coffee house after a snow storm paralyzes the city, preventing them and guests getting to the wedding venue. Monica and Chandler are chosen by a pregnant woman named Erica (Anna Faris) to adopt her baby.

Following this, Monica and Chandler prepare to move to a house in the suburbs to raise their family, saddening everyone, particularly Joey, who is coping with all the changes in his life. In the series finale, Erica gives birth to fraternal twins, much to Monica and Chandler's surprise. Rachel is fired from Ralph Lauren after her boss overhears her interviewing for a job at Gucci. She encounters her former Bloomingdale co-worker Mark, who offers her a new job at Louis Vuitton in Paris. Ross, believing Rachel wants to stay, tries bribing Mr. Zelner to rehire her until he realizes Rachel wants to go to Paris. When Rachel says a tearful personal goodbye to everyone except Ross at her going away party, a hurt and angry Ross confronts Rachel, and they end up sleeping together.

Rachel leaves, and Ross – realizing how much he loves Rachel – chases her to the airport. When he reaches her, Rachel says she has to go to Paris. Before the plane takes off, Rachel calls Ross' home phone and leaves a voice mail, apologizing for the way it ended. While speaking, she realizes that she loves him too, and gets off the plane at the last minute. The series ends with all the friends, plus

Monica and Chandler's new babies, leaving the empty apartment together for a final cup of coffee at Central Perk. The show ends first with a shot of everyone's keys to Monica and Chandler's apartment left on the counter top, and then pans to a shot of the apartment's purple door.

# Production

Case #6:23-cv-06025-FPG-MWP

## Conception

*concept*

> It's about sex, love, relationships, careers, a time in your life when everything's possible. And it's about friendship because when you're single and in the city, your friends are your family.
>
> — The original treatment used by Crane, Kauffman and Bright to pitch the series to NBC.[49]

David Crane and Marta Kauffman began developing three new television pilots that would premiere in 1994 after their sitcom *Family Album* was cancelled by CBS in 1993.[50] Kauffman and Crane decided to pitch the series about "six people in their 20s making their way in Manhattan" to NBC since they thought it would fit best there.[51] Crane and Kauffman presented the idea to their production partner Kevin Bright, who had served as executive producer on their HBO series *Dream On*.[52] The idea for the series was conceived when Crane and Kauffman began thinking about the time when they had finished college and started living by themselves in New York; Kauffman believed they were looking at a time when the future was "more of a question mark."[49] They found the concept to be interesting, as they believed "everybody knows that feeling",[49] and because it was also how they felt about their own lives at the time.[49] The team titled the series *Insomnia Cafe* and pitched the idea as a seven-page treatment to NBC in December 1993.[49][51]

At the same time, Warren Littlefield, the then-president of NBC Entertainment, was seeking a comedy involving young people living together and sharing expenses. Littlefield wanted the group to share memorable periods of their lives with friends, who had become "new, surrogate family members."[19] However, Littlefield found difficulty in bringing the concept to life and found the scripts developed by NBC to be terrible. When Kauffman, Crane and Bright pitched *Insomnia Cafe*, Littlefield was impressed that they knew who their characters were.[19] NBC bought the idea as a put pilot, meaning they risked financial penalties if the pilot was not filmed.[53]

Kauffman and Crane took three days to write the pilot script for a show they titled *Friends Like Us*.[49][54] Littlefield wanted the series to "represent Generation X and explore a new kind of tribal bonding", but the rest disagreed. Crane argued that it was not a series for one generation, and wanted to produce a series that everyone would enjoy watching.[19] NBC liked the script and ordered the series. They changed the title to *Six of One*, mainly because they felt *Friends Like Us* was too similar to the ABC sitcom *These Friends of Mine*.[55]

## Casting

Case #6:23-cv-06025-FPG-MWP

Once it became apparent that the series was a favored project at NBC, Littlefield reported that he was getting calls from every agent in town, wanting their client to be a part of the series.[19] Auditions for the lead roles took place in New York and Los Angeles.[56] The casting director shortlisted 1,000 actors who had applied for each role down to 75. Those who received a callback read in front of Crane, Kauffman and Bright. At the end of March, the number of potential actors had been reduced to three or four for each part, and these actors were asked to read for Les Moonves, then president of Warner Bros. Television.[57]



The producers wanted Courteney Cox (*pictured*) to portray Rachel; however, Cox wanted to play Monica and co-creator Marta Kauffman agreed after watching the audition.

Having worked with David Schwimmer in the past,[56] the series creators wrote the character of Ross with him in mind, and he was the first actor cast.[58] Cox wanted to play the role of Monica because she liked the "strong" character, but the producers had her in mind to play Rachel because of her "cheery, upbeat energy", which was not how they envisioned Monica; after Cox's audition, though, Kauffman agreed with Cox, and she got the role.[49][59] When Matt LeBlanc auditioned for Joey, he put a "different spin" on the character.[49] He played Joey more simple-minded than intended and gave the character heart. Although Crane and Kauffman did not want LeBlanc for the role at the time, they were told by the network to cast him.[49] Jennifer Aniston, Matthew Perry and Lisa Kudrow were cast based on their auditions.[56]

More changes occurred to the series' storylines during the casting process. The writers found that they had to adjust the characters they had written to suit the actors, and the discovery process of the characters occurred throughout the first season. Kauffman acknowledged that Joey's character became "this whole new being", and that "it wasn't until we did the first Thanksgiving episode that we realized how much fun Monica's neuroses are."[60]

## Writing  

In the weeks after NBC's pick up of *Friends*, Crane, Kauffman and Bright reviewed sent-in scripts that writers had originally prepared for other series, mainly unproduced *Seinfeld* episodes.[61] Kauffman and Crane hired a team of seven young writers because "When you're 40, you can't do it anymore. The networks and studios are looking for young people coming in out of college."[62] The creators felt that using six equal characters, rather than emphasizing one or two, would allow for "myriad storylines and give the show legs."[30] The majority of the storyline ideas came from the writers, although the actors added ideas.[56] Although the writers originally planned the big love story to be between Joey and Monica, the idea of a romantic interest between Ross and Rachel emerged during the period when Kauffman and Crane wrote the pilot script.[49]

During the production of the pilot, NBC requested that the script be changed to feature one dominant storyline and several minor ones, but the writers refused, wanting to keep three storylines of equal weight.[55] NBC also wanted the writers to include an older character to balance out the young ones. Crane and Kauffman were forced to comply and wrote a draft of an early episode that featured "Pat the Cop." who would be used to provide advice to the other characters. Crane found the storyline to be terrible, and Kauffman joked, "You know the kids [*sic*] book, *Pat the Bunny*? We had Pat the Cop." NBC eventually relented and dropped the idea.[49]

Each summer, the producers would outline the storylines for the subsequent season.[03] Before an episode went into production, Kauffman and Crane would revise the script written by another writer, mainly if something concerning either the series or a character felt foreign.[61] The hardest episodes to write were always "the first one and the last one of each season."[64] Unlike other storylines, the idea for a relationship between Joey and Rachel was decided on halfway through the eighth season. The creators did not want Ross and Rachel to get back together so soon, and while looking for a romantic impediment, a writer suggested Joey's romantic interest in Rachel.[63]

The storyline was incorporated into the season; however, when the actors feared that the storyline would make their characters unlikable, the storyline was wrapped up, until it again resurfaced in the season's finale. For the ninth season, the writers were unsure about the amount of storyline to give to Rachel's baby, as they wanted the show neither to revolve around a baby nor pretend there to be none.[63] Crane said that it took them a while to accept the idea of a tenth season, which they decided to do because they had enough stories left to tell to justify the season. Kauffman and Crane would not have signed on for an eleventh season, even if all the cast members had wanted to continue.[60]

The episode title format—"The One ..."[65]—was created when the producers realized that the episode titles would not be featured in the opening credits, and therefore would be unknown to most of the audience. Episode titles officially begin with "The One ..." except the title of the pilot episode and the series finale "The Last One." The season 5 episode "The One Hundredth" has the alternative title of "The One With The Triplet".

## Filming

*We met at Mike's diner in brooklyn ny*

The first season was shot on Stage 5 at Warner Bros. Studios in Burbank, California.[66] NBC executives had worried that the coffee house setting was too hip and asked for the series to be set in a diner, but eventually consented to the coffee house concept.[49] The opening title sequence was filmed in a fountain at the Warner Bros. Ranch at 4:00 am, while it was particularly cold for a Burbank morning.[67] At the beginning of the second season, production moved to the larger Stage 24, which was renamed The "Friends" Stage after the series finale.[68]

Filming for the series began during the summer of 1994 in front of a live audience, who were given a summary of the series to familiarize themselves with the six main characters.[49] A hired comedian entertained the studio audience between takes.[33] Each 22-minute episode took six hours to film—twice the length of most sitcom tapings—mainly due to the several retakes and rewrites of the script.[33]



The Greenwich Village building, 90 Bedford Street, used as the friends' apartment block in establishing shots

Although the producers always wanted to find the right stories to take advantage of being on location, *Friends* was never shot in New York. Bright felt that filming outside the studio made episodes less funny, even when shooting on the lot outside, and that the live audience was an integral part of the series.[56] When the series was criticized for incorrectly depicting New York, with the financially struggling group of friends being able to afford huge apartments, Bright noted that the set had to be big enough for the cameras, lighting, and "for the audience to be able to see what's going on".[56] The apartments also needed to provide a place for the actors to execute the funny scripts.[56]

The fourth-season finale was shot on location in London because the producers were aware of the series' popularity in the UK.[56] The scenes were shot in a studio with three audiences each made up of 500 people. These were the show's largest audiences throughout its run. The fifth-season finale, set in Las Vegas, was filmed at Warner Bros. Studios, although Bright met people who thought it was filmed on location.[69]

## Series finale

The series' creators completed the first draft of the hour-long finale in January 2004, four months before its original airing. Crane, Kauffman and Bright watched the finales of other sitcoms to prepare the episode's outline, paying attention to what worked and what did not. They liked the ones that stayed true to the series, citing the finale of *The Mary Tyler Moore Show* as the gold standard. Crane, Kauffman, and Bright had difficulty writing the finale. They did not want to do "something high concept, or take the show out of the show."[71] The most critical parts of the finale were shot without an audience and with a minimum number of crew members. The main cast enjoyed the finale and were confident that the fans would react similarly:[71]



The cast became very emotional while filming the final episode. Jennifer Aniston explained, "We're like very delicate china right now, and we're speeding toward a brick wall."[70]

> It's exactly what I had hoped. We all end up with a sense of a new beginning and the audience has a sense that it's a new chapter in the lives of all these characters.
>
> — David Schwimmer on the series finale.[71]

NBC heavily promoted the series finale, which was preceded by weeks of media hype.[72] Local NBC affiliates organized viewing parties around the U.S., including an event at Universal CityWalk featuring a special broadcast of the finale on an outdoor Astrovision screen.[73] The finale was the subject of two episodes of *Dateline NBC*, one of which ran for two hours. A one-hour retrospective of clips from previous episodes was shown before to the airing of the episode. Following the finale, *The Tonight Show with Jay Leno* was filmed on the set of the *Friends'* Central Perk coffee house, which featured the series' cast as guests.[74][75] The advertising rates for the finale averaged $2 million for 30 seconds of commercial time, breaking the record held by the *Seinfeld* finale at $1.7 million.[73]

In the U.S., 52.5 million viewers watched the finale on May 6, 2004, making it the most-watched entertainment telecast since the *Seinfeld* finale in 1998.[74] The finale was the fifth most-watched series finale in television history, only behind the finales of *M\*A\*S\*H*, *Cheers*, *The Fugitive* and *Seinfeld*, which were respectively watched by 105, 80.4, 78.0 and 76.3 million viewers.[76] The retrospective episode was watched by fewer than 36 million viewers, and the finale was the second most-watched television broadcast of the year in the United States, only behind the Super Bowl.[74] Following the finales of *Friends* and *Frasier*, media critics speculated about the fate of the sitcom genre. Opinions varied between a signalling of the end of the sitcom genre, a small decline in the large history of the genre,[73] and a general reduction of scripted television in favor of reality shows.[72]

## Reunion special

On November 12, 2019, *The Hollywood Reporter* announced that Warner Bros TV was developing a *Friends* reunion for HBO Max that would feature the whole cast and creators returning.[77] On February 21, 2020, HBO confirmed that the unscripted reunion special, tentatively named "The One Where They Got Back Together", was set to be released in May the same year, along with the 236 original episodes of the series.[78][79] On March 18, 2020, it was announced that the special, which was set to film on the *Friends* stage on March 23 and 24, had been postponed indefinitely, due to the COVID-19 pandemic.[80] In November 2020, Matthew Perry tweeted that the reunion is set to start filming in March 2021.[81][82] On May 13, 2021, a teaser trailer was released officially announcing *Friends: The Reunion* also known as "The One Where They Get Back Together". The reunion special was released on HBO Max on May 27, 2021.[83]

# Reception

Case #6:23-cv-06025-FPG-MWP

## Critical reception

Early reviews of the series were mixed; the first season holds a Metacritic score of 65 out of 100, based on 24 sampled reviews, indicating "generally favourable reviews."[84] Tom Feran of *The Plain Dealer* wrote that the series traded "vaguely and less successfully on the hanging-out style of *Seinfeld*",[85] while Ann Hodges of the *Houston Chronicle* called it "the new *Seinfeld* wannabe, but it will never be as funny as *Seinfeld*."[86] In the *Los Angeles Daily News*, Ray Richmond named the series as "one of the brighter comedies of the new season",[87] and the *Los Angeles Times* called it "flat-out the best comedy series of the new season."[88]

The *Chicago Sun-Times*' Ginny Holbert found Joey and Rachel's characteristics to be underdeveloped,[89] while Richmond commended the cast as a "likeable youth ensemble" with "good chemistry."[87] Robert Bianco of *USA Today* was complimentary of Schwimmer, calling him "terrific." He also praised the female leads, but was concerned that Perry's role as Chandler was "undefined" and that LeBlanc was "relying too much on the same brain-dead stud routine that was already tired the last two times he tried it."[90] The authors of *Friends Like Us: The Unofficial Guide to Friends* thought that the cast was "trying just a little too hard"; in particular, Perry and Schwimmer.[91]

As the series progressed, reviews became more positive, and *Friends* became one of the most popular sitcoms of its time. It is now often ranked among the all-time best TV shows.[9][11][12] Critics commended the series for having consistently sharp writing and for the chemistry between the main actors.[92] Noel Holston of *Newsday*, who had dismissed the pilot as a "so-so *Seinfeld* wannabe" in 1994, repudiated his earlier review after rewatching the episode and felt like writing an apology to the writers.[60] Heather Havrilesky of Salon.com thought that the series "hit its stride" in the second season. Havrilesky found the character-specific jokes and situations "could reliably make you laugh out loud a few times each episode", and the quality of writing allowed the stories to be "original and innovative."[93]

Bill Carter of *The New York Times* called the eighth season a "truly stunning comeback." Carter found that by "generating new hot storylines and high-decibel laughs", the series made its way "back into the hearts of its fans."[94] However, Liane Bonin of *Entertainment Weekly* felt that the direction of the ninth season was a "disappointing buzzkill", criticizing it for the non-stop celebrity guest spots and going into jump the shark territory. Although disappointed with the season, Bonin noted that "the writing [was] still sharp."[95] Havrilesky thought that the tenth season was "alarmingly awful, far

worse than you would ever imagine a show that was once so good could be."[93] *Friends* was featured on *Time*'s list of "The 100 Best TV Shows of All-Time", saying, "the well-hidden secret of this show was that it called itself *Friends*, and was really about family."[96]

Reviews of the series finale were mostly positive. *USA Today*'s Robert Bianco described the finale as entertaining and satisfying and praised it for deftly mixing emotion and humor while highlighting each of the stars.[97] Sarah Rodman of the *Boston Herald* praised Aniston and Schwimmer for their acting, but felt that their characters' reunion was "a bit too neat, even if it was what most of the show's legions of fans wanted."[98] Roger Catlin of the *Hartford Courant* felt that newcomers to the series would be "surprised at how laughless the affair could be, and how nearly every strained gag depends on the sheer stupidity of its characters."[99] Ken Parish Perkins, writing for *Fort Worth Star-Telegram*, pointed out that the finale was "more touching than comical, more satisfying in terms of closure than knee-slappingly funny."[100]

> It may have been impossible for any one episode to live up to the hype and expectations built up around the Friends finale, but this hour probably came as close as fans could have reasonably hoped. Ultimately, the two-hour package did exactly what it was supposed to do. It wrapped up the story while reminding us why we liked the show and will miss it.
>
> — Robert Bianco of *USA Today* on the series finale.[97]

In a 2021 program on ITV, *Mr. Bean* writer Richard Curtis accused the *Friends* writers of stealing the joke which involved Joey getting a turkey stuck on his head in "The One with All the Thanksgivings" from the 1992 episode "Merry Christmas, Mr. Bean". In that episode, Mr Bean got a turkey stuck on his head after losing his watch while stuffing the turkey and put his head in to try and retrieve it. Rowan Atkinson, however, argued that jokes are meant to be stolen, or to inspire.[101]

## Awards

To maintain the series' ensemble format, the main cast members decided to enter themselves in the same acting categories for awards.[32] Beginning with the series' eighth season, the actors decided to submit themselves in the lead actor balloting, rather than in the supporting actor fields.[102] The series was nominated for 62 Primetime Emmy Awards,[103] winning six.

Aniston and Kudrow are the only main cast members to win an Emmy, while Cox is the only actor not to be nominated. The series won the Primetime Emmy Award for Outstanding Comedy Series in 2002, receiving nominations in 1995, 1996, 1999, 2000, and 2003.[104] The series also won an American Comedy Award,[105] one GLAAD Media Award,[106] one Golden Globe Award,[107] three Logie Awards,[108][109] six People's Choice Awards,[110][111] one Satellite Award,[112] and one Screen Actors Guild Award.[113]

## Ratings

The table below shows the ratings of *Friends* in the United States, where it consistently ranked within the top ten of the final television season ratings.[114] "Rank" refers to how well *Friends* rated compared to other television series that aired during primetime hours of the corresponding television season. It is shown in relation to the total number of series airing on the then-six major English-language networks in a given season. "Viewers" refers to the average number of viewers for all original

Friends - Wikipedia

episodes, broadcast during the television season in the series' regular timeslot. The "season premiere" is the date that the first episode of the season aired, and the "season finale" is the date that the final episode of the season aired. Following the September 11 attacks, ratings increased 17% over the previous season.[94]

Ratings table

Case #6:23-cv-06025-FPG-MWP

| Season | Timeslot | Season premiere | Season finale | TV season | Rank | Viewers (in millions) | Most-watched episode | |
|--------|----------|-----------------|---------------|-----------|------|------------------------|-----------------------|--|
| | | | | | | | Title | Viewers (in millions) |
| 1 | Thursday 8:30 pm (1–16) Thursday 9:30 pm (17–24) | September 22, 1994 | May 18, 1995 | 1994–95 | 8 | 24.3[114] | "The One Where Rachel Finds Out" | 31.3[115] |
| 2 | | September 21, 1995 | May 16, 1996 | 1995–96 | 3 | 30[114] | "The One After the Superbowl" | 52.9[115] |
| 3 | | September 19, 1996 | May 15, 1997 | 1996–97 | 4 | 24.9[114] | "The One Where Chandler Can't Remember Which Sister" | 29.8 |
| 4 | | September 25, 1997 | May 7, 1998 | 1997–98 | 4 | 24.0[114] | "The One with Ross's Wedding" | 31.6[115] |
| 5 | | September 24, 1998 | May 20, 1999 | 1998–99 | 2 | 23.5[114] | "The One After Ross Says Rachel" | 30.9[115] |
| 6 | Thursday 8:00 pm | September 23, 1999 | May 18, 2000 | 1999–2000 | 5 | 20.7[114] | "The One with the Proposal" | 30.7[115] |
| 7 | | October 12, 2000 | May 17, 2001 | 2000–01 | 5 | 20.2[114] | "The One with Monica and Chandler's Wedding" | 30.1[115] |
| 8 | | September 27, 2001 | May 16, 2002 | 2001–02 | 1 | 24.5[114] | "The One Where Rachel Has a Baby" | 34.9[115] |
| 9 | | September 26, 2002 | May 15, 2003 | 2002–03 | 2 | 21.8[114] | "The One Where No One Proposes" | 34.0[115] |
| 10 | | September 25, 2003 | May 6, 2004 | 2003–04 | 4 | 22.8[114] | "The Last One" | 52.5[4] |

## Syndication



Because of syndication revenue, *Friends* continues to generate approximately $1 billion each year for Warner Bros. That translates into about $20 million in annual residuals each for Jennifer Aniston, Courteney Cox, Lisa Kudrow, Matt LeBlanc, Matthew Perry and David Schwimmer, who each get 2% of syndication income for *Friends*.[116]

All episodes became available on Netflix on January 1, 2015, introducing a new generation to the show. UK *Friends* reruns' ratings in 2015 increased by more than 10% annually. The 2016 reruns' US weekly audience, not including streaming, of 16 million would make it a hit on network television were the show still being produced.[117] In the US, the series has a syndication deal through multiple

networks, including Nick at Nite, TBS, and Paramount Network. In July 2019, it was announced that from the beginning of 2020, *Friends* would not be available on Netflix in the US and instead would be shown on Warner Bros. Discovery's video-streaming service HBO Max,[118] which launched in May 2020.[119]

Case #6:23-cv-06025-FPG-MWP

# Cultural impact

Although the producers thought of *Friends* as "only a TV show", psychologists investigated the cultural impact of *Friends* during the series' run. Aniston's hairstyle was nicknamed "The Rachel" and copied around the world.[19] Joey's catchphrase, "How *you* doin'?", became a popular part of Western English slang, often used as a pick-up line or when greeting friends.[120] The series also influenced the English language, according to a study by the University of Toronto that found that the characters used the emphasized word "*so*" to modify adjectives more often than any other intensifier. Although the preference had already made its way into the American vernacular, usage on the series may have accelerated the change.[31] Chandler's habit of ending a sentence unfinished for sarcasm also influenced viewers' speech.[121]



The set of Central Perk at Warner Bros. Studios

*Friends* has also been credited in helping non-English speaking students to learn the language. A 2012 poll by Kaplan International English Colleges found that more than a quarter (26%) of its students cited the sitcom as the best show for helping them improve their English.[122] Notable individuals who have also said that the sitcom helped them learn English include Liverpool F.C. manager Jürgen Klopp,[123] BTS member RM[124] and Belgian professional golfer Thomas Pieters.[125]

*Friends* was parodied in the twelfth season *Murder, She Wrote* episode "Murder Among Friends." In the episode, amateur sleuth Jessica Fletcher (Angela Lansbury) investigates the murder of a writer for *Buds*, a fictional television series about the daily lives of a group of city friends. The episode was devised after CBS moved *Murder, She Wrote* from its regular Sunday night timeslot to a Thursday night timeslot directly opposite *Friends* on NBC; Angela Lansbury was quoted by Bruce Lansbury, her brother and *Murder, She Wrote*'s supervising producer, as having "a bit of an attitude" about the move to Thursday, but he saw the plot as "a friendly setup, no mean-spiritedness."[126]

Jerry Ludwig, the writer of the episode, researched the "flavor" of *Buds* by watching episodes of *Friends*.[126] Producers of *Married... with Children* attempted to create a spinoff series called *Enemies*, which was intended to act as an antithesis to *Friends* in the same way *Married... with Children* had been to family sitcoms such as *The Cosby Show*. However, the Fox network declined to pick up the series.[127]

The Central Perk coffee house, one of the principal settings of the series, is part of the Warner Bros. Studio Tour Hollywood. People sometimes propose marriage on the couch, and many tourists cry when they sit on it.[117] The coffee house has inspired various imitations worldwide. In 2006, Iranian businessman Mojtaba Asadian started a Central Perk franchise, registering the name in 32 countries. The decor of the coffee houses is inspired by *Friends*, featuring replica couches, counters, neon signage and bricks. The coffee houses contain paintings of the various characters from the series, and televisions playing *Friends* episodes. James Michael Tyler, who plays the Central Perk manager in the series, Gunther, attended the grand opening of the Dubai café, where he worked as a waiter.[128]

Case 6:23-cv-06025-FPG-MWP   Document 15-2   Filed 04/04/23   Page 19 of 104
Case #6:23-cv-06025-FPG-MWP

Central Perk was rebuilt as part of a museum exhibit at Warner Bros. Studios and was shown on *The Ellen DeGeneres Show* in October 2008. Jennifer Aniston visited the set for the first time since the series finale in 2004.[129] From September 24 to October 7, 2009, a Central Perk replica was based on Broadwick Street, Soho, London. The coffee house sold coffee to customers and featured a display of *Friends* memorabilia and props, such as the Geller Cup from the season three episode "The One with the Football."[130] In Beijing, business owner Du Xin opened a coffee shop named Central Perk in March 2010.[131]

In India, there are six *Friends*-themed cafes, located in Chandigarh (named Central Perk); Kolkata; and West Bengal (named F.R.I.E.N.D.S. Cafe), which features many icons from the original T.V. series, including Chandler and Joey's ugly dog statue, the orange sofa, the purple door of Monica and Rachel's apartment, and Phoebe's pink bicycle. The other three cafes are located in Delhi, Gurgaon; Bhubaneswar, Odisha; and Pune, Maharashtra.[132][133]



After filming on the finale concluded, Stage 24 at Warner Bros Studios, where *Friends* had been filmed since Season 2, was renamed "The Friends Stage".

There are two *Friends* themed cafes in Pakistan—one in Lahore, Punjab known as "Friends Cafe" and the other in Peshawar, Khyber Pakhtunkhwa called "Central Perk". Both cafes have an iconic couch, a guitar and foosball table, quotes from the show on the walls and episode reruns on a projector. They're planning to have their own Gunther at the bar.[134]

In 2016, a Central Perk replica was opened in Outram, Singapore. It is the only Central Perk that has been given the intellectual property rights by Warner Bros. outside of the United States. The café includes feature walls, replicating the walls of the main characters' apartments and memorabilia and props used on the show.[135][136] In August 2019, it was announced that a Central Perk Lego set would be launched to mark the show's 25 anniversary.[137]

*Friends* has also developed an alternative family lifestyle by representing young people who live unconventional domestic lives. It presents the idea that "all you need are good friends" and can construct families through choice. The audience is able to identify with the program through the troubles seen on weekly episodes. It portrays a new way of living life and developing relationships which are not normally seen in conventional society.[138] According to a pop-culture expert at the University at Buffalo, *Friends* is "one of those rare shows that marked a change in American culture." The images of youth and the roles they portray are better defined and represent a lifestyle that centres around creating and sustaining relationships between friends running their own lives and seeking help from each other.[139]

*Vox* stated that *Friends* had an impact on the creation of other conflictless "hangout sitcoms", with groups of adult friends who are funny and have similar character traits. One example of this is *How I Met Your Mother*, which *The Guardian*'s TV and radio blog notes also shares its setting with *Friends*, Manhattan. Other examples include *The Big Bang Theory*, *New Girl*, and *Happy Endings*.[141][142][143][144]

Readers of *TV Guide* voted the cast of *Friends* their Best Comedy cast of all time, ranking at 29% of the votes, beating *Seinfeld*, which registered 18%.[145] A poll undertaken by *60 Minutes* and *Vanity Fair* named *Friends* the third greatest sitcom of all time.[146] In 2014, the series was ranked by

*Mundo Estranho* the Best TV Series of All Time.[147] A 2015 survey by *The Hollywood Reporter* of 2,800 actors, producers, directors, and other industry people named *Friends* as their No. 1 favorite show.[148]

# Distribution



## Broadcast



Case #6:23-cv-06025-FPG-MWP

## United States

After the produced pilot lived up to NBC's hopes, the series premiered with the name *Friends* on September 22, 1994, in the coveted Thursday 8:30 p.m. time slot. The pilot aired between *Mad About You* and *Seinfeld*,[19] and was watched by almost 22 million American viewers.[3] The series was a huge success

The *Friends* Experience exhibit at Yorkdale Shopping Centre in Toronto in 2022[140]

throughout its run and was a staple of NBC's Thursday night line-up, dubbed by the network as Must See TV.[149] When Crane told reporters in 2001 that the ninth season was a possibility, critics believed that he was posturing and that at least two of the cast members would not sign on for another season.[94] When it was confirmed that *Friends* would return for a ninth season, the news was mainly about the amount of money—$7 million per episode—that it took to bring the series back for another season.[94]

After year-long expectations that the ninth season would be the series' last, NBC signed a deal in late December 2002 to bring the series back for a final tenth season. The series' creative team did not want to extend negotiations into the next year and wanted to start writing the rest of the ninth-season episodes and a potential series finale.[150] NBC agreed to pay $10 million to Warner Bros. for the production of each tenth-season episode, the highest price in television history for a 30-minute series.[92] Although NBC was unable to bring in enough advertising revenue from commercials to cover the costs, the series was integral to the Thursday night schedule, which brought high ratings and profits to the other television series.[150] The cast demanded that the tenth season be reduced from the usual 24 episodes to 18 episodes to allow them to work on outside projects.[95]



In fall 2001, Warner Bros. Domestic Cable made a deal with sister network TBS (both were owned by Time Warner) to air the series in rerun syndication. Warner Bros. Domestic Cable announced that it had sold additional cable rights to *Friends* to Nick at Nite which began airing in the fall of 2011 (unlike the TBS and broadcast syndication airings, Nick at Nite broadcasts of the series, which began airing as part of a seven-night launch marathon on September 5, 2011, replace the end credit tag scenes with marginalized credits featuring promotions for the series and other Nick at Nite programs). Warner Bros. was expected to make $200 million in license fees and advertising from the deal. Nick at Nite paid $500,000 per episode to air the episodes after 6 pm. ET for six years through fall 2017. In syndication until 2005, *Friends* had earned $4 million per episode in cash license fees for a total of $944 million.[151]

Comedy Central began airing reruns of *Friends* in October 2019.

## International

Having already made huge success in the United States, *Friends* producers decided to air the show in Europe. It premiered in the UK on April 28, 1995,[152] Season 1 broadcast until September on Channel 4 at 9:30 PM on Friday nights, and immediately was a success. The popularity of the show allowed the theme song by the Rembrandts to hit number 3 in the UK Singles Charts in September 1995.[153]

The popularity of the show in Britain led to an episode being produced in London at the end of the fourth season, starring British actress Helen Baxendale, who became a leading character in seasons four and five during her relationship with Ross. The show has since aired on different channels in the UK in their original, unedited international versions prior to their being re-edited for US broadcast and syndication. These versions, with additional footage not seen domestically, have aired on such stations as Channel 4, Sky1, E4, and Comedy Central UK.[154][155][156][157][158]

In September 2011, *Friends* officially ended on E4 after the channel re-ran the series since 2004. Comedy Central took over the rights to air the program from October 2011. Since 2018 Channel 5 started airing the program. In the Republic of Ireland, each season of the show made its European debut on RTÉ2. After 2004 RTÉ2 began to repeat the series from the start before moving over to TV3 and its digital channel 3e in 2010.[159][160] As of February 2015, repeats of the show have returned to RTÉ2 while also broadcasting on Comedy Central Ireland.[161][162]

Series 10's finale in the UK, broadcast on May 28, 2004, was on Channel 4. It was broadcast from 9 pm to 10 pm and attracted *Friends'* largest UK audiences. It attracted almost 10 million viewers, and is currently standing at Number 10 in Channel 4's most-watched shows. *Big Brother* was moved to 10 pm, which *Friends* had beaten. *Friends* got 9.6 million viewers at 9 pm, while *Big Brother 5*'s launch attracted 7.2 million viewers at 10 pm, which is the most-watched premiere on UK TV ever. However, on January 3, 2007, *Celebrity Big Brother 5*'s launch was watched by 7.3 million viewers, and its eviction on January 19, 2007, was watched by 8.7 million viewers.

*Friends* has previously aired in Australia on the Seven Network (season 1 only), Nine Network (season 2–10), Network Ten (2007–09, repeats), Arena, 111 Hits, 9Gem (2012-2018, repeats) and TVHits. It currently airs on 10 Peach and on pay TV channel Fox Comedy, who both broadcast the HD remastered version of the series.[163][164] The show is broadcast on TV2 in New Zealand.[165]

In Canada, the series was broadcast on Global. In later years, it was syndicated on several of its cable sibling networks, including Slice, DTour, and TVTropolis, its previous incarnation.[166][167] The series is now syndicated to Bell Media owned CTV Comedy Channel.

In Latin America, the first seven seasons aired on Sony, and the remaining seasons on Warner.[168] In Brazil, free-to-air networks RedeTV! and SBT also aired a few seasons.

In India, the show is broadcast by Comedy Central at various times. It is the most-watched English language show in the country.[169]

In the Philippines, the show was originally aired on ABC-5 from 1996 to 2005 and ETC from 2005 to 2014.

In Greece, the show was broadcast on Star Channel.[170] In Cyprus, *Friends* aired on CyBC 2 while reruns air on TVOne.[171]

3/28/23, 11:35 AM                                                Friends - Wikipedia

In 2022 versions of Friends re-released by Bilibili, iQiyi, Tencent, and Youku in China had edited scenes, including edits to remove LBGT content, not edited in original Chinese airings. Online fans had a negative reaction to these edits.[172]

## Remaster

Beginning in March 2012, high definition versions of all 236 *Friends* episodes were made available to local broadcast stations, starting with the pilot episode. For the remastered episodes, Warner Bros. restored previously cropped images on the left and right sides of the screen, using the original 35 mm film source, to use the entire 16:9 widescreen frame. Because the show was not originally filmed for widescreen, but rather filmed in 4-perf format and protected for 4:3, some cropping problems arise in some shots where information from the top and bottom of the frame is removed, and some expanded shots reveal unintentional artifacts, including set edges, boom mics and body doubles replacing some of the main cast.[173]

In early versions of the HD remasters, there were also a few shots, including chroma effects shots, which were sourced from standard-definition videotape sources, as not all of the footage had been located in time for the remaster. The original film sources for these shots were later rescanned for later broadcast and release.[173] These masters had been airing in New Zealand on TV2 since January 2011 and the earlier HD prints continue to air on Comedy Central in the United Kingdom as of 2020.[174] Netflix added all ten seasons of *Friends* in high definition to its streaming service in the United States in January 2015.

# Home media

## Streaming

In October 2014, Warner Bros. chairman and chief executive officer, Kevin Tsujihara, announced that the company had licensed the North American streaming rights of all ten seasons of *Friends* to Netflix,[175][176] in a deal said to be worth around $500,000 an episode,[177] or about $120 million in total. The show became available on Netflix from January 1, 2015.[178] The Netflix airings are the versions aired on NBC rather than the longer international versions, as discussed below. The series left Netflix in the US on January 1, 2020, as it began streaming on HBO Max on May 27, 2020.[179] In Canada, the series left Netflix in Canada for Crave on December 31, 2020.[180]

## Blu-ray and DVD

All ten seasons have been released on DVD individually and as a box set. Each Region 1 season release contains special features and are presented in their aforementioned original international broadcast versions, although Region 2 releases are as originally aired domestically. For the first season, each episode is updated with color correction and sound enhancement.[56] A wide range of *Friends* merchandise has been produced by various companies. In September 1995, WEA Records released the first album of music from *Friends*, the *Friends Original TV Soundtrack*, containing music featured in previous and future episodes. The soundtrack debuted on the *Billboard* 200 at number 46,[181] and sold 500,000 copies in November 1995.[182]

Friends - Wikipedia

In 1999, a second soundtrack album entitled *Friends Again* was released.[183] Other merchandise includes a *Friends* version of the DVD game "Scene It?", and a quiz video game for PlayStation 2 and PC entitled *Friends: The One with All the Trivia.*[184][185] On September 28, 2009, a box set was released in the UK celebrating the series' 15th anniversary. The box set contained extended episodes, an episode guide, and original special features.[186]

Warner Home Video released a complete series collection on Blu-ray on November 13, 2012.[187] The collection does not feature the extra deleted scenes and jokes that were included on prior DVD releases, and are therefore presented in their NBC broadcast versions.

In Australia, the original DVD releases were fold out box sets which contained three discs, and released as follows: Season 1 and Season 2 on March 13, 2002, Season 3 and Season 4 on July 9, 2002, Season 5, 6 and 7 on July 29, 2002, Season 8 on March 18, 2003, Season 9 on February 11, 2004, and Season 10 on November 24, 2004. Repackaged sets, slimmed into regular DVD cases also containing three discs were released from 2003 to 2004. Collector's Edition sets were released from September 9, 2003, through to February 1, 2006, these sets contains 4 discs, in fat DVD cases, with extra bonus material.

On October 4, 2006, the individual seasons were repackaged into regular DVD case sets and marked as "Including Brand New Bonus Disc". Once again each individual season were repackaged with new artwork on March 31, 2010. The first complete series boxset on DVD was released around 2004 or 2005, this was titled 'The One With All Ten Seasons" and the packaging was a black box with a lift up lid and contains exclusive packaging for all ten seasons.

The second complete series boxset was released August 21, 2013 and was a red box which contained the 2010 individual season sets inside. On October 1, 2014, was the 20th Anniversary boxset, this was a white box and contained the same 2010 individual releases inside. On October 7, 2015, another boxset was released 'The One With All Ten Seasons", the same name used on the original boxset, however this time slimmed down and contains the 2010 individual releases inside. The outer box is open on insert side for the cases to slide in and out, more of a budget release. In 2016, a repackaged 'The Complete Series' Blu-ray boxset was issued, containing the same 10 individual seasons in the original set, however the box is more cut down and is opened on one side, and also does not include the book that contained the episode guide.

23/46

Case #6:23-cv-06025-FPG-MWP

3/28/23, 11:35 AM                                        Friends - Wikipedia

| DVD name | Eps | DVD release dates | | | Blu-ray release dates | | |
|----------|-----|----------------|----------------|----------------|----------------|----------------|----------------|
| | | Region 1 | Region 2 | Region 4 | Region A | Region B UK | Region B Australia |
| The Complete First Season | 24 | April 30, 2002[188] | May 29, 2000 | October 4, 2006[189] | April 30, 2013 | | |
| The Complete Second Season | 24 | September 3, 2002[190][191] | May 29, 2000} | October 4, 2006[192] | April 30, 2013 | | |
| The Complete Third Season | 25 | April 1, 2003[193] | May 29, 2000 | October 4, 2006[194] | | | |
| The Complete Fourth Season | 24 | July 15, 2003[195] | May 29, 2000 | October 4, 2006[196] | | | |
| The Complete Fifth Season | 24 | November 4, 2003[197] | May 29, 2000 | October 4, 2006[198] | | | |
| The Complete Sixth Season | 25 | January 27, 2004[199] | July 17, 2000[200] | October 4, 2006[201] | | | |
| The Complete Seventh Season | 24 | April 6, 2004[202] | October 25, 2004[203] | October 4, 2006[204] | | | |
| The Complete Eighth Season | 24 | November 9, 2004[205] | October 25, 2004[206] | October 4, 2006[207] | | | |
| The Complete Ninth Season | 24 | March 8, 2005[208] | October 25, 2004[209] | October 4, 2006[210] | | | |
| The Complete Tenth Season | 18 | November 15, 2005[211] | October 25, 2004[212] | October 4, 2006[213] | | | |
| The Complete Series | 236° | November 15, 2005 November 14, 2006 (re-issue) April 16, 2013 (re-issue 2013) September 17, 2019[214] (re-issue 2019) | October 2, 2006 November 12, 2007 (re-issue) September 28, 2009 (15th Anniversary Edition) | | November 13, 2012 | November 12, 2012 | November 21, 2012 (JB Hi-Fi exclusive) August 21, 2013 |

## Spin-off

After the series finale in 2004, LeBlanc signed on for the spin-off series, *Joey*, following Joey's move to Los Angeles to pursue his acting career. Kauffman and Crane were not interested in the spin-off, although Bright agreed to executive produce the series with Scott Silveri and Shana Goldberg-Meehan.[216] NBC heavily promoted *Joey* and gave it *Friends*' Thursday 8:00 pm timeslot.[217][218]

The pilot was watched by 18.6 million American viewers,[219] but ratings continually decreased throughout the series' two seasons, averaging 10.2 million viewers in the first season and 7.1 million in the second.[69] The final broadcast episode on March 7, 2006, was watched by 7.09 million

viewers;[220] NBC cancelled the series on May 15, 2006, after two seasons, leaving eight episodes unaired.[221] Bright blamed the collaboration between NBC executives, the studio and other producers for quickly ruining the series:[69]

Case #6:23-cv-06025-FPG-MWP



> On *Friends*, Joey was a womanizer, but we enjoyed his exploits. He was a solid friend, a guy you knew you could count on. Joey was deconstructed to be a guy who couldn't get a job, couldn't ask a girl out. He became a pathetic, mopey character. I felt he was moving in the wrong direction, but I was not heard.
>
> — Kevin S. Bright on the reason for *Joey*'s cancellation.[69]

LeBlanc hoped that by having his own show, *Joey*, "probably the least evolved character" on *Friends*, would become more developed.[215]

## See also

- *Friends 'Til the End*
- Music of *Friends*

## References

1. Fergus, George (December 12, 2018). "Friends (1994) (a Titles & Air Dates Guide)" (http://epguides.com/Friends/). epguides. Archived (https://web.archive.org/web/20201225031902/http://epguides.com/Friends/) from the original on December 25, 2020. Retrieved January 3, 2021.

2. " 'Friends' Was Originally Called 'Six of One' " (https://abcnews.go.com/blogs/entertainment/2012/04/friends-was-originally-called-six-of-one). *ABC News*. April 5, 2012. Archived (https://web.archive.org/web/20160808030158/http://abcnews.go.com/blogs/entertainment/2012/04/friends-was-originally-called-six-of-one) from the original on August 8, 2016. Retrieved August 3, 2016.

3. Lauer, Matt (May 5, 2004). " 'Friends' Creators Share Show's Beginnings" (https://www.nbcnews.com/id/4899445/ns/dateline_nbc-newsmakers/t/friends-creators-share-shows-beginnings/). *Dateline NBC*. Archived (https://web.archive.org/web/20131002171335/http://www.nbcnews.com/id/4899445/ns/dateline_nbc-newsmakers/t/friends-creators-share-shows-beginnings/) from the original on October 2, 2013. Retrieved May 5, 2004.

4. Seemayer, Zach (March 31, 2014). "The 10 Most-Watched TV Series Finales Ever!" (http://www.etonline.com/tv/144979_10_Most_Watched_TV_Series_Finales_Ever_Gallery/). *Entertainment Tonight*. Archived (https://web.archive.org/web/20150903224557/http://www.etonline.com/tv/144979_10_Most_Watched_TV_Series_Finales_Ever_Gallery/?page=NA%3D%3D&itmCnt=MTE%3D) from the original on September 3, 2015. Retrieved May 23, 2015.

5. Conradt, Stacy (February 28, 2015). "The 10 Most-Watched Series Finales Ever" (http://mentalfloss.com/article/24673/10-most-watched-series-finales-ever). *Mental Floss*. Archived (https://web.archive.org/web/20150511182851/http://mentalfloss.com/article/24673/10-most-watched-series-finales-ever) from the original on May 11, 2015. Retrieved May 24, 2015.

6. Kalin, Natalie (April 29, 2015). "Top 10 Most Watched TV Finales Ever" (https://www.huffingtonpost.com/natalie-kalin/top-ten-most-watched-tv-finales-ever_b_6760238.html). *HuffPost*. Archived (https://web.archive.org/web/20150525054519/http://www.huffingtonpost.com/natalie-kalin/top-ten-most-watched-tv-finales-ever_b_6760238.html) from the original on May 25, 2015. Retrieved May 24, 2015.

7. "The shows of the decade" (https://www.chicagotribune.com/news/ct-xpm-2009-12-04-091203023 9-story.html). *Chicago Tribune*. December 4, 2009. Archived (https://web.archive.org/web/201208 12091212/http://articles.chicagotribune.com/2009-12-04/entertainment/0912030239_1_joe-million aire-series-finale-grey-s-anatomy) from the original on August 12, 2012. Retrieved August 18, 2010.

8. Kinon, Cristina. "The Most Watched TV Episode of the Decade Was ... The Series Finale of 'Friends' " (http://www.nydailynews.com/entertainment/tv/2009/12/03/2009-12-03_the_most_watch ed_tv_episode_of_the_decade_was___the_series_finale_of_friends.html). *Daily News*. New York. Archived (https://web.archive.org/web/20091207085632/http://www.nydailynews.com/enterta inment/tv/2009/12/03/2009-12-03_the_most_watched_tv_episode_of_the_decade_was___the_s eries_finale_of_friends.html) from the original on December 7, 2009. Retrieved December 22, 2009.

9. Poniewozi, James (September 6, 2007). "All-Time 100 TV Shows" (https://web.archive.org/web/20 090226031518/http://www.time.com/time/specials/2007/completelist/0%2C%2C1651341%2C00.h tml). *Time*. Archived from the original (http://www.time.com/time/specials/2007/completelist/0,,165 1341,00.html) on February 26, 2009.

10. "Friends" (https://www.emmys.com/shows/friends#awards). *Television Academy*. Archived (https:// web.archive.org/web/20181017004933/https://www.emmys.com/shows/friends#awards) from the original on October 17, 2018. Retrieved October 16, 2018.

11. "TV Guide Names Top 50 Shows" (https://www.cbsnews.com/stories/2002/04/26/entertainment/m ain507388.shtml). *CBS News*. April 26, 2002. Archived (https://web.archive.org/web/20120904061 715/http://www.cbsnews.com/stories/2002/04/26/entertainment/main507388.shtml) from the original on September 4, 2012.

12. Dyer, James; Williams, Owen; Gross, Ed; White, James; Nugent, John; De Semlyen, Phil; Hewitt, Chris (June 15, 2016). "The 50 Best TV Shows Ever" (https://www.empireonline.com/movies/featu res/best-tv-shows-ever/?tv=7/). *Empire*. Archived (https://web.archive.org/web/20180923204754/h ttps://www.empireonline.com/movies/features/best-tv-shows-ever/?tv=7%2F) from the original on September 23, 2018. Retrieved February 10, 2020.

13. "Special Collector's Issue: 100 Greatest Episodes of All Time". *TV Guide* (June 28 – July 4). 1997.

14. "101 Best Written TV Series List" (https://web.archive.org/web/20140110083226/http://www.wga.o rg/content/default.aspx?id=4925). Archived from the original (http://www.wga.org/content/default.a spx?id=4925) on January 10, 2014. Retrieved October 15, 2013.

15. Fretts, Bruce; Roush, Matt. "The Greatest Shows on Earth". *TV Guide*. Vol. 61, no. 3194–3195. pp. 16–19.

16. Lomartire, Paul (September 4, 1994). "Fall TV '94" (http://nl.newsbank.com/nl-search/we/Archive s?p_product=PBPB&p_theme=pbpb&p_action=search&p_maxdocs=200&p_topdoc=1&p_text_dir ect-0=0EAF87116FDB357D&p_field_direct-0=document_id&p_perpage=10&p_sort=YMD_date: D). *The Palm Beach Post*. Archived (https://web.archive.org/web/20181125074053/http://nl.newsb ank.com/nl-search/we/Archives?p_product=PBPB&p_theme=pbpb&p_action=search&p_maxdocs =200&p_topdoc=1&p_text_direct-0=0EAF87116FDB357D&p_field_direct-0=document_id&p_perp age=10&p_sort=YMD_date:D) from the original on November 25, 2018. Retrieved February 14, 2009.

17. Bianco, Robert (March 3, 2004). "*Friends* played great game of poker" (https://www.usatoday.co m/life/television/news/2004-03-03-revisiting-friends_x.htm). *USA Today*. Archived (https://web.arch ive.org/web/20110628184241/http://www.usatoday.com/life/television/news/2004-03-03-revisiting-f riends_x.htm) from the original on June 28, 2011. Retrieved February 20, 2009.


26/46

Case #6:23-cv-06025-FPG-MWP

Friends - Wikipedia

18. Booth, Jenny (May 21, 2006). "Sarey Carey: Does pride in housework make me bad as well as mad?" (http://www.timesonline.co.uk/tol/news/article722553.ece). *The Sunday Times*. London. Archived (https://web.archive.org/web/20110629103342/http://www.timesonline.co.uk/tol/news/article722553.ece) from the original on June 29, 2011. Retrieved February 20, 2009.

19. Jicha, Tom (May 2, 2004). "They leave as they began: With a buzz" (http://www.baltimoresun.com/topic/bal-friends-buzz0502,0,495484.story). *The Baltimore Sun*. p. 1. Archived (https://web.archive.org/web/20110604154545/http://www.baltimoresun.com/topic/bal-friends-buzz0502%2C0%2C495484.story) from the original on June 4, 2011. Retrieved December 23, 2008.

20. Andreeva, Nellie (September 20, 2004). "Kudrow has *Comeback*; Cox, HBO talk" (http://www.allbusiness.com/services/motion-pictures/4911247-1.html). *The Hollywood Reporter*. AllBusiness.com. Retrieved February 20, 2009.

21. "Matt LeBlanc -- Friends Interview" (https://www.youtube.com/watch?v=edrzHImkfqk). NBC. Archived (https://web.archive.org/web/20160511215801/https://www.youtube.com/watch?v=edrzHImkfqk) from the original on May 11, 2016.

22. "*Friends* Star Finally has Chance to Enjoy Success" (http://nl.newsbank.com/nl-search/we/Archives?p_product=AC&p_theme=ac&p_action=search&p_maxdocs=200&p_topdoc=1&p_text_direct-0=0EAEAB624D214A1B&p_field_direct-0=document_id&p_perpage=10&p_sort=YMD_date:D). *Los Angeles Times*. March 26, 1995. Archived (https://web.archive.org/web/20181125074048/http://nl.newsbank.com/nl-search/we/Archives?p_product=AC&p_theme=ac&p_action=search&p_maxdocs=200&p_topdoc=1&p_text_direct-0=0EAEAB624D214A1B&p_field_direct-0=document_id&p_perpage=10&p_sort=YMD_date:D) from the original on November 25, 2018. Retrieved February 20, 2009.

23. Lowry, Brian (August 12, 1996). "*Friends* cast returning amid contract dispute" (https://pqasb.pqarchiver.com/latimes/access/10164381.html?dids=10164381:10164381&FMT=ABS&FMTS=ABS:FT&date=Aug+12%2C+1996&author=Lowry%2C+Brian&pub=Los+Angeles+Times&desc=%27Friends%27+cast+returning+amid+contract+dispute&pqatl=google). *Los Angeles Times*. Los Angeles. ISSN 0458-3035 (https://www.worldcat.org/issn/0458-3035). OCLC 3638237 (https://www.worldcat.org/oclc/3638237). Archived (https://web.archive.org/web/20090720012355/http://pqasb.pqarchiver.com/latimes/access/10164381.html?dids=10164381:10164381&FMT=ABS&FMTS=ABS:FT&date=Aug+12%2C+1996&author=Lowry%2C+Brian&pub=Los+Angeles+Times&desc=%27Friends%27+cast+returning+amid+contract+dispute&pqatl=google) from the original on July 20, 2009. Retrieved March 8, 2009.

24. Carter, Bill (July 16, 1996). "*Friends* Cast Bands Together To Demand a Salary Increase" (https://www.nytimes.com/1996/07/16/arts/friends-cast-bands-together-to-demand-a-salary-increase.html). *The New York Times*. ISSN 0362-4331 (https://www.worldcat.org/issn/0362-4331). OCLC 1645522 (https://www.worldcat.org/oclc/1645522). Archived (https://web.archive.org/web/20110825231542/http://www.nytimes.com/1996/07/16/arts/friends-cast-bands-together-to-demand-a-salary-increase.html) from the original on August 25, 2011. Retrieved March 7, 2018.

25. Rice, Lynette (April 21, 2000). "Friendly Fire" (https://www.ew.com/ew/article/0,,275935,00.html). *Entertainment Weekly*. p. 1. Archived (https://web.archive.org/web/20090719103906/http://www.ew.com/ew/article/0%2C%2C275935%2C00.html) from the original on July 19, 2009. Retrieved March 8, 2009.

26. *Guinness World Records 2005* (https://archive.org/details/guinnessworldrec2051222guin) (Special 50th anniversary ed.). New York City: Guinness World Records Ltd. 2004. p. 288 (https://archive.org/details/guinnessworldrec2051222guin/page/n291). ISBN 978-1892051226. OCLC 56213857 (https://www.worldcat.org/oclc/56213857).

○     27/46

Case #6:23-cv-06025-FPG-MWP

27. Saah, Nadia (January 21, 2004). "*Friends* til the end" (https://www.usatoday.com/life/television/ne ws/2004-01-21-friends-timeline_x.htm). *USA Today*. ISSN 0734-7456 (https://www.worldcat.org/is sn/0734-7456). Archived (https://web.archive.org/web/20110628184252/http://www.usatoday.com/ life/television/news/2004-01-21-friends-timeline_x.htm) from the original on June 28, 2011. Retrieved December 19, 2008.

28. Rice, Lynette (April 21, 2000). "Friendly Fire" (https://www.ew.com/ew/article/0,,275935_2,00.htm l). *Entertainment Weekly*. p. 2. ISSN 1049-0434 (https://www.worldcat.org/issn/1049-0434). OCLC 21114137 (https://www.worldcat.org/oclc/21114137). Archived (https://web.archive.org/web/ 20090720180227/http://www.ew.com/ew/article/0%2C%2C275935_2%2C00.html) from the original on July 20, 2009. Retrieved March 7, 2018.

29. Carter, Bill (February 12, 2002). " 'Friends' Deal Will Pay Each Of Its 6 Stars $22 Million" (https://w ww.nytimes.com/2002/02/12/business/friends-deal-will-pay-each-of-its-6-stars-22-million.html). *The New York Times*. Archived (https://web.archive.org/web/20130308114145/http://www.nytimes. com/2002/02/12/business/friends-deal-will-pay-each-of-its-6-stars-22-million.html) from the original on March 8, 2013. Retrieved March 28, 2012.

30. Jicha, Tom (May 2, 2004). "They leave as they began: With a buzz" (http://www.baltimoresun.com/ topic/bal-friends-buzz0502,0,495484.story?page=2). *The Baltimore Sun*. p. 2. Archived (https://we b.archive.org/web/20110604153826/http://www.baltimoresun.com/topic/bal-friends-buzz0502%2C 0%2C495484.story?page=2) from the original on June 4, 2011. Retrieved December 23, 2008.

31. McCarroll, Christina (May 6, 2004). "A *family* sitcom for Gen X - *Friends* cast a new TV mold" (htt p://www.csmonitor.com/2004/0506/p01s01-ussc.html). *The Christian Science Monitor*. Archived (h ttps://web.archive.org/web/20090131083232/http://www.csmonitor.com/2004/0506/p01s01-ussc.ht ml) from the original on January 31, 2009. Retrieved December 19, 2008.

32. Bianco, Robert (January 1, 2005). "The Emmy Awards: Robert Bianco" (https://www.usatoday.co m/community/chat_03/2003-09-18-bianco.htm). *USA Today*. Archived (https://web.archive.org/we b/20120113234559/http://www.usatoday.com/community/chat_03/2003-09-18-bianco.htm) from the original on January 13, 2012. Retrieved December 19, 2008.

33. Kiesewetter, John (January 27, 2002). "*Friends* grows in stature, ratings" (http://www.enquirer.co m/editions/2002/01/27/tem_friends_grows_in.html). The National Enquirer. Archived (https://www. webcitation.org/6125rRTTA?url=http://www.enquirer.com/editions/2002/01/27/tem_friends_grows_ in.html) from the original on August 18, 2011. Retrieved January 5, 2009.

34. Záslow, Jeffrey (October 8, 2000). "Balancing friends and family" (https://archive.today/201205262 23112/http://www.usaweekend.com/00_issues/001008/001008kudrow.html). USA Weekend. Archived from the original (http://www.usaweekend.com/00_issues/001008/001008kudrow.html) on May 26, 2012. Retrieved December 19, 2008.

35. Power, Ed (May 6, 2004). "Why we will miss our absent *Friends*" (http://www.independent.ie/unsor ted/features/why-well-miss-our-absent-friends-170513.html). *Irish Independent*. Archived (https:// web.archive.org/web/20120724004952/http://www.independent.ie/unsorted/features/why-well-mis s-our-absent-friends-170513.html) from the original on July 24, 2012. Retrieved December 19, 2008.

36. "People: DeGeneres tries to calm the howling pack" (https://web.archive.org/web/2009071917424 3/http://www.denverpost.com/celebritybuzz/ci_7213047). *The Denver Post*. October 18, 2007. Archived from the original (http://www.denverpost.com/celebritybuzz/ci_7213047) on July 19, 2009. Retrieved December 19, 2008.

37. Wild, David (2004). *Friends 'Til the End: The Official Celebration of All Ten Years* (Authorized collector's ed.). New York City: Time Warner. ISBN 978-1932273199. OCLC 55124193 (https://ww w.worldcat.org/oclc/55124193).

38. Wild, David (2004). *Friends 'Til the End: The Official Celebration of All Ten Years*. Time Warner. ISBN 1-932273-19-0.

Friends - Wikipedia

39. "ClassicTVHits.com: TV Ratings > 1990's" (http://www.classictvhits.com/tvratings/1994.htm). *www.classictvhits.com*.

40. "ClassicTVHits.com: TV Ratings > 1990's" (http://www.classictvhits.com/tvratings/1995.htm). *www.classictvhits.com*.

41. "ClassicTVHits.com: TV Ratings > 1990's" (http://www.classictvhits.com/tvratings/1996.htm). *www.classictvhits.com*.

42. "ClassicTVHits.com: TV Ratings > 1990's" (http://www.classictvhits.com/tvratings/1997.htm). *www.classictvhits.com*.

43. "ClassicTVHits.com: TV Ratings > 1990's" (http://www.classictvhits.com/tvratings/1998.htm). *www.classictvhits.com*.

44. "US-Jahrescharts 1999/2000" (https://www.quotenmeter.de/n/9946/us-jahrescharts-1999-2000). *Quotenmeter*. May 30, 2002.

45. "TV Ratings 2000-2001" (http://fbibler.chez.com/tvstats/recent_data/2000-01.html). *fbibler.chez.com*.

46. "USATODAY.com - How did your favorite show rate?" (https://usatoday30.usatoday.com/life/television/2002/2002-05-28-year-end-chart.htm). *usatoday30.usatoday.com*.

47. Brooks, Tim; Marsh, Earle (2007). *The Complete Directory to Prime Time Network and Cable TV Shows 1946-Present (Ninth Edition)*. Ballantine Books. p. 1696. ISBN 978-0-345-49773-4.

48. "ABC Medianet" (https://web.archive.org/web/20070930155240/http://www.abcmedianet.com/Web/progcal/dispDNR.aspx?id=060204_11). September 30, 2007. Archived from the original (http://www.abcmedianet.com/Web/progcal/dispDNR.aspx?id=060204_11) on September 30, 2007. Retrieved January 17, 2021.

49. Lauer, Matt (May 5, 2004). "*Friends* creators share show's beginnings" (https://www.nbcnews.com/id/4899445). *NBC News*. Archived (https://web.archive.org/web/20131002162908/http://www.nbcnews.com/id/4899445/) from the original on October 2, 2013. Retrieved May 4, 2005.

50. Wild, p. 206

51. Kolbert, Elizabeth (March 8, 1994). "Birth of a TV Show: A Drama All Its Own" (https://query.nytimes.com/gst/fullpage.html?res=9C06E6DF163DF93BA35750C0A962958260) Archived (https://web.archive.org/web/20090122060730/http://query.nytimes.com/gst/fullpage.html?res=9C06E6DF163DF93BA35750C0A962958260) January 22, 2009, at the Wayback Machine. *The New York Times*. Retrieved on January 19, 2008.

52. "Behind the Scenes" (http://tvnz.co.nz/view/page/488124/415695). TV2. Archived (https://web.archive.org/web/20090203061651/http://tvnz.co.nz/view/page/488124/415695) from the original on February 3, 2009. Retrieved January 10, 2009.

53. Stallings, Penny (2000). *The Ultimate Friends Companion*. London: Channel 4 Books. pp. 102–103. ISBN 0-7522-7231-4.

54. Wild, p. 215

55. Kolbert, Elizabeth (May 9, 1994). "The Conception and Delivery of a Sitcom: Everyone's a Critic" (https://query.nytimes.com/gst/fullpage.html?res=9405EEDF1239F93AA35756C0A962958260). *The New York Times*. Archived (https://web.archive.org/web/20090122060548/http://query.nytimes.com/gst/fullpage.html?res=9405EEDF1239F93AA35756C0A962958260) from the original on January 22, 2009. Retrieved December 30, 2008.

56. "*Friends*: Kevin Bright" (https://www.usatoday.com/community/chat/2002-04-23-friends.htm). *USA Today*. April 23, 2004. Archived (https://web.archive.org/web/20130715065109/http://usatoday30.usatoday.com/community/chat/2002-04-23-friends.htm) from the original on July 15, 2013. Retrieved December 28, 2008.

D   29/4ʸ

Case #6:23-cv-06025-FPG-MWP

Friends - Wikipedia

57. Kolbert, Elizabeth (April 6, 1994). "Finding the Absolutely Perfect Actor: The High-Stress Business of Casting (https://www.nytimes.com/1994/04/06/arts/finding-the-absolutely-perfect-actor-the-high-stress-business-of-casting.html) Archived (https://web.archive.org/web/20161008185205/http://www.nytimes.com/1994/04/06/arts/finding-the-absolutely-perfect-actor-the-high-stress-business-of-casting.html) October 8, 2016, at the Wayback Machine", *The New York Times*. Retrieved on January 19, 2008.

58. Couric, Katie (May 5, 2004). "Can David Schwimmer leave Ross Geller behind?" (https://www.nbcnews.com/id/4908086). *NBC News*. Archived (https://web.archive.org/web/20130831112036/http://www.nbcnews.com/id/4908086) from the original on August 31, 2013. Retrieved December 23, 2008.

59. *Friends Til the end: The Official Celebration of all Ten years*. Time Home Entertainment. 2004.

60. Holston, Noel. "*Friends* that were like family" (https://web.archive.org/web/20090124163208/http://www.newsday.com/entertainment/news/ny-friendsfanfare%2C0%2C6756416.story). *Newsday*. Archived from the original (http://www.newsday.com/entertainment/news/ny-friendsfanfare,0,6756416.story) on January 24, 2009. Retrieved January 1, 2009.

61. Kolbert, Elizabeth (May 23, 1994). "A Sitcom is Born: Only Time Will Tell the Road to Prime Time" (https://query.nytimes.com/gst/fullpage.html?res=9A01E5DF1E38F930A15756C0A962958260). *The New York Times*. Archived (https://web.archive.org/web/20090122060645/http://query.nytimes.com/gst/fullpage.html?res=9A01E5DF1E38F930A15756C0A962958260) from the original on January 22, 2009. Retrieved January 1, 2009.

62. Shayne, Bob (June 10, 2001). "No Experience Wanted" (https://articles.latimes.com/2001/jun/10/entertainment/ca-8511). *Los Angeles Times*. Archived (https://web.archive.org/web/20090616165543/http://articles.latimes.com/2001/jun/10/entertainment/ca-8511) from the original on June 16, 2009. Retrieved January 4, 2009.

63. Bauder, David (May 15, 2002). "Baby episode could make *Friends* TV's top show" (http://community.seattletimes.nwsource.com/archive/?date=20020515&slug=wfriends). *Seattle Times*. Archived (https://web.archive.org/web/20090122135945/http://community.seattletimes.nwsource.com/archive/?date=20020515&slug=wfriends) from the original on January 22, 2009. Retrieved January 3, 2009.

64. Radloff, Jessica. "The Creators of Friends Reveal Brand-New Secrets About the Show" (https://www.glamour.com/story/exclusive-the-creators-of-frie). *Glamour*. Archived (https://web.archive.org/web/20181204005712/https://www.glamour.com/story/exclusive-the-creators-of-frie) from the original on December 4, 2018. Retrieved December 3, 2018.

65. "Have yourself a mocha latte and reminisce a bit" (http://www.ocala.com/news/20040505/have-yourself-a-mocha-latte-and-reminisce-a-bit). Ocala.com. May 5, 2004. Archived (https://web.archive.org/web/20180211172257/http://www.ocala.com/news/20040505/have-yourself-a-mocha-latte-and-reminisce-a-bit) from the original on February 11, 2018. Retrieved February 11, 2018.

66. Endrst, James (February 23, 1995). "*Friends* wins friends with caffeine-fueled energy" (http://nl.newsbank.com/nl-search/we/Archives?p_product=AASB&p_theme=aasb&p_action=search&p_maxdocs=200&p_topdoc=1&p_text_direct-0=0EAD97908003E2DA&p_field_direct-0=document_id&p_perpage=10&p_sort=YMD_date:D). *Austin American-Statesman*. Archived (https://web.archive.org/web/20181125074027/http://nl.newsbank.com/nl-search/we/Archives?p_product=AASB&p_theme=aasb&p_action=search&p_maxdocs=200&p_topdoc=1&p_text_direct-0=0EAD97908003E2DA&p_field_direct-0=document_id&p_perpage=10&p_sort=YMD_date:D) from the original on November 25, 2018. Retrieved January 3, 2009.

67. Pollak, Michael (November 27, 2005). "F. Y. I.". *The New York Times*.

30/46
Case #6:23-cv-06025-FPG-MWP

68. Blake, Lindsay (May 25, 2021). "Revisit These Iconic Locations Made Famous by Jennifer Aniston and *Friends* on the Hit Show" (https://www.dirt.com/gallery/locations/filming-locations/1203383350 -1203383350/lb-friends-filming-locations-2/). *Dirt.com*. Archived (https://web.archive.org/web/2021 1004014332/https://www.dirt.com/gallery/locations/filming-locations/1203383350-1203383350/lb-f riends-filming-locations-2/) from the original on October 4, 2021. Retrieved October 3, 2021.

69. Ryan, Suzanne C. (December 7, 2006). "Friendly art of funny" (http://www.theage.com.au/news/tv --radio/friendly-art-of-funny/2006/12/05/1165080950967.html?page=fullpage#contentSwap2). *The Age*. Melbourne, Australia. Archived (https://web.archive.org/web/20090825080619/http://www.the age.com.au/news/tv--radio/friendly-art-of-funny/2006/12/05/1165080950967.html?page=fullpage) from the original on August 25, 2009. Retrieved December 30, 2008.

70. Gilbert, Matthew (January 15, 2004). "*Friends* end painful, cast says" (https://www.boston.com/ae/ tv/articles/2004/01/15/friends_end_painful_cast_says/). *The Boston Globe*. Archived (https://web. archive.org/web/20090121013328/http://www.boston.com/ae/tv/articles/2004/01/15/friends_end_p ainful_cast_says/) from the original on January 21, 2009. Retrieved January 5, 2009.

71. Hartlaub, Peter (January 15, 2004). "*Friends* challenge - finding right words to say goodbye" (htt p://www.sfgate.com/cgi-bin/article.cgi?f=/c/a/2004/01/15/DDGPB49B2D1.DTL&type=printable). *San Francisco Chronicle*. Archived (https://web.archive.org/web/20090123083513/http://www.sfga te.com/cgi-bin/article.cgi?f=%2Fc%2Fa%2F2004%2F01%2F15%2FDDGPB49B2D1.DTL&type=pr intable) from the original on January 23, 2009. Retrieved December 28, 2008.

72. Shales, Tom (May 7, 2004). "A Big Hug Goodbye to *Friends* and Maybe to the Sitcom" (https://ww w.washingtonpost.com/wp-dyn/articles/A7176-2004May7.html). *The Washington Post*. Archived (h ttps://web.archive.org/web/20121107055436/http://www.washingtonpost.com/wp-dyn/articles/A71 76-2004May7.html) from the original on November 7, 2012. Retrieved December 28, 2008.

73. "*Friends* heads for much-hyped farewell" (https://web.archive.org/web/20090129120529/http://ww w.expressindia.com/news/fullstory.php?newsid=31095#compstory). *The Indian Express*. May 5, 2004. Archived from the original (http://www.expressindia.com/news/fullstory.php?newsid=31095# compstory) on January 29, 2009. Retrieved December 19, 2008.

74. "Estimated 51.1M Tune in for *Friends* Finale" (https://web.archive.org/web/20081217151358/htt p://www.foxnews.com/story/0%2C2933%2C119305%2C00.html). Fox News Channel. May 7, 2004. Archived from the original (http://www.foxnews.com/story/0,2933,119305,00.html) on December 17, 2008. Retrieved December 28, 2008.

75. Oldenburg, Ann (May 5, 2004). "And now, the one where *Friends* says goodbye" (https://www.usat oday.com/life/television/news/2004-05-05-friends-farewell-main_x.htm). *USA Today*. Archived (htt ps://web.archive.org/web/20120114000759/http://www.usatoday.com/life/television/news/2004-05- 05-friends-farewell-main_x.htm) from the original on January 14, 2012. Retrieved December 28, 2008.

76. Chareunsy, D. (2020, May 20). End of the road: Top 10 most-watched scripted-TV series finales of all time. Retrieved September 21, 2022, from https://www.spokesman.com/stories/2020/may/19/end-of-the-road-top-10-most-watched-scripted- tv-se/

77. " 'Friends' Reunion Special in the Works at HBO Max (Exclusive)" (https://www.hollywoodreporter. com/live-feed/friends-reunion-special-works-at-hbo-max-1254331). *The Hollywood Reporter*. November 12, 2019. Archived (https://web.archive.org/web/20191115203707/https://www.hollywo odreporter.com/live-feed/friends-reunion-special-works-at-hbo-max-1254331) from the original on November 15, 2019. Retrieved November 15, 2019.

0    31/46

Case #6:23-cv-06025-FPG-MWP

3/28/23, 11:35 AM                                          Friends - Wikipedia

78. Wong, Marcus (February 22, 2020). "Cast of Friends to Reunite in Special Episode for HBO Max Launch" (https://www.bloomberg.com/news/articles/2020-02-22/friends-cast-set-to-appear-in-special-episode-in-hbo-max-launch). *Bloomberg News*. Archived (https://web.archive.org/web/20200223125324/https://www.bloomberg.com/news/articles/2020-02-22/friends-cast-set-to-appear-in-special-episode-in-hbo-max-launch) from the original on February 23, 2020. Retrieved February 24, 2020.

79. "The One Where They Got Back Together | WarnerMedia Pressroom" (https://pressroom.warnermediagroup.com/na/media-release/hbo-max/one-where-they-got-back-together). *WarnerMedia*. February 21, 2020. Archived (https://web.archive.org/web/20200222073745/https://pressroom.warnermediagroup.com/na/media-release/hbo-max/one-where-they-got-back-together) from the original on February 22, 2020. Retrieved February 24, 2020.

80. " 'Friends' Reunion Special Delayed at HBO Max" (https://www.hollywoodreporter.com/live-feed/friends-reunion-special-delayed-at-hbo-max-1285276). *The Hollywood Reporter*. March 18, 2020. Archived (https://web.archive.org/web/20200320160106/https://www.hollywoodreporter.com/live-feed/friends-reunion-special-delayed-at-hbo-max-1285276) from the original on March 20, 2020. Retrieved March 18, 2020.

81. Will, Thorne (November 12, 2020). " 'Friends' Reunion Special at HBO Max to Shoot in March, Says Matthew Perry" (https://variety.com/2020/tv/news/friendsreunion-special-hbo-max-production-march-matthew-perry-1234830507/amp/). *Variety*. Archived (https://web.archive.org/web/20201116035528/https://variety.com/2020/tv/news/friendsreunion-special-hbo-max-production-march-matthew-perry-1234830507/amp/) from the original on November 16, 2020. Retrieved November 13, 2020.

82. Will, Thorne (November 12, 2020). " 'Friends' Reunion Set To Begin Filming Early 2021, Says Star Matthew Perry" (https://deadline.com/2020/11/matthew-perry-friends-reunion-set-to-begin-filming-early-2021-1234613866/amp/). *Deadline Hollywood*. Archived (https://web.archive.org/web/20201116035550/https://deadline.com/2020/11/matthew-perry-friends-reunion-set-to-begin-filming-early-2021-1234613866/amp/) from the original on November 16, 2020. Retrieved November 13, 2020.

83. Swift, Andy (May 13, 2021). "*Friends* Reunion Special Gets May Premiere Date on HBO Max — First Look" (https://tvline.com/2021/05/13/friends-reunion-premiere-date-video-hbo-max/). *TVLine*. Archived (https://web.archive.org/web/20210513170209/https://tvline.com/2021/05/13/friends-reunion-premiere-date-video-hbo-max/) from the original on May 13, 2021. Retrieved May 13, 2021.

84. "Friends Season 1" (https://www.metacritic.com/tv/friends). CBS Interactive Inc. Archived (https://web.archive.org/web/20140516111958/http://www.metacritic.com/tv/friends) from the original on May 16, 2014. Retrieved March 29, 2014.

85. Feran, Tom (September 22, 1994). "New Series Softens Dabney Coleman—A Little", *The Plain Dealer*, Newhouse Newspapers. Retrieved on January 4, 2009.

86. Hodges, Ann (September 22, 1994). "NBC sitcoms make Thursday less funny (https://www.chron.com/CDA/archives/archive.mpl/1994_1227698/nbc-sitcoms-make-thursday-less-funny.html) Archived (https://web.archive.org/web/20130226224328/http://www.chron.com/CDA/archives/archive.mpl/1994_1227698/nbc-sitcoms-make-thursday-less-funny.html) February 26, 2013, at the Wayback Machine", *Houston Chronicle*, Hearst Newspapers. Retrieved on January 4, 2009.

87. Richmond, Ray (September 22, 1994). "Season Premiere of *Friends* Leaves Room to Grow (http://nl.newsbank.com/nl-search/we/Archives?p_product=LA&p_theme=la&p_action=search&p_maxdocs=200&p_topdoc=1&p_text_direct-0=0EF66B174A1CE015&p_field_direct-0=document_id&p_perpage=10&p_sort=YMD_date:D) Archived (https://web.archive.org/web/20181125074053/http://nl.newsbank.com/nl-search/we/Archives?p_product=LA&p_theme=la&p_action=search&p_maxdocs=200&p_topdoc=1&p_text_direct-0=0EF66B174A1CE015&p_field_direct-0=document_id&p_perpage=10&p_sort=YMD_date:D) November 25, 2018, at the Wayback Machine", (Registration required). *Los Angeles Daily News*, Los Angeles Newspaper Group. Retrieved on January 4, 2009.

32/46

88. Rosenberg, Howard (September 22, 1994). "NBC's Strongest Evening of the Week Has Its Weak Spot (https://articles.latimes.com/1994-09-22/entertainment/ca-41409_1_martin-short-show) Archived (https://web.archive.org/web/20150402092239/http://articles.latimes.com/1994-09-22/entertainment/ca-41409_1_martin-short-show) April 2, 2015, at the Wayback Machine", *The Los Angeles Times*, Tribune Company. Retrieved on January 4, 2009.

89. Holbert, Ginny (September 22, 1994). "X Marks Spot For *Friends* On Thursday (http://nl.newsbank.com/nl-search/we/Archives?p_product=CSTB&p_theme=cstb&p_action=search&p_maxdocs=200&p_topdoc=1&p_text_direct-0=0EB421DE1111933C&p_field_direct-0=document_id&p_perpage=10&p_sort=YMD_date:D) Archived (https://web.archive.org/web/20181125074047/http://nl.newsbank.com/nl-search/we/Archives?p_product=CSTB&p_theme=cstb&p_action=search&p_maxdocs=200&p_topdoc=1&p_text_direct-0=0EB421DE1111933C&p_field_direct-0=document_id&p_perpage=10&p_sort=YMD_date:D) November 25, 2018, at the Wayback Machine". (Registration required). *Chicago Sun-Times*. Retrieved on January 4, 2009.

90. Bianco, Robert (September 22, 1994). "Six *Friends* Sittin' Around, Talking", *Pittsburgh Post-Gazette*.

91. Sangster, p. 14

92. "*Friends* climax watched by 51m" (http://news.bbc.co.uk/2/low/entertainment/3689029.stm). *BBC News*. May 7, 2004. Archived (https://web.archive.org/web/20090205020628/http://news.bbc.co.uk/2/low/entertainment/3689029.stm) from the original on February 5, 2009. Retrieved January 1, 2009.

93. Havrilesky, Heather (May 7, 2004). "Never forget your *Friends*" (https://web.archive.org/web/20090122133540/http://dir.salon.com/story/ent/tv/review/2004/05/07/friends_finale/print.html). *Salon.com*. Archived from the original (http://dir.salon.com/story/ent/tv/review/2004/05/07/friends_finale/print.html) on January 22, 2009. Retrieved January 1, 2009.

94. Carter, Bill (February 18, 2002). "Plot Twists Paid Off For *Friends*" (https://query.nytimes.com/gst/fullpage.html?res=9C0CE3D7113FF93BA25751C0A9649C8B63). *The New York Times*. Archived (https://web.archive.org/web/20071118115851/http://query.nytimes.com/gst/fullpage.html?res=9C0CE3D7113FF93BA25751C0A9649C8B63) from the original on November 18, 2007. Retrieved November 13, 2007.

95. Bonin, Liane (January 9, 2003). "Is *Friends* overstaying its welcome?" (http://edition.cnn.com/2003/SHOWBIZ/TV/01/09/ew.hot.friends/). CNN. Archived (https://web.archive.org/web/20090122070102/http://edition.cnn.com/2003/SHOWBIZ/TV/01/09/ew.hot.friends/) from the original on January 22, 2009. Retrieved January 1, 2008.

96. "Friends - The 100 Best TV Shows of All" (https://web.archive.org/web/20090430194439/http://www.time.com/time/specials/2007/article/0%2C28804%2C1651341_1659188_1652526%2C00.html). *Time*. August 13, 2007. Archived from the original (http://www.time.com/time/specials/2007/article/0,28804,1651341_1659188_1652526,00.html) on April 30, 2009. Retrieved April 27, 2009.

97. Bianco, Robert (May 7, 2004). "Rachel stays, so *Friends* are able to leave together" (https://www.usatoday.com/life/television/reviews/2004-05-06-friends-finale_x.htm). *USA Today*. Archived (https://web.archive.org/web/20081101152402/http://www.usatoday.com/life/television/reviews/2004-05-06-friends-finale_x.htm) from the original on November 1, 2008. Retrieved January 1, 2009.

98. Rodman, Sarah (May 7, 2004). "Six pals depart on a classy note". *Boston Herald*. p. 3.

O      33/46

**Case #6:23-cv-06025-FPG-MWP**

99. Catlin, Roger (May 7, 2004). "The Long Farewell is Over; Lots of Fans, Little Fanfare for Mich-Anticipated Finale of *Friends*" (https://pqasb.pqarchiver.com/courant/access/629993481.html?dids=629993481:629993481&FMT=ABS&FMTS=ABS:FT&date=May+07%2C+2004&author=ROGER+CATLIN%3B+Courant+TV+Critic&pub=Hartford+Courant&desc=THE+LONG+FAREWELL+IS+OVER+%3B+LOTS+OF+FANS%2C+LITTLE+FANFARE+FOR+MUCH-ANTICIPATED+FINALE+OF+%60FRIENDS%27&pqatl=google). *Hartford Courant*. Archived (https://web.archive.org/web/20090122233106/http://pqasb.pqarchiver.com/courant/access/629993481.html?dids=629993481:629993481&FMT=ABS&FMTS=ABS:FT&date=May+07%2C+2004&author=ROGER+CATLIN%3B+Courant+TV+Critic&pub=Hartford+Courant&desc=THE+LONG+FAREWELL+IS+OVER+%3B+LOTS+OF+FANS%2C+LITTLE+FANFARE+FOR+MUCH-ANTICIPATED+FINALE+OF+%60FRIENDS%27&pqatl=google) from the original on January 22, 2009. Retrieved January 1, 2009.

100. Perkins, Ken Parish (May 7, 2004). "Farewell to *Friends*: The finale to the 10-year series wraps up all the loose ends" (http://nl.newsbank.com/nl-search/we/Archives?p_product=ST&s_site=dfw&p_multi=ST&p_theme=realcities&p_action=search&p_maxdocs=200&p_topdoc=1&p_text_direct-0=102C895664833147&p_field_direct-0=document_id&p_perpage=10&p_sort=YMD_date:D). *Fort Worth Star-Telegram*. Archived (https://web.archive.org/web/20181125115410/http://nl.newsbank.com/nl-search/we/Archives?p_product=ST&s_site=dfw&p_multi=ST&p_theme=realcities&p_action=search&p_maxdocs=200&p_topdoc=1&p_text_direct-0=102C895664833147&p_field_direct-0=document_id&p_perpage=10&p_sort=YMD_date:D) from the original on November 25, 2018. Retrieved March 7, 2018.

101. Jones, Damian (January 21, 2021). "Richard Curtis reckons 'Friends' stole 'Mr. Bean' turkey-on-the-head gag" (https://www.nme.com/news/tv/richard-curtis-reckons-friends-stole-mr-bean-turkey-on-the-head-gag-2853946). *NME*. Archived (https://web.archive.org/web/20211123015004/https://www.nme.com/news/tv/richard-curtis-reckons-friends-stole-mr-bean-turkey-on-the-head-gag-2853946) from the original on November 23, 2021. Retrieved July 13, 2021.

102. Lowry, Brian (July 19, 2002). "Its Coffin Overflows" (https://web.archive.org/web/20090122034847/http://www.orlandosentinel.com/topic/cl-et-newemmys19jul19%2C0%2C7220504.story). *Orlando Sentinel*. Archived from the original (http://www.orlandosentinel.com/topic/cl-et-newemmys19jul19,0,7220504.story) on January 22, 2009. Retrieved December 19, 2008.

103. Friends (http://www.emmys.com/shows/friends) Archived (https://web.archive.org/web/20111010090803/http://www.emmys.com/shows/Friends) October 10, 2011, at the Wayback Machine *emmys.com*. Retrieved June 1, 2014.

104. "Advanced Primetime Awards Search" (http://www.emmys.tv/awards/awardsearch.php). Academy of Television Arts & Sciences. Archived (https://web.archive.org/web/20090121204901/http://www.emmys.tv/awards/awardsearch.php) from the original on January 21, 2009. Retrieved January 5, 2009. Type "Friends" in the "Program" field, select "1993" and "2008" in "Year range" field, and select "NBC" in "Network" field.

105. Keck, William (June 2, 2005). "Kudrow back in the fold" (https://www.usatoday.com/life/people/2005-06-02-kudrow_x.htm). *USA Today*. Archived (https://web.archive.org/web/20090124162829/http://www.usatoday.com/life/people/2005-06-02-kudrow_x.htm) from the original on January 24, 2009. Retrieved January 5, 2009.

106. "15 years of recognition" (http://goliath.ecnext.com/coms2/gi_0199-4133520/15-years-of-recognition-Special.html). TelevisionWeek. April 25, 2005. Archived (https://web.archive.org/web/20090122051128/http://goliath.ecnext.com/coms2/gi_0199-4133520/15-years-of-recognition-Special.html) from the original on January 22, 2009. Retrieved January 5, 2009.

107. "HPFA - Jennifer Aniston" (https://web.archive.org/web/20090121055257/http://www.goldenglobes.org/browse/member/29209). Golden Globe Award. Archived from the original (http://www.goldenglobes.org/browse/member/29209) on January 21, 2009. Retrieved January 5, 2009.

Case #6:23-cv-06025-FPG-MWP

108. "Fed: Logie Award winners" (https://archive.today/20121216080213/http://www.highbeam.com/Se
arch?searchTerm=Fed+Logie+Award+winners&searchType=Article&currentPage=0&orderBy=).
Australian Associated Press. May 12, 2003. Archived from the original (http://www.highbeam.com/
doc/1P1-73851066.html) on December 16, 2012. Retrieved January 5, 2009.

109. "Fed: Full list of Logies winners" (https://archive.today/20121216074334/http://www.highbeam.co
m/Search?searchTerm=Fed+Full+list+of+Logies+winners&searchType=Article&currentPage=0&or
derBy=). Australian Associated Press. April 19, 2004. Archived from the original (http://www.highb
eam.com/doc/1P1-93575833.html) on December 16, 2012. Retrieved January 5, 2009.

110. "Entertainment Awards Database" (http://theenvelope.latimes.com/factsheets/awardsdb/env-awar
ds-db-search,0,7169155.htmlstory?searchtype=category&query=Favorite+Television+Comedy+S
eries&x=0&y=0). Los Angeles Times. pp. 2–3. Archived (https://web.archive.org/web/2009090323
5242/http://theenvelope.latimes.com/factsheets/awardsdb/env-awards-db-search,0,7169155.html
story?searchtype=category&query=Favorite+Television+Comedy+Series&x=0&y=0) from the
original on September 3, 2009. Retrieved January 5, 2009.

111. "Tim Allen Wins Twice at Awards" (http://nl.newsbank.com/nl-search/we/Archives?p_product=RM
&p_theme=rm&p_action=search&p_maxdocs=200&p_topdoc=1&p_text_direct-0=0EB4E258D9C
BCB83&p_field_direct-0=document_id&p_perpage=10&p_sort=YMD_date:D). Rocky Mountain
News. March 6, 1995. Archived (https://web.archive.org/web/20181125073924/http://nl.newsbank.
com/nl-search/we/Archives?p_product=RM&p_theme=rm&p_action=search&p_maxdocs=200&p_
topdoc=1&p_text_direct-0=0EB4E258D9CBCB83&p_field_direct-0=document_id&p_perpage=10
&p_sort=YMD_date:D) from the original on November 25, 2018. Retrieved January 5, 2009.

112. "2001 5th Annual Satellite Awards" (https://web.archive.org/web/20081218060819/http://www.pres
sacademy.com/satawards/awards2001.shtml). Satellite Awards. Archived from the original (http://
www.pressacademy.com/satawards/awards2001.shtml) on December 18, 2008. Retrieved
January 5, 2009. Select the "Television" field.

113. "The 2nd Annual Screen Actors Guild Awards" (http://www.sagawards.org/awards/nominees-and-r
ecipients/2nd-annual-screen-actors-guild-awards). Screen Actors Guild Awards. February 24,
1996. Archived (https://web.archive.org/web/20130525002959/http://www.sagawards.org/awards/
nominees-and-recipients/2nd-annual-screen-actors-guild-awards) from the original on May 25,
2013. Retrieved July 10, 2013.

Case #6:23-cv-06025-FPG-MWP
35/46

Case #6:23-cv-06025-FPG-MWP

114. Ratings for *Friends* by television seasons:

- Season 1: "TV Season Rankings 1994–95" (http://www.spokesman.com/stories/1995/apr/20/tv-season-rankings/). Archived (https://web.archive.org/web/20150903224557/http://www.spokesman.com/stories/1995/apr/20/tv-season-rankings/) from the original on September 3, 2015.

- Season 2: "How Twitter is Changing Television" (https://prezi.com/jh1vkem_a0p9/how-twitter-is-changing-television/). Archived (https://web.archive.org/web/20150903224557/https://prezi.com/jh1vkem_a0p9/how-twitter-is-changing-television/) from the original on September 3, 2015.

- Season 3: "A Milestone Year" (https://articles.latimes.com/1997-05-23/entertainment/ca-61847_1_recent-years/2). *Los Angeles Times*. May 23, 1997. Archived (https://web.archive.org/web/20150630104546/http://articles.latimes.com/1997-05-23/entertainment/ca-61847_1_recent-years/2) from the original on June 30, 2015.

- Season 4: "What Ranked and What Tanked" (https://www.ew.com/article/1998/05/29/what-ranked-and-what-tanked). *Entertainment Weekly*. Archived (https://web.archive.org/web/20150216222920/http://www.ew.com/article/1998/05/29/what-ranked-and-what-tanked) from the original on February 16, 2015.

- Season 5: "TV Winners & Losers" (https://web.archive.org/web/20091029011819/http://geocities.com/Hollywood/4616/ew0604.html). Archived from the original (http://geocities.com/Hollywood/4616/ew0604.html) on October 29, 2009.

- Season 6: "Nielsen Ratings for 1999–2000" (http://www.sfgate.com/entertainment/article/NIELSEN-RATINGS-FOR-1999-2000-2776698.php). May 26, 2000. Archived (https://web.archive.org/web/20140203214816/http://www.sfgate.com/entertainment/article/NIELSEN-RATINGS-FOR-1999-2000-2776698.php) from the original on February 3, 2014.

- Season 7: "Friends Or Foes?" (https://www.ew.com/article/2001/02/09/friends-or-foes). *Entertainment Weekly*. Archived (https://web.archive.org/web/20150903224557/http://www.ew.com/article/2001/02/09/friends-or-foes) from the original on September 3, 2015.

- Season 8: "How Did Your Favorite Show Rate?" (https://web.archive.org/web/20151015225616/http://usatoday30.usatoday.com/life/television/2002/2002-05-28-year-end-chart.htm). Archived from the original (http://usatoday30.usatoday.com/life/television/2002/2002-05-28-year-end-chart.htm) on October 15, 2015.

- Season 9: "A Look at the Good Ol' Days of Broadcast Primetime TV: You Know, 2003" (http://www.broadcastingcable.com/news/news-articles/look-good-ol-days-broadcast-primetime-tv-you-know-2003/114241). March 14, 2013. Archived (https://web.archive.org/web/20150903224557/http://www.broadcastingcable.com/news/news-articles/look-good-ol-days-broadcast-primetime-tv-you-know-2003/114241) from the original on September 3, 2015.

- Season 10: "Nielsen TV Index Ranking 2003–04" (https://web.archive.org/web/20150818042736/http://www.quigleypublishing.com/TandValmanac/TV_listing_08.html). Archived from the original (http://www.quigleypublishing.com/TandValmanac/TV_listing_08.html) on August 18, 2015.

115. Madison III, Ira (October 31, 2014). "You Won't Believe What America's Favorite "Friends" Episodes Are" (https://www.buzzfeed.com/iramadison/you-wont-believe-what-americas-favorite-friends-episodes-are). *BuzzFeed*. Archived (https://web.archive.org/web/20150620234026/http://www.buzzfeed.com/iramadison/you-wont-believe-what-americas-favorite-friends-episodes-are) from the original on June 20, 2015.

116. Thompson, Arienne. "You'll never believe how much money the 'Friends' cast STILL earns today" (https://www.usatoday.com/story/life/entertainthis/2015/02/27/youll-never-believe-how-much-money-the-friends-cast-still-earns-today/77593556/). *USA TODAY*. Archived (https://web.archive.org/web/20180405093541/https://www.usatoday.com/story/life/entertainthis/2015/02/27/youll-never-believe-how-much-money-the-friends-cast-still-earns-today/77593556/) from the original on April 5, 2018. Retrieved April 5, 2018.

117. Sternbergh, Adam (March 21, 2016). "Is 'Friends' Still the Most Popular Show on TV?" (https://www.vulture.com/2016/03/20-somethings-streaming-friends-c-v-r.html). *New York*. Archived (https://web.archive.org/web/20190718051800/https://www.vulture.com/2016/03/20-somethings-streaming-friends-c-v-r.html) from the original on July 18, 2019. Retrieved July 17, 2019.

118. " 'Friends' Won't Be There for You on Netflix Starting in 2020" (https://time.com/5622979/friends-leaving-netflix-for-hbo-max/). *Time*. Archived (https://web.archive.org/web/20190810145912/https://time.com/5622979/friends-leaving-netflix-for-hbo-max/) from the original on August 10, 2019. Retrieved October 22, 2019.

119. "Friends Is Now Streaming On HBO Max" (https://www.elle.com/culture/movies-tv/a32223466/friends-hbo-max-streaming-release-date/). *Elle*. May 27, 2020. Archived (https://web.archive.org/web/20200916080809/https://www.elle.com/culture/movies-tv/a32223466/friends-hbo-max-streaming-release-date/) from the original on September 16, 2020. Retrieved August 19, 2020.

120. Anne, S. (December 27, 2004). "Take it easy yaar!" (https://web.archive.org/web/20100820171147/http://www.hindu.com/edu/2004/12/27/stories/2004122700700400.htm). *The Hindu*. Chennai, India. Archived from the original (http://www.hindu.com/edu/2004/12/27/stories/2004122700700400.htm) on August 20, 2010. Retrieved January 4, 2009.

121. Crook, John (May 2, 2004). "Going 'Friends'-less / Long-running show drops the curtain" (https://news.google.com/newspapers?id=Jl9PAAAAIBAJ&pg=3823%2C549338). *Toledo Blade*. Zap2It. pp. V3. Archived (https://web.archive.org/web/20170222165438/https://news.google.com/newspapers?id=Jl9PAAAAIBAJ&sjid=LAQEAAAAIBAJ&pg=3823%2C549338) from the original on February 22, 2017. Retrieved October 15, 2012.

122. Fern, Charles (July 30, 2018). "Students learn English from "Friends" on American TV" (https://www.voanews.com/student-union/students-learn-english-friends-american-tv). *Voice of America*. Archived (https://web.archive.org/web/20190808182628/https://www.voanews.com/student-union/students-learn-english-friends-american-tv) from the original on August 8, 2019. Retrieved August 6, 2019.

123. Blackburn, Liam (August 6, 2019). " 'How you doin'?' – Klopp admits to learning English by watching Friends" (https://www.goal.com/en/news/how-you-doin-klopp-admits-to-learning-english-by-watching/b41gtxau4f0019q0k61laxl1j). *Goal*. Archived (https://web.archive.org/web/20190808182626/https://www.goal.com/en/news/how-you-doin-klopp-admits-to-learning-english-by-watching/b41gtxau4f0019q0k61laxl1j) from the original on August 8, 2019. Retrieved August 6, 2019.

124. Weiss, Suzannah (August 6, 2019). "BTS's RM Reveals He Learned English from "Friends" " (https://www.teenvogue.com/story/bts-rm-ellen-show-english-friends). *Teen Vogue*. Archived (https://web.archive.org/web/20190808182627/https://www.teenvogue.com/story/bts-rm-ellen-show-english-friends) from the original on August 8, 2019. Retrieved August 6, 2019.

125. Curtis, Charles (May 2, 2019). "9 athletes who learned English from watching "Friends" " (https://ftw.usatoday.com/2019/05/friends-anniversary-mlb-nba-learned-english). *USA Today*. Archived (https://web.archive.org/web/20190808182626/https://ftw.usatoday.com/2019/05/friends-anniversary-mlb-nba-learned-english) from the original on August 8, 2019. Retrieved August 6, 2019.

126. Littlefield, Kinney (February 7, 1996). " 'Murder, She Wrote' parodies 'Friends' " (https://news.google.com/newspapers?id=S4UNAAAAIBAJ&pg=6841,3491473). *Pittsburgh Post-Gazette*. Archived (https://web.archive.org/web/20170222151240/https://news.google.com/newspapers?id=S4UNAAAAIBAJ&sjid=eW8DAAAAIBAJ&pg=6841,3491473) from the original on February 22, 2017. Retrieved October 29, 2009.

127. Evans, Bradford (June 9, 2011). "The Lost Roles of Married… with Children" (https://www.vulture.com/2011/06/the-lost-roles-of-married-with-children.html). *Vulture*. Archived (https://web.archive.org/web/20220316231635/https://www.vulture.com/2011/06/the-lost-roles-of-married-with-children.html) from the original on March 16, 2022. Retrieved March 3, 2021.

37/46

Case #6:23-cv-06025-FPG-MWP

128. Kalsi, Jyoti (May 8, 2006). "Where *Friends* hang out (https://web.archive.org/web/200807080520 16/http://archive.gulfnews.com/articles/06/05/08/10038500.html). *Gulf News*. Archived from the original (http://archive.gulfnews.com/articles/06/05/08/10038500.html) on July 8, 2008. Retrieved December 30, 2008.

129. Ellen DeGeneres (host) (October 16, 2008). "*The Ellen DeGeneres Show*: Lisa Kudrow/Natasha Bedingfield/Jalen Testerman". *The Ellen DeGeneres Show*. Season 6. Episode 29. NBC.

130. Thorley, Chantelle (September 15, 2009). "London to celebrate 15 years of Friends with Central Perk pop-up" (https://web.archive.org/web/20100410130417/http://www.eventmagazine.co.uk/new s/search/938562/London-celebrate-15-years-Friends-Central-Perk-pop-up). *Event*. Haymarket Media. Archived from the original (http://www.eventmagazine.co.uk/news/search/938562/London-celebrate-15-years-Friends-Central-Perk-pop-up/) on April 10, 2010. Retrieved September 22, 2009.

131. Hong, Haolan and Jo Ling Kent. "'Friends' in China: 'Central Perk' hits Beijing (http://www.cnn.co m/2010/WORLD/asiapcf/07/02/friends.china.central.perk/index.html) Archived (https://web.archiv e.org/web/20160304072853/http://www.cnn.com/2010/WORLD/asiapcf/07/02/friends.china.centra l.perk/index.html) March 4, 2016, at the Wayback Machine." *CNN*. July 2, 2010. Retrieved on July 4, 2010.

132. *These Cafes in India Are Based On Your Favourite 'Friends' TV Show*, August 4, 2017

133. Tiwari, Shwali (September 27, 2016). "India Now Has 5 F.R.I.E.N.D.S Themed Cafes, But There's A Catch" (http://www.indiatimes.com/news/india/india-now-has-5-f-r-i-e-n-d-s-themed-cafes-but-th ere-s-a-catch-262485.html). India Times. Archived (https://web.archive.org/web/20170211160603/ http://www.indiatimes.com/news/india/india-now-has-5-f-r-i-e-n-d-s-themed-cafes-but-there-s-a-ca tch-262485.html) from the original on February 11, 2017. Retrieved February 11, 2017.

134. "A real-life version of Central Perk from F.R.I.E.N.D.S in Peshawar" (https://web.archive.org/web/2 0151212183940/http://news.uniquepakistan.com.pk/a-real-life-version-of-central-perk-from-f-r-i-e-n-d-s-in-peshawar/). *The Good Times – Unique Pakistan*. Archived from the original (http://news.u niquepakistan.com.pk/a-real-life-version-of-central-perk-from-f-r-i-e-n-d-s-in-peshawar/) on December 12, 2015.

135. Quek, Eunice (November 28, 2016). "F.R.I.E.N.D.S-themed cafe Central Perk opens for business" (http://www.asiaone.com/food/friends-themed-cafe-central-perk-opens-business). *AsiaOne*. Archived (https://web.archive.org/web/20180809192533/http://www.asiaone.com/food/friends-the med-cafe-central-perk-opens-business) from the original on August 9, 2018.

136. Singson, Ysa (December 1, 2016). "Central Perk, The Cafe From 'Friends,' Just Opened In Singapore" (https://www.cosmo.ph/lifestyle/food-drink/friends-cafe-central-perk-singapore-a00177 -20161201). *Cosmopolitan Philippines*. Archived (https://web.archive.org/web/20180809122850/ht tps://www.cosmo.ph/lifestyle/food-drink/friends-cafe-central-perk-singapore-a00177-20161201) from the original on August 9, 2018.

137. Pritchard, Tom (August 6, 2019). "Lego's Friends Central Perk Set is Out Next Month And Could We BE Anymore Excited" (https://www.gizmodo.co.uk/2019/08/legos-friends-central-perk-set-is-ou t-today-and-could-we-be-anymore-excited/). *Gizmondo UK*. Archived (https://web.archive.org/we b/20190808182628/https://www.gizmodo.co.uk/2019/08/legos-friends-central-perk-set-is-out-toda y-and-could-we-be-anymore-excited/) from the original on August 8, 2019. Retrieved August 6, 2019.

138. Katzman, David M. (Summer 1998). "TV and American Culture". *American Studies*. 2. **39**: 5–12.

139. DellaContrada, John (April 16, 2004). ""Friends" Reflected Change in American Society, Among First TV Shows to Portray "Youth on Their Own," says UB Pop-Culture Expert" (http://www.buffalo. edu/news/6680). *Buffalo News*. Archived (https://web.archive.org/web/20120528142451/http://ww w.buffalo.edu/news/6680) from the original on May 28, 2012.

Case #6:23-cv-06025-FPG-MWP

Friends - Wikipedia

140. Silvestre, Irish Mae (July 13, 2022). "Could we BE more excited? The Friends Experience is finally in Toronto (PHOTOS)" (https://dailyhive.com/toronto/friends-experience-yorkdale-toronto). Archived (https://web.archive.org/web/20220713210644/https://dailyhive.com/toronto/friends-experience-yorkdale-toronto) from the original on July 13, 2022.

141. VanDerWerff, Emily (January 13, 2016). "Friends was a great show — that just happened to ruin TV comedy" (https://www.vox.com/2014/9/29/6857745/friends-ruined-TV). Archived (https://web.archive.org/web/20190511193526/https://www.vox.com/2014/9/29/6857745/friends-ruined-TV) from the original on May 11, 2019. Retrieved October 6, 2019.

142. Pickard, Anna (September 9, 2009). "How I met Neil Patrick Harris" (https://www.theguardian.com/culture/tvandradioblog/2009/sep/08/how-i-met-your-mother-e4). *The Guardian*. Archived (https://web.archive.org/web/20180616080427/https://www.theguardian.com/culture/tvandradioblog/2009/sep/08/how-i-met-your-mother-e4) from the original on June 16, 2018. Retrieved June 16, 2018.

143. Martin, Daniel (September 19, 2016). "The Big Bang Theory: show returns for 10th season, but is it time it went bust?" (https://www.theguardian.com/tv-and-radio/2016/sep/19/the-big-bang-theory-season-10-premiere-bust). *TheGuardian.com*. Archived (https://web.archive.org/web/2018080219 3223/https://www.theguardian.com/tv-and-radio/2016/sep/19/the-big-bang-theory-season-10-premiere-bust) from the original on August 2, 2018. Retrieved August 2, 2018.

144. Lyons, Margaret. "Happy Endings: Wait, Which Friends Clone Is That Again?" (https://nymag.com/daily/entertainment/2011/04/happy_endings_wait_which_one_i.html). Nymag.com. Archived (http s://web.archive.org/web/20110417071121/http://nymag.com/daily/entertainment/2011/04/happy_e ndings_wait_which_one_i.html) from the original on April 17, 2011. Retrieved August 4, 2012.

145. "Your Favorite TV Casts", *TV Guide*, January 3, 2011, page 11

146. "Is 'Seinfeld' The Greatest Sitcom Ever?" (https://www.deadline.com/2012/12/seinfeld-greatest-sit com-cbs-vanity-fair-poll/). *Deadline Hollywood*. December 3, 2012. Archived (https://web.archive.o rg/web/20131002050050/http://www.deadline.com/2012/12/seinfeld-greatest-sitcom-cbs-vanity-fai r-poll/) from the original on October 2, 2013. Retrieved September 30, 2013.

147. "As 100 Melhores Séries da História, segundo jornalistas brasileiros!" (http://www.ligadoemserie.c om.br/2014/10/as-100-melhores-series-da-historia-segundo-jornalistas-brasileiros/) (in Portuguese). Ligado em Série. October 28, 2014. Archived (https://web.archive.org/web/2014103 1141139/http://www.ligadoemserie.com.br/2014/10/as-100-melhores-series-da-historia-segundo-j ornalistas-brasileiros/) from the original on October 31, 2014. Retrieved November 1, 2014.

148. "Hollywood's 100 Favorite TV Shows" (https://www.hollywoodreporter.com/lists/best-tv-shows-eve r-top-819499/item/friends-hollywoods-100-favorite-tv-821361). *The Hollywood Reporter*. September 16, 2015. Archived (https://web.archive.org/web/20190717030112/https://www.hollywo odreporter.com/lists/best-tv-shows-ever-top-819499/item/friends-hollywoods-100-favorite-tv-8213 61) from the original on July 17, 2019. Retrieved July 17, 2019.

149. Welsh, James (January 15, 2004). "NBC elaborates on *Friends* finale plans" (http://www.digitalsp y.co.uk/ustv/a13025/nbc-elaborates-on-friends-finale-plans.html). *Digital Spy*. Archived (https://we b.archive.org/web/20090121212505/http://www.digitalspy.co.uk/ustv/a13025/nbc-elaborates-on-fri ends-finale-plans.html) from the original on January 21, 2009. Retrieved December 31, 2008.

150. Carter, Bill (December 21, 2002). "NBC Close to a Deal to Keep *Friends* for Another Season" (http s://query.nytimes.com/gst/fullpage.html?res=9803E4DF163CF932A15751C1A9649C8B63). *The New York Times*. Archived (https://web.archive.org/web/20090122075303/http://query.nytimes.co m/gst/fullpage.html?res=9803E4DF163CF932A15751C1A9649C8B63) from the original on January 22, 2009. Retrieved December 29, 2008.

151. Dempsey, John (July 11, 2005). "Friends of *Friends*" (https://web.archive.org/web/2012011916091 8/http://www.variety.com/article/VR1117925752.html?cs=1&s=h&p=0). *Variety*. Archived from the original (https://www.variety.com/article/VR1117925752.html?cs=1&s=h&p=0) on January 19, 2012. Retrieved September 3, 2009.

35/46

3/28/23, 11:35 AM                                    Friends - Wikipedia

152. Edition: 65,253 The Times April 28, 1995

153. "Official Singles Chart Top 100 | Official Charts Company" (https://www.officialcharts.com/charts/singles-chart/19950903/7501/). *www.officialcharts.com*. Archived (https://web.archive.org/web/20201116035559/https://www.officialcharts.com/charts/singles-chart/19950903/7501/) from the original on November 16, 2020. Retrieved April 25, 2020.

154. "Ross and Phoebe "quitting *Friends*"" (http://news.bbc.co.uk/2/hi/entertainment/576172.stm). *BBC News*. December 23, 1999. Archived (https://web.archive.org/web/20090206232242/http://news.bbc.co.uk/2/hi/entertainment/576172.stm) from the original on February 6, 2009. Retrieved January 1, 2009.

155. "Channel 4's £100m *Friends* deal" (http://news.bbc.co.uk/1/hi/entertainment/568283.stm). *BBC News*. December 16, 1999. Archived (https://web.archive.org/web/20090522073133/http://news.bbc.co.uk/1/hi/entertainment/568283.stm) from the original on May 22, 2009. Retrieved January 1, 2009.

156. "Channel 4 to stop showing *Friends* after 15 years" (https://www.telegraph.co.uk/culture/tvandradio/7204518/Channel-4-to-stop-showing-Friends-after-15-years.html). *The Daily Telegraph*. London. February 10, 2010. Archived (https://web.archive.org/web/20100213120246/http://www.telegraph.co.uk/culture/tvandradio/7204518/Channel-4-to-stop-showing-Friends-after-15-years.html) from the original on February 13, 2010. Retrieved May 3, 2010.

157. "*Friends* finale draws record 8.6m" (http://news.bbc.co.uk/2/low/entertainment/3757901.stm). *BBC News*. May 29, 2004. Archived (https://web.archive.org/web/20201116035533/http://news.bbc.co.uk/2/hi/entertainment/3757901.stm) from the original on November 16, 2020. Retrieved January 1, 2009.

158. "Same time, different channel" (https://web.archive.org/web/20110925092700/http://www.comedycentral.co.uk/news/friends-on-comedy-central-launches-1st-october). Comedy Central. September 2, 2011. Archived from the original (http://www.comedycentral.co.uk/news/friends-on-comedy-central-launches-1st-october) on September 25, 2011. Retrieved September 4, 2011.

159. "European debut of *Friends* finale on RTÉ" (https://www.rte.ie/arts/2004/0511/friends.html). Raidió Teilifís Éireann. May 11, 2004. Archived (https://web.archive.org/web/20081218010812/http://www.rte.ie/arts/2004/0511/friends.html) from the original on December 18, 2008. Retrieved January 1, 2009.

160. "TV3 Friends" (https://web.archive.org/web/20110324063501/http://www.tv3.ie/shows.php?request=friends). tv3.ie. Archived from the original (http://www.tv3.ie/shows.php?request=friends) on March 24, 2011. Retrieved March 25, 2011.

161. "TV – Friends – entertainment.ie" (http://entertainment.ie/tv-highlight/Friends/359489.htm). *entertainment.ie*. Archived (https://web.archive.org/web/20150518092851/http://entertainment.ie/tv-highlight/Friends/359489.htm) from the original on May 18, 2015.

162. "Friends – CCUK" (http://www.comedycentral.ie/friends). Archived (https://web.archive.org/web/20201116035537/https://www.comedycentral.co.uk/shows/cfpy9l/friends) from the original on November 16, 2020. Retrieved May 17, 2015.

163. Warneke, Ross (November 18, 2004). "Rewind" (http://www.theage.com.au/articles/2004/11/16/1100574459814.html?from=storyrhs). *The Age*. Melbourne, Australia. Archived (https://web.archive.org/web/20090215163738/http://www.theage.com.au/articles/2004/11/16/1100574459814.html?from=storyrhs) from the original on February 15, 2009. Retrieved January 1, 2009.

164. "Channel Ten seriously in trouble at 7 pm timeslot" (http://www.news.com.au/entertainment/celebrity/ten-in-trouble-at-7pm/story-e6frfmqr-1111117966907). *news.com.au*. The Daily Telegraph (Sydney). November 7, 2008. Archived (https://web.archive.org/web/20130625231539/http://www.news.com.au/entertainment/celebrity/ten-in-trouble-at-7pm/story-e6frfmqr-1111117966907) from the original on June 25, 2013. Retrieved April 6, 2012.

4°/46
**Case #6:23-cv-06025-FPG-MWP**

165. "*Friends*" (https://web.archive.org/web/20090204023045/http://tvnz.co.nz/view/tv2_minisite_index _skin/tv2_friends_group). TV2. Archived from the original (http://tvnz.co.nz/view/tv2_minisite_inde x_skin/tv2_friends_group) on February 4, 2009. Retrieved January 1, 2009.

166. *Global Television Network – Friends Bumper version 1* (https://www.youtube.com/watch?v=UdWA VxqSHYI). *YouTube*. November 29, 2009. Archived (https://web.archive.org/web/2015052320090 5/https://www.youtube.com/watch?v=UdWAVxqSHYI) from the original on May 23, 2015. Retrieved April 12, 2015.

167. "Friends" (https://web.archive.org/web/20150402152022/http://www.slice.ca/friends/). *slice.ca*. Archived from the original (http://www.slice.ca/friends/) on April 2, 2015. Retrieved April 12, 2015.

168. "Lograremos que no extrañen a 'Friends'" (https://www.pagina12.com.ar/2001/01-11/01-11-02/pag 29.htm) Archived (https://web.archive.org/web/20201116035453/https://www.pagina12.com.ar/200 1/01-11/01-11-02/pag29.htm) November 16, 2020, at the Wayback Machine – Roque Casciero, Página 12, November 2, 2001

169. Choudhary, Vidhi (July 11, 2016). "Friends most watched English show on Indian TV in January– June" (http://www.livemint.com/Consumer/dDVVsqf2rxjIcyo7u24g8I/What-India-watched-in-Englis h-entertainment-between-January.html). *Live Mint*. New Delhi: HT Media Ltd. Archived (https://we b.archive.org/web/20180124070740/http://www.livemint.com/Consumer/dDVVsqf2rxjIcyo7u24g8I/ What-India-watched-in-English-entertainment-between-January.html) from the original on January 24, 2018. Retrieved January 24, 2018.

170. "Κωμωδία | Τα Φιλαράκια (Friends) | Star Tv" (http://www.star.gr/tv/shows/ta-filarakia-friends/). Star Channel. Archived (https://web.archive.org/web/20180219031225/http://www.star.gr/tv/show s/ta-filarakia-friends/) from the original on February 19, 2018. Retrieved February 18, 2018.

171. "Friends – Τα Φιλαράκια" (https://web.archive.org/web/20180219090228/http://www.megatv.com.c y/cgibin/hweb?-A=136828&-V=megatvshows&_VPR=136959). TVOne. Archived from the original (http://www.megatv.com.cy/cgibin/hweb?-A=136828&-V=megatvshows&_VPR=136959) on February 19, 2018. Retrieved February 18, 2018.

172. "Chinese fans of 'Friends' angry after show re-released with censorship" (https://www.reuters.com/ world/china/chinese-fans-friends-angry-after-show-re-released-with-censorship-2022-02-13/). Reuters. February 13, 2022. Archived (https://web.archive.org/web/20220214024052/https://www. reuters.com/world/china/chinese-fans-friends-angry-after-show-re-released-with-censorship-2022- 02-13/) from the original on February 14, 2022. Retrieved February 13, 2022.

173. Albiniak, Paige (March 5, 2012). "With Friends Like These, Who Needs Standard-Def?" (https://w eb.archive.org/web/20130226235238/http://www.broadcastingcable.com/article/481325-With_Frie nds_Like_These_Who_Needs_Standard_Def_.php). *Broadcasting & Cable*. Archived from the original (http://www.broadcastingcable.com/article/481325-With_Friends_Like_These_Who_Need s_Standard_Def_.php) on February 26, 2013.

174. "The One With the High Definition" (https://web.archive.org/web/20130726115618/http://www.scre enscribe.tv/channels/the-one-with-the-high-definition/). ScreenScribe. January 17, 2011. Archived from the original (http://www.screenscribe.tv/channels/the-one-with-the-high-definition/) on July 26, 2013. Retrieved July 10, 2013.

175. Lieberman, David (October 15, 2014). "'Friends' Licensed To Netflix In Warner Bros Deal — VIDEO" (https://deadline.com/2014/10/friends-netflix-streaming-deal-851909/). *Deadline Hollywood*. Archived (https://web.archive.org/web/20171224101944/https://deadline.com/2014/10/ friends-netflix-streaming-deal-851909/) from the original on December 24, 2017. Retrieved December 24, 2017.

176. Raftery, Liz (October 15, 2014). "Friends Is Coming to Netflix!" (https://www.tvguide.com/News/Fri ends-Netflix-Video-Gunther-1088084.aspx). *TV Guide*. tvguide.com. CBS Interactive. Archived (htt ps://web.archive.org/web/20141018011929/http://www.tvguide.com/News/Friends-Netflix-Video-G unther-1088084.aspx) from the original on October 18, 2014. Retrieved October 15, 2014.

Case #6:23-cv-06025-FPG-MWP

41/44

177. Heyman, Jessie (May 1, 2015). "Seinfeld vs. Friends: Breaking Down the Economics of Two Beloved '90s Sitcoms" (https://web.archive.org/web/20171224101701/https://www.vogue.com/arti cle/seinfeld-vs-friends-streaming). *Vogue*. Archived from the original (https://www.vogue.com/articl e/seinfeld-vs-friends-streaming) on December 24, 2017. Retrieved December 24, 2017.

178. Welch, Chris (January 1, 2015). "Every episode of Friends is now on Netflix" (https://www.theverg e.com/2015/1/1/7477341/friends-is-now-on-netflix). *The Verge*. Archived (https://web.archive.org/ web/20171224101651/https://www.theverge.com/2015/1/1/7477341/friends-is-now-on-netflix) from the original on December 24, 2017. Retrieved December 24, 2017.

179. 'Friends' Officially Leaving Netflix for WarnerMedia's Streaming Service (https://www.hollywoodrep orter.com/live-feed/friends-officially-leaving-netflix-warnermedias-streaming-service-1223151) Archived (https://web.archive.org/web/20190709193010/https://www.hollywoodreporter.com/live-f eed/friends-officially-leaving-netflix-warnermedias-streaming-service-1223151) July 9, 2019, at the Wayback Machine. *The Hollywood Reporter'*. *July 9, 2019*.

180. Netflix Canada loses 'Friends' as Crave nabs exclusive streaming rights (https://www.cp24.com/en tertainment-news/movie-tv-news/netflix-canada-loses-friends-as-crave-nabs-exclusive-streaming-rights-1.5212829) Archived (https://web.archive.org/web/20211020043334/https://www.cp24.com/ entertainment-news/movie-tv-news/netflix-canada-loses-friends-as-crave-nabs-exclusive-streamin g-rights-1.5212829) October 20, 2021, at the Wayback Machine. *CP24*. December 1, 2020.

181. Dretzka, Gary (November 2, 1995). "Hit Show, Hit Soundtrack: It's No Longer An Accident" (http:// community.seattletimes.nwsource.com/archive/?date=19951102&slug=2150142) *Chicago Tribune*. Archived (https://web.archive.org/web/20090823075419/http://community.seattletimes.nw source.com/archive/?date=19951102&slug=2150142) from the original on August 23, 2009. Retrieved January 3, 2009.

182. Burlingame, Jon (December 27, 1995). "*Friends* Theme Leads Pack of Hot-Selling TV Soundtracks" (http://nl.newsbank.com/nl-search/we/Archives?p_product=RM&p_theme=rm&p_act ion=search&p_maxdocs=200&p_topdoc=1&p_text_direct-0=0EB4E4396284FBF4&p_field_direct-0=document_id&p_perpage=10&p_sort=YMD_date:D). *The Hollywood Reporter*. Archived (http s://web.archive.org/web/20181125074058/http://nl.newsbank.com/nl-search/we/Archives?p_produ ct=RM&p_theme=rm&p_action=search&p_maxdocs=200&p_topdoc=1&p_text_direct-0=0EB4E43 96284FBF4&p_field_direct-0=document_id&p_perpage=10&p_sort=YMD_date:D) from the original on November 25, 2018. Retrieved January 3, 2009.

183. "*Friends Again*: Various Artists" (https://www.amazon.com/dp/B000023YA0). *Amazon*. Archived (ht tps://web.archive.org/web/20201116035556/https://www.amazon.com/dp/B000023YA0) from the original on November 16, 2020. Retrieved January 3, 2009.

184. "*Friends: The One With All the Trivia*" (https://www.amazon.com/dp/B000B6H21S). *Amazon*. Archived (https://web.archive.org/web/20201116035507/https://www.amazon.com/dp/B000B6H21 S) from the original on November 16, 2020. Retrieved January 3, 2009.

185. "*Friends: The One With All the Trivia*" (https://www.amazon.com/dp/B000AMFEHM). *Amazon*. Archived (https://web.archive.org/web/20190626211400/https://www.amazon.com/dp/B000AMFE HM) from the original on June 26, 2019. Retrieved October 8, 2009.

186. "Friends – Season 1–10 Complete Collection 15th Anniversary DVD: Amazon.co.uk: Jennifer Aniston, Courteney Cox, Lisa Kudrow, Matt LeBlanc, Matthew Perry, David Schwimmer, James Michael Tyler, Elliott Gould, Maggie Wheeler, Christina Pickles, Paul Rudd, Jane Sibbett, David Crane, Marta Kauffman: DVD" (https://www.amazon.co.uk/dp/B002CYIR0M/). Amazon.co.uk. Archived (https://web.archive.org/web/20201116035541/https://www.amazon.co.uk/dp/B002CYIR 0M/) from the original on November 16, 2020. Retrieved July 26, 2010.

Case 6:23-cv-06025-FPG-MWP

42/44

187. "Friends -- Warner Home Video Press Release Announces The Complete Series on Blu-ray Disc!" (https://web.archive.org/web/20120622020526/http://www.tvshowsondvd.com/news/Friends-The-Complete-Series/17109) (Press release). Warner Home Video. June 19, 2012. Archived from the original (http://www.tvshowsondvd.com/news/Friends-The-Complete-Series/17109) on June 22, 2012. Retrieved June 19, 2012 – via TVShowsonDVD.com.

188. Wolf, Jessica (February 11, 2002). "More 'Friends' for Fans" (http://www.hive4media.com/news/html/Product_article.cfm?article_id=2587). *hive4media.com*. Archived (https://web.archive.org/web/20020302143012/http://www.hive4media.com/news/html/Product_article.cfm?article_id=2587) from the original on March 2, 2002. Retrieved September 10, 2019.

189. "*Friends* (Season 1) (4 DVD Set)" (https://web.archive.org/web/20090120234356/http://www.jbhifionline.com.au/Product/261992/FRIENDS-%28Season-1%29-%284-DVD-Set%29). JB Hi-Fi. Archived from the original (http://www.jbhifionline.com.au/Product/261992/FRIENDS-(Season-1)-(4-DVD-Set)) on January 20, 2009. Retrieved January 4, 2009.

190. "*Friends – The Complete Second Season*" (https://www.amazon.com/dp/B000068CNX/). *Amazon*. Archived (https://web.archive.org/web/20190626211420/https://www.amazon.com/dp/B000068CNX/) from the original on June 26, 2019. Retrieved January 3, 2009.

191. Wolf, Jessica (May 23, 2002). "Warner's Got More 'Friends' " (http://www.hive4media.com/news/html/product_article.cfm?article_id=3169). *hive4media.com*. Archived (https://web.archive.org/web/20020604225033/http://www.hive4media.com/news/html/product_article.cfm?article_id=3169) from the original on June 4, 2002. Retrieved September 10, 2019.

192. "*Friends* (Season 2) (4 DVD Set)" (https://web.archive.org/web/20090120234044/http://www.jbhifionline.com.au/Product/261997/FRIENDS-%28Season-2%29-%284-DVD-Set%29). JB Hi-Fi. Archived from the original (http://www.jbhifionline.com.au/Product/261997/FRIENDS-(Season-2)-(4-DVD-Set)) on January 20, 2009. Retrieved January 4, 2009.

193. "*Friends -- The Complete Third Season*" (https://www.amazon.com/dp/B0000844MI/). *Amazon*. Archived (https://web.archive.org/web/20190626211410/https://www.amazon.com/dp/B0000844MI/) from the original on June 26, 2019. Retrieved January 3, 2009.

194. "*Friends* (Season 3) (4 DVD Set)" (https://web.archive.org/web/20090120234402/http://www.jbhifionline.com.au/Product/261998/FRIENDS-%28Season-3%29-%284-DVD-Set%29). JB Hi-Fi. Archived from the original (http://www.jbhifionline.com.au/Product/261998/FRIENDS-(Season-3)-(4-DVD-Set)) on January 20, 2009. Retrieved January 4, 2009.

195. "*Friends – The Complete Fourth Season*" (https://www.amazon.com/dp/B0000996IS/). *Amazon*. Archived (https://web.archive.org/web/20201116035507/https://www.amazon.com/dp/B0000996IS/) from the original on November 16, 2020. Retrieved January 3, 2009.

196. "*Friends* (Season 4) (4 DVD Set)" (https://web.archive.org/web/20090120234155/http://www.jbhifionline.com.au/Product/261999/FRIENDS-%28Season-4%29-%284-DVD-Set%29). JB Hi-Fi. Archived from the original (http://www.jbhifionline.com.au/Product/261999/FRIENDS-(Season-4)-(4-DVD-Set)) on January 20, 2009. Retrieved January 4, 2009.

197. "*Friends – The Complete Fifth Season*" (https://www.amazon.com/dp/B0000C2IXN/). *Amazon*. Archived (https://web.archive.org/web/20201116035531/https://www.amazon.com/dp/B0000C2IXN/) from the original on November 16, 2020. Retrieved January 3, 2009.

198. "*Friends* (Season 5) (4 DVD Set)" (https://web.archive.org/web/20090120234406/http://www.jbhifionline.com.au/Product/262000/FRIENDS-%28Season-5%29-%284-DVD-Set%29). JB Hi-Fi. Archived from the original (http://www.jbhifionline.com.au/Product/262000/FRIENDS-(Season-5)-(4-DVD-Set)) on January 20, 2009. Retrieved January 4, 2009.

199. "*Friends – The Complete Sixth Season*" (https://www.amazon.com/dp/B0000X2ECE/). *Amazon*. Archived (https://web.archive.org/web/20201116035600/https://www.amazon.com/dp/B0000X2ECE/) from the original on November 16, 2020. Retrieved January 3, 2009.

200. Fisher, Nick (July 15, 2000). "Video view". *The Sun*. News Group Newspap[...]

Case #6:23-cv-06025-FPG-MWP
43/46

201. "*Friends* (Season 6) (4 DVD Set)" (https://web.archive.org/web/20090120234250/http://www.jbhifi online.com.au/Product/262001/FRIENDS-%28Season-6%29-%284-DVD-Set%29). JB Hi-Fi. Archived from the original (http://www.jbhifionline.com.au/Product/262001/FRIENDS-(Season-6)-(4-DVD-Set)) on January 20, 2009. Retrieved January 4, 2009.

202. "*Friends – The Complete Seventh Season*" (https://www.amazon.com/dp/B0001AW066/). *Amazon.* Archived (https://web.archive.org/web/20190626211423/https://www.amazon.com/dp/B0 001AW066/) from the original on June 26, 2019. Retrieved January 3, 2009.

203. "*Friends*: Complete Season 7 – New Edition [1995]" (https://www.amazon.co.uk/dp/B00064MJ9 U/). *Amazon UK.* Archived (https://web.archive.org/web/20201116035453/https://www.amazon.co. uk/dp/B00064MJ9U/) from the original on November 16, 2020. Retrieved January 4, 2009.

204. "*Friends* (Season 7) (4 DVD Set)" (https://web.archive.org/web/20090120234255/http://www.jbhifi online.com.au/Product/262002/FRIENDS-%28Season-7%29-%284-DVD-Set%29). JB Hi-Fi. Archived from the original (http://www.jbhifionline.com.au/Product/262002/FRIENDS-(Season-7)-(4-DVD-Set)) on January 20, 2009. Retrieved January 4, 2009.

205. "*Friends – The Complete Eighth Season*" (https://www.amazon.com/dp/B0002WZN8K/). *Amazon.* Archived (https://web.archive.org/web/20190626211417/https://www.amazon.com/dp/B0002WZN 8K/) from the original on June 26, 2019. Retrieved January 3, 2009.

206. "*Friends*: Complete Season 8 – New Edition [1995]" (https://www.amazon.co.uk/dp/B00064MW4 M/). *Amazon UK.* Archived (https://web.archive.org/web/20190626211412/https://www.amazon.co. uk/dp/B00064MW4M/) from the original on June 26, 2019. Retrieved January 4, 2009.

207. "*Friends* (Season 8) (4 DVD Set)" (https://web.archive.org/web/20090120234301/http://www.jbhifi online.com.au/Product/262004/FRIENDS-%28Season-8%29-%284-DVD-Set%29). JB Hi-Fi. Archived from the original (http://www.jbhifionline.com.au/Product/262004/FRIENDS-(Season-8)-(4-DVD-Set)) on January 20, 2009. Retrieved January 4, 2009.

208. "*Friends – The Complete Ninth Season*" (https://www.amazon.com/dp/B0006ZM8M2/). *Amazon.* Archived (https://web.archive.org/web/20201116035539/https://www.amazon.com/dp/B0006ZM8M 2/) from the original on November 16, 2020. Retrieved January 3, 2009.

209. "*Friends*: Complete Season 9 – New Edition [1995]" (https://www.amazon.co.uk/dp/B0006ZM8M 2/). *Amazon UK.* Archived (https://web.archive.org/web/20201116035542/https://www.amazon.co. uk/dp/B0006ZM8M2/) from the original on November 16, 2020. Retrieved January 4, 2009.

210. "*Friends* (Season 9) (4 DVD Set)" (https://web.archive.org/web/20090120234049/http://www.jbhifi online.com.au/Product/262005/FRIENDS-%28Season-9%29-%284-DVD-Set%29). JB Hi-Fi. Archived from the original (http://www.jbhifionline.com.au/Product/262005/FRIENDS-(Season-9)-(4-DVD-Set)) on January 20, 2009. Retrieved January 4, 2009.

211. "*Friends – The One with All Ten Seasons (Limited Edition)*" (https://www.amazon.com/dp/B000AM 4PBS/). *Amazon.* Archived (https://web.archive.org/web/20201116035510/https://www.amazon.co m/dp/B000AM4PBS/) from the original on November 16, 2020. Retrieved January 3, 2009.

212. "*Friends*: Complete Season 10 – New Edition [1995]" (https://www.amazon.co.uk/dp/B00064MJA E/). *Amazon UK.* Archived (https://web.archive.org/web/20201116035556/https://www.amazon.co. uk/dp/B00064MJAE/) from the original on November 16, 2020. Retrieved January 4, 2009.

213. "*Friends* (Season 10) (4 DVD Set)" (https://web.archive.org/web/20090120234201/http://www.jbhif ionline.com.au/Product/262009/FRIENDS-%28Season-10%29-%284-DVD-Set%29). JB Hi-Fi. Archived from the original (http://www.jbhifionline.com.au/Product/262009/FRIENDS-(Season-10)-(4-DVD-Set)) on January 20, 2009. Retrieved January 4, 2009.

214. "*Friends: The Complete Series Collection (DVD)*" (https://www.wbshop.com/products/friends-the-c omplete-series-collection-25th-anniversary-dvd). *WB Shop.* Archived (https://web.archive.org/web/ 20190812042217/https://www.wbshop.com/products/friends-the-complete-series-collection-25th-a nniversary-dvd) from the original on August 12, 2019. Retrieved August 12, 2019

215. Endrst, James (September 5, 2004). "Matt LeBlanc's *Joey* goes West to seek fame & fortune" (htt p://articles.nydailynews.com/2004-09-05/entertainment/18270318_1_shana-goldberg-meehan-ma tt-leblanc-joey-tribbiani). *Daily News*. Archived (https://web.archive.org/web/20120112150426/htt p://articles.nydailynews.com/2004-09-05/entertainment/18270318_1_shana-goldberg-meehan-ma tt-leblanc-joey-tribbiani) from the original on January 12, 2012. Retrieved January 4, 2009.

216. Levin, Gary (July 24, 2003). "NBC has sitcom plans for *Friends* pal Joey" (https://www.usatoday.c om/life/television/news/2003-07-23-joey_x.htm). *USA Today*. Archived (https://web.archive.org/we b/20090124143800/http://www.usatoday.com/life/television/news/2003-07-23-joey_x.htm) from the original on January 24, 2009. Retrieved December 30, 2008.

217. "*Joey* finds new friends on NBC" (http://edition.cnn.com/2004/SHOWBIZ/TV/09/10/joey.debut/). CNN. September 10, 2004. Archived (https://web.archive.org/web/20090122070106/http://edition. cnn.com/2004/SHOWBIZ/TV/09/10/joey.debut/) from the original on January 22, 2009. Retrieved January 4, 2009.

218. Weintraub, Joanne (July 11, 2004). "*Joey* co-star looking for sitcom laughs" (https://web.archive.or g/web/20060209060112/http://www.jsonline.com/enter/tvradio/jul04/242989.asp). *Milwaukee Journal Sentinel*. Archived from the original (http://www2.jsonline.com/enter/tvradio/jul04/242989.a sp) on February 9, 2006. Retrieved January 4, 2009.

219. de Moraes, Lisa (September 11, 2004). "*Joey & The Apprentice*: Downright Unfriendly" (https://ww w.washingtonpost.com/wp-dyn/articles/A13051-2004Sep10.html). *The Washington Post*. Archived (https://web.archive.org/web/20121111134349/http://www.washingtonpost.com/wp-dyn/articles/A1 3051-2004Sep10.html) from the original on November 11, 2012. Retrieved December 30, 2008.

220. "Weekly Program Rankings" (https://web.archive.org/web/20090120204556/http://abcmedianet.co m/web/dnr/dispDNR.aspx?id=032106_05). ABC Medianet. March 21, 2006. Archived from the original (http://abcmedianet.com/web/dnr/dispDNR.aspx?id=032106_05) on January 20, 2009. Retrieved December 30, 2008.

221. Bauder, David (May 15, 2006). "NBC Betting on Aaron Sorkin's New Drama" (https://www.washing tonpost.com/wp-dyn/content/article/2006/05/15/AR2006051500555.html). *The Washington Post*. Archived (https://web.archive.org/web/20121111134417/http://www.washingtonpost.com/wp-dyn/c ontent/article/2006/05/15/AR2006051500555.html) from the original on November 11, 2012. Retrieved December 30, 2008.

# Further reading

- Littlefield, Warren (May 2012). "With *Friends* Like These" (https://www.vanityfair.com/culture/2012/ 05/friends-oral-history-top-of-the-rock). *Vanity Fair*. Archived (https://web.archive.org/web/201904 22233352/https://www.vanityfair.com/culture/2012/05/friends-oral-history-top-of-the-rock?verso=tr ue) from the original on April 22, 2019. Retrieved April 22, 2019. An oral history.

**Articles concerning the cultural influence of the program:**

- Allen, Samantha (September 12, 2014). "The Best Reason to Love 'Friends' Is the One We Never Realized at the Time" (http://mic.com/articles/98732/the-best-reason-to-love-friends-is-the-one-we -never-realized-at-the-time). United States: Mic.
- Ihnat, Gwen (August 18, 2014). "How 'Friends' Changed the Sitcom Landscape" (https://www.avcl ub.com/article/how-friends-changed-sitcom-landscape-207938). *The A.V. Club*. United States.

Case #6:23-cv-06025-FPG-MWP

- Harrison, Andrew (September 12, 2014). "The Hunting of the Snark: *Friends*, 20 Years On" (http://www.newstatesman.com/culture/2014/09/hunting-snark-friends-20-years). *New Statesman*. United Kingdom.

# External links

- Official website (https://www.warnerbros.com/tv/friends-complete-series-collection) ✎
- *Friends* (https://www.imdb.com/title/tt0108778/) at IMDb
- *Friends* (https://www.rottentomatoes.com/tv/friends) on Rotten Tomatoes
- *Friends* (https://curlie.org/Arts/Television/Programs/Comedy/Sitcoms/Friends) at Curlie
- *Friends* (https://interviews.televisionacademy.com/shows/friends) at The Interviews: An Oral History of Television

Retrieved from "https://en.wikipedia.org/w/index.php?title=Friends&oldid=1142434504"

○  46/46

**Case #6:23-cv-06025-FPG-MWP**

Case 6:23-cv-06025-FPG-MWP   Document 15-2   Filed 04/04/23   Page 47 of 104


**WIKIPEDIA**
The Free Encyclopedia

# Sex and the City

Case #6:23-cv-06025-FPG-MWP    1/9 88    9 88

**Sex and the City** is an American romantic comedy-drama television series created by Darren Star for HBO. An adaptation of Candace Bushnell's newspaper column and 1996 book anthology of the same name, the series premiered in the United States on June 6, 1998, and concluded on February 22, 2004, with 94 episodes broadcast over six seasons. Throughout its development, the series received contributions from various producers, screenwriters, and directors, principally Michael Patrick King.

*Sex and the City* has received both acclaim and criticism for its subjects and characters, and is credited with helping to increase HBO's popularity as a network.[1] The series has won several accolades, including seven of its 54 Emmy Award nominations, eight of its 24 Golden Globe Award nominations, and three of its 11 Screen Actors Guild Award nominations. The series placed fifth on *Entertainment Weekly*'s "New TV Classics" list,[2] and has been listed as one of the best television series of all time by *Time* in 2007 and *TV Guide* in 2013.[3][4] The series still airs in syndication worldwide. It spawned two feature films, *Sex and the City* (2008) and *Sex and the City 2* (2010), and a prequel television series commissioned by The CW, *The Carrie Diaries* (2013–14).

A sequel series titled *And Just Like That...* premiered on HBO Max on December 9, 2021.[5] The series features Parker, Davis and Nixon reprising their roles, with Cattrall choosing not to return partly due to her long-standing and ongoing feud with Parker.[5]

## Overview

Set in New York City, the series follows the lives of four women —three in their mid-thirties and one in her forties—who, despite their different natures and ever-changing sex lives, remain inseparable and confide in each other. Starring Sarah Jessica Parker (as Carrie Bradshaw) and co-starring Kim Cattrall (as Samantha Jones), Kristin Davis (as Charlotte York), and Cynthia Nixon (as Miranda Hobbes), the series had multiple continuing storylines that tackled relevant and modern social issues such as sexuality, safe sex, promiscuity, and femininity, while exploring the difference between friendships and romantic relationships. The show's protagonist Carrie Bradshaw narrates the series, which follows

| Sex and the City | |
|---|---|
|  | |
| Title card for seasons 4–6, without the Twin Towers | |
| Genre | Romantic comedy |
| | Comedy drama |
| | Sex comedy |
| Created by | Darren Star |
| Based on | *Sex and the City* by Candace Bushnell |
| Starring | Sarah Jessica Parker |
| | Kim Cattrall |
| | Kristin Davis |
| | Cynthia Nixon |
| Narrated by | Sarah Jessica Parker |
| Theme music composer | Douglas J. Cuomo |
| | Tom Findlay |
| Opening theme | "Sex and the City Theme" |
| Composers | Douglas J. Cuomo (1998–1999) |
| | Bob Christianson (2000–2004) |
| Country of origin | United States |
| Original language | English |

the better portion of the four women's early lives. It was the writers' way of analyzing social life—from sex to relationships—through each of their four very diverse, individual views.

# Development

The show is based on writer Candace Bushnell's column "Sex and the City" published in *The New York Observer,* which was later compiled into a book of the same name. Bushnell has said in several interviews that the Carrie Bradshaw in her columns is her alter ego; when she started the column she wrote from her first-person perspective, but later invented Carrie, who was introduced as Bushnell's friend, so her parents would not be aware that they were reading about her sex life. Bushnell and the television version of Carrie (who had no last name in the column) have the same initials, a flourish emphasizing their connection. Moreover, like Bushnell, Carrie writes columns for the fictional *New York Star* which are also compiled into a book later in the series, and later becomes a writer for *Vogue.*[6]

Bushnell worked with television producer Darren Star, whom she had met while profiling him for *Vogue,* to adapt the columns for television. HBO and ABC were interested in the series, but Star decided to offer it to HBO for more creative freedom.[7] Star wrote the pilot with Parker in mind as Carrie. According to Parker, "I was flattered but didn't want to do it. He convinced me, begged me to do it, and I signed a contract."[8] The pilot episode was subsequently shot in June 1997, a year before the series premiered.[9][10] However, Parker disliked the pilot, saying "I hated the look, the clothes ... I didn't think it worked" and feared it would end her career.[8] She wanted to get out of the contract, offering to work in three HBO movies unpaid. Though Star would not release her, he listened to her concerns and implemented major changes before shooting the first season. Parker said: "The funny thing, after the first episode of season one, I never looked back and the rest is history. I never thought, though, that the show would become what it has become."[8]

# Cast and characters

## Carrie Bradshaw

Carrie Bradshaw (Sarah Jessica Parker) is the narrator and main protagonist, played by Sarah Jessica Parker, with each episode structured around her train of thought while writing her weekly column "Sex and the City" for the fictitious paper,

| | |
|---|---|
| No. of seasons | 6 |
| No. of episodes | 94 (list of episodes) |
| **Production** | |
| Executive producers | Darren Star |
| | Michael Patrick King |
| | John P. Melfi |
| | Jenny Bicks |
| | Sarah Jessica Parker |
| | Cindy Chupack |
| Producers | Jane Raab |
| | Antonia Ellis |
| | Julie Rottenberg |
| | Elisa Zuritsky |
| Production location | New York City |
| Editors | Michael Berenbaum |
| | Wendey Stanzler |
| | Kate Sanford |
| Camera setup | Single-camera |
| Running time | 25 minutes (seasons 1–2) |
| | 30 minutes (seasons 3–6) |
| Production companies | Darren Star Productions |
| | HBO Entertainment |
| **Release** | |
| Original network | HBO |
| Picture format | NTSC (original broadcast) |
| | HDTV 1080p (2021 remaster) |
| Audio format | Dolby Surround (1998–2002) |
| | Stereo (2003–2004) |
| | 5.1 surround sound (2021 remaster) |

3/28/23, 11:30 AM

Sex and the City - Wikipedia

Case #6:23-cv-06025-FPG-MWP



Columnist Carrie Bradshaw is played by Sarah Jessica Parker

| Original release | June 6, 1998 – February 22, 2004 |
|---|---|
| **Chronology** | |
| Related | *The Carrie Diaries* |
| | *And Just Like That...* |

the *New York Star*. A member of the New York glitterati, she is a club/bar/restaurant staple known for her unique fashion sense and lives in a studio apartment in an Upper East Side brownstone. Stanford Blatch, a gay talent agent from an aristocratic family (played by Willie Garson), is Carrie's best friend outside of the other three women.

Carrie is entangled with Mr. Big (Chris Noth), a prominent businessman, an aficionado of jazz and cigars, and a smooth-talking philanderer. Carrie and Big engage in a tumultuous, on-and-off-again relationship, and he is the reason for many of Carrie's breakdowns as he never seems ready to fully commit to her. He is once-divorced by the time the series opens. (In a running joke, whenever Carrie is about to introduce Mr. Big on-camera to another character, she is interrupted before she can say his name, which is John James Preston, revealed in the final episode (Season 6, Episode 20)).

Carrie and Big break up a second time in Season 2 when he leaves New York for a work trip to Paris for the summer and does not show willingness for Carrie to accompany him nor to continue a long-distance relationship, citing commitment issues. Carrie is heartbroken and some months later runs into Big at a party in the Hamptons. He is accompanied by his 20-something year-old girlfriend, Natasha, whom he met in Paris. Despite this, Carrie attempts to be friends with Big. However, this goes awry when he tells her that he and Natasha are getting married, something he'd never considered with Carrie.

In season 3, Carrie meets and is instantly attracted to up-and-coming Manhattan furniture designer Aidan Shaw (John Corbett) who becomes her boyfriend. Aidan is more traditional and patient about relationships than many of Carrie's other love interests, and for a while they are happy together. At a furniture show, the pair run into Natasha and Big, who confides to Carrie that he made a mistake marrying Natasha and wants out. Soon afterward, Big and Carrie begin an affair, which ends only when Natasha catches Carrie at Big's apartment and falls down the stairs while chasing after Carrie. Carrie ends up taking her to the hospital and breaks up with Big.

Wracked with guilt, Carrie tells Aidan of the affair on the day of Charlotte's wedding to Trey, and Aidan breaks up with her. Aidan and Carrie reunite in Season 4, when Aidan opens a bar with Miranda's ex, Steve. Carrie realizes she is still in love with Aidan and wins him back. He struggles to trust her, particularly as Mr. Big has gotten divorced from Natasha, and he and Carrie maintain a platonic friendship. Carrie stands firm on her friendship with Big, even inviting him up to Aidan's cabin after a girl had broken up with him. Though it's clear she and Aidan are very different people, they keep trying to meld their lives.

When Carrie's building goes co-op, Aidan offers to buy her apartment (and the one next door) so they can move in together. She agrees and later finds an engagement ring in his gym bag. Aidan later proposes, and Carrie accepts, though she's not sure it's the right thing.

Aidan is initially patient with Carrie's reluctance to set a wedding date but soon begins to push her, suggesting they get married in Hawaii. Carrie has a panic attack whilst trying on wedding dresses with Miranda, and again when Aidan is knocking down the wall between her apartment and the one next

door. She confesses to Aidan that she's not ready and needs more time. He agrees to slow things down but, at a Black and White ball not long afterward, he pressures her to commit, making it clear that he still doesn't trust that she's over Big. Carrie cannot commit, and they break up soon afterward.

After their affair, over seasons four, five and six, Carrie and Big become real friends, and she thinks she's put her feelings for him in the past. But when Big comes to town in the final season to get "a little heart thing" done, she realizes she still has feelings for him. When Big has a medical hiccup, Carrie takes care of him, and suddenly Big's heart opens to her. It's short-lived however and Carrie decides she's finished with his inability to commit and finished with him.

The famous artist Aleksandr Petrovsky (Mikhail Baryshnikov) becomes Carrie's lover in the final season. Despite their age difference, he sweeps her off her feet with huge romantic gestures and shows her foreign pockets of New York she has never seen before.

Aleksandr invites Carrie to move to Paris with him for his work, which is doubly meaningful for Carrie, since it's a reminder of something Big wouldn't do. The rest of the women are not keen on Aleksandr, particularly Miranda, who feels that he is controlling and that Carrie is different around him.

On the night before Carrie leaves, Mr. Big turns up at her home, apologizing for how he acted after his heart surgery, and clearly wanting to get closer. The two argue in the street with Carrie accusing him of turning up whenever she's happy to ruin things for her. She tells him she's moving to Paris and to leave her alone.

When Carrie arrives in Paris, she finds Aleksandr frequently absent with work on his art show. She is left to wander the streets of Paris alone day after day and begins to regret her decision. She calls Miranda and tells her that she's lonely because Alek is neglecting her, and that she's been thinking about Big.

Meanwhile, back in New York, Charlotte hears a message Mr. Big leaves Carrie on her answering machine admitting that he loves her. Charlotte invites Big to the coffee shop where he enlists the help of Carrie's friends, asking if they think he has a chance. Miranda, armed with the information from Carrie's call, simply says, "Go get our girl", and Big goes to Paris to win her back.

Carrie, having once again been abandoned by Aleksandr (having given up the opportunity to go to a party with some new friends to accompany him to a preview of his show), has it out with him in their hotel room. Aleksandr accidentally smacks Carrie in the face and breaks her diamond necklace.

As Carrie is in the lobby, trying to obtain a room for the night, Big walks in. They see each other, he tells her she's "the one" (something she's been waiting for their entire relationship), and he takes her home to New York.

## Charlotte York

Charlotte York (Kristin Davis) has had a conventional, privileged Episcopalian Connecticut upbringing and works in an art gallery. Charlotte is a classic over-achiever and perfectionist: a "straight A" student who attended Smith College, was a member of Kappa Kappa Gamma (note that there are no sororities at the real Smith College) majoring in art history with a minor in finance. During the series, it is also revealed that Charlotte was voted homecoming queen, prom queen, "most popular", student body president, and track team captain, in addition to being an active cheerleader and teen model.

P   5/5

She is the antithesis of Samantha: optimistic, hopelessly romantic, and a believer in true love and soul mates. She places the most emphasis on emotional love as opposed to lust. From the beginning, Charlotte is searching for her "knight in shining armor", and nothing shakes her belief of finding "the one", getting married, and starting a family. All her dating activity during the show is in pursuit of a long-term, monogamous boyfriend with a view to marriage. As such, she typically dates men of "pedigree", status and money (bankers, doctors, lawyers, etc.).



Case #6:23-cv-06025-FPG-MWP

Charlotte can be a dark horse, and we learn that she once had a dalliance with an Orthodox Jewish artist, she dressed in drag for a portrait, and she allowed an artist to paint a picture of her vulva. She can be an "East Side Princess" sometimes, and she and Samantha occasionally come to blows over their differing opinions about love and sex.

In season 3, Charlotte decides she will be married that year and sets about canvassing her married friends to set her up on dates. One married friend usurps her blind date to try and start an affair with her. Horrified, she dashes into the street and trips in front of a taxi, carrying Trey MacDougal (Kyle MacLachlan), an attractive, old-money, Scottish-American cardiologist with pedigree, a Park Avenue apartment and country estate in Connecticut.

Art dealer and housewife Charlotte York Goldenblatt is played by Kristin Davis

They fall in love at first sight, and he appears to be everything she has always wanted. Things move quickly and Charlotte, convinced he is the one, suggests they marry. He agrees, and they are married very shortly afterward (with the help of wedding planner Anthony Marentino; a gay Sicilian who is as forceful as Charlotte is timid).

Wishing to "do things the right way," Charlotte has withheld having sex with Trey, hoping for a romantic and traditional wedding night. On the evening before the big day, she gets drunk with the other women and goes to Trey for sex. Unfortunately, it does not go well; Trey reveals he suffers from impotence (though he won't say the word).

While concerned, Charlotte presses ahead with the wedding. Although, minutes before waling down the aisle, she confides in Carrie about what happened the night before and nearly does not go through with the marriage. As the marriage begins things do not get any better in their intimate relationship, and Trey refuses to address matters either physically or psychologically, resisting their marriage counselor's advice. Matters are not helped by Trey's overbearing mother Bunny (Frances Sternhagen), a manipulative sort who intrudes on Trey and Charlotte's relationship and apartment on a regular basis. Not long into the marriage, on a weekend trip to the MacDougal country estate, Charlotte, frustrated by Trey's lack of sexual attention, kisses the hunky gardener, and is caught by a relative. Though Trey suggests they can stay together and have separate lives, Charlotte won't accept this. She and Trey separate, and she moves back into her old apartment.

While separated, Trey suddenly gets his mojo back and they mend their sexual relationship. But it takes Charlotte getting fed up with being a slave to "the penis" that convinces Trey to grow up and invite Charlotte to move back in, which she does. All seems to be well, and soon Trey tells Charlotte he's ready to try for a baby. Having no luck with natural method of conception, Charlotte seeks fertility treatment and is told she has a very low chance of becoming pregnant. Seeking other options, she begins hormone injections and looks into adopting a Chinese baby girl, which Bunny does not approve of.

A combination of these factors once again ignites old tensions with Trey and Bunny, culminating in Trey's deciding he no longer wants a family. Charlotte tries to adjust to this change, but is clearly upset, since having a husband and family were her dream. Trey finally tells Charlotte that she shouldn't have to give up her dream for him. Trey lets Charlotte keep their apartment after he moves out. However, Bunny is not content to let Charlotte keep the apartment and the apartment becomes a contentious aspect of the divorce proceedings.

When Charlotte's marriage ends, she meets Harry Goldenblatt (Evan Handler), her Jewish divorce lawyer, at the beginning of season 5. She is not attracted to him initially but, spurred on by Anthony, she starts a purely physical relationship with Harry. Harry is the opposite of Trey: short, bald, hairy, uncouth but funny, passionate, and attentive. Their sexual relationship is fulfilling, and eventually they begin dating properly. However, Harry says he cannot be serious with Charlotte because she isn't a Jew.

Believing Harry to be her future, Charlotte converts to Judaism and this sees her struggle with losing her Christian faith and ideologies including Christmas and Easter. After her conversion, Charlotte celebrates her first Shabbat with Harry but loses her temper when he appears to not appreciate all her efforts. The argument quickly devolves into Charlotte's badgering Harry to propose and, feeling pressured, he storms out, and they break up, but not before revealing that Charlotte's dream was in reach after all, that he'd bought a ring.

Charlotte is heartbroken but tries to move on with her life. Some time later, at a singles event at the synagogue, she bumps into Harry. She tells him she loves him and doesn't care if he never marries her as long as they can be together. Having missed her, too, Harry proposes, and they marry in a traditional Jewish ceremony.

Charlotte, against all the odds, becomes pregnant after acupuncture therapy but loses the baby very early on. Charlotte is crushed, but they later go on to adopt a baby girl, Lily, from China, and it is revealed during *Sex and the City: The Movie* that Charlotte later naturally conceives and gives birth to the couple's second daughter, Rose.

## Samantha Jones



Kim Cattrall plays PR business woman Samantha Jones

The oldest and most sexually confident of the foursome, Samantha Jones (Kim Cattrall) is an independent businesswoman with a career in public relations (PR). She is confident, strong, and extremely outspoken, and calls herself a "try-sexual" (meaning she'll try anything once). Early on in the show, Samantha declares she has given up on relationships and has decided to just have sex "like a man", that is: without emotions or feelings, and purely for physical gratification.

Samantha has numerous, extremely brief sexual relationships throughout the show, including a lesbian relationship with an artist named Maria (Sônia Braga). This is her first stab at monogamy, but she soon gets bored and goes back to her old ways. Later, she wins the PR business for hotel magnate Richard Wright (James Remar), who is her male equivalent: good-looking, sexually carefree, and not interested in long-term relationships. She and Richard soon end up together and Samantha feels herself falling for him and is no longer attracted to other men.

Frightened by this, she attempts to hide her feelings but Richard is also falling for her. He pursues her with expensive gifts and romantic gestures, and despite her reluctance, they begin a monogamous relationship. Not long afterward, Samantha becomes suspicious of Richard and catches him cheating on her, which breaks her heart. They reunite not long afterward when Richard apologizes and showers her with expensive gifts. Samantha initially resists and trashes his reputation all over town but soon she gives in and takes him back. Soon after, Samantha develops jealousy and is unable to trust Richard around other women. She decides to end the relationship before he breaks her heart again.

In the final season, Samantha seduces young waiter Jerry/Smith Jerrod (Jason Lewis), a much younger struggling actor. Samantha and Smith have intense sexual chemistry, but she treats him as just another casual fling, although she gives him PR help to bolster his acting career. He mentions being a recovering alcoholic who attends AA. Samantha isn't looking for anything serious but she is bothered that Smith seems too immature for her. Just when she starts being jealous of Carrie's relationship with the worldly Aleksandr, she runs into Richard Wright at a party she attends with Smith. She and Richard have a brief sexual encounter, but it's clear she's upset it wasn't what she thought she wanted. Samantha cries in the elevator, both for the meaningless sex with Richard and for hurting Smith, but she's surprised to find Smith waiting for her in the lobby.

Smith manages to win Samantha's heart thanks to the strength of their physical connection, and the fact that he just won't put up with her attitude. When Samantha is diagnosed with breast cancer and undergoes chemotherapy treatments, she tries to push him away, but Smith won't be budged. He's there for her, no matter what. When she loses her hair, Smith shaves his head to support her. When she loses her sex drive due to chemo, she is willing to give him his sexual freedom when he's shooting a movie on location. Smith is patient, however, and refuses. When Smith flies back to surprise Samantha in the middle of the night and tell her he loves her, she doesn't respond in kind, she tells him he's meant more to her than any man she's ever known.

They remain together and, in the first movie, it is revealed that Samantha has moved to Los Angeles with Smith to further his career and become his manager/agent. However, she breaks up with him in the end because as much as she loves him, she feels she's made their relationship and his career first priority ahead of herself. And she loves herself too much to do that. Plus, she misses having a smorgasbord of men, and she misses her life in New York. She and Smith stay friends.

## Miranda Hobbes

Miranda Hobbes (Cynthia Nixon) is a career-minded lawyer with cynical views on relationships and men, something she struggles with throughout the show. A 1990 Harvard Law School graduate from the Philadelphia area, she is Carrie's confidante and voice of reason.

Carrie sets up Miranda on a blind date with her geeky friend Skipper, but he is too sweet and passive for Miranda.

Miranda's main relationship is with bartender Steve Brady (David Eigenberg), whom she meets by chance one night. They have a one-night stand, but Steve pursues Miranda, eventually becoming her boyfriend.

Steve and Miranda have a great relationship, but Steve feels uncomfortable with Miranda's success and money given that he makes a low wage. Things come to a head when Miranda attempts to buy Steve a suit to wear to an event at her law firm. He refuses, maxes out his credit



Cynthia Nixon plays the role of lawyer Miranda Hobbes

Sex and the City - Wikipedia

cards to buy it, but then returns it and breaks up with her, saying that she deserves someone who is more on her level. Miranda is crushed and wonders if she is being punished for being a financially successful career woman.

Case #6:23-cv-06025-FPG-MWP

Later, in season 2, Miranda runs from Steve when she sees him on the street, but he goes to her house to confront her. They start hanging out as friends but eventually end up getting back together, and Steve moves into Miranda's apartment. Steve is keen to move things forward in their relationship by having a baby, but Miranda cites her career as a barrier to this as she is on partner track at her law firm. Instead, they agree to get a puppy, which proves to be a disaster as she feels she is doing all the work, and Steve behaves like an overgrown child. They break up.

Steve takes Miranda's criticisms to heart and later opens his own bar with Carrie's ex Aidan Shaw. Miranda runs into Steve, who tells her about the bar and thanks her for spurring him on. They begin a friendship of sorts.

In season 4, we discover that Steve has testicular cancer, and Miranda sets out to "help" Steve, realizing he doesn't have healthcare. She helps him through his operation and subsequent treatment, and they become close.

Steve confides that he is depressed about losing a testicle. Feeling sorry for him, Miranda has sex with him. Soon afterward, Miranda discovers she is pregnant (something she thought was impossible, as she had been diagnosed with a "lazy ovary").

At the same time, Charlotte is struggling to get pregnant with Trey's baby and is furious when she discovers that Miranda is not only pregnant but is planning to have an abortion. At the clinic with Carrie, Miranda decides she cannot go through with the procedure and decides to keep the baby. She later gives birth to a son whom she names Brady (Steve's last name).

She and Steve share custody, and raise him with the help of Miranda's hired housekeeper/nanny Magda, an older Ukrainian/Eastern European woman who remains a constant in Miranda's life. The show charts Miranda's struggle as a single, working professional mother and her feelings at losing her old single life.

Miranda later realizes she is still in love with Steve. Unfortunately, before she can confess this to Steve, he announces he has a new girlfriend, Debbie—a much younger girl from his native Queens area of New York. Not wishing to rock the boat, Miranda decides not to tell Steve, and things remain platonic between them.

Soon afterward, a new man moves into Miranda's building: Robert Leeds, an attractive African-American doctor who works for the New York Knicks basketball team. He is divorced, handsome, and makes it clear that he is interested in Miranda. They start a relationship that becomes serious when Robert tells Miranda he loves her (albeit by giving her a giant cookie with the words, "I Love You", written on it in chocolate chips).

Miranda feels unable to say it back to him, though, and in a moment of epiphany at Brady's first birthday party, she blurts out to Steve that she loves him and is sorry for losing him. Steve reassures her that he loves her too, and soon afterward they break up with their respective partners and get back together.

Miranda and Steve decide to marry in a low-key ceremony in a community garden. Living together in Miranda's one-bedroom apartment (in the same building as her now-hostile ex, Robert) proves to be cramped, and they decide to buy a bigger place and eventually move to a house in Brooklyn (much to

Case 6:23-cv-06025-FPG-MWP   Document 15-2   Filed 04/04/23   Page 55 of 104

Case #6:23-cv-06025-FPG-MWP

Miranda's initial dismay).

In the final episodes of season 6, Miranda and Steve care for Steve's mother Mary, who is suffering from dementia/Alzheimer's. Miranda tells Steve that his mother can come stay with them in the Brooklyn house and even bathes her when Mary has a bad episode. Magda comments to Miranda that the things she does for Mary are what's called love.

## Recurring roles

### List of notables recurring roles during series

## WIKIPEDIA
The Free Encyclopedia

# *Sex and the City* (film)

P₁    1/3    P1
Case #6:23-cv-06025-FPG-MWP    3β8S.

***Sex and the City*** (advertised as ***Sex and the City: The Movie***) is a 2008 American romantic comedy film written and directed by Michael Patrick King in his feature film directorial debut.[2] It is a continuation of the 1998–2004 television series about four friends, Carrie Bradshaw (Sarah Jessica Parker), Samantha Jones (Kim Cattrall), Charlotte York Goldenblatt (Kristin Davis) and Miranda Hobbes (Cynthia Nixon),[2] and their lives as women in New York City.

The world premiere took place at Leicester Square in London on May 15, 2008, and premiered on May 28, 2008, in the United Kingdom and on May 30, 2008, in the United States. Despite mixed reviews from critics, calling the film an extended episode of the series, it was a commercial success, grossing over $415 million worldwide from a $65 million budget.

A sequel to the film, titled *Sex and the City 2*,[3] was released in 2010 to similar commercial success but even larger critical failure. A third film was announced in December 2016, but was ultimately cancelled and replaced by a sequel miniseries, *And Just Like That...*, on HBO Max.[4]

## Plot

Taking place a few years after the events of the *Sex and the City* television series, Carrie is now in a committed relationship with Mr. Big, and they are viewing apartments with plans to move in together. Carrie falls in love with a penthouse far from their price range. Big offers to pay for it. Carrie offers to sell her own apartment, although she also fears that she would have no legal rights to their home in case they separate, as they are not married. To quell her fears, Big suggests that they marry. Charlotte hires her longtime friend, Anthony Marantino, as the wedding planner.

Carrie shows Anthony and Charlotte the vintage suit she plans to marry Big in, but no one except Carrie loves it. Carrie is asked by her Vogue editor Enid to do a spread for Vogue called "The Last Single Girl". She gets to dress up in fancy couture gowns and is gifted a gown from



| **Sex and the City** | |
|---|---|
| *Theatrical release poster* | |
| **Directed by** | Michael Patrick King |
| **Written by** | Michael Patrick King |
| **Based on** | *Sex and the City* by Candace Bushnell *Sex and the City* by Darren Star |
| **Produced by** | Sarah Jessica Parker Michael Patrick King Darren Star John Melfi |
| **Starring** | Sarah Jessica Parker Kim Cattrall Kristin Davis Cynthia Nixon Jennifer Hudson Candice Bergen Chris Noth |

Case #6:23-cv-06025-FPG-MWP

Vivienne Westwood, which she decides to wear instead of her suit. The ensuing publicity of her engagement blows up her small wedding to a big affair, which makes Big increasingly uncomfortable.

Miranda, who has settled down in Brooklyn with Steve to raise Brady together, has been so busy with work, that she has not had sex with Steve in six months. When Steve confesses he has cheated on her, Miranda is devastated and immediately leaves him. At Carrie and Big's rehearsal dinner, Steve tries to reconcile with Miranda, but she is still upset and tells Big bluntly that marriage ruins everything. On the wedding day, a stressed-out Big cannot go through with the ceremony. As a devastated Carrie flees the wedding, Big quickly realizes his mistake and catches up with Carrie, who furiously attacks him with her bouquet in the middle of a one-way street.

| | |
|---|---|
| Cinematography | John Thomas |
| Edited by | Michael Berenbaum |
| Music by | Aaron Zigman |
| Production companies | New Line Cinema |
| | Home Box Office |
| Distributed by | Warner Bros. Pictures |
| Release dates | May 12, 2008 (Leicester Square) |
| | May 30, 2008 (United States) |
| Running time | 145 minutes[1] |
| Country | United States |
| Language | English-english |
| Budget | $65 million |
| Box office | $418.8 million |

Miranda tells Charlotte that she may have upset Big, and she wants to tell Carrie. Charlotte tells her not to, as Big has always had doubts about marriage. To console Carrie, the women take her on the honeymoon that she had booked to Mexico, where they de-stress and collect themselves. Upon returning to New York, Carrie hires an assistant, Louise, to help her manage her life. She gets her apartment back, and Louise helps her put up her website. Charlotte, who is married to Harry and has adopted a Chinese girl named Lily, learns she is pregnant. She is fearful that something might happen to her baby, but Carrie reassures her.

On Valentine's Day, Carrie and Miranda have dinner, where she tells Miranda that reading the Vogue article about her and Big's engagement made her realize that she had become so consumed with the wedding that it was not about her and Big anymore; it was all about her. Miranda then confesses to Carrie that she made Big upset and doubtful at the rehearsal dinner. Carrie is furious that she had ruined her wedding. After a few days, Miranda gets Carrie to talk to her, and begs for her forgiveness; Carrie asks that she does the same for Steve. Miranda attends couples counseling with Steve and they eventually reconcile.

Meanwhile, Samantha is now living in Los Angeles to be close with Smith, but often flies to New York to hang out with Carrie, Miranda and Charlotte. As she returns to Los Angeles, she is shown to be lonely, with Smith constantly shooting films from morning until night. Watching her sexy neighbor Dante have sexual flings, she buys a dog, overeats and goes shopping to distract herself. Finally admitting she misses her old single life even though she loves Smith, she breaks up with him and moves back to New York. Meanwhile, Louise quits her job to move back to St. Louis and get married.

Later, Charlotte encounters Big, leaving her so outraged that her water breaks. Big takes her to the hospital and waits until baby Rose is born, hoping to see Carrie. Harry tells Carrie that Big would like her to call him, having written to her frequently but never receiving a reply. Carrie soon finds in Louise's files that he has sent her many emails: letters copied from books she read him before their wedding, culminating with one of his own where he apologizes for screwing up and promises to love her forever.

Carrie goes to the penthouse Big had bought for them to collect a pair of brand new Manolo Blahnik shoes that she had left there. She finds Big in the walk-in closet he had built for her. Her anger at his betrayal dissipates and she runs into his arms. After reflecting on how perfectly happy they were

before talking about marriage, Big proposes to Carrie, using one of her crystal-encrusted shoes in place of a ring. They marry alone in a simple wedding in New York City Hall, with Carrie wearing the simple vintage suit. Miranda, Samantha, and Charlotte turn up to surprise her, having been called by Big.

The film ends with the four women sipping cosmopolitans, celebrating Samantha's 50th birthday, with Carrie making a toast to the next 50 years.

$P_1$          3/3

Case #6:23-cv-06025-MWP

# Cast

- Sarah Jessica Parker as Carrie Bradshaw
- Kim Cattrall as Samantha Jones
- Kristin Davis as Charlotte York Goldenblatt
- Cynthia Nixon as Miranda Hobbes
- Chris Noth as John James "Mr. Big" Preston
- Jennifer Hudson as Louise, Carrie's Assistant
- David Eigenberg as Steve Brady
- Jason Lewis as Jerry "Smith" Jerrod
- Evan Handler as Harry Goldenblatt
- Willie Garson as Stanford Blatch
- Mario Cantone as Anthony Marentino
- Lynn Cohen as Magda
- Candice Bergen as Enid Frick
- Annaleigh Ashford as Spoiled Label Queen
- André Leon Talley (cameo) as *Vogue* Magazine Executive
- Joseph Pupo as Brady Hobbes, Miranda and Steve's Son
- Alexandra and Parker Fong as Lily Goldenblatt, Charlotte and Harry's Daughter
- Gilles Marini as Dante
- Monica Mayhem as Dante's Lover #1
- Julie Halston as Bitsy Von Muffling
- Daphne Rubin-Vega as Baby-Voiced Girl
- Ben Rindner as The Waiter
- Bridget Everett as Drunk Party Girl
- Veanne Cox as Halloween Woman #1
- Philipp Christopher as Married Man

# Production

## Development

At the end of *Sex and the City*'s run in 2004, there were indications of a film being considered following the series. HBO announced that Michael Patrick King was working on a possible script for the film which he would direct.[5] Later that year, Kim Cattrall declined to work on the project citing reasons that the script and the start date were overly prolonged and she decided to take other offers at hand.[6] As a result, the immediate follow-up ideas for the film were dropped.

**WIKIPEDIA**
The Free Encyclopedia

Case #6:23-cv-06025-FPG-MWP

# *Girlfriends* (2000 TV series)

***Girlfriends*** is an American sitcom television series that premiered on September 11, 2000, on UPN and aired on UPN's successor network, The CW, before being cancelled in 2008. The final episode aired on February 11, 2008.

## Episodes

| Season | Episodes | Originally aired | | Netwo |
|---|---|---|---|---|
| | | First aired | Last aired | |
| 1 | 22 | September 11, 2000 | May 14, 2001 | |
| 2 | 22 | September 10, 2001 | May 20, 2002 | |
| 3 | 25 | September 23, 2002 | May 19, 2003 | UPN |
| 4 | 24 | September 15, 2003 | May 24, 2004 | |
| 5 | 22 | September 20, 2004 | May 23, 2005 | |
| 6 | 22 | September 19, 2005 | May 8, 2006 | |
| 7 | 22 | October 1, 2006 | May 7, 2007 | The C |
| 8 | 13 | October 1, 2007 | February 11, 2008 | |

## Broadcast history

The series debuted on UPN on Monday September 11, 2000. After airing for several years on the network at 9/8C on Mondays, The CW moved *Girlfriends* to Sundays at 8/7C. After this, the ratings plummeted. On October 9, 2006, *Girlfriends*, along with The CW's other African-American programs, moved back to Mondays. At this point, *Girlfriends* returned to its original time slot.[7]

While UPN was still airing new episodes of *Girlfriends*, the network also began airing reruns five days per week. When the show moved to The CW network after UPN merged with The WB network, MyNetwork TV (which was created to take over UPN's former affiliate stations) picked up the rights to air reruns of *Girlfriends*, although they eventually discontinued running them. WE tv, a network primarily focused on women's programming, later acquired exclusive rights to air the

### *Girlfriends*



| Genre | Sitcom |
|---|---|
| | Comedy drama |
| Created by | Mara Brock Akil |
| Starring | Tracee Ellis Ross |
| | Golden Brooks |
| | Persia White |
| | Jill Marie Jones |
| | Reggie Hayes |
| | Khalil Kain |
| | Keesha Sharp |
| Opening theme | "Girlfriends" performed by Angie Stone |
| Ending theme | "Girlfriends" (instrumental) |
| Country of origin | United States |
| Original language | English |
| No. of seasons | 8 |
| No. of episodes | 172 (list of episodes) |
| **Production** | |
| Executive producers | Kelsey Grammer |
| | Mara Brock Akil |

3/28/23, 11:33 AM                    Girlfriends (2000 TV se...

limited-release episodes on Sundays and exercised an option to not allow broadcast television networks re-broadcast rights to these reruns.

Due to the 2007–08 Writers Guild of America strike, the last episodes produced aired on February 11, 2008. The CW had announced plans to move the series to Sunday nights.[8] However, it was later announced on February 13, 2008 that the series was cancelled after 8 seasons and a proper series finale would not be produced. A representative from The CW stated that the network was going to cancel the series due to low ratings and that it would have been too expensive to re-enter production.[9]

A retrospective episode was in development to conclude the series but was later scrapped. The network had offered the actors only half of their usual episodic salary to take part, and the actors collectively turned the offer down.[10]

# Characters

## Main

- Joan Carol Clayton, Esq: (played by Tracee Ellis Ross) is considered the unofficial "den mother" of the group, as she frequently looks out for her friends even at the expense of dealing with her own problems, which are plentiful throughout the series. Originally from Fresno, Joan owns a home in the Wilton Historic District[11] Joan met Toni when they were children and then met Lynn in college, and Maya is her assistant at the law firm. She has always had relationship problems and gave up her law career to pursue her dreams. She and Toni clash several times throughout the series, resulting in ending and reconciling their friendship. Major incidents involved Joan inadvertently revealing Toni's cheating to Greg, and Joan's jealousy of Toni's marriage to Todd, but their friendship officially ends by the end of Season 6 when Joan fails to appear for Toni's custody hearing. For much of Season 7, Joan mourned the loss of her friendship with Toni, eventually opting to resent and belittle her in front of the group. At the end of Season 7, she became engaged to Aaron Waters, whom she met while rehabilitating homes in New Orleans damaged by Hurricane Katrina; she moved into his home, in West Adams, Los Angeles, while Aaron was deployed to Iraq and rented her house to Lynn.

- Maya Denise Wilkes (née Woods): (played by Golden Brooks) is a former assistant to Joan and a housewife/author. Maya grew up in Compton, California and is married to her high school sweetheart, Darnell (played by Flex Alexander). They have one child, Jabari. Maya is the youngest and sassiest of the group, and is often at odds with Toni over her ego-driven lifestyle. She is a devoted wife and mother, and is frequently depicted with stronger religious and moral convictions. Maya is the most "working-class" member of the group, especially in earlier seasons. In the first few seasons Maya was more obviously "from the hood", with the associated stereotyped speech and mannerisms. However, as she becomes more successful in her career and interacts more extensively with the legal and publishing industries, she exhibits fewer

| | Regina Y. Hicks |
| --- | --- |
| Producers | Kevin Marburger |
| | Mary Fukuto-Salzman |
| | Michele Marburger |
| Camera setup | Multi-camera |
| Running time | 22 minutes |
| Production companies | Paramount Network Television (seasons 1–6) |
| | CBS Paramount Network Television (seasons 7–8) |
| | Grammnet Productions |
| | Happy Camper Productions (seasons 2–8) |
| **Release** | |
| Original network | UPN (2000–06) |
| | The CW (2006–08) |
| Picture format | NTSC (2000–02) |
| | HDTV 1080i (2002–08) |
| Original release | September 11, 2000 – February 11, 2008 |
| **Chronology** | |
| Related | *Moesha* |
| | *The Game* |

stereotypes; while still obviously from a different social background as the rest of the group, she is no longer as caricatured. In the early seasons, Maya's marriage to Darnell imploded after she had an emotional affair with an acquaintance. Later, after she launches a career as a self-help author, they reunite. In Season 8, the couple endured a miscarriage and later explored the possibility of adopting a baby girl. Over the course of the series, Maya lived in South Central Los Angeles, Leimert Park, and finally bought her dream home with Darnell in Lancaster. At the end of Season 7, Maya and Darnell sell their home in Lancaster and move to West Adams, Los Angeles.

- Lynn Ann Searcy: (played by Persia White) was Joan and Toni's roommate at UCLA and lived with Joan for eight years before the series begins. Lynn holds five post-graduate degrees. Born in Virginia to a black father and a bipolar white mother from a wealthy family, Lynn was adopted by a white family in Seattle (her dad affectionately calls her "Noodle"). She did not embrace her black heritage until college. When Joan decides it is time for Lynn to move out of her home, Lynn reluctantly becomes more independent by taking on various, mostly menial jobs. She previously lived with Toni, William, Maya, and Sivad (temporarily); and shared a garage with then-boyfriend Vosco before moving into her own apartment (after becoming a property manager at the complex where Maya lived). She produces a documentary on the HIV/AIDS pandemic, focusing on African-American women. While Lynn is depicted as the most sexually adventurous one of the group (with frequent mentions of one-night stands, group sex, sex toys, and her infamous "Lynn Spin"), she also dates frequently. She is most attracted to artistic and spiritual men, and over the course of the series has relationships with a Jamaican immigrant, a poet, a pastor, and a musician named Finn (the recording artist Tricky). She was also briefly married to William. Her romantic involvement with Lenny (who was so similar to Lynn that the others labeled him as her "brother") was the catalyst for her to search for her biological father. After dating Finn, she discovers that music is her passion, and starts a band called *Indigo Skye*. Lynn is often considered the bohemian of the group, with her carefree nature and down-to-earth personality, and is a vegan. By Season 8, she had signed with "Dirty Girl" Records.

- Antoinette "Toni" Marie Childs-Garrett: (played by Jill Marie Jones, Seasons 1–6) has been Joan's friend since they were eight-years-old, they attended elementary, high school, and college together. Toni grew up on poor on a farm with an alcoholic mother in Fresno, California. Toni is considered the shallow and popular one of the girlfriends and is the self-proclaimed "cute one" of the group. During the first season Toni and Maya don't get along (she considered Maya to be a lower-class intruder), but ultimately embraced her friendship. Toni is a real-estate agent who eventually opens her own brokerage. She rekindles her romance with Greg Sparks (the "love of her life"), but he dumps her when he learns she cheated on him with Dr. Clay Spencer. Toni unexpectedly finds love with Todd Garrett, a white, Jewish plastic surgeon, whom she marries after a short courtship. After a rocky year-long marriage, the two separate after Todd moves to New York. Toni and Todd have a baby named Morgan. They fight over custody, but at the end of the 6th season work out their issues. Joan misses the custody hearing leading to the fight that ultimately ends Toni and Joan's friendship. Toni moves to New York City so Morgan can be closer to Todd, but has maintained her friendships with Maya and Lynn. Toni's condo was located in Hollywood Hancock Park.

- William Jerrowme Dent, Esq: (played by Reggie Hayes) is the girls' closest male friend. He is senior partner at Goldberg, Swedelson, McDonald and Lee. Hailing from Kansas City, Missouri he is portrayed as somewhat of a "mama's boy", but possesses self-confidence and a dry sense of humor. (One episode focused on his distant and complicated relationship with his father, who is a perfectionist.) After being left at the wedding altar by the woman he loved and police officer, Yvonne Blackwell, he reluctantly gets back into the groove of dating, including Donna, Kara, senior partner Sharon Upton Farley (played by Anne-Marie Johnson), and the at-times the vicious Monica Charles Brooks (whom he ultimately marries). Fearing that Joan would beat him to the altar, he eloped with Lynn on a whim; though he quickly realized that he wanted to find true love and they ultimately divorce. He later realizes that Joan is the right woman for him, but after three months of courting, the two end their relationship. He became a sperm donor for his sister Linda and her same-sex partner, and regards the baby as his "nephew-son." He is also co-owner of the

J-Spot restaurant with Joan. In later seasons, William forges a tight bond with Darnell, Maya's husband. During Season 7, he was working on his marriage with Monica. According to William's mother, his middle name is spelled with two "R"s, and a silent "W".[12] Beginning in season 2, William owns a home in the Valley.

- Darnell Leroy Wilkes: (played by Flex Alexander Season 1, and then played by Khalil Kain, Seasons 6–8, main; 2–5, recurring) is Maya's husband. He and Maya married at a young age and had their son, Jabari. Darnell was an airport baggage handler, before becoming a mechanic at a local car repair shop. For a while, he was a NASCAR pit crew mechanic. After Maya's affair with Stan Wright the two divorce. In earlier seasons, he felt threatened by Maya's friendship with Joan, Toni and Lynn; though he ultimately put his issues aside and became friends with them. After the divorce, he dated a woman named Lena (Chenoa Maxwell) whom Maya disliked because she still had feelings for Darnell. At Lena and Darnell's wedding Maya professed her love for Darnell. The two reconcile and begin living together again in Season 6. In the end of Season 7, Darnell accepts an offer to buy back his garage and get Maya and Jabari a new house in Los Angeles. After suffering a miscarriage, the couple considers adopting a baby girl.

- Monica Charles Brooks-Dent: (played by Keesha Sharp, Seasons 7–8, main; 3–6, recurring) is William's wife. All four of the girlfriends (especially Lynn and Toni) hated her (Joan comes to see her vulnerable side and becomes her friend, and Toni moves to New York City at the end of the sixth season). In the seventh season, the girls slowly and later fully accept Monica as their friend as Monica does the same. Although engaged to William, the two date twice before; they meet at a bar the first time. Since the last time William proposes to her in Monaco, he has occasionally had doubts about ever doing so. Eventually William and Monica get married, but on their wedding day he has too much to drink and confesses that he has had and still has doubts about marrying her. Monica leaves William in Season 7, but returns shortly after the girlfriends go to Chicago to persuade her to get back together with William. On their visit, the girls discover that Monica, due to her father's dementia and her mother's power of attorney, has been cut off from her family fortune, so Joan offers Monica a job at the J-Spot. William is thrilled about Monica's return until she demands half of what he earned while they were married. They manage to slowly rebuild their relationship but constantly clash at the J-Spot. In the Season 7 finale, Monica and William get back together. By Season 8, Monica was pregnant and is seen spending more time with the other three girlfriends, particularly Joan.

## Recurring

- Jabari Darnell Wilkes: (Seasons 1–6 played by: Tanner Scott Richards, Season 7–8 played by: Kendré Berry) is Maya and Darnell's son. He was born when Maya was 16 years old. He was depicted to be a sweet innocent child but once he entered his teen years he seemed to be a little more dimwitted and rebellious.

- Jeanette Woods: (played by Charmin Lee) is Maya's no-nonsense mother who won't hesitate to put a switch to her adult daughter. She babysat Jabari while he was younger, and also rented out her garage for Lynn and her then-boyfriend Vosco, from Jamaica, to live after Joan kicked her out of her house. She initially took an instant dislike to Joan's "sadiddy" behavior towards Maya's style (also labeling Joan as "classist" and "egregious" as Maya does), but eventually grew to accept her. She and Maya also butt heads when she decides to sell her home to move in with her boyfriend Earl (whom Maya doesn't like). Jeanette was seen throughout Seasons 1–7.

- Veretta Childs: (played by Jenifer Lewis) is Toni's loud and outspoken mother from Fresno whose high-spirited behavior and garish outfits often embarrass Toni. She suffered from alcoholism during Toni's formative years, which put a strain on their relationship. Veretta eventually sobered up. However, she briefly relapsed during Toni and Todd's engagement party - this was partially due to her guilt over her daughters Toni and Sherri not getting along. While she and Toni often clash, she supports her daughter. Veretta appears throughout Seasons 2-6.

**WIKIPEDIA**
The Free Encyclopedia

# File:Girls HBO Poster.jpg

Case #6:23-cv-06025-FPG-MWP



No higher resolution available.

Girls_HBO_Poster.jpg (259 × 383 pixels, file size: 23 KB, MIME type: image/jpeg)

**Open in Media Viewer**

# Summary

| Non-free media information and use rationale for Girls (TV series) | |
|---|---|
| **Description** | The poster for series premier. |
| **Source** | HBO |
| **Article** | Girls (TV series) |
| **Portion used** | Full |
| **Low resolution?** | No |
| **Purpose of use** | To show the promotional poster. |

WIKIPEDIA
The Free Encyclopedia

# *Girls* (TV series)

Case #6:23-cv-06025-FPG-MWP

***Girls*** is an American comedy-drama television series created by and starring Lena Dunham, executive-produced by Judd Apatow. The series depicts four young women living in New York City. The show's premise was drawn from Dunham's own life, as were major aspects of the main character, including financial isolation from her parents, becoming a writer, and making unfortunate decisions.[1]

The first season of *Girls* was filmed between April and August 2011. The first three episodes were screened at the 2012 SXSW Festival and the series premiered on HBO on April 15, 2012.[2] The second season ran on HBO from January 13, 2013, to March 17, 2013. The third season, which contained 12 episodes (the previous seasons had 10 episodes) ran from January 12, 2014, to March 23, 2014. The fourth season of the series started filming in April 2014 and premiered on January 11, 2015.[3] The fifth season premiered on February 21, 2016. *Girls*' sixth and final season concluded on April 16, 2017. There were a total of 62 episodes.[4][5]

The show has received critical praise and awards, including the Golden Globe Award for Best Television Series – Musical or Comedy and the British Academy Television Award for Best International Programme.

## Synopsis

Two years after graduating from Oberlin College, aspiring writer Hannah Horvath is shocked when her parents announce they will no longer financially support her life in Brooklyn, New York. Left to her own devices in, Hannah navigates her



| *Girls* | | |
| --- | --- | --- |
| **Genre** | Comedy drama | |
| **Created by** | Lena Dunham | |
| **Starring** | Lena Dunham | |
| | Allison Williams | |
| | Jemima Kirke | |
| | Zosia Mamet | |
| | Adam Driver | |
| | Alex Karpovsky | |
| | Andrew Rannells | |
| | Ebon Moss-Bachrach | |
| | Jake Lacy | |
| **Composer** | Michael Penn | |
| **Country of origin** | United States | |
| **Original language** | English | |
| **No. of seasons** | 6 | |
| **No. of episodes** | 62 (list of episodes) | |
| **Production** | | |
| **Executive producers** | Lena Dunham | |
| | Judd Apatow | |
| | Jenni Konner | |
| | Ilene S. Landress | |
| | Bruce Eric Kaplan | |

twenties "one mistake at a time."[6] Allison Williams, Jemima Kirke, Zosia Mamet, Adam Driver, Alex Karpovsky, and Andrew Rannells co-star as Hannah's circle of friends.

# Cast and characters

## Main cast

| | |
|---|---|
| **Producers** | Peter Phillips <br> Dan Sterling |
| **Editors** | Robert Franzen <br> Catherine Haight |
| **Camera setup** | Single-camera |
| **Running time** | 26–41 minutes |
| **Production companies** | Apatow Productions <br> I Am Jenni Konner Productions <br> HBO Entertainment |
| **Release** | |
| **Original network** | HBO |
| **Picture format** | 1080i (16:9 HDTV) |
| **Audio format** | Dolby Digital 5.1 |
| **Original release** | April 15, 2012 – April 16, 2017 |

| Actor | Character | Seasons | | | | | |
|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 |
| Lena Dunham | Hannah Helene Horvath | Main | | | | | |
| Allison Williams | Marnie Marie Michaels | Main | | | | | |
| Jemima Kirke | Jessa Johansson | Main | | | | | |
| Zosia Mamet | Shoshanna Shapiro | Main | | | | | |
| Adam Driver | Adam Sackler | Main | | | | | |
| Alex Karpovsky | Raymond "Ray" Ploshansky | Recurring | Main | | | | |
| Andrew Rannells | Elijah Krantz | Recurring | | | Main | | |
| Ebon Moss-Bachrach | Desi Harperin | — | | Recurring | Main | | |
| Jake Lacy | Fran Parker | — | | | Recurring | Main | — |



Promotional poster for the series premiere showing the cast. From left to right: Jemima Kirke (Jessa), Allison Williams (Marnie), Lena Dunham (Hannah), and Zosia Mamet (Shoshanna).

- **Lena Dunham** as Hannah Helene Horvath: an aspiring writer living in Greenpoint, Brooklyn, originally from East Lansing, Michigan, known for her spunk and bad decisions, who struggles to support herself and find a direction in her life. In season two, she struggles with a relapse of the OCD symptoms she suffered from in her youth. In the final season, she becomes pregnant after a brief fling, and later leaves New York City to take a teaching job upstate and raise her baby.[7]

- **Allison Williams** as Marnie Marie Michaels: Hannah's best friend and, at the start of season 1, roommate. Along with Jessa, Charlie and Elijah, Marnie was a classmate of Hannah's at Oberlin College. She worked as an art gallery assistant, but is later fired in Season 2 and is left to pursue her dream: a career in music. Domineering and arguably as self-centred and narcissistic as Hannah, Marnie struggles in her relationships with Charlie and Ray for much of the series, and eventually ends up marrying her musical partner, Desi Harperin. When both her career and her marriage collapse, she eventually moves upstate with Hannah to help raise her baby.[8]

- **Jemima Kirke** as Jessa Johansson: One of Hannah's closest friends, Jessa is a global citizen of British origin, and is known for being bohemian, unpredictable, and brash. At the start of the series, Jessa has recently returned to New York from a stint abroad, and becomes roommates with her cousin, Shoshanna, in Nolita, Manhattan. Jessa navigates many life struggles and poor choices, including a short-lived marriage and a stint in rehab due to heroin and cocaine addiction. When she pursues a relationship with Hannah's ex-boyfriend, Adam, she and Hannah have an explosive falling out. In the final season, she struggles with the realization that her life is in tatters, and is abandoned by Shosh. Ultimately, she manages to make her peace with Hannah before she leaves New York.[9]

- **Zosia Mamet** as Shoshanna Shapiro: Jessa's naive and innocent American cousin who's a Media, Culture, and Communications major at New York University. She is a fan of the TV series *Sex and the City* and is embarrassed to still be a virgin at the start of the series.[10] The character is fast talking and her lack of enunciation gives her a mumbling, nervous persona. As the series progresses, Shoshanna graduates and struggles to find a career path that suits her. After a brief career stint in Japan, she comes to realize that her friendship with the other three has only ever held her back, and ultimately distances herself from them.[11]

- **Adam Driver** as Adam Sackler: an aloof, passionate young man, Adam works as a part-time carpenter and actor. At the start of the series, he is in a casual relationship with Hannah, which becomes serious before ultimately falling apart as he gains success as an actor. He later enters a volatile relationship with Jessa, which is implied to be ongoing as the series ends. Adam is an alcoholic who has been sober for years.[12] Pulitzer Prize-winning art critic Jerry Saltz has endorsed the idea that Adam is intended to be a fictional scion of the real-life Sackler family, and that Adam's substance abuse and art world adjacency are intended as commentary on the real-life family's controversial relationship with the opioid crisis and arts philanthropy.[13] Dunham has not commented on whether the character's naming was intentional.

- **Alex Karpovsky** as Raymond "Ray" Ploshansky:[14] Originally Charlie's friend, but later a friend of the others, and the group's straight man. Eventually, he has sexual and romantic relationships with both Shoshanna and Marnie. At the start of season 3, he is made manager of a spin-off of Grumpy's, called Ray's.

- **Andrew Rannells** as Elijah Krantz:[15] Hannah's ex-boyfriend from college, who reveals that he is gay. Despite some initial hostility between the pair, they eventually become friends and later roommates on and off. The two grow much closer as roommates.

- **Ebon Moss-Bachrach** as Desi Harperin: Adam's co-star in *Major Barbara* and Marnie's bandmate. Despite having a girlfriend, Clementine, he and Marnie engage in a sexual relationship that he keeps secret, to Marnie's chagrin. Clementine eventually breaks up with him. He and Marnie have a public relationship. They become engaged, and later marry. Marnie eventually ends the relationship with him when she tires of his childishness and self-indulgence. In season 6, it is revealed that Desi is addicted to prescription pain killers after Marnie cheats on Ray with him.

- Jake Lacy as Fran Parker, a colleague of Hannah's whom she dates. In season 5, Fran moves in with Hannah and Elijah, but he and Hannah break up by the end of the season.

## Recurring cast

R    S/5
Case #6:23-cv-06025-FPG-MWP

- Becky Ann Baker and Peter Scolari as Loreen and Tad Horvath (season 1–6): Hannah's parents. They are both college professors at Michigan State University, and they live in East Lansing, Michigan. Loreen and Tad cut off Hannah's financial support in the pilot episode so that Hannah will become independent and focus on her writing. Hannah then visits them for their 30th anniversary, but does not share her recent financial troubles. In the fourth season, the marriage breaks down when Tad comes out as gay, and after a year of struggling on his own, Tad moves to New York to pursue a relationship with his new boyfriend (Ethan Phillips), while Loreen adjusts to life on her own, starts consuming cannabis and eventually fills the role of grandmother to Hannah's baby. (Baker, 20 episodes; Scolari, 21 episodes)
- Christopher Abbott as Charlie Dattolo (season 1–2, 5): Marnie's ex-boyfriend, with whom she became increasingly bored. For a while they contemplate their relationship and try to make it work, but eventually this erodes and Charlie leaves the series. Upon Charlie's abrupt return in season 5, he and Marnie briefly decide to run away together until Marnie realizes Charlie isn't the person he used to be. (13 episodes)
- Kathryn Hahn and James LeGros as Katherine and Jeff Lavoyt (season 1): The parents of two young girls that Jessa babysat. Katherine is a documentary filmmaker, and Jeff is unemployed. Jeff develops a romantic interest in Jessa, which she eventually stops. She is fired, but is later visited by Katherine who offers her job back. Despite deciding not to see each other again, they have a heart-to-heart over Jeff and Jessa's inability to grow up. (4 episodes each)
- Chris O'Dowd as Thomas-John (season 1–2): An affluent venture capitalist. After an earlier unpleasant encounter with Jessa and Marnie, he ends up marrying Jessa in a surprise ceremony at the end of the first season. They break up after an unpleasant dinner with his parents. (5 episodes)
- Jon Glaser as Laird Schlesinger (season 2–6): Hannah's neighbor and a recovering drug addict. (12 episodes)
- Colin Quinn as Hermie (season 2–6): Ray's boss at the coffee shop. He dies in "Painful Evacuation" from scleroderma. (8 episodes)
- John Cameron Mitchell as David Pressler-Goings (season 2–3): Hannah's editor for her e-book. He is either bisexual or gay, as he downloaded the application Grindr in the episode "She Said OK". He is found dead in the episode "Dead Inside" with his funeral taking place at "Only Child" where it is revealed he had a wife named Annalise. (5 episodes)
- Shiri Appleby as Natalia (season 2–3): Adam's ex-girlfriend. He abruptly breaks up with her after getting back together with Hannah. (4 episodes)
- Gaby Hoffmann as Caroline Sackler (season 3–6): Adam's extremely troubled sister. She is very sarcastic towards Adam and Hannah until the latter kicks her out. She then lived with Laird, became pregnant by him and gave birth to their daughter before going AWOL in the fifth season. (8 episodes)
- Richard E. Grant as Jasper (season 3): Jessa's friend from rehab. He comes to New York to find Jessa but later leaves her to be with his estranged daughter Dot. (4 episodes)
- Gillian Jacobs as Mimi-Rose Howard (season 4), Adam's new girlfriend after Hannah moves away to Iowa. (5 episodes)
- Aidy Bryant as Abigail (season 4–6): Shoshanna's former boss from when she worked in Japan. She later appears again meeting Shoshanna and Ray by chance and works with Ray to continue Hermie's project of documenting the effects of gentrification. Ray and Abigail get on well together leading to them sharing a kiss. (4 episodes)

Case #6:23-cv-06025-FPG-MWP

# ESTHER JONES (BABY ESTHER)
"Her interpolated words as 'Boo-Boo-Boo' & 'Doo-Doo-Doo' in songs at a cabaret."



Singer Helen Kane saw her act in 1928 and (Copied/Stole ), Ms Jones 'baby' Singing
Style! for a recording of "I Wanna Be Loved By You."

Case #6:23-cv-06025-FPG-MWP



BETTY BOOP - Origin

Ms. ESTHER JONES, known by her stage
name, "Baby Esther," was an " African-
American singer and entertainer of the late
1920s. She performed regularly at the (The
Cotton Club) in Harlem.
Singer Helen Kane saw her act in 1928 and
(COPIED or stole ). Ms Jones' 'baby' singing
style! > for a recording of "I Wanna Be
Loved By You."

Ms. Jones' singing style went on to become
the inspiration for Max Fleischer cartoon
character voice and Look of BETTY BOOP ,
yes a Black Woman.
Her singing trademark Was.. "boop oop a
doop "... In a baby voice at the cotton club in
Harlem. -

S          3/3685
Case #6:23-cv-06025-FPG-MWP







Case #6:23-cv-06025-FPG-MWP          T   1/4ess          T          4 pp

**DONATE**

LAW

# Henrietta Lacks' estate sued a company saying it used her 'stolen' cells for research

October 4, 2021 · 9:32 PM ET

By The Associated Press



Descendants of Henrietta Lacks and their attorney outside the federal courthouse in Baltimore on Monday. They announced that the Lacks estate is suing Thermo Fisher Scientific for using Lacks' cells in medical research without her permission.
*Steve Ruark/AP*

COLLEGE PARK, Md. — The estate of Henrietta Lacks sued a biotechnology company on Monday, accusing it of selling cells that doctors at Johns Hopkins Hospital took from the Black woman in 1951 without her knowledge or consent as part of "a racially unjust medical system."

Tissue taken from the woman's tumor before she died of cervical cancer became the first human cells to be successfully cloned. Reproduced infinitely ever since, HeLa cells

have become a cornerstone of modern medicine, enabling countless scientific and medical innovations, including the development of the polio vaccine, genetic mapping and even COVID-19 vaccines.

T   2/4

Case #6:23-cv-06025-FPG-MWP



**FINE ART**
**Henrietta Lacks' Lasting Impact Detailed In New Portrait**



**SHOTS - HEALTH NEWS**
**Troubling History In Medical Research Still Fresh For Black Americans**

Lacks' cells were harvested and developed long before the advent of consent procedures used in medicine and scientific research today, but lawyers for her family say Thermo Fisher Scientific Inc., of Waltham, Massachusetts, has continued to commercialize the results well after the origins of the HeLa cell line became well known.

"It is outrageous that this company would think that they have intellectual rights property to their grandmother's cells. Why is it they have intellectual rights to her cells and can benefit billions of dollars when her family, her flesh and blood, her Black children, get nothing?" one of the family's attorneys, Ben Crump, said Monday at a news conference outside the federal courthouse in Baltimore.

Johns Hopkins said it never sold or profited from the cell lines, but many companies have patented ways of using them. Crump said these distributors have made billions from the genetic material "stolen" from Lacks' body.

Another family attorney, Christopher Seeger, hinted at related claims against other companies.

Thermo Fisher Scientific "shouldn't feel too alone because they're going to have a lot of company soon," Seeger said.

The lawsuit asks the court to order Thermo Fisher Scientific to "disgorge the full

amount of its net profits obtained by commercializing the HeLa cell line to the Estate of Henrietta Lacks." It also wants Thermo Fisher Scientific to be permanently enjoined from using HeLa cells without the estate's permission.

Case #6:23-cv-06025-FPG-MWP

On its website, the company says it generates approximately $35 billion in annual revenue. A company spokesman reached by telephone didn't immediately comment on the lawsuit.

HeLa cells were discovered to have unique properties. While most cell samples died shortly after being removed from the body, her cells survived and thrived in laboratories. This exceptional quality made it possible to cultivate her cells indefinitely — they became known as the first immortalized human cell line — making it possible for scientists anywhere to reproduce studies using identical cells.

The remarkable science involved — and the impact on the Lacks family, some of whom suffered from chronic illnesses without health insurance — were documented in a 2010 bestselling book, "The Immortal Life of Henrietta Lacks." Oprah Winfrey portrayed her daughter in an HBO movie about the story. The lawsuit was filed exactly 70 years after the day she died, on Oct. 4, 1951.

"The exploitation of Henrietta Lacks represents the unfortunately common struggle experienced by Black people throughout history," the suit says. "Indeed, Black suffering has fueled innumerable medical progress and profit, without just compensation or recognition. Various studies, both documented and undocumented, have thrived off the dehumanization of Black people."

Shobita Parthasarathy, a University of Michigan professor of public policy who has researched issues around intellectual property in biotechnology, said the lawsuit comes at a time when Lacks' family is likely to have a sympathetic audience for their claims.

"We are at a moment, not just after the murder of George Floyd but also the pandemic, where we have seen structural racism in action in all sorts of places," she said. "We keep talking about a racial reckoning, and that racial reckoning is happening in science and medicine, as well."

Henrietta Lacks' estate sued a company saying it used her 'stolen' cells for research : NPR

T   4/4

**Case #6:23-cv-06025-FPG-MWP**

A group of white doctors at Johns Hopkins in the 1950s preyed on Black women with cervical cancer, cutting away tissue samples from their patients' cervixes without their patients' knowledge or consent, the lawsuit says.

Johns Hopkins Medicine says it reviewed its interactions with Lacks and her family over more than 50 years after the 2010 publication Rebecca Skloot's book. It says it "has never sold or profited from the discovery or distribution of HeLa cells and does not own the rights to the HeLa cell line," but it has acknowledged an ethical responsibility.

Crump, a Florida-based civil rights attorney, has risen to national prominence representing the families of Trayvon Martin, Michael Brown, Breonna Taylor and George Floyd — Black people whose deaths at the hands of police and vigilantes helped revitalize a national movement toward police reform and racial justice.

Seeger, a New Jersey-based corporate litigator, has represented thousands of former NFL players in a class action settlement over concussions and was a lead negotiator of Volkswagen's $21 billion diesel emissions settlement with car owners.

Thermo Fisher Scientific's website says the company generates revenue from four business segments: life sciences, analytical instruments, specialty diagnostics, and laboratory products and services.

One of Henrietta Lacks' grandsons, Lawrence Lacks Jr., said at Monday's news conference that the family is "united" behind the case.

"It's about time," said another grandson, Ron Lacks. "Seventy years later, we mourn Henrietta Lacks, and we will celebrate taking back control of Henrietta Lacks' legacy. This will not be passed on to another generation of Lackses."

**Sponsor Message**

THE ROOT | Black News and Black Views with a Whole Lotta Attitude

Send us a tip!      Shop      Subscribe      ☰

**HOME   LATEST   CULTURE   ENTERTAINMENT   BEAUTY/STYLE   AWARDS SEASON 2023**

We may earn a commission from links on this page.

*Case #6:23-cv-06025-FPG-MWP*

---

HISTORY

# The 10 Biggest Cultural Thefts in Black History

By **Michael Harriot** Published May 30, 2019 | Comments (170)



Photo: iStock



Netflix's new documentary, *The Lion's Share*, chronicles the history of the song "The Lion Sleeps Tonight," how it became a worldwide hit and—most importantly—how

U    2/17
Case #6:23-cv-06025-FPG-MWP

media companies including Disney, kept the song's original creator, South African musician Solomon Linda, from receiving any of the profits.



ReMastered: The Lion's Share | Official Trailer | Netflix

While discussing the film, someone on The Root's staff pondered if—considering the millions of dollars generated by this song over the span of *eight decades*— "The Lion Sleeps Tonight" was the most heinous incident of cultural theft in history. The question piqued our interest, which led to this ranking of what I consider to be the worst cultural thefts of all time.

———————————————————— Watch ————————————————————

**The Worst Business Advice *Shark Tank's* Daymond John Has Received | Securing the Bag: Part 4**

The Difference Between A Good Business Pitch & A Great Pitch | Securing the Bag: Part 3
Yesterday

Case #6:23-cv-06025-FPG-MWP

SUBSCRIBE

Home  Trending  Watch  Local  Menu

AI

ENTERTAINMENT

# The 'whitewashing' of Black music: A dark chapter in rock history



By Chris Jancelewicz  •  Global News

Posted July 30, 2019 10:02 am

Music throughout history: the influence of black musicians, c…

From rock, pop, soul and everything in between, black culture and black artists have in…

00:00 / 03:00

WATCH: From rock to pop to soul and everything in between, Black culture and Black artists have influenced different music genres throughout history – Jul 20, 2019

−A  A+

History is a selective thing. Usually the stories we're familiar with are the ones we want to believe, or maybe the sad reality is we haven't been taught any other alternative from the "mainstream" schools of thought.

U    4/17
Case #6:23-cv-06025-FPG-MWP

Case in point is the history of music, and specifically, for this analysis, classic and modern rock. As a white person born and raised in Canada, I've grown up believing that **Janis Joplin** wrote all of her biggest hits, as did **the Beatles**, **Elvis Presley** and any other big artist from the '60s and '70s. That's not to say I'm naive to the songwriting process — I know that most songs have multiple collaborators — but what isn't clear in pop culture history is how many songs were written by Black people and only made "famous" by white artists.

**READ MORE:** Woodstock 50 relocates from New York to… Maryland

In the majority of cases, it turns out most Black songwriters of those eras barely made a dime off of their creative work, while the white musicians found radio airtime, fame, money, and notoriety for generations using the *exact same song*. Many Black creators died penniless and nameless, without any credit for the music they brought to the world.

STORY CONTINUES BELOW ADVERTISEMENT



Have you ever heard of Big Mama Thornton? Otis Blackwell? Luther Dixon? Richard M. Jones? Lorraine Ellison? Chances are, unless you're steeped in Black history or Black music knowledge, you haven't.

The 'whitewashing' of Black music: A dark chapter in rock history - National | Globalnews.ca



**Big Mama Thornton - Ball And Chain**

U   5/17
Case #6:23-cv-06025-FPG-MWP

Janis Joplin - Ball & Chain - Monterey Pop



Thornton wrote *Ball n' Chain*, one of Joplin's hits, and originally recorded Presley's *Hound Dog* in 1952, among her many contributions to the genre. She gained some recognition for her *Hound Dog* performance, but saw very little, if any, profit from it. The song's origins as a female empowerment tune disappeared after Presley's version was released.

STORY CONTINUES BELOW ADVERTISEMENT

Case 6:23-cv-06025-FPG-MWP   Document 15-2   Filed 04/04/23   Page 80 of 104

U    6/17
Case #6:23-cv-06025-FPG-MWP

Blackwell wrote Presley hits *All Shook Up*, *Don't Be Cruel* and *Return to Sender*, as well as the future Jerry Lee Lewis hit *Great Balls of Fire*. Dixon composed *16 Candles* (which was reinvigorated when the movie of the same name was released in 1984, covered by white trio The Stray Cats on the soundtrack), along with other tunes like *Boys* and *Baby It's You*, both later recorded by the Beatles.

Jones and Ellison wrote two other Joplin classics, *Trouble in Mind* and *Try (Just a Little Bit Harder)*, respectively. (Not to pick on Joplin specifically, but the majority of her tunes were written by Black people, with a few exceptions like the self-penned *Down on Me*, *Move Over* and *Mercedes Benz*.)

And this is just a taste. Ideally, the songs would be presented as written with credit for their origins completely transparent, but unfortunately in a lot of cases, the songs were adjusted to be more "palatable" for a white audience. And worse still, it usually worked — countless songs written by Black folks reached No. 1, purchased and listened to by white folks.

## "It's not because we're Black, it's because the system is white." — Ron Westray

🐦 TWEET THIS

It was absolutely a different time, there's no arguing that. It wasn't out of the ordinary for a Black musician to be selected by a record company to come in and write some songs, then be given some paltry payment as the agents turned around and gave the song to a white musician. This was how things worked, for far too long.

STORY CONTINUES BELOW ADVERTISEMENT

Case #6:23-cv-06025-FPG-MWP

**READ MORE:** Meek Mill's conviction overturned after 11 years, rapper granted new trial

In modern speak, it's referred to as "cultural appropriation," the unacknowledged adoption of customs, practices and ideas of one group of people by members of another and typically more dominant group of people.

"Over the years, you see in the 1920s and 1930s, Black music was very underground, very benign, marginalized," said Lisa Tomlinson, a cultural critic, formerly of York University and now a lecturer/professor at the University of the West Indies. "It was seen as sleazy. In a lot of cases, when this music becomes mainstream, it becomes disassociated from Black experience and Black context. We talk about cultural appropriation… we reduce it to just borrowing, or sampling, another reductionist term. 'Borrowing' or 'sampling' sound like nice words, because they sound like an equal exchange. But there's a power dynamic embedded in that borrowing."

3/21/23, 11:07 AM
Case 6:23-cv-06025-FPG-MWP   Document 15-2   Filed 04/04/23   Page 82 of 104
The 'whitewashing' of Black music: A dark chapter in rock history - National | Globalnews.ca

For example, she points out, Bob Marley wrote the classic tune *I Shot the Sheriff* in 1973 and performed with The Wailers. It wasn't until 1974 that it hit No. 1, when Eric Clapton redid the song. It was inducted into The Grammy Hall of Fame in 2003 and is frequently associated with Clapton.

U   8/17

Case #6:23-cv-06025-FPG-MWP



Eric Clapton - I Shot The Sheriff ( Studio Version )

"Instead of thinking of Marley or the song as Jamaican or Caribbean, most people think about Eric Clapton," she said. "There is a thievery there, in the

sense that the credit is not given to these pioneers."

STORY CONTINUES BELOW ADVERTISEMENT

Case #6:23-cv-06025-FPG-MWP

Another example? Little Richard's *Tutti Frutti*, made famous by white singer Pat Boone. This was a distinct record company strategy, she says. "We couldn't have a Black man shaking his booty, the sexuality of it, or any other stereotypes associated with Blackness. Boone's image was much more tame and family-like, much more softened, compared to Richard's gyrations."

"The record company circulated those types of images in the form of whiteness to appease white people, and they have that power because of the institutional system," she continued. "To a great extent, the media is controlled by white men, and they're the ones who use their monetary influence, and dictate who is going to be seen."

3/21/23, 11:07 AM
Case 6:23-cv-06025-FPG-MWP    Document 15-2    Filed 04/04/23    Page 84 of 104
The 'whitewashing' of Black music: A dark chapter in rock history - National | Globalnews.ca

Little Richard - Tutti Frutti



U    10/17
Case #6:23-cv-06025-FPG-MWP

Pat Boone-Tutti frutti



To their credit, Clapton, Joplin, the Beatles and others attempted to get their Black counterparts more (or in some cases, any) recognition. Clapton was a **dedicated advocate and friend of Hendrix**, and Joplin invited Thornton to **open for her** at some gigs.

STORY CONTINUES BELOW ADVERTISEMENT

U    19/17

Case #6:23-cv-06025-FPG-MWP

It didn't matter in the end when it came to *Ball n' Chain*: the label held onto the copyright, meaning that Thornton got zero royalties for her work when Joplin recorded and released the song several years later.

"Big Mama Thornton did not have lawyers. She didn't have a distribution network that can say to record stores, 'You've gotta pull Elvis' song, or else we're not going to service the rest of our catalogue to you.' She's left with breadcrumbs," said Eric Alper, music expert, correspondent and PR manager.

While some Black outliers found immense success — B.B. King, Hendrix, Aretha Franklin among them — it was a hard, uphill battle for most, and ultimately, as Alper attests, at that time it's how music was done.

"It's really impossible to go back and say, 'Wow, this person really, truly ripped it off, because you can't place the context of what happened in 1940 into [2019] and say that was wrong," he continued. "You can't change what was going on back then, but what you can change, as an artist, is the world around you."

**READ MORE: Internet recoils at teaser for 'Cats' musical movie**

In some cases, as Tomlinson says, the narrative was manipulated in order to camouflage the record labels' behaviour.

**How Does the Law Protect Civil Rights?**

Some civil rights are from the Constitution, but most civil rights result from federal legislation or federal court cases.

The most notable legislation is the Civil Rights Act of 1964 (https://codes.findlaw.com/us/title-42-the-public-health-and-welfare/42-usc-sect-1981.html), which banned discrimination based on race, color, religion, sex, or national origin in employment, education, voting, and public accommodations.

U   12/17
Case #6:23-cv-06025-FPG-MWP

Other federal legislation expanded protected rights, such as:

- Older Age: The Age Discrimination Act of 1975 (https://www.findlaw.com/civilrights/discrimination/age-discrimination-act-of-1975.html) provides access to programs and services, and the Age Discrimination in Employment Act (https://www.findlaw.com/employment/employment-discrimination/age-discrimination-in-employment-act-of-1967.html) protects employment conditions.
- Younger Age: The Fair Housing Act (https://www.findlaw.com/civilrights/discrimination/fair-housing-act.html) prevents housing discrimination against families with children.
- Disabilities: The Americans with Disabilities Act (https://www.findlaw.com/civilrights/discrimination/the-americans-with-disabilities-act-overview.html) prevents workplace discrimination against people with disabilities. There are also laws under Section 504 of the Rehabilitation Act of 1973 (https://codes.findlaw.com/us/title-29-labor/29-usc-sect-794.html) and the Genetic Information Nondiscrimination Act (https://www.findlaw.com/legalblogs/law-and-life/what-is-genetic-information-discrimination/).
- Gender: The Equal Pay Act of 1963 (https://www.findlaw.com/employment/employment-discrimination/equal-pay-act-of-1963.html) prevents gender discrimination in pay, and Title IX (https://www.findlaw.com/education/discrimination-harassment-at-school/liability-under-title-ix-parties-and-standards.html) of the Education Amendments of 1972 prevents gender discrimination in educational settings.
- Pregnancy Status: The Pregnancy Discrimination Act of 1978 (https://www.findlaw.com/employment/employment-discrimination/pregnancy-discrimination-act.html) gives pregnant employees protection.

Other federal anti-discrimination laws expand on various areas of life where rights are protected, such as:

- Voting: The Voting Rights Act of 1965 (https://www.findlaw.com/voting/how-do-i-protect-my-right-to-vote/the-voting-rights-act-of-1965-overview.html)
- Housing: The Fair Housing Act (https://www.findlaw.com/civilrights/discrimination/fair-housing-act.html)
- Education: Equal Educational Opportunities Act (https://www.congress.gov/bill/93rd-congress/house-bill/40) of 1974 and the Individuals with Disabilities Education Act (https://www.findlaw.com/education/special-education-and-disabilities/special-education-and-disability-access-individuals-with.html)

Many states have also enacted laws protecting equal access to services and freedom from discrimination and harassment for protected classes of people. In some cases, state laws protect more people than federal laws.

Altogether, these laws protect American civil rights by allowing victims of discrimination or harassment to bring civil lawsuits in state or federal court.

## Who Can Be a Victim of Civil Rights Violations?

Civil rights legislation defines a "protected class" of people as those most likely to be victims of civil rights violations. Typically this is in terms of race, color, religion, sex, and national origin.

Over time the protected classes have expanded in some specific settings to include older people, children, people with disabilities, pregnant individuals, and LGBTQ+ people.

People have successfully sued for discrimination or harassment because they were inaccurately identified as or associated with a protected class. For example:

- A Sikh person may be discriminated against for their religion because a potential employer thinks they are Muslim.
- A person may be unable to go to a restaurant because their spouse in a wheelchair cannot access the building.
- An employee may face illegal harassment at work because they are friends with an LGBTQ+ coworker.

## What Is Considered a Violation of Civil Rights?

When a person believes they have been mistreated, they should consider:

- The types of civil rights violations (https://www.findlaw.com/civilrights/civil-rights-overview/civil-rights-vs-civil-liberties.html)



**ABOU NAJA**
INTELLECTUAL PROPERTY

Who We Are –    What We Do –    Where We Are –    Blog –    Contact Us –    | Help Me Decide |

# Corporate Kaijus Clash: 15 Famous Copyright Infringement Cases

U   13/17

Case #6:23-cv-06025-FPG-MWP

Last updated: 02/03/2023 | Post date: 19/01/2023





**ABOU NAJA**
Intellectual Property

## What is Copyright Infringement

Infringement of copyright occurs when an individual unlawfully violates the exclusive rights bestowed upon a copyright proprietor, sans their authorization. These exclusive rights entail the freedom to duplicate, circulate, execute, showcase, and engender derivative works from a unique work of authorship.

Ideas are a nebulous concept, and legally protecting something intangible can result in an interesting chain of events, especially when big names and corporations are thrown into the mix. We'll delve into some historic courtroom battles over alleged copyright violations and look at some of the most high-profile cases ever brought by well-known plaintiffs.

Here are the 15 most famous instances of copyright infringement:

### 1. Whitmill vs Warner Brothers

Despite Hangover 2's success, its publisher, Warner Brothers, was sued by tattoo artist S. Victor Whitmill for using Whitmill's uncredited tattoo design without permission in the film and its promotional materials.

Despite Warner Brothers' claims that their use of the design was protected by the "fair use" policy, Whitmill pursued the case and sought a preliminary injunction that would have prevented the film from hitting theaters on schedule.

While the judge did rule against Whitmill's injunction request, he did agree that Whitmill still had a solid case and could pursue the lawsuit on other grounds.

An agreement was reached behind closed doors, and the film was released on schedule, thereby creating comedic history.

### 2. Katy Perry vs Marcus Gray

Copyright infringement and the music industry go together like peanut butter and jelly, so it stands to reason that this sector accounts for the lion's

By continuing to browse you are accepting our Cookie Policy    | Accept & Close |



**Who We Are** ·   **What We Do** ·   **Where We Are** ·   **Blog** ·   **Contact Us** ·   | **Help Me Decide** |

Damages for Gray's case were estimated at $2.78 million and were awarded to him by the court in 2019. The judge would overturn the initial decision, however, in 2020 after an appeal was submitted, claiming that there was simply insufficient evidence to support the case.

### 3. The Music Industry vs Napster

A young technical genius named Shawn Fanning developed a piece of software called Napster in 1999 when the internet was still in its infancy. It is a peer-to-peer file-sharing application that allows users to freely share and download music.

Suffice it to say, Napster caught the attention of the music industry. Metallica's drummer Lars Ulrich filed a lawsuit against the developer of the software in 2000, alleging copyright infringement, unauthorized use of a digital audio interface device, and racketeering.

This is believed to be the first case in which a well-known artist has directly sued a peer-to-peer file-sharing software company. This caused a domino effect in which major record labels like A&M and others began suing Napster. The plaintiffs accused the software company of vicarious copyright infringement and were eventually found guilty in 2002.

To the public's chagrin, Napster was forced to close that year, apologized publicly, and paid up to $26 million in damages.

This incident served as the catalyst for some people's animosity toward Metallica.

> *Legal protection of something intangible such as an idea can result in an interesting chain of events.*

### 4. Vanilla Ice vs David Bowie & Queen

As the first hip-hop single to reach number one on the Billboard Hot 100, Vanilla Ice's "Ice Ice Baby" left an indelible mark on popular culture. However, one of its worst qualities is that it sampled the bass lines from Under Pressure, a hit song by Queen and David Bowie.

Vanilla Ice tried to defend himself from the lawsuit brought against him by Queen and David Bowie for the unauthorized use of their song by claiming that he had added a single note to the end of the riff to make it more unique, but this was deemed insufficient.

The case was eventually settled out of court for an undisclosed amount of money, with both Queen and Bowie receiving songwriting credit.

### 5. Apple vs Microsoft

There was once a time when the two tech giants squared off in court.

Apple filed a lawsuit against Microsoft in 1988, shortly after the release of Windows 2.0, a significant upgrade to the original version. At the time, Apple accused Microsoft of plagiarizing the graphical user interface found on the Macintosh system without permission or a license.

This is where the case becomes interesting, as Apple did in fact grant Microsoft permission to use Macintosh's design elements in Windows. The mystery surrounding this part is that, for some reason, Apple's legal department did not receive the memo, after the release of Windows 2.0.

Apple was so taken aback by the suddenness of the legal proceedings that it skipped sending any sort of preemptive warning or threat.

As a result of this misunderstanding, the court ruled in favor of Microsoft in 1989, and although Apple attempted to appeal the decision multiple times, all of its efforts were unsuccessful.

### 6. Gucci vs Guess

In 2009, two of the fashion industry's most recognizable names squared off when Gucci sued Guess, alleging that the latter had violated several c   By continuing to browse you are accepting our Cookie Policy   ⬭   but settled for $4.1 million.



**Who We Are** ·   **What We Do** ·   **Where We Are** ·   **Blog** ·   **Contact Us** ·   | **Help Me Decide** |

Starbucks sued rival coffee chain Obsidian Group in 2016 for promoting its newest drink, the Freddoccino. Starbucks claimed that the name's similarity violates the copyright of their own popular iced coffee, the Frappuccino.

Despite Obsidian's efforts to assuage concerns by renaming their drink "the Freddo," Starbucks remained steadfast in their pursuit of the case, and the case has yet to be resolved as of mid-late 2022.

## 8. Art Buchwald vs Paramount Studios

In 1990, writer and comedian Art Buchwald sued Paramount, claiming that the studio stole his ideas from an abandoned project and turned them into the film's screenplay.

According to Paramount's defense, at the time, they paid their authors through the "Hollywood account," which means the screenwriters are paid based on how much profit the film made.

They stood firm in their claim that, despite gross revenue of $288 million dollars, the film produced no net profit, and thus they were not required to pay Buchwald. If this statement struck you as perplexing, the judge felt the same way.

He called Paramount's payment method "blatantly unethical and unconscionable" and ruled in Buchwald's favor, awarding him 900,000 dollars in damages.

## 9. Star Wars vs Battlestar Galactica

For science fiction fans, 1977 was an interesting year. Twentieth Century Fox sued Universal Studios for infringement the same year that A New Hope was released and defined a generation.

Fox asserted that Battlestar Galactica, a science fiction series produced by Universal, was "too similar" to one of their flagship intellectual properties.

Universal Studio did not take this lightly and filed a lawsuit of its own, claiming that Star Wars stole ideas from older media, such as the 1972 film Silent Running.

Two years later, the case was resolved in favor of Battlestar Galactica. The franchise as a whole was not doing so well at the time, despite the positive publicity surrounding the movie. The original show had been canceled, and fans were flocking to see The Empire Strikes Back.

## 10. Apple vs Google

- In 2010, as smartphones became increasingly important in our daily lives, Apple and Samsung went to court over Samsung's alleged violations of Apple's patents on several of its smartphone designs. Apple's main competitor was not Samsung per se, but rather the Android operating system developed by Google and used by Samsung and other manufacturers.

Partially because of a "Mobile Application Distribution Agreement," Google's legal team had to intervene to help Samsung.

Concurrently, Motorola filed one of the most publicized lawsuits in technology history, accusing Apple of intellectual property infringement. Motorola claimed that Apple violated their patents on 3G phone technology and other aspects of smartphone design, while Apple fired back by claiming that Motorola had infringed on their patents on a number of features.

The court was so frustrated by the fight that the judges threw out the case three times in 2012, on the grounds that neither party had enough implicated evidence and were told to settle out of court. 2012 was the year that Google bought Motorola.

Although Apple has never directly attacked Google, they appear to focus on third-party companies that sell Google's software products; nonetheless, Google appears to be adamant in defending its popular mobile software.

By continuing to browse you are accepting our Cookie Policy





Case #6:23-cv-06025-FPG-MWP



## 11. Bratz vs Barbie

Carter Bryant, the creator of Bratz, was previously employed by Mattel, the manufacturer of Barbie. During his time working at Barbie, he came up with the idea for Bratz, which he later sold to one of Mattel's biggest competitors, MGA Entertainment.

The new doll franchise debuted in 2001 and quickly became the plastic bombshell's biggest competitor.

Mattel sued both Bryant and MGA in 2008, claiming that Bryant's idea was stolen intellectual property. MGA countersued, resulting in the two doll manufacturers locking horns.

MGA accused Mattel of corporate espionage by having its employees trained in spying on its competitors and resorting to clandestine underhanded tactics, such as having its employees print fake business cards and use them to enter the private showrooms of its competitor.

The lawsuit concluded in 2013 with a verdict in favor of MGA and an award of $170 million in damages, but Mattel would file an appeal to overturn the verdict, causing both parties to walk away empty-handed.

## 12. Naruto vs Slater

Photographer David Slater left his camera unattended while photographing wildlife in a foreign reserve, leading to a court case involving copyright infringements involving both humans and animals.

By continuing to browse you are accepting our Cookie Policy



Who We Are ⌄    What We Do ⌄    Where We Are ⌄    Blog ⌄    Contact Us ⌄    Help Me Decide

the Copyright Act.

**13. Lana Del Ray vs Radiohead**

Lana Del Rey once claimed that Radiohead sued her for allegedly plagiarizing the hit song "Creep" in her 2017 single Get Free. Warner/Chappell, Radiohead's publisher, denied suing Del Ray or taking legal action against her, but admitted requesting that she attribute Creep to "all writers."

In 2018, during a Lollapalooza performance in Brazil, Del Ray appeared to confirm that the alleged lawsuit is over by telling her audience, "Now that my lawsuit is over, I guess I can sing that song whenever I want, right?"

**14. John Fogerty vs John Fogerty**

In one of the strangest copyright cases ever litigated, a record label once sued an artist for sounding like himself in a song he had written and performed decades earlier. John Fogerty is a musician and songwriter who was a member of the band Creedence Clearwater Revival (CCR). He eventually left the group to pursue a solo career, and his efforts paid off during the 1980s.

However, that all changed when he released a song titled "The Old Man Down the Road," which was later sued by CCR's record label, Fantasy Records, for allegedly plagiarizing CCR's "Run Through the Jungle." That's right; John Fogerty was sued over a tune he composed himself.

The judge sided with Fogerty in the end, saying, "you can't plagiarize yourself," effectively ending any further discussion as to whether or not he plagiarized himself.

After Fogarty's victory, he filed a countersuit against Fantasy Labels to recover the money he had spent on the case. The case went all the way to the Supreme Court of the United States, where it was ultimately decided in favor of the plaintiff. The judge ruled that the circumstances of the case ran counter to the original intent of the copyright law, which was to safeguard creative endeavors and promote new ideas.

**15. Youtube vs Viacom**

Viacom sued YouTube for $1 billion in 2007 for "Brazen" copyright infringement for allegedly hosting over 150,000 clips of Viacom's television shows and owned properties on their website.

YouTube argued that it is not legally responsible for content that infringes on third-party copyrights because it is merely an online service provider. This side issue could become the case's deciding factor.

The judge issued an order requiring YouTube to turn over its internal communications logs and transcripts to Viacom for review. If not for one small detail, this evidence would be considered indisputable and Viacom would have won without a doubt. As part of a guerilla marketing campaign, Viacom hired 18 advertising firms to create "unofficial accounts" and upload them as random users before the trial began, an action that can be described as nothing less than a blunder.

Worse yet, Viacom had no idea which accounts belong to them, so they ended up suing the third party to remove content that they had uploaded themselves.

This gave YouTube new life, and they argued that it was unreasonable to remove any account without knowing whether or not it belonged to Viacom.

Since YouTube had no way of telling which accounts were infringing on copyrights, it had no way of stopping them. Viacom's case collapsed due to this minor oversight, and the judge ultimately sided with YouTube, potentially sparing the media conglomerate.

**Conclusion**

To take full advantage of your brand and to maintain its goodwill, businesses should keep an eye out for counterfeiters and monitor if someone else is engaged in copyright infringement and reaping the benefits from their brand. If you own a business and come across a situation where a 3rd party is infringing on your brand image for their own products, get in touch with us at connect@abounaja.com for a complimentary consultation on how we can protect you from such thefts.

Also read our article on Co   By continuing to browse you are accepting our Cookie Policy          yrighted material.



Case #6:23-cv-06025-FPG-MWP



# 7 Famous Music Copyright Cases (& Their Legal Outcomes)



f   Share          🐦 Tweet          📌 Pin          in Share

*This article may contain links to affiliate products & services. We have reviewed these services to try and ensure the highest quality recommendations*

Written by Ramsey Brown.



√    2/8
Case #6:23-cv-06025-FPG-MWP

copyright infringement cases within the last decade.

With music being so easily accessible and shareable, the creator's intellectual property is more vulnerable now than ever before. But make no mistake, copyright infringement lawsuits have rattled the music industry long before the age of streaming.

Music copyright is a notoriously complicated subject — and the fine line between infringement and inspiration makes it even more complicated.

Music is an art form made through constant inspiration and adaption of sounds from artists who came before us. The majority of today's pop songs rely on familiar song structures with simple, catchy melodies; making accidental copies almost inevitable.

Despite the primary aim of the Copyright Act, which is to protect an artist's creative expression from being stolen or plagiarized, several prominent musicians have found themselves at ends with the law.

Copyright lawsuits seem to be a dime a dozen these days. Some cases get dropped and others change the course of the music industry forever. From unlicensed samples to suspiciously similar melodies, let's take a look back at some of the most famous rulings in copyright case history:

# 1. Johnny Cash vs. Gordon Jenkins

**Songs: 'Folsom City Blues' vs. 'Crescent City Blues'**

Though he's little known now, in the 1940s, Gordon Jenkins was one of the biggest names in pop. He worked as a songwriter and producer for some of the greatest singers of the time, including Billie Holiday, Louis Armstrong, Frank Sinatra, and Nat King Cole.



V   3/8
Case #6:23-cv-06025-FPG-MWP

Crescent City Blues and used them as his own.

Because Cash was known for writing his own music and Jenkins' Crescent City Blues was unknown at the time, it seemed like an easy steal for Cash to borrow the melody and lyrics from Jenkins.

**The Verdict:**

In the early 70s, 15 years after Cash's version of the song was released, Jenkins filed suit in U.S. District Court in New York, charging Cash for copyright infringement for using so much of his own song, Crescent City Blues.

It only took one trial to settle the case between Cash and Jenkins. Resulting in Cash eventually paying out $100,000 to Jenkins to drop the charges and to waive all future rights and royalties to the song.

# 2. Vanilla Ice vs. Queen & David Bowie

### Songs: 'Ice Ice Baby' vs. 'Under Pressure'

Anyone who has heard both Ice Ice Baby and Under Pressure can clearly hear the similarities between the two songs.

Under Pressure was one of the biggest hits of its time with an undeniable bass line and guitar riff. This Queen and David Bowie collab made a lasting impact on pop music and the overall music industry when it was used and sampled by Vanilla Ice in 1990, without legal permission.

Rapper Vanilla Ice lifted Queen and Bowie's famous guitar riff as the bass line for his huge hit, Ice Ice Baby. He attempted to defend his case by saying that he made the riff his own when he added a single note at the end. Clearly not different enough — Queen and Bowie sued Vanilla Ice for the unauthorized use of their music

**The Verdict:**





undisclosed sum of money. Bowie and members of Queen all received songwriting credits on the track.

Ice later revealed that buying the copyright to the song himself was actually cheaper than fighting the case in court. So that's exactly what he did. However, some argue that isn't enough to make up for the potential credibility lost by Queen and David Bowie, who are now linked to him through a collaboration they had no choice in joining.

# 3. The Beach Boys vs. Chuck Berry

**Songs: 'Surfin' U.S.A.' vs. 'Sweet Little Sixteen'**

In 1963, The Beach Boys released their classic hit, Surfin' U.S.A. It was no secret that the group was largely inspired by rock & roll pioneer, Chuck Berry, as they often incorporated Berry's songs into their early concerts.

Before the release of Surfin' U.S.A., Chuck Berry's released his song, Sweet Little Sixteen. Berry's song was about a teenage girl who dances her way across the U.S.A., listing the various cities she would "rock" around.

Five years later, The Beach Boys simply tweaked this idea by listing various US beaches surfers were flocking to. Not only did The Beach Boys use very similar lyrics to those of Berry's but the melody of both tracks are almost identical as well.

Beach Boys' composer Brian Wilson said he intended the song as a tribute to the rock guitarist, but Berry's lawyers used another term — plagiarism. Simply because Berry had never given the Beach Boys permission to use his song.

**The Verdict:**

Years after the initial release, Chuck Berry threatened the Beach Boys with a lawsuit for copyright theft and infringement. The Beach Boys manager agreed to



V   5/8
Case #6:23-cv-06025-FPG-MWP

the new lyrics. This incident was one of the first major plagiarism scuffles in rock history.

# 4. 2 Live Crew vs. Roy Orbison

**Songs: 'Pretty Woman'  vs. 'Oh, Pretty Woman'**

When 2 Live Crew's album *As Nasty as They Wanna Be* got lash back due to it's obscenity, the group produced a less explicit version titled, *As Clean as They Wanna Be*.

One of the album's tracks called 'Pretty Woman' was humorous take on Roy Orbison's "Oh, Pretty Woman", one of the 60s most defining songs. Orbison's original song detailed a man seeking a pretty woman and the plot of falling in love with her.

2 Live Crew's rendition of the song however, described a "big hairy woman" and a "bald-headed woman", rapping over a sample of the original 1964 tune.

2 Live Crew had initially reached out to the song's original publisher, Acuff-Rose, asking for permission to use 'Oh, Pretty Woman' and offered copyright credits and royalties in return. Acuff-Rose was unamused with Crew's version of the song and refused permission for them to use it.

Undeterred, 2 Live Crew went ahead and released the song anyway; claiming they would be protected under the "fair use" doctrine.

**The Verdict:**

2 Live Crew song spawned a vicious legal battle that traveled through the judiciary system all the way to the Supreme Court. In March 1994, the band was cleared of any wrongdoing once the court ruled that "Pretty Woman" was a parody, which does indeed qualify for fair use.



V    6/8

**Case #6:23-cv-06025-FPG-MWP**

### Songs: 'Bitter Sweet Symphony' vs. 'The Last Time'

The Verve's 1997 single Bitter Sweet Symphony is not only known for being one of the best music videos in history, but it featured a timeless melody, sampling an orchestral version of The Rolling Stones' 1965 song The Last Time.

The band had originally agreed to license a five-note segment of the recording in exchange for 50 percent of the royalties, but the Rolling Stones team had claimed the Verve voided the agreement by using a larger section than they agreed to use.

The Rolling Stones manager at the time filed a plagiarism lawsuit on behalf of himself and The Last Time songwriters Mick Jagger and Keith Richards.

### The Result:

The Verve ended up forfeiting all of the songwriting royalties and publishing rights to ABKCO Records, and the song credits  to Jagger and Richards. The Verve then endured a second lawsuit in 1999 from Andrew Loog Oldham, another former Stones manager who owned the actual recording that was sampled.

The Verve ended up paying out $1.7 million in mechanical royalties and lost all control of their biggest hit. "Bittersweet Symphony" was later nominated for a 'Best Song' Grammy — with Mick Jagger and Keith Richards named on the ballot.

# 6. Tom Petty vs. Sam Smith

### Songs: 'I Won't Back Down' vs 'Stay With Me'

Best known for his hit song "Stay With Me", three time Grammy-nominated artist Sam Smith got hit with a copyright lawsuit in 2014. Rock legend Tom Petty and co-writer Jeff Lynne contacted Smith's team after they noticed a likeness between Smith's Stay With Me and Petty's infamous track, 'I Won't Back Down'.



hadn't even heard of the song before he wrote his track, but acknowledged the similarities after listening to the song, describing it as as "a complete coincidence".

Petty later said that he didn't personally believe that Smith copied him, saying: "All my years of songwriting have shown me these things can happen. Most times you catch it before it gets out the studio door but in this case it got by."

**The Verdict:**

The two parties settled the lawsuit quietly and agreed that Petty and Lynne would receive a 12.5% songwriting credit on the track. Although the song has already been nominated for three Grammys, Petty and Lynne will not be eligible for the awards and Smith's song will simply be considered interpolated.

# 7. Marvin Gaye vs. Robin Thicke & Pharrell Williams

**Songs: 'Got to Give It Up' vs. 'Blurred Lines'**

In April 2014, the family of late soul singer Marvin Gaye filed a suit alleging that Robin Thicke's 2013 pop hit "Blurred Lines" infringed on Gaye's 1977 funk-fueled "Got to Give It Up." In addition to Thicke, producer and cowriter Pharrell Williams, guest rapper T.I. and Universal Records were also named in the suit.

This was one of the most high-profile copyright lawsuits in recent history. Judging by the sheet music alone, "Got to Give It Up" and "Blurred Lines" are not very similar. But in this case, studio arrangements were factored in. The strident walking bass, background chatter, even the cowbell — all were taken into account.

**The Verdict:**





ordered the pair to pay the Gaye family $7.3 million. The judge later decreased the figure to $5.3 million, while awarding the Gayes 50 percent of the song's future royalties. It was one of the largest pay-outs in music-copyright history.

When your song is ready to go, it's time to start promoting it to potential fans! Omari has the **best organic promotion services** money can buy. With packages for Spotify, TikTok, Instagram, and YouTube, we will get your music the traffic and attention it deserves! Click below for more information.

GET ORGANIC MUSIC PROMO

# SPEAK YOUR MIND

**Leave a Reply**

Your email address will not be published.

Comment *


**WIKIPEDIA**
The Free Encyclopedia

V 1/5    V
1
Case #6:23-cv-06025-FPG-MWP    5 P85

# The Lion Sleeps Tonight

**"The Lion Sleeps Tonight"** is a song originally written and recorded by Solomon Linda[1] under the title **"Mbube"**[2] for the South African Gallo Record Company in 1939. Linda's original was written in isiZulu, while the English version's lyrics were written by George David Weiss.

The song has been adapted and covered internationally by many pop and folk artists. It was recorded as **"Wimoweh"** by the Weavers in November 1951, and published by Folkways Music Publishers in December 1951.[3] Artists who have recorded various versions of the song include NSYNC, Henri Salvador, Karl Denver, Jimmy Dorsey, Yma Sumac, Noro Morales, Miriam Makeba, and the Kingston Trio.[4]

In 1961, a version adapted into English with the title "The Lion Sleeps Tonight" by the doo-wop group the Tokens became a number-one hit in the United States. It went on to earn millions in royalties from cover versions and film licensing. The pop group Tight Fit had a number one hit in the UK with the song in 1982. This song is written and composed in the key of F major.

## History

| "The Lion Sleeps Tonight" | |
|---|---|
| THE TOKENS<br>The Lion Sleeps Tonight | |
| **Single by the Tokens** | |
| from the album *The Lion Sleeps Tonight* | |
| **A-side** | "Tina" |
| **Released** | 1961 |
| **Recorded** | 1961 |
| **Genre** | Rhythm and blues · doo-wop |
| **Length** | 2:41 |
| **Label** | RCA Victor |
| **Songwriter(s)** | Solomon Linda · Hugo Peretti · Luigi Creatore · George David Weiss · Albert Stanton |
| **Producer(s)** | Hugo & Luigi |
| **Audio** | |
| The Lion Sleeps Tonight (Wimoweh) (Audio) (https://www.youtube.com/w atch?v=OQlByoPdG6c) on YouTube | |


"The Lion Sleeps Tonight" (The Tokens)

0:16

The Lion Sleeps Tonight - Wikipedia

√  2/5

Case #6:23-cv-06025-FPG-MWP

*Problems playing this file? See media help.*

"Mbube" (Zulu for "lion") was written by Solomon Linda,[5] a South African Zulu singer, who worked for the Gallo Record Company in Johannesburg as a cleaner and record packer. He spent his weekends performing with the Evening Birds, a musical ensemble, and it was at Gallo Records, under the direction of producer Griffiths Motsieloa, that Linda and his fellow musicians recorded several songs, including "Mbube", which incorporated a call-response pattern common among many Sub-Saharan African ethnic groups, including the Zulu.

According to journalist Rian Malan:

> "Mbube" wasn't the most remarkable tune, but there was something compelling about the underlying chant, a dense meshing of low male voices above which Solomon yodelled and howled for two exhilarating minutes, improvising occasionally. The third take was the best, achieving immortality when Solly took a deep breath, opened his mouth, and improvised the melody that the world now associates with these words:
>
> > In the jungle, the mighty jungle, the lion sleeps tonight.[1]

Issued by Gallo as a 78-rpm phonograph record in 1939,[6] and marketed to black audiences, "Mbube" became a hit and Linda a star throughout South Africa. By 1948, the song had sold over 100,000 copies in Africa and among black South African immigrants in Great Britain. Linda's song also gave the name to a style of African a cappella music that evolved into *isicathamiya* (also called *mbube*), popularized by Ladysmith Black Mambazo.[7]

In 1949, Alan Lomax, then working as folk music director for Decca Records, brought Solomon Linda's 78 recording to the attention of his friend Pete Seeger of the folk group The Weavers. In November 1951, after having performed the song for at least a year in their concerts, The Weavers recorded an adapted version with brass and string orchestra and chorus and released it as a 78 single titled "Wimoweh", a mishearing of the original song's chorus of "*Uyimbube*" ("You are a lion" in Zulu). Their version contained the chanting chorus "Wimoweh" and Linda's improvised melodic line. The Weavers credited the song as "Traditional", with arrangement by "Paul Campbell", later found to be a pseudonym used by the Weavers in order to claim royalties.[8] It reached *Billboard*'s top ten and became a staple of The Weavers' live repertoire, achieving further exposure on their best-selling *The Weavers at Carnegie Hall* LP album, recorded in 1955 and issued in 1957. The song was also covered extensively by other folk revival groups such as The Kingston Trio, and exotica singer Yma Sumac. However, Miriam Makeba, in 1960, recorded the same song as "Mbube", with the writing credit given to "J. Linda".[8]

In 1961, two RCA Records producers, Hugo Peretti and Luigi Creatore, hired Juilliard-trained musician and lyricist George David Weiss to arrange a Doo-wop and Rhythm & blues cover of "Wimoweh" for the B-side of a 45-rpm single called "Tina", sung by group The Tokens. Weiss wrote the English lines "In the jungle, the mighty jungle, The lion sleeps tonight ..." and "Hush, my darling, don't fear, my darling ..."

Weiss also brought in soprano Anita Darian to reprise Yma Sumac's version, before, during and after the soprano saxophone solo.[9] "The Lion Sleeps Tonight" was issued by RCA in 1961, and it rocketed to number one on the *Billboard* Hot 100. Weiss's Abilene Music Inc. was the publisher of this

arrangement, and listed "Albert Stanton" (a pseudonym for Al Brackman, the business partner of Pete Seeger's music publisher, Howie Richmond) as one of the song's writers or arrangers.

# Copyright issues

Social historian Ronald D. Cohen writes, "Howie Richmond copyrighted many songs originally in the public domain but now slightly revised to satisfy Decca and also to reap profits."[10] Howie Richmond's claim of author's copyright could secure both the songwriter's royalties and his company's publishing share of the song's earnings.[1]

Although Linda was listed as a performer on the record itself, the Weavers thought they had recorded a traditional Zulu song. Their managers, publisher, and their attorneys knew otherwise because they had been contacted by— and had reached an agreement with— Eric Gallo of Gallo Records in South Africa. The Americans maintained, however, that South African copyrights were not valid because South Africa was not a signatory to U.S. copyright law.[1] In the 1950s, after Linda's authorship was made clear, Seeger sent Linda $1000. Seeger also said he instructed TRO/Folkways to henceforth pay his share of authors' earnings to Linda. The folksinger apparently trusted his publisher's word of honor and either saw no need, or was unable to make sure these instructions were carried out.[1]

In 2000, South African journalist Rian Malan wrote a feature article for *Rolling Stone* magazine in which he recounted Linda's story and estimated that the song had earned $15 million for its use in the Disney movie *The Lion King* alone. The piece prompted filmmaker François Verster to create the Emmy-winning documentary *A Lion's Trail*, that told Linda's story while incidentally exposing the workings of the multi-million dollar corporate music publishing industry.[11] In 2003 a CGI animation was released with Pat & Stan. It marked the two's debut appearance and was the pilot episode to ITV's shorts and the TV series sketch of the same name.

In July 2004, as a result of the publicity generated by Malan's article and the subsequent documentary, the song became the subject of a lawsuit between Linda's estate and Disney, claiming that Disney owed $1.6 million in royalties for the use of "The Lion Sleeps Tonight" in the film and musical stage productions of *The Lion King*.[12] At the same time, the Richmond Organization began to pay $3,000 annually into Linda's estate. In February 2006, Linda's descendants reached a legal settlement with Abilene Music Publishers, who held the worldwide rights and had licensed the song to Disney, to place the earnings of the song in a trust.[13][14]

The copyright issues were updated in the 2018 TV movie, "Remastered: The Lion's Share".[15]

In 2012, "Mbube" fell into the public domain, owing to the copyright law of South Africa. "The Lion Sleeps Tonight", however, is still in copyright.

# Selected list of recorded versions

The song has been recorded by numerous artists, and is a standard that has become a part of popular culture.

| **"Mbube"** |
| --- |

## "Mbube"

- 1939 Solomon Linda and the Evening Birds

- 1939 Solomon Linda and the Evening Birds (take 2) featured in the first film adaptation of *Cry, the Beloved Country*[16][17]
- 1960 Miriam Makeba, on *Miriam Makeba*
- 1988 Ladysmith Black Mambazo, as "Mbube", during opening sequence of movie *Coming to America* (but not on the soundtrack album)
- 1991 The Elite Swingsters Featuring Dolly Rathebe, as "Mbube" on *Woza!*
- 1994 Ladysmith Black Mambazo, as "Mbube (The Lion Sleeps Tonight)", on *Gift of the Tortoise*
- 1996 Soweto String Quartet, as "Imbube" on *Renaissance*
- 2005 Soweto Gospel Choir, as "Imbube" on *Blessed*
- 2006 Ladysmith Black Mambazo, as "Mbube", on *Long Walk to Freedom*
- 2007 CH2 and Soweto String Quartet, as "Imbube" on *Pap & Paella*
- 2010 Angélique Kidjo, as "Mbube" on *Õÿö*
- 2019 Lebo M, on the soundtrack of the computer-animated remake of *The Lion King*
- 2020 Mahotella Queens, BokkieULT, Cuebur, as "Mbube 2020"[18]

## "Wimoweh"

- 1952: The Weavers: US No. 6
- 1952: Jimmy Dorsey
- 1952: Yma Sumac
- 1957: The Weavers, live.
- 1957: The Georgetown Chimes on album *Under the Tree with the Georgetown Chimes*
- 1959: Bill Hayes (on Kapp Records)
- 1959: The Kingston Trio
- 1961: Karl Denver: UK No. 4[19]
- 1962: Bert Kaempfert on album A Swingin' Safari, (on Polydor Records). Done mostly as an instrumental save for the "Wimoweh" chorus.
- 1962: Hugh Masekela on *Trumpet Africaine*
- 1964: Glen Campbell on *The Astounding 12-String Guitar of Glen Campbell*
- 1964: Chet Atkins
- 1971: Rumplestiltskin on *Black Magician*
- 1975: Bamses Venner
- 1993: Nanci Griffith with Odetta, on *Other Voices, Other Rooms*
- 1994: Roger Whittaker, on *Roger Whittaker Live!*
- 1994: Manu Dibango and Ladysmith Black Mambazo, on *Waka Afrika*
- 1998: Pete Seeger on *For Kids And Just Plain Folks*



|  |  |
|---|---|
| **Single by Solomon Linda's Original Evening Birds** | |
| **B-side** | "Ngi Hambiki" |
| **Released** | 1939 |
| **Recorded** | c. 1939 |
| **Studio** | Gallo Recording Studios |
| **Genre** | Isicathamiya · mbube |
| **Length** | 2:44 |
| **Label** | Gallo Record Company |
| **Songwriter(s)** | Solomon Linda |
| **Audio** | |
| Mbube (Audio) (https://www.youtube.com/watch?v=mrrQT4WkbNE) on YouTube | |

- 1999: Desmond Dekker on *Halfway To Paradise*



V    S/S

Case #6:23-cv-06025-FPG-MWP

## "The Lion Sleeps Tonight"

- 1961: The Tokens: US No. 1, UK No. 11, Canada No. 1[21]
- 1962: Henri Salvador – in French as "Le lion est mort ce soir" ("The Lion Died Tonight") FR No. 1
- 1965: The New Christy Minstrels
- 1965: The Shangaans, on "Jungle Drums"
- 1966: The Townsmen, No. 70 Canada[22]
- 1967: The Hounds (Swedish Popgroup)
- 1968: The Tremeloes, on *Silence Is Golden*
- 1971: Eric Donaldson
- 1972: Robert John: US No. 3, gold record / Can No. 15[23]
- 1972: Dave Newman: UK No. 34
- 1974: Ras Michael and the Sons of Negus, as "Rise Jah Jah Children (The Lion Sleeps)"
- 1975: Brian Eno, on single, later on *Working Backwards: 1983-1973* and *Eno Box II: Vocal*
- 1976: Dove[24]
- 1979: The Stylistics
- 1980: Passengers
- 1982: Tight Fit: UK No. 1.[25] This version has sold over a million copies in the UK.[26]
- 1982: The Nylons No. 91 Canada[27]
- 1982: Maria Conchita Alonso
- 1990: Ladysmith Black Mambazo with The Mint Juleps, on Spike Lee & Company: Do It a Cappella PBS documentary and album
- 1991: Hotline & P.J. Powers, on *The Best Of*
- 1991: Big Daddy, mashed up with "Welcome to the Jungle"
- 1992: Talisman, on *A Capella*
- 1992: They Might Be Giants with Laura Cantrell, interpolated into "The Guitar (The Lion Sleeps Tonight)"
- 1993: Pow woW: FR No. 1, cover of Salvador's version.
- 1993: R.E.M.: B-side of "The Sidewinder Sleeps Tonite" and on *The Automatic Box* (Disc 3).
- 1993: The Nylons
- 1994: Dennis Marcellino
- 1994: Tonic Sol-Fa
- 1995: Lebo M. for *Rhythm of the Pride Lands*, an album with songs inspired by the music of *The Lion King*
- 1997: 'N Sync: B-side of "For the Girl Who Has Everything"
- 1998: The Undertones, on *8 Degrees and Rising*
- 1990s: Streetnix



### "The Lion Sleeps Tonight"

**Single by Robert John**

*from the album Robert John*

| | |
|---|---|
| **B-side** | "Janet" |
| **Released** | December 1971 |
| **Genre** | Pop |
| **Label** | Atlantic |
| **Songwriter(s)** | Hugo Peretti · Luigi Creatore · George David Weiss · Albert Stanton · Solomon Linda |
| **Producer(s)** | Hank Medress and Dave Appell |



### "The Lion Sleeps Tonight"

**Single by Tight Fit**

*from the album Tight Fit*