LeTicia Lee

1335 Jefferson Rd. #20711

Rochester, New York 14602 USA

April 4, 2023

**RE: Lee v. Warner Media et al. Case #6:23-cv-06025-FPG-MWP**

Attn: Judge Geraci et al:

In response to your ORDER to respond to defendants request to dismiss, my response is enclosed as follows:

- ❖ Notice of Opposition to Dismiss
- ❖ Cross Motion Summary Judgment
- ❖ Affidavit for Summary Judgment
- ❖ Memorandum of Law in Support for Summary Judgment

As I am not an attorney but doing the best I can to represent myself as a Pro Se Plaintiff, I apologize in advance if there is anything not in proper order. The enclosed submissions are true and accurate to the best of my memory and knowledge. After these thirty plus years, I do hope we can come to a speedy resolution so I can restore my well-being in peace.

Whatever I may have missed, may the LORD help you and all to see. Thank you.

Regards,

*[signature]*

LeTicia Lee

*Pro Se Plaintiff*

Encl.