Revised 05/01 WDNY

# CERTIFCATE OF SERVICE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

__LETICIA LEE__,

Plaintiff(s),

v.

__WARNER MEDIA et al__

Defendant(s).

CERTIFICATE OF SERVICE

__6:23__-CV-__06025-FPG-MWP__

I, (print your name) __LETICIA LEE__, served a copy of the attached papers (state the name of your papers) __1) NOTICE OF OPPOSITION 2) CROSS MOTION SUMMARY JUDGMENT 3) AFFADAVIT for SUMMARY JUDGMENT 4) MEMORANDUM OF LAW in Support of Summary Judgment__ upon all other parties in this case by mailing __PRIORITY__ by hand-delivering ____ (check the method you used) these documents to the following persons (list the names and addresses of the people you served) __MS. ELIZABETH MCNAMARA, ESQ DAVIS WRIGHT TREMAINE LLP 1251 AVENUE OF AMERICAS, 21st NEW YORK, NEW YORK 10020 (212) 489-8230__

on (date service was made) __April 7, 2023__

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Executed on __April 4, 2023__
(date)

__Leticia Lee__
(your signature)